SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Lloyd B. Miller
Richard D. Monkman
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5833
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. J06-_____ CV (   )<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1442 (FEDERAL OFFICIAL) AND 28 U.S.C.§ 1441(b) (FEDERAL QUESTION)** |

**SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP**
**CERTIFICATE OF SERVICE**

I hereby certify that on February 17th, 2006, a copy of the Notice of Removal of Action Under 28 U.S.C. § 1442 (Federal Official) and 28 U/S.C. § 1441 (b) (Federal Question) was served electronically on Thomas V. Van Flein, esq., counsel for plaintiffs at tvf@cplawak.com.

Dated this 17TH day of February 2006.

Respectfully submitted,

/s/ Richard D. Monkman
By: _____
Myra M. Munson,
Alaska Bar No. 8011103
Richard D. Monkman
Dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

I hereby certify that on the 17th day of February, 2006, I served a copy of this Certificate of Service electronically on Thomas V. Van Flein.

tvf@cplawak.com

/s/ Richard D. Monkman
_____
Richard D. Monkman

**SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP**