SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
Aaron M. Schutt
381 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>                    Defendants. | Case No. J06-____ CV (   )<br>Filed Electronically |

**CERTIFICATE OF SERVICE**

I hereby certify that I sent by electronic mail, or caused to be sent by electronic mail, a true and correct copy of the following documents:

CERTIFICATE OF SERVICE                                                                 Page 1 of 2
*The AlaskaDental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. J06-____ CV (__)
S/dha litigation/certificate of service-02-21-06

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907) 586-5880

(1)  Entry of Appearance; and

(2)  Certificate of Service

to the following attorney of record this 21st day of February, 2006:

Thomas V. Van Flein, Esq.
email: tvf@cplawak.com

>                               SONOSKY, CHAMBERS, SACHSE,
>                                 MILLER & MUNSON, LLP
>
>                               /s/ Diane Vincent
>                               _____
>                               Diane Vincent, Legal Assistant
>                               diane@sonoskyjuneau.com
>                               318 Fourth Street
>                               Juneau, Alaska 99801

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907) 586-5880

CERTIFICATE OF SERVICE
*The AlaskaDental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.;*
Case No. J06-____ CV (__)
S/dha litigation/certificate of service-02-21-06

Page 2 of 2