

RECEIVED
FEB 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SONOSKY, CHAMBERS, SACHSE
MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,

Plaintiffs,

v.

THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,

Defendants.

Case No. 3:06-CV-0039(TMB)
Filed Electronically

## ANSWER

The Alaska Native Tribal Health Consortium answers Plaintiffs' complaint as follows:

1. Admit that the Alaska Dental Society is a plaintiff in this matter. Except as admitted, deny.

2. Admit that the American Dental Association is a plaintiff in this matter. Except as admitted, deny.

ANSWER Page 1 of 7
*THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*
Case No. 3:06-CV-0039(TMB)
s/dha litigation/Answer -02-22-06

3. Deny for lack of knowledge.

4. Deny for lack of knowledge.

5. Admit that the Alaska Native Tribal Health Consortium is a consortium of Alaska Tribes and Alaska Tribal health organizations; that ANTHC is an Alaska non-profit corporation, that ANTHC is organized pursuant to § 325 of Pub. L. 105-83; that ANTHC carries out federal health care programs for Alaska Natives and American Indians, including health care programs authorized, *inter alia*, by the Indian Health Care Improvement Act, 25 U.S.C. § 1616*l,* Section 121 of Pub. L. 94-437, as amended and Title V of the Indian Self-Determination and Education Assistance Act, 25 U.S.C. § 450 *et seq.*, Public Law 93-638, as amended; and that ANTHC receives funding from the federal government for those programs.

6. Deny for lack of knowledge, as defendants have not identified the individuals whom they intend to sue.

7. Deny.

8. Admit that ANTHC participates in the United States Department of Health and Human Services, Indian Health Service, Community Health Aide Program, including the dental health initiative for Alaska Natives and American Indians in Alaska. Except as admitted, deny.

9. Deny.

10. Admit that the United States Department of Health and Human Services, Indian Health Service, Community Health Aide Program Certification Board has developed and implemented standards for dental health aides and therapists pursuant to, *inter alia*, the Indian Health Care Improvement Act, 25 U.S.C. § 1616*l,* Section 121 of Pub. L. 94-437, as amended. Admit that ANTHC provides administrative support and staff services to the Certification Board. Admit that the Community Health Aide Program's dental health aide therapists are individually certified by the federal government, perform dental health care services within the scope of their individual certifications and do so as part of the Community Health Aide Program. Except as admitted, denied.

11. Admit that the Community Health Aide Program's dental health aide therapists are not licensed by the State of Alaska. Except as admitted, deny.

12. Admit that the Alaska Statutes and Alaska Administrative Code have provisions relating to the practice of dentistry. Except as admitted, deny.

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

ANSWER Page 2 of 7
*THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*
Case No. 3:06-CV-0039(TMB)
s/dha litigation/Answer -02-22-06

13. Deny.

14. Deny.

15. Deny.

16. Admit that the Community Health Aide Program's dental health aide therapists are providing dental health services in Alaska as authorized by federal law and within the scope of their individual certifications. Except as admitted, deny for lack of knowledge.

17. Admit that the Community Health Aide Program's dental health aide therapists are providing dental health services in Alaska as authorized by federal law and within the scope of their individual certifications and, on belief, that individual dental health aides who are certified to perform the procedures listed in this allegation may have done so. Except as admitted, deny for lack of knowledge.

18. Admit that the Community Health Aide Program's dental health aide therapists are providing dental health services in Alaska as authorized by federal law and within the scope of their individual certifications. Except as admitted, deny for lack of knowledge.

19. Admit that the Community Health Aide Program's dental health aide therapists are providing dental health services in Alaska as authorized by federal law and within the scope of their individual certifications. Except as admitted, deny for lack of knowledge.

20. Deny.

21. Deny.

22. Deny.

23. Admit that the Alaska Statutes and Alaska Administrative Code have provisions relating to the practice of state-licensed dentistry. Except as admitted, deny.

24. Deny.

25. Deny.

26. Admit that the Alaska Statutes and Alaska Administrative Code have provisions relating to the practice of state-licensed dentistry. Except as admitted, deny.

27. Admit that the Alaska Statutes and Alaska Administrative Code have provisions relating to the practice of state-licensed dentistry. Except as admitted, deny.

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

ANSWER Page 3 of 7
*THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*
Case No. 3:06-CV-0039(TMB)
s/dha litigation/Answer -02-22-06

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

28. Deny for lack of knowledge.

29. Deny for lack of knowledge.

30. Deny for lack of knowledge.

31. Deny for lack of knowledge.

32. Deny for lack of knowledge.

33. Deny for lack of knowledge.

34. Deny for lack of knowledge.

35. Deny for lack of knowledge.

36. Admit that the Alaska Statutes and Alaska Administrative Code have provisions relating to the practice of state-licensed dentistry, including examination requirements. Except as admitted, deny.

37. Admit that the Community Health Aide Program's dental health aide therapists have the qualifications, training and skills necessary to provide dental health services in Alaska as authorized by federal law and within the scope of their individual certifications. To the extent this allegation asserts conclusions of law, it is denied. Except as admitted, deny for lack of knowledge.

38. Admit that the Community Health Aide Program's dental health aide therapists have the qualifications, training and skills necessary to provide dental health services in Alaska as authorized by federal law and within the scope of their individual certifications. To the extent this allegation asserts conclusions of law, it is denied. Except as admitted, deny for lack of knowledge.

39. Admit that the Community Health Aide Program's dental health aide therapists have the qualifications, training and skills necessary to provide dental health services in Alaska as authorized by federal law and within the scope of their individual certifications. To the extent this allegation asserts conclusions of law, it is denied. Except as admitted, deny for lack of knowledge.

40. Deny.

ANSWER Page 4 of 7
*THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*
Case No. 3:06-CV-0039(TMB)
s/dha litigation/Answer -02-22-06

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

41. Deny.

42. Deny.

43. Deny.

44. Deny

45. Deny.

46. Deny.

**Count I**

47. ANTHC incorporates is prior answers.

48. Deny.

49. Deny.

50. Deny.

51. ANTHC opposes the requested relief.

**Count II**

52. ANTHC incorporates its prior answers.

53. ANTHC opposes the requested relief.

54. ANTHC opposes the requested relief.

**Count III**

55. ANTHC incorporates its prior answers.

56. Deny.

57. Deny.

58. ANTHC opposes the requested relief.

ANSWER Page 5 of 7
*THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*
Case No. 3:06-CV-0039(TMB)
s/dha litigation/Answer -02-22-06

**Count IV**

59. ANTHC incorporates its prior answers.

60. ANTHC opposes the requested relief.

61. ANTHC opposes the requested relief.

**Prayer**

ANTHC opposes the requested relief.

**AFFIRMATIVE DEFENSES**

1. Failure to state a claim upon which relief may be granted.
2. Lack of standing.
3. Federal preemption.
4. Failure to join an indispensable party or parties.
5. Unclean hands.
6. Laches.
7. Federal contractor.

///

///

///

///

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

ANSWER Page 6 of 7
*THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*
Case No. 3:06-CV-0039(TMB)
s/dha litigation/Answer -02-22-06

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

DATED this 22nd day of February 2006.

Respectfully submitted,

Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

SONOSKY, CHAMBERS, SACHSE,
MILLER & MUNSON LLP
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

ANSWER Page 7 of 7
*THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*
Case No. 3:06-CV-0039(TMB)
s/dha litigation/Answer -02-22-06