RECEIVED
FEB 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-CV-0039(TMB)<br>Filed Electronically |

## CERTIFICATE OF SERVICE

I hereby certifiy that on February 22, 2006, a copy of the Answer was served electronically on Thomas V. Van Flein, esq., counsel for plaintiffs at tvf@cplawak.com.

DATED this 22nd day of February 2006.

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

Cerificate of Service                                                                 Page 1 of 2
THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.
Case No. 3:06-CV-0039(TMB)

<div style="margin-left: 2in;">

Respectfully submitted,

*/s/ A. Schutt*

Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MUNSON LLP
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

</div>

I hereby certify that on the 22nd day of February, 2006, I served a copy of this Certificate of Service electronically on Thomas V. Van Flein.

tvf@cplawak.com

*/s/ Maggie Michels*
Maggie Michels

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
318 FOURTH STREET
JUNEAU, ALASKA 99801
(907)586-5880

Cerificate of Service                                                                                               Page 2 of 2
THE ALASKA DENTAL SOCIETY, et al. v. THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.
Case No. 3:06-CV-0039(TMB)