SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, <br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-CV-0039 (TMB) <br> Filed Electronically |

**NOTICE OF LIST OF COUNSEL OF RECORD**

Pursuant to the Court's Minute Order of February 23, 2006, Dkt. 5, petitioner

Alaska Native Tribal Health Consortium files the following list of counsel of record:

NOTICE OF LIST OF COUNSEL OF RECORD　　　　　　　　　　　　　　　　Page 1 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/us court final pleadings/notice of list of counsel of record-02-27-06

Counsel for Plaintiffs the Alaska Dental Society, the American Dental Association, Dr. T. Howard Jones, Dr. Michale Boothe, Dr. Pete Higgins and Dr. George Schaffer:

Thomas V. Van Flein, Esq.
tvf@cplawak.com
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel: 907-272-9272
Fax: 907-272-9586

Counsel for Defendant Alaska Native Tribal Health Consortium:

Myra M. Munson, Esq.
myra@sonoskyjuneau.com
Richard D. Monkman, Esq.
dick@sonoskyjuneau.com
Sonosky, Chambers, Sachse, Miller & Munson, LLP
318 4th Street
Juneau, Alaska 99801
Tel:  907-586-5880
Fax:  907-586-5883

Aaron M. Schutt, Esq.
aaron@sonosky.net
Sonosky, Chambers, Sachse, Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Tel:  907-258-6377
Fax:  907-272-8332

//

//

//

//

NOTICE OF LIST OF COUNSEL OF RECORD                                      Page 2 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/us court final pleadings/notice of list of counsel of record-02-27-06

DATED this 27th day of February, 2006.

        SONOSKY, CHAMBERS, SACHSE,
         MILLER & MUNSON, LLP

        */s/ Richard D. Monkman*

    _____
        Myra M. Munson
        Alaska Bar No. 8011103
        Richard D. Monkman
        dick@sonoskyjuneau.com
        Alaska Bar No. 8011101
        Aaron M. Schutt
        Alaska Bar No. 0011084

        SONOSKY, CHAMBERS, SACHSE,
         MILLER & MUNSON LLP
        318 Fourth Street
        Juneau, Alaska 99801
        Tel: 907-586-5880
        Fax: 907-586-5883
        Counsel for Defendant
        Alaska Native Tribal Health Consortium

<u>Certificate of Service</u>

I hereby certify that on the 27th day of February, 2006, a copy of the foregoing List of Counsel of Record was served electronically addressed to:

tvf@cplawak.com

/s/ *Richard D. Monkman*
_____
Richard D. Monkman

NOTICE OF LIST OF COUNSEL OF RECORD    Page 3 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/us court final pleadings/notice of list of counsel of record-02-27-06