SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
318 Fourth Street
Juneau, Alaska 99801
Tel:  907-586-5880
Fax:  907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　　　Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**NOTICE OF FILING
STATE COURT DOCUMENTS**

Pursuant to the Court's Minute Order of February 23, 2006, petitioner Alaska Native Tribal Health Consortium files notice that copies of all records and proceeding in *The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*, No. 3AN-06-4797 (3rd Jud. Dist., Alaska) were filed with ANTHC's *Notice of*

NOTICE OF FILING STATE COURT DOUCMENTS　　　　　　　　　　　　　　　　　　Page 1 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/us court final pleadings/notice of filing state court documents-02-27-06

*Removal*, Dkt. 1 (February 22, 2006) or are attached to this *Notice*. The following is a list of those records and documents:

| **Filed by Plaintiffs** | **Date of Filing** |
|---|---|
| 1. Summons and Notice to Both Parties of Judicial Assignment | January 31, 2006 |
| 2. Complaint for Declaratory and Injunctive Relief | January 31, 2006 |
| 3. Entry of Appearance | January 31, 2006 |
| 4. Demand for Jury Trial | January 31, 2006 |

**Filed by Defendant Alaska Native Tribal Health Consortium**

| | |
|---|---|
| 5. Entry of Appearance | February 13, 2006 |
| 6. Notice to Adverse Parties of Removal to Federal Court* | February 21, 2006 |

**Filed by the Court**

| | |
|---|---|
| 7. Request for Reassignment* (Judge Michalski) | February 16, 2006 |
| 8. Initial Pretrial Order* (Judge Morse) | February 21, 2006 |

*Copies of the Notice to Adverse Parties of Removal to Federal Court; Judge Michalski's *Request for Reassignment* and Judge Morse's *Initial Pretrial Order* are attached as Exhibits A, B and C to this *Notice*. All other pleadings listed were previously filed with ANTHC's Notice of Removal, Dkt. 1.

//

//

//

NOTICE OF FILING STATE COURT DOUCMENTS                                    Page 2 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/us court final pleadings/notice of filing state court documents-02-27-06

DATED this 27th day of February, 2006.

        SONOSKY, CHAMBERS, SACHSE,
        MILLER & MUNSON, LLP

        /s/ Richard D. Monkman
        _____
        Myra M. Munson
        Alaska Bar No. 8011103
        Richard D. Monkman
        dick@sonoskyjuneau.com
        Alaska Bar No. 8011101
        Aaron M. Schutt
        Alaska Bar No. 0011084

        SONOSKY, CHAMBERS, SACHSE,
         MILLER & MUNSON LLP
        318 Fourth Street
        Juneau, Alaska 99801
        Tel: 907-586-5880
        Fax: 907-586-5883
        Counsel for Defendant
        Alaska Native Tribal Health Consortium

Certificate of Service

I hereby certify that on the 27th day of February, 2006, a copy of the foregoing Notice of Filing State Court Documents was served electronically addressed to:

Thomas V. Van Flein, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

tvf@cplawak.com

/s/ Richard D. Monkman
_____
Richard D. Monkman

NOTICE OF FILING STATE COURT DOUCMENTS    Page 3 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/us court final pleadings/notice of filing state court documents-02-27-06