IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| The Alaska Dental Society, et al., <br><br> Plaintiff, <br><br> vs. <br><br> The Alaska Native Tribal Health Consortium <br><br> Defendant. | CASE NO. 3AN-06-04797 CI <br><br> REQUEST/ORDER FOR REASSIGNMENT |

### REQUEST FOR REASSIGNMENT

Judge  PETER A. MICHALSKI  hereby requests that the above entitled case be reassigned by the Presiding Judge.

Reason:  The undersigned requests that the case be reassigned as he may have discussed issues or policies raised by the complaint in a social gathering which could create an appearance of bias on said issues or policies.

_2/16/06_
Date

_____
Judge's Signature

****************************************************************

### ORDER OF REASSIGNMENT

IT IS ORDERED that the above-entitled case is reassigned to Judge  Morse  for all further proceedings.

_2/17/06_
Date

_____
MORGAN CHRISTEN
Presiding Judge

I certify that on _2/21/06_ a copy of the above was mailed to:
Judge Michalski  Judge Morse
ttn  Van Flein  Munson
Secretary/Deputy Clerk

3-23-06

TF-120   (2/88)   (cs)
REQUEST/ORDER FOR REASSIGNMENT

Exhibit _A_ page _1_ of _1_ pages