IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

THE ALASKA DENTAL SOCIETY, )
THE AMERICAN DENTAL )
ASSOCIATION, DR. T. HOWARD )
JONES, DR. MICHALE BOOTHE, )
DR. PETE HIGGINS, and DR. )
GEORGE SHAFFER, )
                            )
                 Plaintiff, )
                            )
v. )
                            )
THE ALASKA NATIVE TRIBAL )
HEALTH CONSORTIUM, )
                            )
                Defendant. )
_____ ) Case No. 3AN-06-04797 CI

### INITIAL PRETRIAL ORDER

Pursuant to the Uniform Pretrial Order Administrative Order 3AO-03-04, this Court hereby issues the Initial Pretrial Order in this case.

### Routine Pretrial Order

The parties shall discuss among themselves possible trial dates and the expected length of trial. Within **15 days** after distribution of the Initial Pretrial Order, the parties shall jointly submit a list of three trial dates that are each approximately **12 months** from the date of the Initial Pretrial Order or another earlier date they would like to be considered. The submission to the Court should also state the approximate number of trial days the parties believe will be required. A Routine Pretrial Order will be issued based on the parties' report in accordance with the Uniform Pretrial Order.

### Initial Disclosures

Unless an earlier date is or has been agreed to by the parties, initial disclosures required under Alaska Civil Rule 26(a)(1) shall be served not later than **30 days** after distribution of the Initial Pretrial Order.

**DONE** this 21st day of February 2006, at Anchorage, Alaska.

William F. Morse
Superior Court Judge

I certify that on 21 February 2006
a copy of the above was mailed to
each of the following at their
addresses of record:

Van Flein
Munson

Mary E. Ventress
Judicial Assistant

3AN-06-04797 CI
AK DENTAL SOCIETY V AK NATIVE TRIBAL HEALTH
Anchorage Initial Pretrial Order
Page No. 2

Exhibit B page 2 of 2 pages