SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoksyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**DEFENDANT'S MOTION TO DISMISS (STANDING)**

Defendant Alaska Native Tribal Health Consortium respectfully requests that this matter be

dismissed for lack of standing. Fed. Rul. Civ. Pro. 12(b)(1) and (b)(6).

DEFENDANT'S MOTION TO DISMISS (STANDING)　　　　　　　　　　　　　　　　　Page 1 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/defendant's motion to dismiss (standing)

Dated this 15th day of March 2006.

                                        Respectfully submitted,

                                        /s/ *Richard D. Monkman*
By: _____
         Myra M. Munson
         Alaska Bar No. 8011103
         Richard D. Monkman
         dick@sonoskyjuneau.com
         Alaska Bar No. 8011101
         Aaron M. Schutt
         Alaska Bar No. 0011084

I hereby certify that on the 15th day of March, 2006, a copy of the foregoing Defendant's Motion to Dismiss (Standing) was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

/s/ *Richard D. Monkman*

DEFENDANT'S MOTION TO DISMISS (STANDING)                                     Page 2 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/defendant's motion to dismiss (standing)