SONOSKY, CHAMBERS, SACHSE
  MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br> Plaintiffs, <br><br> v. <br><br> THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:06-CV-0039 (TMB)
Filed Electronically

SCHEDULING AND PLANNING
CONFERENCE REPORT

1.     **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on March 17, 2006, and was attended by:

SCHEDULING AND PLANNING CONFERENCE REPORT                                        Page 1 of 7
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/scheduling and planning conference report

Thomas V. Van Flein, Esq., attorney for plaintiff the Alaska Dental Society, the American Dental Association, Dr. T. Howard Jones, Dr. Michale Boothe, Dr. Pete Higgins and Dr. George Shaffer.

Myra M. Munson and Richard D. Monkman, attorneys for defendant the Alaska Native Tribal Health Consortium, and Duane P. Peterson, Associate General Counsel of defendant Alaska Native Tribal Health Consortium.

The parties recommend the following:

2.    **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

> will be exchanged by the parties by 30 days from the date the Court rules on defendant ANTHC's Motion to Dismiss (Standing), Dkt. 12, unless mooted by the Court's decision.

Proposed changes to disclosure requirements: None.

Preliminary witness lists:

> will be exchanged by the parties by 30 days from the date the Court rules on defendant ANTHC's Motion to Dismiss (Standing), Dkt 12, unless mooted by the Court's decision.

3.    **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

> Defendant ANTHC believes that the contested issues will be primarily those of law: whether plaintiffs have standing to bring this action, whether plaintiffs have joined all indispensable parties; whether applicable federal laws preempt the Alaska state dentistry laws; and whether plaintiffs are entitled to injunctive relief, together with related factual issues.  During discovery additional issues may arise, in particular with regard to issues relating to defendant's potential counterclaims of monopolization, concerted refusals to deal and tying.

> Plaintiffs ADA, et al., believe the contested issues will include whether the dental health aide therapists are practicing in violation of Alaska's Dental Practice Act, and whether they are entitled to enjoin any violation if one is found to exist.   Plaintiff disagrees that there are any anti-trust issues as none are pled by any party.

SCHEDULING AND PLANNING CONFERENCE REPORT                                          Page 2 of 7
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/scheduling and planning conference report

4.     **Discovery Plan**.  The parties do not agree on the scope of discovery.  The Defendant proposes to the court the following discovery plan.

A. Discovery will be needed on the following issues:

Defendant ANTHC believes discovery will be needed into whether ANTHC has counterclaims against plaintiffs for illegal monopolization, attempted monopolization, concerted refusals to deal and tying under the Sherman Act, 15 USC § 1 – 7, and the Federal Trade Commission Act, 15 USC § 41, et seq., including:

Basis and motivation for plaintiffs' opposition to mid-level practice in dentistry

Plaintiffs' actions and activities with regards to mid-level practice in dentistry at state and federal levels.

Economic effect of ban on mid-level practice of dentistry to plaintiffs' members.

Known and projected public health benefits of mid-level practice in dentistry in Alaska and elsewhere.

The Plaintiffs believe discovery will be only be needed into the actual activities  being performed by health aides, the types of patients being seen and procedures being done, the selection and training of DHATs, supervision and review of DHATs, complications involving DHAT's, standards of care, funding and expenditures of funds for DHAT's and related care.

B. All discovery commenced in time to be completed by ("discovery close date").

March 31, 2007.

C.  Limitations on Discovery.

1.     Interrogatories

No change from F.R.Civ.P. 33(a).

SCHEDULING AND PLANNING CONFERENCE REPORT                    Page 3 of 7
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/scheduling and planning conference report

2.      Requests for Admissions.

No change from F.R.Civ.P. 36(a).

3.      Depositions.

No change from F.R.Civ.P. 30(a), except that depositions of experts will not count against a party's 30(a) limit.  The number of depositions may be increased by agreement of the parties or for good cause shown.

Depositions not to exceed four (4) hours unless agreed to by all parties.

D.      Reports from retained experts.

Not later than 60 days after the close of discovery subject to F.R.Civ.P 26(a)(2)(C). The parties may depose opposing experts after the close of discovery and after reports have been exchanged.

E.      Supplementation of disclosures and discovery responses are to be made:

As new information is acquired, but not later than 60 days before the close of discovery.

F.      A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

60 days prior to the close of discovery.

5.      **Pretrial Motions**.

No change from D.Ak. LR 16.1(c).

SCHEDULING AND PLANNING CONFERENCE REPORT                                      Page 4 of 7
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/scheduling and planning conference report

6.    **Other Provisions**:

    A.    Plaintiffs request a conference with the court before the entry of the scheduling order.  Defendant does not believe a conference is necessary.

        Purpose of conference:  To determine the scope of discovery.

    B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

        This matter is not considered a candidate for court-annexed alternative dispute resolution.

    C.    The parties do not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

        Compliance not required by any party.  Defendant claims that ANTHC is a governmental entity.  Plaintiff claim they are either individuals or not-for-profit corporations that do not have any publicly traded stock or affiliates.

7.    **Trial**.

    A.    The matter will be ready for trial:

        90 days after the discovery close date.

    B.    This matter is expected to take 10 days to try.

    C.     Jury Demanded               Yes
            Right to jury trial disputed?   Yes

//
//
//

SCHEDULING AND PLANNING CONFERENCE REPORT                 Page 5 of 7
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/scheduling and planning conference report

Dated this 21st day of March 2006.

SONOSKY, CHAMBERS, SACHSE,
MILLER & MUNSON LLP

/s/ *Richard D. Monkman*

By: _____

Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

Dated this 21st day of March 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC

/s/ *Thomas V. Van Flein*

By: _____

Thomas V. Van Flein
Alaska Bar No. 9011119
Tvf@cplawak.com
711 H St., Suite 620
Anchorage, Alaska 99501
Attorney(s) for Plaintiffs
The Alaska Dental Society, et al.

SCHEDULING AND PLANNING CONFERENCE REPORT                Page 6 of 7
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/scheduling and planning conference report