Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel: (907) 272-9272
Fax: (907) 272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

THE ALASKA DENTAL SOCIETY, THE)
AMERICAN DENTAL ASSOCIATION,        )
DR. T. HOWARD JONES, DR.            )
MICHAEL BOOTHE, DR. PETE HIGGINS    )
AND DR. GEORGE SHAFFER,             )
                                    )
            Plaintiffs,             )
                                    )
vs.                                 )
                                    )
THE ALASKA NATIVE TRIBAL HEALTH     )
CONSORTIUM and DOES 1 through 8,    )
                                    )
            Defendants.             )**CASE NO:3:06-CV-00039-TMB**
_____)Filed Electronically

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs, The Alaska Dental Society, The American Dental Association, Dr. Jones, Dr. Boothe, Dr. Higgins and Dr. Shaffer (collectively "Plaintiffs"), through counsel, hereby bring this unopposed motion for an extension of time for 1) Plaintiffs' opposition to The Alaska Native Tribal Health Consortium ("Defendant") Motion to Dismiss (Standing) and 2) Defendant's opposition to Plaintiffs' Motion for Remand.

The undersigned counsel has conferred with counsel for Defendant, and both agree to extend the deadlines for such oppositions to **April 14, 2006.**

UNOPPOSED MOTION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.,*Case No. 3:06-cv-00039-TMB
Page 1 of 4

### IV.    CONCLUSION

For all the foregoing reasons, this Court should grant Plaintiffs' unopposed Motion for Extension of Time allowing Plaintiffs' opposition to Defendant's Motion to Dismiss (Standing) and Defendant's opposition to Plaintiffs' Motion for Remand to be due April 16, 2006.

DATED at Anchorage, Alaska, this 27th day of March, 2006.

                              s/   Matthew K. Peterson  for
                                   Tom Van Flein
                              CLAPP, PETERSON, VAN FLEIN
                              TIEMESSEN & THORSNESS, LLC
                              Attorneys for Plaintiffs
                              711 H Street, Suite 620
                              Anchorage, Alaska 99501-3454
                              Tel:  (907)  272-9272
                              Fax:  (907)  272-9586
                              (907) 272-9272
                              usdc-anch-ntc@cplawak.com
                              Attorneys for Plaintiffs

UNOPPOSED MOTION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.,* Case No. 3:06-cv-00039-TMB
Page 2 of 4

<u>PROPOSED ORDER</u>

Having considered Plaintiffs' Unopposed Motion for Extension of Time, this Court hereby orders that the following shall be due on April 14, 2006:

1) Plaintiffs' opposition to Defendant's Motion to Dismiss (Standing), and

2) Defendant's opposition to Plaintiffs' Motion for Remand.

IT IS SO ORDERED.

DATED:_____    _____  _____

Timothy M. Burgess
United States District Judge

UNOPPOSED MOTION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health
Consortium, et al.,* Case No. 3:06-cv-00039-TMB
Page 3 of 4

1

<u>Certificate of Service</u>

2
I hereby certify that on March 27, 2006, a copy of the
foregoing document was served electronically on Richard D.

3
Monkman, Myra M. Munson, and Aaron M. Schutt.

4
<u>s/ Matthew K. Peterson</u>

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
UNOPPOSED MOTION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health
Consortium, et al.,* Case No. 3:06-cv-00039-TMB
Page 4 of 4