Thomas V. Van Flein, Esq. (Alaska Bar No. 9011119)
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
 (907) 272-9228; (907) 272-9586 (fax)
Email:  usdc-anch-ntc@cplawak.com

*Attorneys for Plaintiff The American Dental Association*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY AND SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule 83.1(f) of the U.S. District Court for the District of Alaska, Thomas Van Flein and Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC (711 H Street, Suite 620 Anchorage, Alaska  99501) move that he and his law firm be permitted to withdraw as counsel of record for the Plaintiff The American Dental Association and that Patton Boggs LLP, by and through Douglas J. Serdahely, 601 W. Fifth Avenue, Suite 700, Anchorage, Alaska 99501 be permitted to substitute as counsel of record for Plaintiff The American Dental Association.

Thomas Van Flein and Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC shall remain as counsel of record for the remaining plaintiffs.

48235v1

DATED at Anchorage, Alaska this 12 day of April, 2006.

s/Thomas V. Van Flein
Thomas V. Van Flein, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
Phone: (907) 272-9228
Fax: (907) 272-9586
Email: usdc-anch-ntc@cplawak.com
Alaska Bar No. 9011119

### CONSENT OF CLIENT

I, Jerome K. Bowman, Associate General Counsel for Plaintiff The American Dental Association, hereby consent to the substitution of Douglas J. Serdahely, and Patton Boggs LLP, for Thomas V. Van Flein and Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, as counsel of record for Plaintiff The American Dental Association in this matter.

DATED: 4-12-06

Jerome K. Bowman, Esq.
Associate General Counsel
Plaintiff The American Dental Association

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, a copy of the Motion for Withdrawal of Attorney and Substitution of Counsel was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein** usdc-anch-ntc@cplawak.com | **Aaron M. Schutt** aaron@sonosky.net |
| **Myra M. Munson** myra@sonoskyjuneau.com | **Richard D. Monkman** dick@sonoskyjuneau.com |

By: s/Nina E. Bingham
Legal Assistant/Legal Secretary