# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br>        Plaintiffs, <br><br> vs. <br><br> THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, <br><br>        Defendants. | Case No. 3:06-cv-00039 (TMB) <br><br> **[PROPOSED] ORDER** |

No opposition having been filed, IT IS HEREBY ORDERED that Patton Boggs, LLP is substituted as counsel of record for Plaintiff The American Dental Association in the above-captioned action.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2006, a copy of the Motion for Withdrawal of Attorney and Substitution of Counsel was served electronically on:

**Thomas V. Van Flein**
usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

By:    s/Nina E. Bingham
       Legal Assistant/Legal Secretary
       PATTON BOGGS LLP

48244v1