Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiff The American Dental Association*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>           Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>           Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Patton Boggs LLP, hereby gives notice of its appearance on behalf of Plaintiff The American Dental Association in the above-captioned case.  All pleadings, notices or other papers shall be served on the undersigned, to the address stated herein: Douglas J. Serdahely, Esq., Patton Boggs LLP, 601 West 5th Avenue, Suite 700, Anchorage, Alaska 99501, dserdahely@pattonboggs.com.

48240v1

DATED at Anchorage, Alaska this 12th day of April, 2006

    s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6310
Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2006, a copy of the Notice of Appearance was served electronically on:

**Thomas V. Van Flein**
Usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

By:   s/Nina E. Bingham
    Nina E. Bingham, Legal Secretary
    PATTON BOGGS LLP