Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiff The American Dental Association*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>       Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>       Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff, The American Dental Association, by and through the undersigned counsel, hereby brings this unopposed motion for a two-week extension of time for (1) all Plaintiffs' oppositions to Defendant Alaska Native Tribal Health Consortium's Motion to Dismiss (Standing) and (2) Defendant's opposition to Plaintiffs' Motion for Remand.  Currently, such oppositions are due on **April 14, 2006**.

The requested extension of time is necessitated by the substitution of the undersigned as counsel of record for Plaintiff The American Dental Association.[1]  The undersigned counsel will

---

[1] The undersigned counsel also expects to substitute as counsel of record for Plaintiff Dr. T. Howard Jones as soon as Dr. Jones has had an opportunity to execute the consent form on the substitution motion.  Such motion will be filed shortly.

48249v1

require a reasonable time to review the briefing on the foregoing motions and prepare an appropriate submission on behalf of Plaintiff The American Dental Association. In order to keep all briefing on the foregoing motions synchronized, it is respectfully suggested that the briefing deadlines for all parties on such motions be extended for two weeks.

The undersigned counsel has conferred with counsel for Defendant and counsel for the other Plaintiffs and all agree to an extension of the current filing the deadlines for such oppositions to **April 28, 2006**.

All parties further agree that their reply briefs to the oppositions may be filed on or before **May 12, 2006**.

All parties also agree that their oppositions and replies to the pending motions may exceed briefing page limits set forth in the Local Rule 10.1(l), if need be, without further application for leave of Court to do so.

Plaintiff, The American Dental Association, respectfully requests the Court to grant the relief requested herein. For the Court's convenience, a proposed order setting forth such relief is lodged herewith.

DATED at Anchorage, Alaska this 12th day of April, 2006.

                                                    s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, a copy of the Unopposed Motion For Extension of Time was served electronically on:

**Thomas V. Van Flein**
Usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com


By:   s/Nina E. Bingham
         Nina E. Bingham, Legal Secretary
         PATTON BOGGS LLP