**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

THE ALASKA DENTAL SOCIETY, THE
AMERICAN DENTAL ASSOCIATION, DR. T.
HOWARD JONES, DR. MICHALE BOOTHE,
DR. PETE HIGGINS and DR. GEORGE
SHAFFER,

        Plaintiffs,

vs.

THE ALASKA NATIVE TRIBAL HEALTH
CONSORTIUM and DOES 1 through 8,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:06-cv-00039 (TMB)

**[PROPOSED] ORDER**

Having considered Plaintiff The American Dental Association's Unopposed Motion for Extension of Time, this Court **Hereby Orders That:**

    1)    All Plaintiffs' Oppositions to Defendant's Motion to Dismiss (Standing), and Defendant's opposition to Plaintiffs' Motion for Remand, shall be due on **April 28, 2006**;

    2)    All parties' replies to the foregoing oppositions shall be due on **May 12, 2006**; and

    3)    The parties' oppositions and reply briefs may exceed briefing page limits set forth in Local Rule 10.1(l), without further leave of Court.

    **IT IS SO ORDERED**.

    DATED at Anchorage, Alaska this _____ day of _____, 2006.


                     _____
                     Honorable Timothy M. Burgess
                     United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2006, a copy of the Unopposed Motion For Extension of Time was served electronically on:

**Thomas V. Van Flein**
usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

By:      s/Nina E. Bingham
       Nina E. Bingham, Legal Secretary
       PATTON BOGGS LLP