## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br>        Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>        Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**[PROPOSED] ORDER** |

No opposition having been filed, IT IS HEREBY ORDERED that Patton Boggs, LLP is substituted as counsel of record for Plaintiff Dr. T. Howard Jones in the above-captioned action.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Judge

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2006, a copy of the Motion for Withdrawal of Attorney and Substitution of Counsel was served electronically on:

**Thomas V. Van Flein**
usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

By:   s/Nina E. Bingham
      Legal Assistant/Legal Secretary
      PATTON BOGGS LLP

48244v1