SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**DEFENDANT'S PARTIAL OPPOSITION TO
PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS**

DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY OF PROCEEDINGS PENDING
DETERMINATION AND RULING ON JURISDICTION AND REMAND                                    Page 1 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/defendant's opposition to plaintiffs' motion for stay 04-14-06

Defendant Alaska Native Medical Center believes that plaintiffs' *Motion for Stay of Proceedings*, Dkt. 20, is essentially moot. The Court has held the status conference on discovery opposed by plaintiffs, and has issued a *Scheduling and Planning Order*, Dkt. 22; the parties have stipulated to a briefing schedule on the two pending motions, *Unopposed Motion for Extension of Time*, Dkt. 25; and the parties have agreed that discovery will not commence until thirty days after the Court rules on ANTHC's *Motion to Dismiss (Standing)*, Dkt. 12, unless mooted by dismissal. *See, Parties' Scheduling and Planning Conference Report*, Dkt. 15, at 2 ¶ 2.

All that remains of plaintiffs' *Motion to Stay*, it appears, is limited to a request that the Court order the parties not to file additional motions or take other steps in this litigation until the two pending motions are decided. ANTHC does not object to such an order, although it does not seem necessary, so long as the order is limited as described above.

Dated this 14th day of April 2006.

                                          Respectfully submitted,

                                          //s//
By: _____
    Myra M. Munson
    Alaska Bar No. 8011103
    Richard D. Monkman
    dick@sonoskyjuneau.com
    Alaska Bar No. 8011101
    Aaron M. Schutt
    Alaska Bar No. 0011084

DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY OF PROCEEDINGS PENDING
DETERMINATION AND RULING ON JURISDICTION AND REMAND         Page 2 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/defendant's opposition to plaintiffs' motion for stay 04-14-06

I hereby certify that on the 14th day of April 2006, a copy of the foregoing Defendant's Opposition to Plaintiffs' Motion for Stay of Proceedings Pending Determination and Ruling on Jurisdiction and Remand was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely
dserdahely@pattonboggs.com

/s/ *Richard D. Monkman*
_____
Richard D. Monkman

DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY OF PROCEEDINGS PENDING
DETERMINATION AND RULING ON JURISDICTION AND REMAND                    Page 3 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/defendant's opposition to plaintiffs' motion for stay 04-14-06