Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental Association and Dr. T. Howard Jones*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**REPLY OF PLAINTIFFS AMERICAN DENTAL ASSOCIATION AND DR. JONES IN SUPPORT OF OTHER PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS PENDING DETERMINATION AND RULING <u>ON JURISDICTION AND REMAND</u>** |

Plaintiffs, The American Dental Association ("ADA") and Dr. T. Howard Jones ("Jones"), by and through their undersigned counsel, hereby reply to Defendant's Partial Opposition To Plaintiffs' Motion for Stay of Proceedings ("Partial Opposition"), filed herein on 4/14/06 (Docket No. 28), as follows.

In its Partial Opposition, Defendant, The Alaska Native Tribal Health Consortium ("Defendant" or "Consortium") concedes that "discovery will not commence until thirty days after the Court rules" on the pending motions. Partial Opposition at 2. Plaintiffs ADA and Jones

48367v1

agree that no discovery activity should proceed in this case, if at all, until 30 days after the Court rules on Plaintiffs' Motion for Remand.  On this point, all parties are in agreement.

Defendant, however, misconstrues Plaintiffs' Motion for Stay by suggesting that Plaintiffs are seeking an order which would merely prohibit the parties from filing "additional motions or take other steps in this litigation until the two motions [Plaintiffs' Motion for Remand and Defendant's Motion to Dismiss] are decided." *Id*.  Plaintiffs ADA and Jones do not agree with Defendant's erroneous interpretation of Plaintiffs' Motion for Stay, and do not agree with Defendant's position in this regard.

As explained more fully in Plaintiffs' Motion for Stay (Docket No. 20), and Plaintiff ADA and Jones' "Joinder" therein, (Docket No. 30), Plaintiffs are seeking a stay of all activities in this action, including Defendant's Motion to Dismiss, until the Court first adjudicates Plaintiffs' Motion for Remand and related jurisdictional issues.

For the reasons set forth in Plaintiff ADA and Jones' Joinder, and the other Plaintiffs' Motion for Stay, federal authorities as well as sound policy reasons strongly suggest that this Court should address and adjudicate the threshold jurisdictional issues as a matter of first instance in this case, before addressing Defendant's Motion to Dismiss or any other motion or matter. *Libhart v. Santa Monica Daily Co.*, 592 F.2d 1062, 1064 (9th Cir. 1979) ("A review of the federal court's jurisdiction is a threshold question which must be answered prior to the disposition of each case before it").  If the Court rules upon other motions before determining whether the Court has jurisdiction over this action, and if it later turns out that the Court lacks jurisdiction herein, then the Court will be obliged to vacate its former rulings and remand the

48367v1

REPLY OF PLAINTIFFS AMERICAN DENTAL ASSOCIATION
AND DR. JONES IN SUPPORT OF OTHER PLAINTIFFS' MOTION
FOR STAY OF PROCEEDINGS PENDING DETERMINATION
AND RULING ON JURISDICTION AND REMAND
CASE NO. 3:06-cv-00039 (TMB)
PAGE 2

action to State court, and the Court and parties will have wasted valuable time, resources, and effort in the process.

Accordingly, Plaintiffs ADA and Jones urge the Court to address and adjudicate first Plaintiffs' Motion for Remand and related jurisdictional issues, and to stay all other matters herein, including Defendants' Motion to Dismiss, until it has done so.

DATED at Anchorage, Alaska this 17th day of April 2006.

        s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2006, a copy of the Reply Of Plaintiffs American Dental Association And Dr. Jones In Support Of Other Plaintiffs' Motion For Stay Of Proceedings Pending Determination And Ruling On Jurisdiction And Remand was served electronically on:

**Thomas V. Van Flein**
usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

By:    s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP

48367v1

REPLY OF PLAINTIFFS AMERICAN DENTAL ASSOCIATION
AND DR. JONES IN SUPPORT OF OTHER PLAINTIFFS' MOTION
FOR STAY OF PROCEEDINGS PENDING DETERMINATION
AND RULING ON JURISDICTION AND REMAND
CASE NO. 3:06-cv-00039 (TMB)
PAGE 3