MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

**THE ALASKA DENTAL SOCIETY, et al.,**
**v.**
**THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**

Case No. 3:06-cv-00039 TMB

By:    THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:    ORDER FROM CHAMBERS**

Having considered American Dental Association's Unopposed Motion for Extension of Time, this Court hereby orders that:

1) All Plaintiffs' Oppositions to Defendant's Motion to Dismiss (Standing), and Defendant's Opposition to Plaintiffs' Motion for Remand, shall be due on **April 28, 2006;**

2) All parties' Replies to the foregoing Oppositions shall be due on **May 12, 2006**; and

3) The parties' briefs may exceed the page limits set in the Local Rules as follows:

**Opposition briefs may not exceed 65 pages, and Reply briefs may not exceed 30 pages.**

Further leave of Court will be required to exceed these increased page limitations.

IT IS SO ORDERED.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

**DATE: April 18, 2006**