IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　　Defendants. | Case No. 3:06-cv-00039 TMB<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that Patton Boggs, LLP is substituted as counsel of record for Plaintiff Dr. T. Howard Jones in the above-captioned action.

　　　DATED at Anchorage, Alaska this 18th day of April, 2006.


　　　　　　　　　　　　　　　　　　/s/ Timothy Burgess
　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　United States District Judge

48244v1