Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental Association and Dr. T. Howard Jones*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>    Plaintiffs,<br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br>    Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**AFFIDAVIT OF COUNSEL**<br>**DOUGLAS J. SERDAHELY** |

STATE OF ALASKA    )
            ) ss.
THIRD JUDICIAL DISTRICT )

  Douglas J. Serdahely, being first duly sworn, deposes and says:

  1.  I am an attorney duly licensed to practice law in the state of Alaska.  I am fully competent to address the matters raised herein and make this affidavit of personal knowledge.  I am counsel of record for Plaintiffs The American Dental Association ("ADA") and Dr. T. Howard Jones, ("Jones") in the above-entitled case.

  2.  On or about April 7, 2006, I was asked by Plaintiff ADA and Dr. Jones to appear in this action on their behalf.  After running a conflict check, I agreed to do so and filed appearances and motions for substitution of counsel on April 12 and 13, 2006.

48423v1

3. At about the same time, I telephoned Aaron B. Schutt, counsel for Defendant The Alaska Native Tribal Health Consortium, to advise that I would be appearing in this action on behalf of Plaintiff ADA and Jones and to request a two-week extension of time to respond to Defendant's Motion for Remand. Mr. Schutt indicated that he had to consult with his co-counsel, Mr. Richard Monkman, before responding to my request.

4. On the next day, Mr. Schutt called me back to advise that Defendant would grant my requested two-week extension to respond to Defendants' Motion to Dismiss, on the condition that Defendant also be given a like two-week extension of time to respond to Plaintiffs' Motion for Remand. Mr. Schutt further requested that local page limits on briefing be vacated. I prepared and filed a motion to this effect on April 12, 2006, incorporating Defendant's additional requests.

5. At no time during my discussions with Mr. Schutt was the subject of Plaintiffs' Motion for Stay and related briefing schedule ever discussed or addressed. Similarly, at no time during such discussion was it ever suggested that Plaintiffs' Motion for Stay was moot, modified or withdrawn.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_/s/ Douglas J. Serdahely_
DOUGLAS J. SERDAHELY
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6310 / Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com
Alaska Bar No. 7210072

SUBSCRIBED AND SWORN to before me this 20th day of April, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 8/8/06

48423v1
AFFIDAVIT OF COUNSEL DOUGLAS J. SERDAHELY
CASE NO. 3:06-cv-00039 (TMB)
PAGE 2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2006, a copy of the Affidavit Of Counsel Douglas J. Serdahely was served electronically on:

**Thomas V. Van Flein**
Usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com


By:     s/Nina E. Bingham
          Nina E. Bingham, Legal Secretary
          PATTON BOGGS LLP