American Dental Association

# Constitution

# and

# Bylaws

Revised to
January 1, 2006



American Dental Association
www.ada.org

EXHIBIT # __A__
Page # __1__ of __81__

# Contents

Constitution of American Dental Association..........................................3
    Amendments, Article VIII............................................................5
    Annual Session, Article VI..........................................................4
    Government, Article IV................................................................4
    Name, Article I..............................................................................3
    Object, Article II...........................................................................3
    Officers, Article V........................................................................4
    Organization, Article III...............................................................3
    Principles of Ethics and Code of Professional
        Conduct, Article VII..............................................................5
Bylaws of American Dental Association ...............................................6
    Alliance of the American Dental Association,
        Chapter XVIII.......................................................................78
    Amendments, Chapter XXI.......................................................79
    American Dental Association Foundation,
        Chapter XIII..........................................................................70
    Appointive Officer, Chapter IX.................................................51
    Board of Trustees, Chapter VII .................................................39
    Commissions, Chapter XIV.......................................................70
    Component Societies, Chapter III .............................................23
    Conflict of Interest, Chapter VI.................................................38
    Constituent Societies, Chapter II...............................................18
    Construction, Chapter XX..........................................................79
    Councils, Chapter X ..................................................................52
    Elective Officers, Chapter VIII .................................................47
    Finances, Chapter XVII.............................................................77
    House of Delegates, Chapter V .................................................27
    Indemnification, Chapter XIX...................................................78
    Membership, Chapter I................................................................6
    Principles of Ethics and Code of Professional Conduct and
    Judicial Procedure, Chapter XII ................................................65
    Publications, Chapter XVI.........................................................76
    Scientific Session, Chapter XV .................................................76
    Special Committees, Chapter XI ...............................................64
    Trustee Districts, Chapter IV.....................................................25

Articles of Incorporation of American Dental Association..................80

EXHIBIT #_____A_____
Page #___2___ of ___81__

# *Constitution*

. . . . . . . . . . . . . . . . . . . . . . . .

ARTICLE I • NAME

1  The name of this organization shall be the American
2  Dental Association, hereinafter referred to as "the
3  Association" or "this Association."

ARTICLE II • OBJECT

4  The object of this Association shall be to encourage
5  the improvement of the health of the public and to
6  promote the art and science of dentistry.

ARTICLE III • ORGANIZATION

7   *Section 10.* INCORPORATION: This Association is
8   a non-profit corporation organized under the laws of
9   the State of Illinois. If this corporation shall be
10  dissolved at any time, no part of its funds or property
11  shall be distributed to, or among, its members but,
12  after payment of all indebtedness of the corporation,
13  its surplus funds and properties shall be used for
14  dental education and dental research in such manner
15  as the then governing body of the Association may
16  determine.
17  *Section 20.* HEADQUARTERS OFFICE: The
18  registered office of this Association shall be known
19  as the Headquarters Office and shall be located in the
20  City of Chicago, County of Cook,
21  State of Illinois.
22  *Section 30.* BRANCH OFFICES: Branch offices of
23  this Association may be established in any city of the
24  United States by a majority vote of the House of
25  Delegates.
26  *Section 40.* MEMBERSHIP: The membership of this
27  Association shall consist of dentists and other
28  persons whose qualifications and classifications shall
29  be as established in Chapter I of the *Bylaws*.
30  *Section 50.* CONSTITUENT SOCIETIES:
31  Constituent societies of this Association shall be

EXHIBIT # ___A___
Page # ___3___ of ___81___

32  those dental societies or dental associations chartered
33  as such in conformity with Chapter II of
34  the *Bylaws*.

35  *Section 60.* COMPONENT SOCIETIES: Component
36  societies of this Association shall be those dental
37  societies or dental associations organized as such in
38  conformity with Chapter III of the *Bylaws* of this
39  Association and in conformity with the bylaws of
40  their respective constituent societies.

41  *Section 70.* TRUSTEE DISTRICTS: The constituent
42  societies of the Association and the federal dental
43  services shall be grouped into seventeen (17) trustee
44  districts, as provided in Chapter IV of the *Bylaws*.

## ARTICLE IV • GOVERNMENT

45  *Section 10.* LEGISLATIVE BODY: The legislative
46  and governing body of this Association shall be a
47  House of Delegates which may be referred to as "the
48  House" or "this House," as provided in Chapter V of
49  the *Bylaws*.

50  *Section 20.* ADMINISTRATIVE BODY: The
51  administrative body of this Association shall be a
52  Board of Trustees, which may be referred to as "the
53  Board" or "this Board" as provided in Chapter VII of
54  the *Bylaws*.

## ARTICLE V • OFFICERS

55  *Section 10.* ELECTIVE OFFICERS: The elective
56  officers of this Association shall be a President, a
57  President-elect, a First Vice President, a Second Vice
58  President, a Treasurer and a Speaker of the House of
59  Delegates, each of whom shall be elected by the
60  House of Delegates as provided in Chapter VIII of
61  the *Bylaws*.

62  *Section 20.* APPOINTIVE OFFICER: The
63  appointive officer of this Association shall be an
64  Executive Director who shall be appointed by the
65  Board of Trustees as provided in Chapter IX of the
66  *Bylaws*.

## ARTICLE VI • ANNUAL SESSION

67  The annual session of this Association shall be
68  conducted in accordance with Chapters V and XV of
69  the *Bylaws*.

## ARTICLE VII • PRINCIPLES OF ETHICS AND CODE OF PROFESSIONAL CONDUCT

70  The *Principles of Ethics and Code of Professional*
71  *Conduct* of this Association and the codes of ethics
72  of the constituent and component societies which are
73  not in conflict with the *Principles of Ethics and Code*
74  *of Professional Conduct* of this Association, shall
75  govern the professional conduct of all members.

## ARTICLE VIII • AMENDMENTS

76  This *Constitution* may be amended by a two-thirds
77  (2/3) affirmative vote of the members of the House
78  of Delegates, provided that the proposed
79  amendments have been presented in writing at any
80  previous session of the House of Delegates.
81  This *Constitution* may also be amended at any
82  session of the House of Delegates by a unanimous
83  vote, provided the proposed amendments have been
84  presented in writing at a previous meeting of such
85  session.

EXHIBIT # __A__
Page # __5__ of __81__

# *Bylaws*

• • • • • • • • • • • • • • • • • • • • • • • •

### CHAPTER I • MEMBERSHIP

86  *Section 10.* CLASSIFICATION: The members of this
87  Association shall be classified as follows:

88  Active Members
89  Life Members
90  Retired Members
91  Student Members
92  Honorary Members
93  Provisional Members
94  Associate Members
95  Affiliate Members

96  *Section* 20. QUALIFICATIONS, PRIVILEGES,
97  DUES AND SPECIAL ASSESSMENTS:

98  A. ACTIVE MEMBER.
99     a. QUALIFICATIONS. An active member shall be
100    a dentist who is licensed to practice dentistry (or
101    medicine provided the physician has a D.D.S. or
102    D.M.D. or equivalent dental degree) in a state or
103    other jurisdiction of the United States and shall be a
104    member in good standing of this Association as that
105    is defined in these *Bylaws*. In addition, a dentist
106    shall be a member in good standing of this
107    Association's constituent and component societies,
108    unless the dentist is in the exclusive employ of, or
109    is serving on active duty in, one of the federal
110    dental services, is practicing in a country other than
111    the United States and consequently is ineligible for
112    membership in a constituent or component society
113    or is a non-practicing dentist. A dentist is
114    considered to be in the exclusive employ of one of
115    the federal dental services when the dentist is under
116    contract to provide dental services to the
117    beneficiaries of the federal agency on a full-time
118    basis and does not engage in private practice within
119    the jurisdiction of a constituent or component
120    society. A dentist is considered to be a non-
121    practicing dentist when the dentist works as a
122    dental school faculty member, dental administrator

## CHAPTER I • MEMBERSHIP

123  or consultant within the territorial jurisdiction of a
124  constituent society and is ineligible for active
125  membership in the constituent or component
126  society because the dentist is not licensed in the
127  territorial jurisdiction of that constituent.

128  *Explanatory Notes*: The term "other jurisdiction of
129  the United States" as used in this *Constitution and*
130  *Bylaws* shall mean the District of Columbia, the
131  Commonwealth of Puerto Rico, the
132  Commonwealth of the Northern Mariana Islands
133  and the territories of the United States Virgin
134  Islands, Guam and American Samoa.

135  The term "federal dental services" as used in this
136  *Constitution and Bylaws* shall mean the dental
137  departments of the Air Force, the Army, the Navy,
138  the Public Health Service, the department of
139  Veterans Affairs and other federal agencies.
140  b. PRIVILEGES.
141  (1) An active member in good standing shall
142  receive annually a membership card and *The*
143  *Journal of the American Dental Association,* the
144  subscription price of which shall be included in the
145  annual dues. An active member shall be entitled to
146  attend any scientific session of this Association and
147  receive such other services as are provided by the
148  Association.
149  (2) An active member in good standing shall be
150  eligible for election as a delegate or alternate
151  delegate to the House of Delegates and for election
152  or appointment to any office or agency of this
153  Association, except as otherwise provided in these
154  *Bylaws*.
155  (3) An active member under a disciplinary sentence
156  of suspension shall not be privileged to hold office,
157  either elective or appointive, including delegate and
158  alternate delegate, in such member's component
159  and constituent societies and this Association, or to
160  vote or otherwise participate in the selection of
161  officials of such member's component and
162  constituent societies and this Association.
163  c. DUES AND SPECIAL ASSESSMENTS.
164  Beginning January 1, 2006, and each year
165  thereafter, the dues of active members shall be the
166  amount established annually by the House of
167  Delegates in accordance with the procedure set
168  forth in Chapter V, Section 130Ad of these *Bylaws*.
169  In addition to their annual dues, active members
170  shall pay any special assessments levied by the
171  House of Delegates, due January 1 of each year.
172  However, any dentist, who satisfies the eligibility
173  requirements for active membership and any of the
174  following conditions shall be entitled to pay the

```
175   reduced active member dues and any special
176   assessment stated under such satisfied condition so
177   long as that dentist maintains continuous
178   membership, subject to the further reductions
179   permitted under the provisions of Chapter I, Section
180   20Ad of these Bylaws:
181   (1) Dentists, when awarded a D.D.S. or D.M.D.
182   degree, shall be exempt from the payment of active
183   member dues and any special assessment for the
184   remaining period of that year and the following first
185   full calendar year. Dentists shall pay twenty-five
186   percent (25%) of active member dues and special
187   assessment for the second full calendar year
188   following the year in which the degree was
189   awarded, fifty percent (50%) of active member dues
190   and special assessment in the third year, seventy-
191   five percent (75%) in the fourth year and one
192   hundred percent (100%) in the fifth year and
193   thereafter. Eligibility for this benefit shall be
194   conditioned on maintenance of continuous
195   membership or payment of reduced dues and
196   special assessment(s) for the years not previously
197   paid, at the rates current during the missing
198   year(s).*
199   (2) The dentist who is engaged full-time in (a) an
200   advanced training course of not less than one (1)
201   academic year's duration in an accredited school or
202   a residency program in areas neither recognized by
203   this Association nor accredited by the Commission
204   on Dental Accreditation or (b) a residency program
205   or advanced education program in areas recognized
206   by this Association and in a program accredited by
207   the Commission on Dental Accreditation shall pay
208   thirty dollars ($30.00) due on January 1 of each
209   year until December 31 following completion of
210   such program. For the dentist who enters such a
211   course or program within one (1) year of the award
212   of D.D.S. or D.M.D. degree the applicable
213   foregoing condition (1) shall toll until completion
214   of that program. Upon completing the program, the
215   dentist shall pay dues and any special assessments
216   for active members at the next period-in-time level
217   that is applicable under condition (1). Eligibility for
218   this benefit shall be conditioned on maintenance of
219   continuous membership or payment of post-
220   graduate student dues and active member dues and
221   special assessment(s) for years not previously paid,
222   at the rates current during the missing years. The
223   dentist who is engaged full-time in (a) an advanced
224   training course of not less than one (1) academic
225   year's duration in an accredited school or residency
226   program in areas neither recognized by this
227   Association nor accredited by the Commission on
228   Dental Accreditation or (b) a residency program or
229   advanced education program in areas recognized by
230   this Association and in a program accredited by the
231   Commission on Dental Accreditation shall be
```

CHAPTER I • MEMBERSHIP

| | |
|---|---|
| 232 | exempt from the payment of any active member |
| 233 | special assessment then in effect through December |
| 234 | 31 following completion of such course or program. |
| 235 | (3) An active member who is serving the |
| 236 | profession by working full-time for a charitable |
| 237 | organization and is receiving neither income nor a |
| 238 | salary for such charitable service other than a |
| 239 | subsistence amount which approximates a cost of |
| 240 | living allowance shall pay dues of five dollars |
| 241 | ($5.00) due January 1 of each year, and shall be |
| 242 | exempt from the payment of any special assessment |
| 243 | then in effect through December 31 following |
| 244 | completion of such service; provided that such |
| 245 | charitable service is being performed continuously |
| 246 | for not less than one year and provided further that |
| 247 | such member does not supplement such subsistence |
| 248 | income by the performance of services as a member |
| 249 | of the faculty of a dental or dental auxiliary school, |
| 250 | as a dental administrator or consultant, or as a |
| 251 | practitioner of any activity for which a license to |
| 252 | practice dentistry or dental hygiene is required. |
| 253 | (4) A graduate of a non-accredited dental school |
| 254 | who has recently been licensed to practice dentistry |
| 255 | in a jurisdiction in which there is a constituent |
| 256 | dental society of the American Dental Association |
| 257 | shall be exempt from payment of active member |
| 258 | dues and any special assessment for the remaining |
| 259 | period of the year in which the license was issued |
| 260 | and the following first full calendar year. The |
| 261 | newly licensed graduate of a non-accredited school |
| 262 | shall pay twenty-five percent (25%) of active |
| 263 | member dues and any special assessment the |
| 264 | second calendar year following the year in which |
| 265 | the license was obtained, fifty percent (50%) of |
| 266 | active member dues and any special assessment in |
| 267 | the third year, seventy-five percent (75%) in the |
| 268 | fourth year and one hundred (100%) in the fifth |
| 269 | year and thereafter.* |

---

\* This footnote clarifies the expansion of the reduced dues program approved by the 2003 House of Delegates. Only new dental school graduates and newly licensed dentists of non-accredited dental schools entering the reduced dues program in 2004 or thereafter are eligible for the expanded reduced dues program at the progression set forth in these *Bylaws* under conditions 1 and 4. Dentists who entered the reduced dues program prior to 2004 continue their progression to next applicable rate. That progression is as follows: twenty-five percent (25%) of active member dues and special assessment for the first full calendar year following graduation from an accredited dental school or the year in which the license was obtained for graduates of non-accredited dental schools, fifty percent (50%) of active member dues and special assessment in the second year,

EXHIBIT # ___A___
Page # __9__ of __81__

270  (5) A licensed dentist who has never been an active
271  member of this Association and is ineligible for dues
272  reduction as a new graduate under this Section of the
273  *Bylaws*, shall pay fifty percent (50%) of active
274  member dues and any special assessment in the first
275  year of membership, and shall pay one hundred
276  percent (100%) of active member dues and any
277  special assessment in the second year and each year
278  thereafter.
279  d. ACTIVE MEMBERS SELECTED AFTER
280  JULY 1 AND OCTOBER 1. Those members
281  selected to active membership in this Association
282  after July 1, except for those whose membership
283  has lapsed for failure to pay the current year's dues
284  and/or special assessments, shall pay one half (1/2)
285  of the current year's dues and one half (1/2) of any
286  active member special assessment then in effect,
287  and those selected after October 1, shall be exempt
288  from the payment of the current year's dues and any
289  active member special assessment then in effect on
290  a one-time only basis.
291  B. LIFE MEMBER.
292  a. QUALIFICATIONS. A life member shall be a
293  member in good standing of this Association who
294  (1) has been an active and/or retired member in
295  good standing of this Association for thirty (30)
296  consecutive years or a total of forty (40) years of
297  active and/or retired membership or has been a
298  member of the National Dental Association for
299  twenty-five (25) years and subsequently held at
300  least ten (10) years of membership in the American
301  Dental Association; (2) has attained the age of
302  sixty-five (65) years in the previous calendar year;
303  and (3) has submitted an affidavit attesting to the
304  qualifications for this category through said
305  component and constituent societies, if such exist.
306  A dentist who immigrated to the United States may
307  receive credit for up to twenty-five (25) consecutive
308  or total years of membership in a foreign dental
309  association in order to qualify for the respective
310  requirements for life membership.
311  Years of student membership shall not be counted
312  as active membership for purposes of establishing
313  eligibility for life membership unless the dentist was
314  an active member in good standing prior to
315  becoming a student member.
316  The Association will give notification to members

---

seventy-five (75%) in the third year and one hundred percent (100%) in the fourth year and thereafter. Such reductions are conditioned on maintenance of continuous membership or payment of dues and special assessment(s) for the years not previously paid at the rates current during the missing years. This footnote shall expire at adjournment *sine die* of the 2007 House of Delegates.

who are eligible for life membership. Life membership shall be effective the calendar year following the year in which the requirements are fulfilled. Maintenance of membership in good standing in the member's constituent and component societies, if such exist, shall be a requisite for continuance of life membership in this Association.

b. PRIVILEGES. A life member in good standing of this Association shall receive annually a membership card. A life member shall be entitled to all the privileges of an active member, except that a retired life member shall not receive *The Journal of the American Dental Association* except by subscription.

A life member under a disciplinary sentence of suspension shall not be privileged to hold office, either elective or appointive, including delegate and alternate delegate, in such member's component and constituent societies and this Association, or to vote or otherwise participate in the selection of officials of such member's component and constituent societies and this Association.

c. DUES AND SPECIAL ASSESSMENTS.

(1) ACTIVE LIFE MEMBERS. Regardless of a member's previous classification of membership, the dues of life members who have not fulfilled the qualifications of retired membership pursuant to Chapter I, Section 20C of these *Bylaws* with regard to income related to dentistry shall be fifty percent (50%) of the dues of active members, due January 1 of each year. In addition to their annual dues, active life members shall pay fifty percent (50%) of any active member special assessment levied by the House of Delegates, due January 1 of each year.

(2) RETIRED LIFE MEMBERS. Life members who have fulfilled the qualifications of Chapter I, Section 20C of these *Bylaws* with regard to income related to dentistry shall be exempt from payment of dues and any special assessment levied by the House of Delegates.

(3) ACCEPTANCE OF BACK DUES AND SPECIAL ASSESSMENTS. For the purpose of establishing continuity of active membership to qualify for life membership, back dues and special assessments, except as otherwise provided in these *Bylaws*, shall be accepted for not more than the three (3) years of delinquency prior to the date of application for such payment. The rate of such dues and/or special assessments, except as otherwise provided in these *Bylaws*, shall be in accordance with Chapter I, Section 40 of these *Bylaws*.

For the purpose of establishing continuity of active membership in order to qualify for life membership, an active member, who had been such when entering upon active duty in one of the federal dental services but who, during such federal dental service,

372 interrupted the continuity of active membership
373 because of failure to pay dues and/or special
374 assessments and who, within one year after
375 separation from such military or equivalent duty,
376 resumed active membership, may pay back dues and
377 special assessments for any missing period of active
378 membership at the rate of dues and/or special
379 assessments current during the missing years of
380 membership.
381 C. RETIRED MEMBER.
382   a. QUALIFICATIONS. A retired member shall be
383 an active member in good standing of this
384 Association who is now a retired member of a
385 constituent society, if such exists, and is no longer
386 earning income from the performance of any
387 dentally related activity, and has submitted an
388 affidavit attesting to qualifications for this
389 category through said component and constituent
390 society, if such exist. Maintenance of active or
391 retired membership in good standing in the
392 member's component society and retired
393 membership in good standing in the member's
394 constituent, if such exist, entitling such member to
395 all the privileges of an active member, shall be
396 requisite for entitlement to and continuance of
397 retired membership in this Association.
398   b. PRIVILEGES. A retired member in good
399 standing shall receive annually a membership card.
400 A retired member shall be entitled to all the
401 privileges of an active member.
402   A retired member under a disciplinary sentence of
403 suspension shall not be privileged to hold office,
404 either elective or appointive, including delegate and
405 alternate delegate, in such member's component
406 and constituent societies and this Association, or to
407 vote or otherwise participate in the selection of
408 officials of such member's component and
409 constituent societies and this Association.
410   c. DUES AND SPECIAL ASSESSMENTS. The
411 dues of retired members shall be twenty-five
412 percent (25%) of the dues of active members, due
413 January 1 of each year. In addition to their annual
414 dues, retired members shall pay twenty-five percent
415 (25%) of any active member special assessment
416 levied by the House of Delegates, due January 1 of
417 each year.
418 D. STUDENT MEMBER.
419   a. QUALIFICATIONS. A student member shall be
420 either a predoctoral student of a dental school
421 accredited by the Commission on Dental
422 Accreditation of this Association or a dentist

```
423   eligible for membership in this Association who is
424   engaged full time in an advanced training course of
425   not less than one academic year's duration in an
426   accredited school or residency program.
427   b. PRIVILEGES. A student member in good
428   standing of this Association shall receive annually a
429   membership card and *The Journal of the American*
430   *Dental Association,* the subscription price of which
431   shall be included in the annual dues. A student
432   member shall be entitled to attend any scientific
433   session of this Association.
434     A student member under a disciplinary sentence of
435   suspension shall not be privileged to serve as the
436   American Student Dental Association's delegate or
437   alternate delegate in this Association's House of
438   Delegates.
439   c. DUES AND SPECIAL ASSESSMENTS.
440   (1) PREDOCTORAL STUDENT MEMBERS: The
441   dues of predoctoral student members shall be five
442   dollars ($5.00) due January 1 of each year. Such
443   student members shall be exempt from the payment
444   of any special assessment levied by the House of
445   Delegates.
446   (2) POSTDOCTORAL STUDENTS AND
447   RESIDENTS: The dues of dentists who are student
448   members pursuant to Chapter I, Section 20D shall
449   be thirty dollars ($30.00) due January 1 of each
450   year. Such student members shall be exempt from
451   the payment of any special assessment levied by the
452   House of Delegates.
453   (3) Student membership terminates on December
454   31 after graduation or after completion of a
455   residency or graduate work.
456 E. HONORARY MEMBER.
457   a. QUALIFICATIONS: An individual who has
458   made outstanding contributions to the advancement
459   of the art and science of dentistry, upon election by
460   the Board of Trustees, shall be classified as an
461   honorary member of this Association.
462   b. PRIVILEGES. An honorary member shall
463   receive a membership card and *The Journal of the*
464   *American Dental Association.* An honorary member
465   shall be entitled to attend any scientific session of
466   this Association and receive such other services as
467   are authorized by the Board of Trustees.
468   c. DUES AND SPECIAL ASSESSMENTS.
469   Honorary members shall be exempt from payment
470   of dues and any special assessment levied by the
471   House of Delegates.
472 F. PROVISIONAL MEMBER.
473   a. QUALIFICATIONS. A provisional member
474   shall be a dentist who:
475   (1) has received a D.D.S. or D.M.D. degree from a
```

| | |
|---|---|
| 476 | dental school accredited by the Commission on |
| 477 | Dental Accreditation of the American Dental |
| 478 | Association or shall be a graduate of an |
| 479 | unaccredited dental school who has recently been |
| 480 | licensed to practice dentistry in a jurisdiction in |
| 481 | which there is a constituent dental society; |
| 482 | (2) has not established a place of practice; and |
| 483 | (3) shall have applied for provisional membership |
| 484 | within 12 months of graduation or licensure. |
| 485 | Provisional membership shall terminate December |
| 486 | 31 of the second full calendar year following the |
| 487 | year in which the degree was awarded. |
| 488 | b. PRIVILEGES. A provisional member in good |
| 489 | standing shall be entitled to all the privileges of an |
| 490 | active member except that, notwithstanding |
| 491 | anything in these *Bylaws* to the contrary, a |
| 492 | provisional member shall have no right to appeal |
| 493 | from a denial of active membership in the |
| 494 | Association. |
| 495 | A provisional member under a disciplinary |
| 496 | sentence of suspension shall not be privileged to |
| 497 | hold office, either elective or appointive, including |
| 498 | delegate and alternate delegate, in such member's |
| 499 | component and constituent societies and this |
| 500 | Association, or to vote or otherwise participate in |
| 501 | the selection of officials of such member's |
| 502 | component and constituent societies and this |
| 503 | Association. |
| 504 | c. DUES AND SPECIAL ASSESSMENTS. The |
| 505 | dues and/or special assessments of provisional |
| 506 | members shall be the same as the dues and/or |
| 507 | special assessments of active members. |
| 508 | G. ASSOCIATE MEMBER. |
| 509 | a. QUALIFICATIONS. An associate member shall |
| 510 | be a person ineligible for any other type of |
| 511 | membership in this Association, who contributes to |
| 512 | the advancement of the objectives of this |
| 513 | Association, is employed in dental-related |
| 514 | education or research, does not hold a dental license |
| 515 | in the United States, and has applied to and been |
| 516 | approved by the Board of Trustees.* |
| 517 | b. PRIVILEGES. An associate member in good |
| 518 | standing shall receive annually a membership card |

---

\* Individuals who are classified as associate members of this Association prior to the 1996 annual session of the House of Delegates but who are not employed full-time in dentally-related education or research by an accredited institution of higher education, may maintain their associate membership so long as other eligibility requirements are met and current dues and special assessments are paid.

519   and *The Journal of the American Dental*
520   *Association*, the subscription price of which shall be
521   included in the annual dues.  An associate member
522   shall be entitled to attend any scientific session of
523   this Association and receive such other services as
524   are authorized by the Board of Trustees.
525   c. DUES AND SPECIAL ASSESSMENTS. The
526   dues of associate members shall be twenty-five
527   percent (25%) of the dues of active members, due
528   January 1 of each year. In addition to their annual
529   dues, associate members shall pay twenty-five
530   percent (25%) of any active member special
531   assessment levied by the House of Delegates, due
532   January 1 of each year.

533   H. AFFILIATE MEMBER.
534   a. QUALIFICATIONS. An affiliate member shall
535   be a dentist who is ineligible for any other
536   classification of membership and:
537   (1) is practicing in a country other than the United
538   States;
539   (2) has been classified as an affiliate member upon
540   application to and approval by the Board of
541   Trustees; and
542   (3) is a member in good standing of this
543   Association.
544   b. PRIVILEGES. An affiliate member in good
545   standing shall receive annually a membership card,
546   have access to the members-only content areas of
547   ADA.org, be entitled to attend any scientific session
548   of this Association, purchase items through the
549   ADA Catalog at the member rate and receive such
550   other services as are authorized by the Board of
551   Trustees.
552   c. DUES AND SPECIAL ASSESSMENTS. The
553   dues of affiliate members shall be twelve dollars
554   ($12.00) for those members practicing in least
555   developed and low income countries eligible for
556   special fee criteria as established by the Fédération
557   Dentaire Internationale and seventy-five dollars
558   ($75.00) for other such  members, due January 1 of
559   each year.  Affiliate members shall be exempt from
560   the payment of any special assessment levied by the
561   House of Delegates.

562   *Section* 30. DEFINITION OF "IN GOOD
563   STANDING".  A member of this Association whose
564   dues and special assessments for the current year have
565   been paid shall be in good standing; provided,
566   however, that a member, to remain in good standing
567   may be required under the bylaws of the member's
568   constituent or component society, to meet standards

## CHAPTER I • MEMBERSHIP

569 of continuing education, pay special assessments,
570 cooperate with peer review bodies or committees on
571 ethics, or attend, if a newly admitted active member, a
572 stated number of membership meetings between the
573 date of admission and the completion of the first
574 calendar year of active membership. If under a
575 disciplinary sentence of suspension, such member
576 shall be designated as a "member in good standing
577 temporarily under suspension" until the member's
578 disciplinary sentence has terminated.
579 The requirement of paying current dues does not
580 apply to retired life and honorary members of this
581 Association for the purpose of determining their good
582 standing. The requirement of paying special
583 assessments does not apply to retired life, honorary,
584 affiliate and student members of this Association for
585 purposes of determining their good standing.
586 A member of this Association who is disabled for a
587 period of one year, is no longer earning income from
588 the performance of dentally-related activity because
589 of the disability, and who was a member in good
590 standing at the time such disability was incurred, shall
591 be exempt from the payment of dues and special
592 assessments and shall be in good standing during the
593 period of disability. A disabled member, in order to
594 receive entitlement to dues and special assessments
595 exemption, shall submit through the member's
596 component and constituent societies, if such exist, to
597 this Association a medical certificate attesting to
598 disability and a certificate from said component and
599 constituent societies, if such exist, attesting to this
600 disability. During the period of exemption from dues
601 and special assessments, further such certificates shall
602 be presented on request to this Association.*

---

\* Members with disabilities incurred during active military duty who were granted dues and special assessment disability waivers prior to the 2002 annual session of the House of Delegates may continue to receive such waivers so long as they are unable to practice dentistry within the definition of these *Bylaws*. Members with disabilities other than those disabled during active military duty who were granted dues and special assessment disability waivers prior to the 2002 annual session of the House of Delegates may continue to receive such waivers, provided such members can submit further certification attesting to the disability, upon request of the Association, during the exemption period.

| | |
|---|---|
| 603 | *Section* 40. LAPSE OF MEMBERSHIP AND |
| 604 | REINSTATEMENT. |
| 605 | A. LAPSE OF MEMBERSHIP. Any member whose |
| 606 | dues and special assessments have not been paid by |
| 607 | March 31 of the current year shall cease to be a |
| 608 | member of this Association. Further, an associate |
| 609 | member who terminates employment in dental-related |
| 610 | education or research shall cease to be an associate |
| 611 | member of this Association December 31 of that |
| 612 | calendar year. |
| 613 | B. REINSTATEMENT. Reinstatement of active, life, |
| 614 | student, retired or affiliate membership may be |
| 615 | secured on payment of appropriate dues and special |
| 616 | assessments of this Association by any former |
| 617 | member and on compliance by any former member |
| 618 | with the pertinent bylaws and regulations of the |
| 619 | constituent and component societies involved and this |
| 620 | Association. |
| 621 | *Section* 50. DUES OR SPECIAL ASSESSMENT |
| 622 | RELATED ISSUES. |
| 623 | A. PAYMENT DATE AND INSTALLMENT |
| 624 | PAYMENTS. Dues and special assessments of all |
| 625 | members are payable January 1 of each year, except |
| 626 | for active and active life members who may |
| 627 | participate in an installment payment plan. Such plan |
| 628 | shall be sponsored by the members' respective |
| 629 | constituent or component dental societies, or by this |
| 630 | Association if the active or active life members are in |
| 631 | the exclusive employ of, or are serving on active duty |
| 632 | in, one of the federal dental services. The plan shall |
| 633 | require monthly installment payments that conclude |
| 634 | with the current dues and special assessment amount |
| 635 | fully paid by June 30. Transactional costs may be |
| 636 | imposed, prorated to this Association and the |
| 637 | constituent or component dental society. The |
| 638 | installment plan shall provide for the expeditious |
| 639 | transfer of member dues and special assessments to |
| 640 | this Association and the applicable constituent or |
| 641 | component dental society, if such exists, as soon as |
| 642 | commercially feasible. |
| 643 | B. FINANCIAL HARDSHIP WAIVERS. Those |
| 644 | members who have suffered a significant financial |
| 645 | hardship that prohibits them from payment of their |
| 646 | full dues and/or special assessments may be excused |
| 647 | from the payment of fifty percent (50%), seventy-five |
| 648 | percent (75%) or all of the current year's dues and/or |
| 649 | special assessment(s) as determined by their |
| 650 | constituent and component dental societies. The |
| 651 | constituent and component society secretaries shall |
| 652 | certify the reason for the waiver, and the constituent |

653 and component societies shall provide the same
654 proportionate waiver of their dues as that provided by
655 this Association.

656 C. WAIVERS FOR ACTIVE MEMBERS
657 TEMPORARILY ACTIVATED TO FEDERAL
658 SERVICE. An active member in good standing who
659 pursuant to Chapter I of these *Bylaws* holds
660 membership in a constituent and component society
661 and is temporarily called to active duty with a federal
662 dental service on a non-career basis shall be exempt
663 from the payment of dues to this Association during
664 such military duty, but not to exceed a period of three
665 years.

666 D. CALCULATING PERCENTAGE DUES OR
667 SPECIAL ASSESSMENTS. In establishing the dollar
668 rate of dues or special assessments in this chapter
669 expressed as a percentage of active member dues or
670 special assessments, computations resulting in
671 fractions of a dollar shall be rounded up to the next
672 whole dollar.

673 *Section 60.* INTERIM SERVICES FOR
674 APPLICANTS. A dentist who has submitted a
675 complete application for active membership in this
676 Association and the appropriate constituent and
677 component societies, if such exist, may on a one-
678 time, interim basis: receive complimentary copies of
679 the *Journal of the American Dental Association* and
680 the *ADA News*, have access to the ADA.org member-
681 only content areas and purchase items at a member
682 rate through the ADA Catalog. Such interim services
683 shall terminate when the membership application has
684 been processed or within six (6) months of the
685 application submission, whichever is sooner.
686 Applicants shall have no right of appeal from a denial
687 of membership in the Association.

CHAPTER II • CONSTITUENT SOCIETIES

688 *Section 10.* ORGANIZATION: A constituent society
689 may be organized and chartered, subject to the
690 approval of the House of Delegates, upon application
691 of at least one hundred (100) dentists, practicing in
692 any state or other jurisdiction of the United States
693 who are active, life or retired members of the
694 Association in good standing. No such society shall
695 be chartered in any state or other jurisdiction of the
696 United States in which a constituent society is already
697 chartered by this Association.

## CHAPTER II • CONSTITUENT SOCIETIES

698  *Section 20.* NAME: A constituent society shall take
699  its name from the state or other jurisdiction of the
700  United States.

701  *Section 30.* POWERS AND DUTIES:
702  A. A constituent society shall have the power to
703  select its active, life, and retired members as active
704  members of this Association within the limits of
705  Section 40 of this Chapter.
706  B. It shall have the power to organize its members
707  into component societies within the limits imposed
708  by Chapter III, Section 10 of these *Bylaws*.
709  C. It shall have the power to provide for its financial
710  support and to establish bylaws, rules and regulations
711  to govern its members provided such bylaws, rules
712  and regulations do not conflict with, or limit, these
713  *Bylaws*.
714  D. It shall have the power to discipline any of its
715  members subject to the provisions in Chapter XII,
716  Section 20 of these *Bylaws*.
717  E. It shall be its duty to collect membership dues and
718  special assessments for this Association in
719  conformity with Chapter I, Section 20, of these
720  *Bylaws*.
721  F. It shall have the power to establish committees,
722  councils and commissions of the constituent
723  society; to designate their power and duties; and to
724  adopt reasonable eligibility requirements for service
725  thereon.

726  *Section 40.* MEMBERSHIP:
727  A. The active, life, and retired membership of each
728  constituent society, except as otherwise provided in
729  these *Bylaws*, shall consist solely of dentists
730  practicing within the territorial jurisdiction of the
731  constituent society; dentists retired from active
732  practice; dentists engaged in activities furthering the
733  object of this Association; dentists serving on the
734  faculty of a dental school or receiving compensation
735  as a dental administrator or consultant within the
736  jurisdiction of the constituent society but are licensed
737  in another jurisdiction; and dentists in a federal dental
738  service (provided that the federal dentist is either
739  licensed in or serving within the confines of the
740  constituent society's jurisdiction), provided that such
741  dentists are active, life or retired members in good
742  standing of a component of the constituent (except for
743  the federal dentists), if such exists, and this
744  Association.

EXHIBIT # __A__
Page # __19__ of __81__

745 *Explanatory Note:* A dentist who has retired from
746 active practice or who is engaged in activities
747 furthering the object of this Association shall be
748 considered to be practicing dentistry within the
749 meaning of this section.

750 B. REMOVAL FROM ONE JURISDICTION TO
751 ANOTHER. A member who has changed the location
752 of the member's practice from the jurisdiction of one
753 constituent society to that of another constituent
754 society may maintain active membership in the
755 constituent society in which membership is being
756 held for the calendar year following that of the
757 member's removal from the jurisdiction of such
758 society. The same privilege shall apply to a member
759 who is separated from a federal dental service and
760 who enters practice in an area under the jurisdiction
761 of a constituent society or a member who is retired
762 from a federal dental service and who is serving on a
763 faculty of a dental school, or is receiving
764 compensation as a dental administrator or consultant,
765 or is engaged in any activity in the area under the
766 jurisdiction of a constituent society for which a
767 license to practice dentistry or dental hygiene is
768 required by the state or other jurisdiction of the
769 United States wherein the activity is conducted. A
770 dentist who retires from active practice and
771 establishes residence in an area outside of the
772 jurisdiction of the constituent society in which the
773 dentist holds membership shall be permitted to
774 continue membership in such constituent society for
775 the period of retirement.

776   A member who is unsuccessful in transferring
777 membership from one constituent society to another
778 shall be entitled to a hearing (by either the component
779 or constituent society), on the decision denying the
780 member's application for transfer of membership and
781 to appeal to the constituent society to which transfer
782 is sought, if applicable, and thereafter to the Council
783 on Ethics, Bylaws and Judicial Affairs of this
784 Association in accordance with the procedures in
785 Chapter XII, Section 20C and D of these *Bylaws* even
786 though a disciplinary penalty is not involved.

787 C. PRIVILEGES. An active, life, or retired member
788 in good standing shall enjoy all privileges of
789 constituent society membership except as otherwise
790 provided by these *Bylaws*.

791 D. MULTIPLE JURISDICTIONS. A member may
792 hold membership in more than one constituent society
793 with the consent of the constituent society involved.