CHAPTER II • CONSTITUENT SOCIETIES

794 A member is required to maintain active membership
795 in the constituent society, if accepted therein, in
796 whose jurisdiction the member maintains or practices
797 dentistry at a secondary or "branch" office. In order to
798 meet the requirement of tripartite membership, a
799 member must also maintain active membership in one
800 component society of each constituent society into
801 which the member is accepted, if such exist. If such a
802 member is accused of unethical conduct and
803 disciplinary proceedings are brought, then those
804 proceedings shall be instituted in the component or
805 constituent society where the alleged unethical
806 conduct occurred. A disciplinary ruling affecting
807 membership in one constituent society shall affect
808 membership in both societies and in the Association.
809 A member shall have the right of appeal as provided
810 in Chapter XII of the *Bylaws*. Such member shall pay
811 dues in this Association only through the constituent
812 society in whose jurisdiction the member conducts
813 the major part of the member's practice.

814 *Section 50*. OFFICERS: The officers of a
815 constituent society shall be president, secretary,
816 treasurer and such others as may be prescribed in its
817 bylaws.

818 *Section 60*. SESSIONS: A constituent society shall
819 hold a business session at least once each calendar
820 year.

821 *Section 70*. CONSTITUTION AND BYLAWS: Each
822 constituent society shall adopt and maintain a
823 constitution and bylaws which shall not be in conflict
824 with, or limit, the *Constitution and Bylaws*
825 of this Association and shall file a copy thereof and
826 any changes which may be made thereafter, with the
827 Executive Director of this Association.

828 *Section 80*. "PRINCIPLES OF ETHICS AND CODE
829 OF PROFESSIONAL CONDUCT": The *Principles of*
830 *Ethics and Code of Professional Conduct* of this
831 Association and the code of ethics adopted by the
832 constituent society shall be the code of ethics of that
833 constituent society for governing the professional
834 conduct of its members.

835 *Section 90*. RIGHT OF HEARING AND APPEAL:
836 Disputes arising between constituent societies or
837 between a constituent society and one or more of its
838 component societies may be referred to the Council
839 on Ethics, Bylaws and Judicial Affairs of this
840 Association for hearing and decision as provided in
841 Chapter X, Section 120Gd in accordance with the

EXHIBIT #_____A_____
Page #__21__ of __81__

CHAPTER II • CONSTITUENT SOCIETIES

842 procedure of Chapter XII, Section 20C and D of these
843 *Bylaws* even though a disciplinary penalty is not
844 involved.

845 *Section 100.* PRIVILEGE OF REPRESENTATION:
846 Each constituent society shall be entitled to two (2)
847 delegates in the House of Delegates, except that one
848 (1) delegate shall be allocated to the Virgin Islands
849 Dental Association. The Air Force Dental Corps, the
850 Army Dental Corps, the Navy Dental Corps, the
851 Public Health Service and the Department of
852 Veterans Affairs shall each be entitled to two
853 delegates, one of which shall be elected by the
854 respective service, without regard to the number of
855 members. The remaining number of delegates shall
856 be allocated as provided in Chapter V, Sections 10C
857 and 10D.
858 Each constituent society and each federal dental
859 service may select from among its active, life and
860 retired members the same number of alternate
861 delegates as delegates and shall designate the
862 alternate delegate who shall replace an absent
863 delegate.

864 *Section 110.* CHARTERED CONSTITUENT
865 SOCIETIES: The Executive Director of the
866 Association is authorized to issue a charter to each
867 constituent society denoting its name and territorial
868 jurisdiction. The following societies are chartered as
869 constituent societies of this Association:
870 Alabama Dental Association
871 Alaska Dental Society
872 Arizona State Dental Association
873 Arkansas State Dental Association
874 California Dental Association
875 Colorado Dental Association
876 Connecticut State Dental Association, The
877 Delaware State Dental Society
878 District of Columbia Dental Society, The
879 Florida Dental Association
880 Georgia Dental Association
881 Hawaii Dental Association
882 Idaho State Dental Association
883 Illinois State Dental Society
884 Indiana Dental Association
885 Iowa Dental Association
886 Kansas Dental Association
887 Kentucky Dental Association
888 Louisiana Dental Association, The
889 Maine Dental Association
890 Maryland State Dental Association
891 Massachusetts Dental Society

EXHIBIT # _____A_____
Page # ___22___ of ___81___

CHAPTER II • CONSTITUENT SOCIETIES
CHAPTER III • COMPONENT SOCIETIES

| | |
|---|---|
| 892 | Michigan Dental Association |
| 893 | Minnesota Dental Association |
| 894 | Mississippi Dental Association, The |
| 895 | Missouri Dental Association |
| 896 | Montana Dental Association |
| 897 | Nebraska Dental Association, The |
| 898 | Nevada Dental Association |
| 899 | New Hampshire Dental Society |
| 900 | New Jersey Dental Association |
| 901 | New Mexico Dental Association |
| 902 | New York State Dental Association |
| 903 | North Carolina Dental Society, The |
| 904 | North Dakota Dental Association |
| 905 | Ohio Dental Association |
| 906 | Oklahoma Dental Association |
| 907 | Oregon Dental Association |
| 908 | Pennsylvania Dental Association |
| 909 | Puerto Rico, Colegio de Cirujanos Dentistas de |
| 910 | Rhode Island Dental Association |
| 911 | South Carolina Dental Association |
| 912 | South Dakota Dental Association |
| 913 | Tennessee Dental Association |
| 914 | Texas Dental Association |
| 915 | Utah Dental Association |
| 916 | Vermont State Dental Society |
| 917 | Virgin Islands Dental Association |
| 918 | Virginia Dental Association |
| 919 | Washington State Dental Association |
| 920 | West Virginia Dental Association |
| 921 | Wisconsin Dental Association |
| 922 | Wyoming Dental Association |

## CHAPTER III • COMPONENT SOCIETIES

923 *Section 10.* ORGANIZATION: Component societies
924 may be organized in conformity with a plan approved
925 by the constituent society of which they shall be
926 recognized entities provided, however, that the active,
927 life or retired members of each component society
928 shall consist of dentists who are members in good
929 standing of their respective constituent societies and
930 of this Association. The plan adopted by the
931 constituent society may or may not limit active
932 membership in a component society to dentists who
933 reside or practice within the geographic area of that
934 component society. Each component society shall
935 adopt and maintain a constitution and bylaws, which
936 shall not be in conflict with, or limit, the *Constitution*
937 *and Bylaws* of this Association or that of its
938 constituent society, and shall file a copy thereof and
939 any changes which may be made thereafter with the
940 Executive Director of this Association.

EXHIBIT #_____A____
Page #___23___ of ___81___

CHAPTER III • COMPONENT SOCIETIES

941 *Section 20.* POWER AND DUTIES:

942 A. A component society shall have the power to
943 select its active, life, and retired members as active
944 members of the constituent society in accordance
945 with Chapter II, Section 40, of these *Bylaws.*

946 B. It shall have the power to provide for its financial
947 support, to establish bylaws, rules and regulations, not
948 in conflict with, or limiting, the *Constitution and*
949 *Bylaws* of this Association or that of its constituent
950 society and to adopt a code of ethics not in conflict
951 with the *Principles of Ethics and Code of*
952 *Professional Conduct* of this Association or code of
953 ethics of its constituent society.

954 C. It shall have the power to discipline any of its
955 members subject to the provisions in Chapter XII,
956 Section 20 of these *Bylaws.*

957 D. It shall have the power to establish committees,
958 councils and commissions of the component society;
959 to designate their powers and duties; and to adopt
960 reasonable eligibility requirements for service
961 thereon.

962 *Section 30.* PRIVILEGES OF MEMBERSHIP: An
963 active, life, or retired member in good standing shall
964 have the opportunity of enjoying all privileges of
965 component society membership except as otherwise
966 provided by these *Bylaws.*

967 *Section 40.* TRANSFER FROM ONE COMPONENT
968 TO ANOTHER:

969 A member who has changed residence or location of
970 practice within the jurisdiction of a constituent
971 society so that the member no longer fulfills the
972 membership requirements of the component society
973 of which he or she is a member may maintain active
974 membership in that component society for the
975 calendar year following such change of residence or
976 practice location.
977 A member who is required to transfer membership
978 from one component society to another and whose
979 application for transfer of membership is denied shall
980 be entitled to a hearing (by either the component or
981 constituent society), on the decision denying the
982 member's application for transfer of membership and
983 to appeal to the member's constituent society, if
984 applicable, and the Council on Ethics, Bylaws and
985 Judicial Affairs of this Association in accordance
986 with the procedures in Chapter XII, Section 20C and
987 D of these *Bylaws* even though a disciplinary

EXHIBIT # _____A____
Page # __24__ of __81__

CHAPTER III • COMPONENT SOCIETIES
CHAPTER IV • TRUSTEE DISTRICTS

988  penalty is not involved. A component society which
989  receives an application for transfer of membership
990  from a dentist who has moved from the jurisdiction of
991  another constituent society is governed by Chapter II,
992  Section 40B of these *Bylaws*.

## CHAPTER IV • TRUSTEE DISTRICTS

993  *Section 10.* ORGANIZATION: The constituent
994  societies and the federal dental services shall be
995  organized into seventeen (17) trustee districts.

996  *Section 20.* PURPOSE: The purpose of establishing
997  trustee districts is to provide representation of the
998  members of the constituent societies and the federal
999  dental services on the Board of Trustees.

1000  *Section 30.* COMPOSITION: The trustee districts are
1001  numbered and composed as follows:

1002  DISTRICT 1
1003  Connecticut State Dental Association, The
1004  Maine Dental Association
1005  Massachusetts Dental Society
1006  New Hampshire Dental Society
1007  Rhode Island Dental Association
1008  Vermont State Dental Society

1009  DISTRICT 2
1010  New York State Dental Association

1011  DISTRICT 3
1012  Pennsylvania Dental Association

1013  DISTRICT 4
1014  Air Force Dental Corps
1015  Army Dental Corps
1016  Delaware State Dental Society
1017  District of Columbia Dental Society, The
1018  Maryland State Dental Association
1019  Navy Dental Corps
1020  New Jersey Dental Association
1021  Public Health Service
1022  Puerto Rico, Colegio de Cirujanos Dentistas de
1023  Veterans Affairs
1024  Virgin Islands Dental Association

1025  DISTRICT 5*
1026  Alabama Dental Association
1027  Georgia Dental Association
1028  Mississippi Dental Association, The

1029  DISTRICT 6
1030  Kentucky Dental Association

EXHIBIT # _____A_____
Page # __25__ of __81__

CHAPTER IV • TRUSTEE DISTRICTS

| | |
|---|---|
| 1031 | Missouri Dental Association |
| 1032 | Tennessee Dental Association |
| 1033 | West Virginia Dental Association |
| 1034 | DISTRICT 7 |
| 1035 | Indiana Dental Association |
| 1036 | Ohio Dental Association |
| 1037 | DISTRICT 8 |
| 1038 | Illinois State Dental Society |
| 1039 | DISTRICT 9 |
| 1040 | Michigan Dental Association |
| 1041 | Wisconsin Dental Association |
| 1042 | DISTRICT 10 |
| 1043 | Iowa Dental Association |
| 1044 | Minnesota Dental Association |
| 1045 | Nebraska Dental Association, The |
| 1046 | North Dakota Dental Association |
| 1047 | South Dakota Dental Association |
| 1048 | DISTRICT 11 |
| 1049 | Alaska Dental Society |
| 1050 | Idaho State Dental Association |
| 1051 | Montana Dental Association |
| 1052 | Oregon Dental Association |
| 1053 | Washington State Dental Association |
| 1054 | DISTRICT 12 |
| 1055 | Arkansas State Dental Association |
| 1056 | Kansas Dental Association |
| 1057 | Louisiana Dental Association, The |
| 1058 | Oklahoma Dental Association |
| 1059 | DISTRICT 13 |
| 1060 | California Dental Association |
| 1061 | DISTRICT 14 |
| 1062 | Arizona State Dental Association |
| 1063 | Colorado Dental Association |
| 1064 | Hawaii Dental Association |
| 1065 | Nevada Dental Association |
| 1066 | New Mexico Dental Association |
| 1067 | Utah Dental Association |
| 1068 | Wyoming Dental Association |
| 1069 | DISTRICT 15 |
| 1070 | Texas Dental Association |

EXHIBIT # _____A_____
Page # __26__ of __81__

CHAPTER IV • TRUSTEE DISTRICTS
CHAPTER V • HOUSE OF DELEGATES

1071    DISTRICT 16
1072    North Carolina Dental Society, The
1073    South Carolina Dental Association
1074    Virginia Dental Association

1075    DISTRICT 17[*]
1076    Florida Dental Association

## CHAPTER V • HOUSE OF DELEGATES

1077    *Section 10.* COMPOSITION.
1078    A. VOTING MEMBERS. The House of Delegates
1079    shall be limited to four hundred sixty (460) voting
1080    members for the two years 2004 to 2005 inclusive.
1081    Thereafter, the number of voting members shall be
1082    determined by the methodologies set forth in Section
1083    10C of this Chapter.  It shall be composed of the
1084    officially certified delegates of the constituent dental
1085    societies, two (2) officially certified delegates from
1086    each of the five (5) federal dental services and five (5)
1087    student members of the American Student Dental
1088    Association who are officially certified delegates
1089    from the American Student Dental Association.

---

[*]    In order to establish the required pattern of four, four, four and five members respectively retiring from councils and commissions each year, members of councils and commissions from the new 5th and 17th districts who are in office at the time this footnote becomes effective shall finish their terms in accordance with their scheduled term completion dates. Councils and commissions that have incumbent members from the new 5th district shall add a new member from the 17th district to a full four-year term. Councils and commissions that have incumbent members from the new 17th district shall add a new member from the new 5th district to a full four-year term.

EXHIBIT #_____A_____
Page #___27__ of ___81___

1090   B. EX OFFICIO MEMBERS.   The elective and
1091   appointive officers and trustees of this Association
1092   shall be *ex officio* members of the House of Delegates
1093   without the power to vote. They shall not serve as
1094   delegates. Past presidents of this Association shall be
1095   *ex officio* members of the House of Delegates without
1096   the power to vote unless designated as delegates.

1097   C. REPRESENTATIONAL REQUIREMENTS AND
1098   GOALS. Each constituent society shall be entitled to
1099   two (2) delegates, except that one (1) delegate shall
1100   be allocated to the Virgin Islands Dental Association.
1101   The Air Force Dental Corps, the Army Dental Corps,
1102   the Navy Dental Corps, the Public Health Service and
1103   the Department of Veteran Affairs shall each be
1104   entitled to two (2) delegates, one of which shall be
1105   elected by the respective service, without regard to
1106   the number of members.

1107     For the two years 2004-2005 inclusive, the
1108   remaining number of delegates shall be allocated to
1109   the constituent societies, through their trustee districts
1110   based on the representational goals that each trustee
1111   district's representation in the House of Delegates
1112   shall vary by no more or less than 0.3% from its
1113   active, life or retired membership share in this
1114   Association, based on the Association's December 31,
1115   2002 membership records, and that no district or
1116   constituent shall lose a delegate from its 2003
1117   allocation. Thereafter, to allow for changes in the
1118   delegate allocation due to membership fluctuations,
1119   the Board of Trustees shall use this variance method
1120   of district delegate allocation (a variance of no more
1121   than 0.3% of its active, life and retired membership
1122   share in the Association) at subsequent intervals of
1123   three (3) years, with the first such review occurring
1124   for the 2006 House of Delegates. Such reviews shall
1125   be based on the Association's year-end membership
1126   records for the calendar year preceding the review
1127   period in question. No district shall lose a delegate
1128   unless their membership numbers are at least one
1129   percent less than their membership numbers of the
1130   prior three years. Any changes deemed necessary
1131   shall be presented to the House of Delegates in the
1132   form of a *Bylaws'* amendment to Section 10D of this
1133   Chapter.

1134   D. DELEGATE ALLOCATION.   Based on the
1135   representational requirements and goals set forth in
1136   Section 10C, the delegates are allocated as follows:

EXHIBIT # _____ A
Page # __28__ of __81__

CHAPTER V • HOUSE OF DELEGATES

| | | |
|---|---|---|
| 1137 | DISTRICT 1 | |
| 1138 | Connecticut State Dental Association, The, | |
| 1139 |   7 delegates | |
| 1140 | Maine Dental Association, 3 delegates | |
| 1141 | Massachusetts Dental Society, 13 delegates | |
| 1142 | New Hampshire Dental Society, 3 delegates | |
| 1143 | Rhode Island Dental Association, 3 delegates | |
| 1144 | Vermont State Dental Society, 2 delegates | |
| 1145 | District Total: 31 delegates | |
| | | |
| 1146 | DISTRICT 2 | |
| 1147 | New York State Dental Association, 41 delegates | |
| 1148 | District Total: 41 delegates | |
| | | |
| 1149 | DISTRICT 3 | |
| 1150 | Pennsylvania Dental Association, 18 delegates | |
| 1151 | District Total: 18 delegates | |
| | | |
| 1152 | DISTRICT 4 | |
| 1153 | Air Force Dental Corps, 2 delegates | |
| 1154 | Army Dental Corps, 2 delegates | |
| 1155 | Delaware State Dental Society, 2 delegates | |
| 1156 | District of Columbia Dental Society, The, | |
| 1157 |   2 delegates | |
| 1158 | Maryland State Dental Association, 7 delegates | |
| 1159 | Navy Dental Corps, 2 delegates | |
| 1160 | New Jersey Dental Association, 12 delegates | |
| 1161 | Public Health Service, 2 delegates | |
| 1162 | Puerto Rico, Colegio de Cirujanos Dentistas de, | |
| 1163 |   2 delegates | |
| 1164 | Veterans Affairs, 2 delegates | |
| 1165 | Virgin Islands Dental Association, 1 delegate | |
| 1166 | District Total: 36 delegates | |
| | | |
| 1167 | DISTRICT 5 | |
| 1168 | Alabama Dental Association, 5 delegates | |
| 1169 | Georgia Dental Association, 9 delegates | |
| 1170 | Mississippi Dental Association, The, 3 delegates | |
| 1171 | District Total: 17 delegates | |
| | | |
| 1172 | DISTRICT 6 | |
| 1173 | Kentucky Dental Association, 6 delegates | |
| 1174 | Missouri Dental Association, 7 delegates | |
| 1175 | Tennessee Dental Association, 7 delegates | |
| 1176 | West Virginia Dental Association, 3 delegates | |
| 1177 | District Total: 23 delegates | |
| | | |
| 1178 | DISTRICT 7 | |
| 1179 | Indiana Dental Association, 9 delegates | |
| 1180 | Ohio Dental Association, 16 delegates | |
| 1181 | District Total: 25 delegates | |

EXHIBIT #____A____
Page #__29__ of __81__

CHAPTER V • HOUSE OF DELEGATES

| | |
|---|---|
| 1182 | DISTRICT 8 |
| 1183 | Illinois State Dental Society, 19 delegates |
| 1184 | District Total: 19 delegates |
| | |
| 1185 | DISTRICT 9 |
| 1186 | Michigan Dental Association, 17 delegates |
| 1187 | Wisconsin Dental Association, 9 delegates |
| 1188 | District Total: 26 delegates |
| | |
| 1189 | DISTRICT 10 |
| 1190 | Iowa Dental Association, 5 delegates |
| 1191 | Minnesota Dental Association, 9 delegates |
| 1192 | Nebraska Dental Association, The, 3 delegates |
| 1193 | North Dakota Dental Association, 2 delegates |
| 1194 | South Dakota Dental Association, 2 delegates |
| 1195 | District Total: 21 delegates |
| | |
| 1196 | DISTRICT 11 |
| 1197 | Alaska Dental Society, 2 delegates |
| 1198 | Idaho State Dental Association, 3 delegates |
| 1199 | Montana Dental Association, 2 delegates |
| 1200 | Oregon Dental Association, 6 delegates |
| 1201 | Washington State Dental Association, 10 delegates |
| 1202 | District Total: 23 delegates |
| | |
| 1203 | DISTRICT 12 |
| 1204 | Arkansas State Dental Association, 4 delegates |
| 1205 | Kansas Dental Association, 4 delegates |
| 1206 | Louisiana Dental Association, The, 6 delegates |
| 1207 | Oklahoma Dental Association, 5 delegates |
| 1208 | District Total: 19 delegates |
| | |
| 1209 | DISTRICT 13 |
| 1210 | California Dental Association, 63 delegates |
| 1211 | District Total: 63 delegates |
| | |
| 1212 | DISTRICT 14 |
| 1213 | Arizona State Dental Association, 6 delegates |
| 1214 | Colorado Dental Association, 8 delegates |
| 1215 | Hawaii Dental Association, 3 delegates |
| 1216 | Nevada Dental Association, 3 delegates |
| 1217 | New Mexico Dental Association, 3 delegates |
| 1218 | Utah Dental Association, 4 delegates |
| 1219 | Wyoming Dental Association, 2 delegates |
| 1220 | District Total: 29 delegates |
| | |
| 1221 | DISTRICT 15 |
| 1222 | Texas Dental Association, 23 delegates |
| 1223 | District Total: 23 delegates |
| | |
| 1224 | DISTRICT 16 |
| 1225 | North Carolina Dental Society, The, 9 delegates |
| 1226 | South Carolina Dental Association, 5 delegates |
| 1227 | Virginia Dental Association, 10 delegates |

EXHIBIT #_____A_____
Page #___30___ of ___81___

1228    District Total: 24 delegates

1229    DISTRICT 17
1230    Florida Dental Association, 21 delegates
1231    District Total: 21 delegates

1232    AMERICAN STUDENT DENTAL
1233    ASSOCIATION, 5 delegates

1234    E. ALTERNATE DELEGATES.  Each constituent
1235    dental society and each federal dental service may
1236    select from among its active, life and retired members
1237    the same number of alternate delegates as delegates.
1238    The American Student Dental Association may select
1239    from among its active members the same number of
1240    alternate delegates as delegates.

1241    F.  SELECTION  OF  AMERICAN  STUDENT
1242    DENTAL  ASSOCIATION  DELEGATES  AND
1243    ALTERNATE DELEGATES. The American Student
1244    Dental Association shall select its five (5) delegates
1245    from its even numbered regions in even numbered
1246    years, and the odd numbered regions in odd
1247    numbered years, with their alternate delegates
1248    selected from the opposite groups of regions.

1249    *Section 20*. ELECTION OF DELEGATES AND
1250    ALTERNATE DELEGATES: The officially certified
1251    delegates and the alternate delegates of each
1252    constituent society shall be elected by one or more of
1253    the following methods:
1254    1. By the membership at large of that constituent
1255    society
1256    2. By the constituent society's governing legislative
1257    body
1258    3. By a component with respect to the delegates
1259    representing that component
1260    Each federal dental service and the American Student
1261    Dental Association may establish its own method for
1262    selecting delegates.

1263    *Section 30*. CERTIFICATION OF DELEGATES
1264    AND ALTERNATE DELEGATES: The executive
1265    director or equivalent chief executive officer of each
1266    constituent society, the ranking administrative officer
1267    of each federal dental service, and the secretary of the
1268    American Student Dental Association shall file with
1269    the Executive Director of this Association, at least
1270    sixty (60) days prior to the first day of the annual
1271    session of the House of Delegates, the names of the
1272    delegates and alternate delegates designated by the
1273    society, service or association.  The Executive
1274    Director of this Association shall provide each

EXHIBIT # _____ A _____
Page # __31__ of __81__

CHAPTER V • HOUSE OF DELEGATES

1275 delegate and alternate delegate with credentials which
1276 shall be presented to the Committee on Credentials,
1277 Rules and Order of the House of Delegates. In the
1278 event of a contest over the credentials of any delegate
1279 or alternate delegate, the Committee on Credentials,
1280 Rules and Order shall hold a hearing and report its
1281 findings and recommendations to the House of
1282 Delegates for final action.

1283 *Section 40.* POWERS:

1284 A. The House of Delegates shall be the supreme
1285 authoritative body of this Association.

1286 B. It shall possess the legislative powers.

1287 C. It shall determine the policies which shall govern
1288 this Association in all of its activities.

1289 D. It shall have the power to enact, amend and repeal
1290 the *Constitution and Bylaws.*

1291 E. It shall have the power to adopt and amend the
1292 *Principles of Ethics and Code of Professional*
1293 *Conduct* for governing the professional conduct of the
1294 members.

1295 F. It shall have the power to grant, amend, suspend or
1296 revoke charters of constituent societies. It shall also
1297 have the power by a two-thirds (2/3) majority to
1298 suspend the representation of a constituent society in
1299 the House of Delegates upon a determination by the
1300 House that the bylaws of the constituent society
1301 violate the *Constitution* or *Bylaws* of this Association
1302 providing, however, such suspension shall not be in
1303 effect until the House of Delegates has voted that the
1304 constituent society is in violation and has one year
1305 after notification of the specific violation in which to
1306 correct its constitution or bylaws.

1307 G. It shall have the power to create special
1308 committees of the Association.

1309 H. It shall have the power to establish branch offices
1310 of the Association.

1311 I. It shall have the power to approve all memorials,
1312 resolutions or opinions issued in the name of the
1313 American Dental Association.

1314 *Section 50.* DUTIES: It shall be the duty of the House
1315 of Delegates:

1316 A. To elect the elective officers.

1317 B. To elect the members of the Board of Trustees.

1318 C. To elect the members of the councils and

EXHIBIT # _____A_____
Page # __32__ of __81__

1319  commissions except as otherwise provided by these
1320  *Bylaws.*

1321  D. To receive and act upon reports of the committees
1322  of the House of Delegates.

1323  E. To adopt an annual budget and establish the dues
1324  of active members for the following year.

1325  F. To serve as the court of appeal from decisions of
1326  the Council on Ethics, Bylaws and Judicial Affairs
1327  except those decisions involving discipline of
1328  members.

1329  *Section 60.* TRANSFER OF POWERS AND
1330  DUTIES OF THE HOUSE OF DELEGATES: The
1331  powers and duties of the House of Delegates, except
1332  the power to amend, enact and repeal the *Constitution*
1333  *and Bylaws,* and the duty of electing the elective
1334  officers and the members of the Board of Trustees,
1335  may be transferred to the Board of Trustees of this
1336  Association in time of extraordinary emergency. The
1337  existence of a time of extraordinary emergency may
1338  be determined by unanimous consent of the members
1339  of the Board of Trustees present and voting at a
1340  regular or special session. Such extraordinary
1341  emergency may also be determined by mail vote of
1342  the last House of Delegates on recommendation of at
1343  least four (4) of the elective officers. A mail vote to
1344  be valid shall consist of ballots received from not less
1345  than one-fourth (1/4) of the members of the last
1346  House of Delegates. A majority of the votes cast
1347  within thirty (30) days after the mailing of the ballot
1348  shall decide the vote.

1349  *Section 70.* ANNUAL SESSION: The House of
1350  Delegates shall meet annually.

1351  *Section 80.* SPECIAL SESSIONS: A special session
1352  of the House of Delegates shall be called by the
1353  President on a three-fourths (3/4) affirmative vote of
1354  the members of the Board of Trustees or on written
1355  request of delegates representing at least one-third
1356  (1/3) of the constituent societies and not less than
1357  one-fifth (1/5) of the number of officially certified
1358  delegates of the last House of Delegates. The time
1359  and place of a special session shall be determined by
1360  the President, provided the time selected shall be not
1361  more than forty-five (45) days after the request was
1362  received. The business of a special session shall be
1363  limited to that stated in the official call except by
1364  unanimous consent.

EXHIBIT # _____ A
Page # __ 33 __ of __ 81 __

1365  *Section 90.* OFFICIAL CALL:

1366  A. ANNUAL SESSION. The Executive Director of
1367  the Association shall cause to be published in *The*
1368  *Journal of the American Dental Association* an
1369  official notice of the time and place of each annual
1370  session, and shall send to each member of the House
1371  of Delegates an official notice of the time and place
1372  of the annual session at least thirty (30) days before
1373  the opening of such session.

1374  B. SPECIAL SESSION. The Executive Director of
1375  the Association shall send an official notice of the
1376  time and place of each special session and a statement
1377  of the business to be considered to every officially
1378  certified delegate and alternate delegate of the last
1379  House, not less than fifteen (15) days before
1380  the opening of such session.

1381  *Section 100.* QUORUM: One-fourth (1/4) of the
1382  voting members of the House of Delegates,
1383  representing at least one-fourth (1/4) of the
1384  constituent societies and federal dental services, shall
1385  constitute a quorum for the transaction of business at
1386  any meeting.

1387  *Section 110.* OFFICERS:

1388  A. SPEAKER AND SECRETARY. The officers of
1389  the House shall be the Speaker of the House of
1390  Delegates and the Secretary of the House of
1391  Delegates. The Executive Director of this Association
1392  shall serve as Secretary of the House of Delegates.
1393     In the absence of the Speaker the office shall be
1394  filled by the President. In the absence of the Secretary
1395  of the House of Delegates the Speaker shall appoint a
1396  Secretary of the House of Delegates *pro tem.*

1397  B. DUTIES.
1398     a. SPEAKER. The Speaker shall preside at all
1399     meetings of the House of Delegates and, in
1400     accordance with Chapter V, Section 140Bb,
1401     determine the order of business for all meetings
1402     subject to the approval of the House of Delegates,
1403     appoint tellers to assist in determining the result of
1404     any action taken by vote and perform such other
1405     duties as custom and parliamentary procedure
1406     require. The decision of the Speaker shall be final
1407     unless an appeal from such decision shall be made
1408     by a member of the House, in which case final
1409     decision shall be by majority vote. In addition,
1410     following adjournment of the Standing Committee
1411     on Constitution and Bylaws, the Speaker and the
1412     Chair of the Council on Ethics, Bylaws and Judicial

EXHIBIT #_____A_____
Page #___34___ of ___81___

CHAPTER V • HOUSE OF DELEGATES

1413 Affairs shall be responsible for reviewing and either
1414 approving or redrafting any new resolutions or
1415 changes to resolutions that propose amendments to
1416 the *Constitution and Bylaws*, in accordance with
1417 Chapter V, Section 140Ab.
1418 b. SECRETARY. The Secretary of the House of
1419 Delegates shall serve as the recording officer of the
1420 House and the custodian of its records, and shall
1421 cause a record of the proceedings of the House to be
1422 published as the official transactions of the House.

1423 *Section 120.* ORDER OF BUSINESS: The order of
1424 business shall be that order of business adopted by the
1425 House of Delegates in conformity with Chapter V,
1426 Section 110Ba and Chapter V, Section 140Bb.

1427 *Section 130.* RULES OF ORDER:

1428 A. STANDING RULES AND REPORTS.
1429 a. REPORTS. All reports of elective officers,
1430 councils and committees, except supplemental
1431 reports, shall be sent to each delegate and alternate
1432 delegate at least fourteen (14) days in advance of the
1433 opening of the annual session. All supplemental
1434 reports shall be distributed to each delegate before
1435 such report is considered by the House of Delegates.
1436 b. APPROPRIATION OF FUNDS. Any resolution
1437 proposing an appropriation of funds, except those
1438 relating to the annual budget, shall be referred to the
1439 Board of Trustees for a report at the same session on
1440 the availability of funds for the purpose specified.
1441 c. APPROVAL OF ANNUAL BUDGET. The
1442 proposed annual budget shall be submitted by the
1443 Board of Trustees to the members of the House of
1444 Delegates at least fourteen (14) days prior to the
1445 opening meeting of the annual session, shall be
1446 referred to a special reference committee on budget
1447 for hearings at the annual session and then shall be
1448 considered for approval as a special order of
1449 business at the second meeting of the House of
1450 Delegates. In the event the budget as submitted is
1451 not approved, all recommendations for changes shall
1452 be referred to the Board of Trustees to prepare and
1453 present a revised budget. This procedure shall be
1454 repeated until a budget for the ensuing fiscal year
1455 shall be adopted.
1456 d. APPROVAL OF THE DUES OF ACTIVE MEMBERS.
1457 The dues of active members of this Association shall
1458 be established by the House of Delegates as the last
1459 item of business at each annual session. The
1460 resolution to establish the dues of active members
1461 for the following year shall be proposed at each

EXHIBIT # _____ A
Page # __35__ of __81__

1462 annual session by the Board of Trustees in
1463 conformity with Chapter VII, Section 110F of these
1464 *Bylaws* and may be amended to any amount by the
1465 House of Delegates. The resolution shall be adopted
1466 by a two-thirds (2/3) majority vote of the members
1467 present and voting.
1468 e. INTRODUCTION OF NEW BUSINESS. No new
1469 business shall be introduced into the House of
1470 Delegates less than 15 days prior to the opening of
1471 the annual session, unless submitted by a Trustee
1472 District. No new business shall be introduced into
1473 the House of Delegates at the last meeting of a
1474 session except when such new business is submitted
1475 by a trustee district and is permitted to be introduced
1476 by a two-thirds (2/3) vote of the House of Delegates.
1477 The motion introducing such new business shall not
1478 be debatable. Approval of such new business shall
1479 require a majority vote except new business
1480 introduced at the last meeting of a session that
1481 would require a bylaw amendment cannot be
1482 adopted at such last meeting. Reference committee
1483 recommendations shall not be deemed new business.
1484 f. RESOLUTIONS. A resolution becomes the
1485 property of the American Dental Association when
1486 submitted to the ADA House of Delegates for
1487 consideration. If adopted by the House of Delegates,
1488 this Association shall be the sole owner of the
1489 resolution which shall constitute "work made for
1490 hire" under copyright laws. This Association shall
1491 have the exclusive right to seek copyright
1492 registration for the resolution and to secure
1493 copyrights and retain ownership of such copyrights
1494 in its own name.

1495 B. ADDITIONAL RULES. The rules contained in the
1496 current edition of *The Standard Code of*
1497 *Parliamentary Procedure* by Alice Sturgis shall
1498 govern the deliberations of the House of Delegates in
1499 all cases in which they are applicable and not in
1500 conflict with the standing rules or these *Bylaws*.

1501 *Section 140.* COMMITTEES: The committees of the
1502 House of Delegates shall be:

1503 A. COMMITTEE ON CONSTITUTION AND
1504 BYLAWS.
1505 a. COMPOSITION. The Committee shall consist of
1506 not more than eight (8) nor less than six (6)
1507 members of the Council on Ethics, Bylaws and
1508 Judicial Affairs of this Association appointed by the
1509 President in consultation with the Speaker of the
1510 House of Delegates and the Council Chair.

EXHIBIT #_____A_____
Page #___36___ of ___81___

1511    b. DUTIES: Prior to the first meeting of each new
1512    session of the House of Delegates, the Committee
1513    shall review all resolutions proposing amendments
1514    to the *Constitution and Bylaws* and shall either
1515    approve the text of the amendment as written or
1516    shall redraft the resolution to accomplish the intent
1517    of the maker in the form currently used by the
1518    House of Delegates. The Committee shall file a
1519    report of its findings and actions at the first meeting
1520    of the House of Delegates and then shall adjourn.
1521    Thereafter until the House of Delegates adjourns
1522    *sine die,* the Speaker of the House and the Chair of
1523    the Council on Ethics, Bylaws and Judicial Affairs
1524    shall be responsible for reviewing any new
1525    resolutions or changes to resolutions that propose
1526    amendments to the *Constitution and Bylaws*, and
1527    they shall either approve the text of the amendment
1528    as written or shall redraft the resolution to
1529    accomplish the intent of the maker in the form
1530    currently used by the House of Delegates.

1531    B. COMMITTEE ON CREDENTIALS, RULES
1532    AND ORDER.
1533    a. COMPOSITION. The Committee, consisting of
1534    nine (9) members from the officially certified
1535    delegates and alternate delegates, shall be appointed
1536    by the President at least sixty (60) days in advance
1537    of each session.
1538    b. DUTIES. It shall be the duty of the Committee (1)
1539    to record and report the roll call of the House of
1540    Delegates at each meeting; (2) to conduct a hearing
1541    on any contest regarding the certification of a
1542    delegate or alternate delegate and to report its
1543    recommendations to the House of Delegates; (3) to
1544    prepare a report, in consultation with the Speaker
1545    and Secretary of the House of Delegates, on matters
1546    relating to the order of business and special rules of
1547    order; (4) to consider all matters referred to
1548    it and report its recommendations to the House of
1549    Delegates.

1550    C. RESOLUTIONS COMMITTEE.
1551    a. COMPOSITION. The Resolutions Committee
1552    shall consist of the Speaker and the Secretary of the
1553    House of Delegates and the chairs of the reference
1554    committees authorized by Subsection D of this
1555    Chapter.
1556    b. DUTIES. The duties of the Resolutions
1557    Committee shall be to examine resolutions after

EXHIBIT # _____A_____
Page # ___37__ of ___81__

1558 action by the reference committees and arrange a
1559 sequence for House action based upon the
1560 importance of the resolutions' subject matter.

1561 D. REFERENCE COMMITTEES.
1562 a. COMPOSITION. Reference committees,
1563 consisting of nine (9) members from the officially
1564 certified delegates and alternate delegates, shall be
1565 appointed by the President at least sixty (60) days in
1566 advance of each annual session.
1567 b. DUTIES. It shall be the duty of a reference
1568 committee to consider reports referred to it, to
1569 conduct open hearings and to report its
1570 recommendations to the House of Delegates.

1571 E. SPECIAL COMMITTEES. The Speaker, with the
1572 consent of the House of Delegates, shall appoint
1573 special committees to perform duties not otherwise
1574 assigned by these *Bylaws,* to serve until adjournment
1575 *sine die* of the session at which they were appointed.

1576 *Section 150.* ELECTION PROCEDURE: Elective
1577 officers, members of the Board of Trustees and
1578 members of councils and committees shall be elected
1579 by the House of Delegates except as otherwise
1580 provided in these *Bylaws.* Voting shall be by ballot,
1581 except that when there is only one candidate for an
1582 office, council or committee, such candidate may be
1583 declared elected by the Speaker. The Secretary shall
1584 provide facilities for voting. The polls shall be open
1585 for at least one and one-half (1-1/2) hours.
1586 a. When one is to be elected, and more than one has
1587 been nominated, the majority of the ballots cast shall
1588 elect. In the event no candidate receives a majority
1589 of the votes cast on the first ballot, the two (2)
1590 candidates receiving the greatest number of votes
1591 shall be balloted upon again.
1592 b. When more than one is to be elected, and the
1593 nominees exceed the number to be elected, the votes
1594 cast shall be non-cumulative, and the candidates
1595 receiving the greatest number of votes shall be
1596 elected.

## CHAPTER VI • CONFLICT OF INTEREST

1597 It is the policy of this Association that individuals
1598 who serve in elective, appointive or employed offices
1599 or positions do so in a representative or fiduciary
1600 capacity that requires loyalty to the Association. At
1601 all times while serving in such offices or
1602 positions, these individuals shall further the interests
1603 of the Association as a whole. In addition, they shall
1604 avoid:

EXHIBIT #_____A_____
Page #__38__ of __81__

1605 a. placing themselves in a position where personal or
1606 professional interests may conflict with their duty to
1607 this Association.
1608 b. using information learned through such office or
1609 position for personal gain or advantage.
1610 c. obtaining by a third party an improper gain or
1611 advantage.
1612 As a condition for selection, each nominee,
1613 candidate and applicant shall disclose any situation
1614 which might be construed as placing the individual in
1615 a position of having an interest that may conflict with
1616 his or her duty to the Association. While serving, the
1617 individual shall comply with the conflict of interest
1618 policy applicable to his or her office or position, and
1619 shall report any situation in which a potential conflict
1620 of interest may arise. The Board of Trustees shall
1621 approve the compliance activities that will implement
1622 the requirements of this chapter. The Board
1623 of Trustees shall render a final judgment on what
1624 constitutes a conflict of interest.

## CHAPTER VII • BOARD OF TRUSTEES

1625 *Section 10*. COMPOSITION: The Board of Trustees
1626 shall consist of one (1) trustee from each of the
1627 seventeen (17) trustee districts. Such seventeen (17)
1628 trustees, the President-elect and the two Vice
1629 Presidents shall constitute the voting membership of
1630 the Board of Trustees. In addition, the President, the
1631 Treasurer and the Executive Director of the
1632 Association, except as otherwise provided in the
1633 *Bylaws* shall be *ex officio* members of the Board
1634 without the right to vote.

1635 *Section 20*. QUALIFICATIONS: A trustee must be
1636 an active, life or retired member, in good standing, of
1637 this Association and an active, life, or retired member
1638 of one of the constituent societies of the trustee
1639 district which the trustee is elected to represent.
1640 Should the status of any trustee change in regard to
1641 the preceding qualifications during the trustee's term
1642 of office, that office shall be declared vacant by the
1643 President and the President shall fill such vacancy as
1644 provided in Chapter VII, Section 90, of these *Bylaws*.

1645 *Section 30*. TERM OF OFFICE: The term of office of
1646 a trustee shall be four (4) years. The tenure of a
1647 trustee shall be limited to one (1) term of four (4)
1648 years.

1649 *Section 40*. NOMINATION:

1650 A. SINGLE CONSTITUENT DISTRICT. In trustee
1651 districts consisting of a single constituent dental
1652 society, the trustee nomination procedures shall be
1653 determined by an elective process established by the
1654 constituent dental society which shall produce a

EXHIBIT # ____A____
Page # __39__ of __81__

CHAPTER VII • BOARD OF TRUSTEES

1655 single nominee for trustee. Until such time as the
1656 Speaker declares the nominee elected pursuant to
1657 Paragraph A of Section 60 of this Chapter, the
1658 nomination may be reconsidered by the duly
1659 constituted caucus of the trustee district during the
1660 appropriate annual session, provided that at no time
1661 shall more than one nominee be presented by the
1662 trustee district for election. The House of Delegates
1663 may vote to reject any such nominee and thereby
1664 compel the trustee district caucus to select a different
1665 nominee.

1666 B. MULTIPLE CONSTITUENT DISTRICTS. In
1667 multiple constituent districts, the delegates from the
1668 constituent societies of the trustee district in which
1669 the term of the trustee is to terminate, shall hold a
1670 caucus to select a nominee or nominees for the office
1671 of trustee. Such caucus shall be called by the trustee
1672 whose term is about to expire, or by the trustee's
1673 designee. The notice of the time and place of such
1674 caucus shall be reported to the Secretary of the
1675 House.
1676 At the caucus the delegates shall nominate one (1)
1677 or two (2) candidates for the office of trustee, whose
1678 name or names shall be presented to the House of
1679 Delegates in accordance with the following rules. An
1680 action taken at a duly constituted caucus of the trustee
1681 district to nominate or select a trustee may be
1682 reconsidered at a later caucus during the appropriate
1683 annual session.
1684 a. A person receiving the unanimous vote of the
1685 delegates present and voting at the caucus shall be
1686 the only nominee presented by the district.
1687 b. In the event that one (1) candidate receives a
1688 majority vote, one (1) or more of the delegates
1689 voting in the minority may select another nominee
1690 and the names of both nominees shall be presented
1691 to the House of Delegates as the nominees of that
1692 district.
1693 c. The number of votes received by each nominee in
1694 the caucus shall be reported to the House of
1695 Delegates.

1696 C. NOMINATING PROCEDURE. Candidates for the
1697 office of trustee shall be nominated from the floor of
1698 the House of Delegates by a simple declaratory
1699 statement, which may be followed by an acceptance
1700 speech not to exceed four (4) minutes by the
1701 candidate from the podium, according to the protocol
1702 established by the Speaker of the House of Delegates.
1703 Seconding a nomination is not permitted.

1704 *Section 50*. CONFLICT OF INTEREST: Each person
1705 nominated for the office of trustee shall complete a
1706 conflict of interest statement as prescribed by the
1707 Board of Trustees and shall file such statement with
1708 the Secretary of the House of Delegates to be made
1709 available to the delegates prior to election.

EXHIBIT # _____ A
Page # ___40__ of __81__

CHAPTER VII • BOARD OF TRUSTEES

1710 *Section 60*. ELECTION: The trustee shall be elected
1711 by the House of Delegates according to the following
1712 rules:

1713 A. If there is only one (1) nominee from a trustee
1714 district, the Speaker shall declare such nominee
1715 elected.

1716 B. If there are two (2) nominees from a trustee
1717 district, the election shall be by ballot in accordance
1718 with Chapter V, Section 150. The nominee receiving
1719 the larger number of votes cast shall be declared
1720 elected. The method of election set forth in this
1721 paragraph shall not be used for any trustee district
1722 consisting of a single constituent dental society. A
1723 trustee district consisting of a single constituent
1724 dental society may present a single nominee to be
1725 elected pursuant to Paragraph A of this Section.

1726 *Section 70*. INSTALLATION: The trustee shall be
1727 installed by the President or by the President's
1728 designee.

1729 *Section 80*. REMOVAL FOR CAUSE: The House of
1730 Delegates may remove a trustee for cause in
1731 accordance with procedures established by the House
1732 of Delegates, which procedures shall provide for
1733 notice of the charges and an opportunity for the
1734 accused to be heard in his or her defense. The
1735 affirmative vote of two-thirds (2/3) of the delegates
1736 present and voting is required to remove a trustee
1737 from office. If the House of Delegates elects to
1738 remove the trustee, that action shall create a vacancy
1739 on the Board of Trustees which shall be filled in
1740 accordance with Chapter VII Section 90.

1741 *Section 90*. VACANCY: In the event of a vacancy in
1742 the office of trustee, an active, life or retired member
1743 may be appointed by the President to fill the
1744 unexpired term of the vacancy. The appointment shall
1745 be made by the President with the advice and consent
1746 of the former trustee's district. A trustee district may
1747 file rules with the Association's Executive Director
1748 setting forth how its nominee shall be chosen. In the
1749 event an appointment to fill the vacancy has not been
1750 made by the time of the next meeting of the House of
1751 Delegates following the occurrence of the vacancy,
1752 then a successor trustee shall be elected for the
1753 remainder of the unexpired term by the House of
1754 Delegates pursuant to the provisions of Chapter VII,
1755 Sections 40 and 60 of these *Bylaws*. If the term of the
1756 vacated trustee position has less than fifty percent
1757 (50%) of a full four-year term remaining at the time
1758 the successor trustee is appointed or elected, the
1759 successor trustee shall be eligible for election to a
1760 new, consecutive four-year term. If fifty percent
1761 (50%) or more of the vacated term remains to be
1762 served at the time of the appointment or election, the

EXHIBIT # _____A
Page # __41__ of __81__