successor trustee shall not be eligible for another term.

*Section 100.* POWERS:

A. The Board of Trustees shall be the managing body of the Association, vested with full power to conduct all business of the Association, subject to the laws of the State of Illinois, the *Articles of Incorporation,* the *Constitution and Bylaws* and the mandates of the House of Delegates. The power of the Board of Trustees to act as the managing body of the Association shall not be construed as limiting the power of the House of Delegates to establish policy with respect to the governance of this Association in all its activities, except for areas expressly reserved in these *Bylaws* as powers and/or duties of the Board of Trustees, as the same may be amended by the House of Delegates from time to time in accordance with these *Bylaws.*

B. It shall have the power to establish rules and regulations not inconsistent with these *Bylaws* to govern its organization and procedure.

C. It shall have the power to direct the President to call a special session of the House of Delegates as provided in Chapter V, Section 80, of the *Bylaws.*

D. It shall have full discretionary power to cause to be published in, or to be omitted from, any official publication of the Association any article in whole or in part.

E. It shall have the power to establish *ad interim* policies when the House of Delegates is not in session and when such policies are essential to the management of the Association provided, however, that all such policies must be presented for review and consideration by the House of Delegates at its next session.

F. It shall have the power to remove a council member for cause in accordance with procedures established by the Board of Trustees in its *Rules.*

G. It shall have the power to elect honorary members.

H. It shall have the power to appoint its members to committees that shall have the power to perform any duty that the Board of Trustees may lawfully delegate.

I. It shall have the interim power to supervise, monitor and guide the activities of all councils and special committees in order to ensure the fulfillment of initiatives and directives assigned to each council or special committee by the House of Delegates or Board of Trustees subject to the requirement that all interim actions of the Board must be approved by the House of Delegates.

J. In accordance with the laws of the State of Illinois, it shall have the power to transact its business by unanimous consent via mail ballot, including electronic mail; to authorize the councils, commissions and committees of this Association to transact their business by mail ballot; and to establish rules and procedures for itself and for councils, commissions and committees of this Association to govern the use of ballots circulated and returned by U.S. mail, overnight courier, facsimile transmission or electronic mail.

K. It shall have the power to appoint agents and/or other representatives for the purpose of supervising, managing and otherwise conducting business under its direction and in accordance with these *Bylaws* and the laws of the State of Illinois. No such appointment shall relieve the Board of Trustees of its fiduciary duties as the managing body of the Association as provided in these *Bylaws*.

*Section 110.* DUTIES: It shall be the duty of the Board of Trustees:

A. To provide for the purchase, sale, mortgage, maintenance and supervision of the Headquarters Office and all other property or offices owned or operated by this Association.

B. To appoint the Executive Director of the Association.

C. To determine the date and place for convening each annual session and provide for the management and general arrangements for each annual session as provided in Chapter XV, Section 30.

D. To cause to be bonded by a surety company the Treasurer, the Executive Director and employees of the Association entrusted with Association funds.

E. To provide guidelines and directives to govern the Treasurer's custody, investment and disbursement of Association funds and other property as provided in Chapter VIII, Section 100F, of these *Bylaws*; and to cause all accounts of the Association to be audited by a certified public accountant at least once a year.

F. To prepare a budget for carrying on the activities of the Association for each ensuing fiscal year, and present for action by each House of Delegates a resolution setting forth the proposed dues of active members for the following year. Notice of such a resolution shall be sent by a certifiable method of delivery to each constituent society not less than ninety (90) days before such session to permit prompt, adequate notice by each constituent society to its delegates and alternate delegates to the House of Delegates of this Association, and shall be announced

to the general membership in an official publication of the Association at least sixty (60) days in advance of the annual session.

G. To establish rules to govern its procedures in serving as the nominating committee for the office of Treasurer, and as provided in Chapter VIII of these *Bylaws*, to submit in printed form the name(s) and curriculum vitae of the Board's nominee(s) to the House of Delegates in the first mailing to the House in the year that the incumbent Treasurer's term is about to end.

H. To submit to the House of Delegates at the opening meeting of the annual session, in printed form, nominations for membership to the councils, except as otherwise provided in these *Bylaws.*

I. To appoint annually the chair of each council, except as otherwise provided in these *Bylaws,* and to act upon council, commission, and bureau nominations for consultants and advisers except as otherwise provided in these *Bylaws.*

J. To provide interim guidance and supervision to all councils and special committees in order to ensure the fulfillment of initiatives and directives assigned to each council or special committee by the House of Delegates or Board of Trustees.

K. To review the reports of councils and special committees of the Association and to make recommendations concerning such reports to the House of Delegates.

L. To act upon applications for active membership from applicants practicing in dependencies of the United States in which no constituent society exists or in federal dental services.

M. To submit an annual report to the House of Delegates of its activities and those of the Treasurer and Executive Director.

N. To review the delegate allocations to the House of Delegates as provided in Chapter V, Section 10C, of these *Bylaws.*

O. To elect associate members.

P. To establish other funds as divisions of the General Fund in accordance with the provisions of Chapter XVII, Section 30.

Q. To appoint special committees of the Association in accordance with Chapter XI, Section 10 of these *Bylaws.*

R. To perform such other duties as are prescribed by these *Bylaws.*

S. To establish such administrative agencies of this

EXHIBIT # A
Page # 44 of 81

Association as may be necessary to implement the Association's programs, to assign the duties of such agencies through the Executive Director of the Association under whose jurisdiction each shall operate, and to require reports of such agencies through the same channels.

*Section 120.* SESSIONS:

A. REGULAR SESSIONS. The Board of Trustees shall hold a minimum of three regular sessions each year. The number of actual regular meetings to be held in excess of three for the ensuing year shall be determined in advance by the Board of Trustees.

B. SPECIAL SESSIONS. Special sessions of the Board of Trustees may be called at any time either by the President or at the request of five voting members of the Board, provided notice is given to each member in advance of the session.

C. PLACE OF MEETINGS: Regular or special meetings may be held in a single geographic location within or outside the state of Illinois or from multiple remote locations through the use of a conference telephone or other communications equipment by means of which all members can communicate with each other; provided, however, special meetings held through the use of a conference telephone or other communications equipment may be called by the President or at the request of five voting members of the Board of Trustees for matters of the Association requiring immediate attention. Such meetings shall be conducted in accordance with rules and procedures established by the Board of Trustees.

*Section 130.* QUORUM: A majority of the voting members of the Board of Trustees shall constitute a quorum.

*Section 140.* OFFICERS:

A. CHAIR AND SECRETARY. The officers of the Board of Trustees shall be the President of the Association who shall be the Chair, and the Executive Director of the Association who shall be the Secretary.

In the absence of the President, the office of Chair shall be filled by the President-elect and, in his or her absence, by the First or Second Vice President in that order and, in their absence, a voting member of the Board shall be elected Chair *pro tem.*

In the absence of the Secretary, the Chair shall appoint a Secretary *pro tem.*

B. DUTIES.

a. CHAIR. The Chair shall preside at all meetings of the Board of Trustees. The Chair shall cast the deciding vote in case of a tie.

b. SECRETARY. The Secretary shall serve as the recording officer of the Board of Trustees and as the custodian of its records. The Secretary shall cause a

EXHIBIT # A
Page # 45 of 81

factual record of the proceedings to be published as the official transactions of the Board.

*Section 150.* COMMITTEES: The Board of Trustees shall have a standing Committee on the New Dentist. The Committee shall consist of one (1) member from each trustee district who are active members selected by the Board of Trustees and confirmed by the House of Delegates. Members of the Committee shall have received their D.D.S. or D.M.D. degree less than ten (10) years before the time of selection. The chair of the Committee shall be appointed annually by the Board of Trustees.

Members of the Committee shall serve one (1) term of four (4) years and shall not be eligible for appointment to a council or commission for a period of two (2) years after completing service on the Committee. However, the Board of Trustees shall stagger the terms of the members of the Committee in a manner so four (4) members will complete their terms each year, except every fourth year when five (5) members shall complete their terms.

The Board of Trustees shall have the power to remove a Committee member for cause in accordance with procedures established by the Board in its *Rules*. In the event of any vacancy on the Committee, the Board of Trustees shall select a member of this Association possessing the same qualifications as established by these *Bylaws* for the previous member, to fill such vacancy for the remainder of the unexpired term. If the term of the vacated Committee position has less than fifty percent (50%) of a full four-year term remaining at the time the successor member is selected, the successor member shall be eligible for selection to a new, consecutive four-year term. If fifty percent (50%) or more of the vacated term remains to be served at the time of selection, the successor member shall not be eligible for another term.

The Committee's work shall be assigned by the Board of Trustees, and reports and proposals formulated by the Committee shall be referred to the Board for decision and action. The duties of the Committee shall be:

a. To provide the Board of Trustees with expertise on issues affecting new dentists less than ten years following graduation from dental school.

b. To advocate to the Board of Trustees and other agencies of this Association the perspectives of the new dentist in the development of policies, programs, benefits and services of the Association.

c. To identify the needs and concerns of new graduate dentists and make recommendations for any programs to assist with their transition to practice.

d. To stimulate the increased involvement and active participation of new dentists in organized dentistry.

e. To serve as *ex officio* members, without the power to vote, of councils and commissions of this Association on issues affecting new dentists; these

appointments will be recommended by the Committee and assigned by the Board of Trustees.

f. To enhance communications with constituent and component new/young dentist networks.

## CHAPTER VIII • ELECTIVE OFFICERS

*Section 10.* TITLE: The elective officers of this Association shall be President, President-elect, First Vice President, Second Vice President, Treasurer and Speaker of the House of Delegates, as provided in Article V of the *Constitution.*

*Section 20.* ELIGIBILITY: Only an active, life or retired member, in good standing, of this Association shall be eligible to serve as an elective officer. Trustees and elective officers may not apply for the office of Treasurer while serving in any of those offices, except that the Treasurer may apply for a second term pursuant to Chapter VIII, Section 60 of these *Bylaws*.

*Section 30.* NOMINATIONS:

A. Nominations for the offices of President-elect, Second Vice President and Speaker of the House shall be made in accordance with the order of business. Candidates for these elective offices shall be nominated from the floor of the House of Delegates by a simple declaratory statement, which may be followed by an acceptance speech not to exceed four (4) minutes by the candidate from the podium, according to the protocol established by the Speaker of the House of Delegates. Seconding a nomination is not permitted.

B. Nominations for the office of Treasurer shall be made in accordance with the order of business. If there is only one (1) eligible candidate for the office of Treasurer, the Board of Trustees shall nominate that individual from the floor of the House of Delegates by a simple declaratory statement, which may be followed by an acceptance speech not to exceed four (4) minutes by the candidate from the podium, according to the protocol established by the Speaker of the House of Delegates. If there are two (2) or more eligible candidates for the office of Treasurer, the Board of Trustees shall nominate at least two (2) and not more than three (3) candidates from the floor of the House of Delegates by a simple declaratory statement for each nominee, which may be followed by an acceptance speech not to exceed four (4) minutes by the candidate from the podium, according to the protocol established by the Speaker of the House of Delegates. Seconding a nomination is not permitted.

*Section 40.* CONFLICT OF INTEREST: Each person nominated for the offices of President-elect, Second Vice President, Treasurer and Speaker of the House shall complete a conflict of interest statement as prescribed by the Board of Trustees and shall file

such statement with the Secretary of the House of Delegates to be made available to the delegates prior to election.

*Section 50.* ELECTIONS: The elective officers shall be elected in accordance with Chapter V, Section 150.

*Section 60.* TERM OF OFFICE: The President, President-elect, First Vice President, Second Vice President and Speaker of the House of Delegates shall serve for a term of one (1) year, except as otherwise provided in this chapter of the *Bylaws*, or until their successors are elected and installed. The term of office of the Treasurer shall be three (3) years, or until a successor is elected and installed. The Treasurer shall be limited to two (2) consecutive terms of three (3) years each.

*Section 70.* INSTALLATION: The elective officers shall be installed at the last meeting of the annual session of the House of Delegates. The President-elect shall be installed as President at the next annual session of the House following election. The Second Vice President shall be installed as First Vice President at the next annual session of the House following election.

*Section 80.* REMOVAL FOR CAUSE: The House of Delegates may remove an elective officer for cause in accordance with procedures established by the House of Delegates, which shall include notice of the charges and an opportunity for the accused to be heard in his or her defense. The affirmative vote of two-thirds of the majority of delegates present and voting is required to remove an elective officer from office. If the House of Delegates elects to remove the elective officer, that action shall create a vacancy which shall be filled in accordance with Chapter VIII, Section 90.

*Section 90.* VACANCIES:

A. VACANCY OF ELECTIVE OFFICE: In the event the office of President becomes vacant, the President-elect shall become President for the unexpired portion of the term. In the event the office of President becomes vacant for the second time in the same term or at a time when the office of President-elect is also vacant, the First Vice President shall become President for the unexpired portion of the term. In the event the office of First Vice President becomes vacant, the Second Vice President shall become the First Vice President for the unexpired portion of the term. A vacancy in the office of the Second Vice President shall be filled by a majority vote of the Board of Trustees. In the event of a vacancy in the office of Speaker of the House of Delegates, the President, with approval of the Board of Trustees, shall appoint a Speaker *pro tem.* In the event the office of President-elect becomes vacant by reason other than the President-elect succeeding to the office of the President earlier than the next annual

session, the office of President for the ensuing year shall be filled at the next annual session of the House of Delegates in the same manner as that provided for the nomination and election of elective officers, except that the ballot shall read "President for the Ensuing Year." A vacancy in the office of Treasurer shall be filled by a majority vote of the Board of Trustees until the process of inviting applications, screening and nominating candidates and electing a new Treasurer has been completed by the Board of Trustees and the House of Delegates. The Treasurer *pro tem* shall be eligible for election to a new consecutive three (3) year term. The newly elected Treasurer shall be limited to two (2) consecutive terms of three (3) years each.

B. TEMPORARY INCAPACITY OF THE PRESIDENT: Whenever the President notifies the Board of Trustees that he or she is unable to discharge the duties of the office of President due to temporary incapacity, the President-elect shall assume the duties of the office of President, as Acting President, until the President notifies the Board of Trustees that he or she is prepared to resume the duties of the office of President. Whenever the voting members of the Board of Trustees of this Association determine by majority vote that the President is unable to discharge the duties of his or her office due to temporary incapacity, the President-elect shall assume the duties of the office of President, as Acting President, until the President satisfies the voting members of the Board of Trustees that he or she is prepared to resume the duties of the office of President.

*Section 100.* DUTIES:

A. PRESIDENT. It shall be the duty of the President:

a. To serve as the primary official representative of this Association in its contacts with governmental, civic, business and professional organizations for the purpose of advancing the objectives and policies of this Association.

b. To serve as Chair and *ex officio* member of the Board of Trustees and to perform such duties as are provided in Chapters V and VII of these *Bylaws*.

c. To call special sessions of the House of Delegates and the Board of Trustees as provided in Chapters V and VII of these *Bylaws*.

d. To appoint the members of all committees of the House of Delegates except as otherwise provided in these *Bylaws*.

e. To fill vacancies in the office of trustee as provided in Chapter VII, Section 90, of these *Bylaws* and to fill other vacancies in accordance with these *Bylaws*.

f. To submit an annual report to the House of Delegates.

g. To perform such other duties as may be provided in these *Bylaws*.

B. PRESIDENT-ELECT. It shall be the duty of the President-elect:

EXHIBIT # A
Page # 49 of 81

a. To assist the President as requested.

b. To serve as an *ex officio* member of the House of Delegates without the right to vote.

c. To serve as an *ex officio* member of the Board of Trustees.

d. To succeed to the office of President at the next annual session of the House of Delegates following election as President-elect.

e. To succeed immediately to the office of President in the event of vacancy not only for the unexpired term but also for the succeeding year.

C. FIRST VICE PRESIDENT. It shall be the duty of the First Vice President:

a. To assist the President as requested.

b. To serve as an *ex officio* member of the House of Delegates without the right to vote.

c. To serve as an *ex officio* member of the Board of Trustees.

d. To succeed to the office of President, as provided in this chapter of the *Bylaws*.

D. SECOND VICE PRESIDENT. It shall be the duty of the Second Vice President:

a. To assist the President as requested.

b. To serve as an *ex officio* member of the House of Delegates without the right to vote.

c. To serve as an *ex officio* member of the Board of Trustees.

d. To succeed to the office of First Vice President at the next annual session of the House of Delegates following election as Second Vice President.

e. To succeed immediately to the office of First Vice President in the event of vacancy not only for the unexpired term but also for the succeeding term.

E. SPEAKER OF THE HOUSE OF DELEGATES. The Speaker shall preside at the meetings of the House of Delegates and shall perform such duties as custom and parliamentary procedure require. The Speaker shall cast the deciding vote in case of a tie. The Speaker shall not be a member of the Board of Trustees.

F. TREASURER. It shall be the duty of the Treasurer:

a. To serve as custodian of all monies, securities and deeds belonging to the Association which may come into the Treasurer's possession.

b. To hold, invest and disburse all monies, securities and deeds, subject to the direction of the Board of Trustees.

c. To design a budgetary process in concert with the Board of Trustees.

d. To oversee Association finances and budget development.

e. To serve as the principal resource person for the budget reference committee in the House of Delegates and to help interpret the Association's finances for the membership.

f. To review all financial information and data and report on financial matters to the Board of Trustees

on a quarterly basis.

g. To review travel reimbursement for the elective officers, trustees and Executive Director.

h. To perform such other duties as may be provided in these *Bylaws*.

## CHAPTER IX • APPOINTIVE OFFICER

*Section 10.* TITLE: The appointive officer of this Association shall be an Executive Director, as provided in Article V of the *Constitution*.

*Section 20.* CONFLICT OF INTEREST: The appointive officer of this Association and each person seeking that office shall comply with Chapter VI, Conflict of Interest, of these *Bylaws*.

*Section 30.* APPOINTMENTS: While any active, life or retired member in good standing may be appointed to the office of Executive Director, the Board of Trustees may appoint a qualified individual who is not eligible for membership in this Association.

*Section 40.* TERM OF OFFICE AND SALARY: The Board of Trustees shall determine the salary, if any, and the tenure of the Executive Director, which shall not exceed three (3) years. The completion of the full term of any appointment shall be at the discretion of the Board of Trustees.

*Section 50.* DUTIES: The Executive Director shall be the principal agent of the Board of Trustees and elective officers. As agent and under the direction of the Board of Trustees and elective officers, the Executive Director shall be the chief operating officer of this Association and all its branches. In this capacity, the Executive Director shall (a) preserve and protect the *Constitution and Bylaws* and the standing rules of this Association; (b) facilitate the activities of the officers and trustees of this Association in carrying out their respective administrative responsibilities under these *Bylaws*; (c) engage the staff of this Association and direct and coordinate their activities; (d) provide leadership in the formulation and recommendation of new policies to the Board of Trustees and elective officers; (e) oversee the management of Association policies that have been adopted by the Board of Trustees and/or the House of Delegates; (f) assist the Board of Trustees in supervising, monitoring and providing guidance to all Association councils, commissions and committees in regard to their administrative functions and specific assignments, and to systematize the preparation of their reports, and to encourage the exchange of information concerning mutual interests and issues between councils, committees and commissions; (g) maintain effective internal and external relationships through frequent and comprehensive communication with all officers and trustees of this Association, the leadership of related dental organizations, and representatives from

other leading public and private organizations that interact with this Association; and (h) perform such other duties as are prescribed by these *Bylaws.*

## CHAPTER X • COUNCILS

*Section 10.* NAME: The councils of this Association shall be:

Council on Access, Prevention and Interprofessional Relations
Council on ADA Sessions
Council on Communications
Council on Dental Benefit Programs
Council on Dental Education and Licensure
Council on Dental Practice
Council on Ethics, Bylaws and Judicial Affairs
Council on Government Affairs
Council on Members Insurance and Retirement Programs
Council on Membership
Council on Scientific Affairs

*Section 20.* MEMBERS, SELECTIONS, NOMINATIONS AND ELECTIONS:

A. The composition of the councils of this Association shall be as follows:

Council on Access, Prevention and Interprofessional Relations shall be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms. In addition, there shall be one (1) member who is a physician and one (1) member who is a health care facility administrator nominated by the Board of Trustees.

Council on ADA Sessions shall be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms. In addition, the General Chair of the Local Arrangements Committee for the current year and the General Chair-elect for the succeeding year shall serve as *ex officio* members with the right to vote and shall not be eligible to serve as Council Chair.

Council on Communications shall be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms.

Council on Dental Benefit Programs shall be composed of one (1) member from each trustee

district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms.

Council on Dental Education and Licensure shall be composed of sixteen (16) members selected as follows:

a. Nominations and Selection.

(1) Eight (8) members shall be nominated by the Board of Trustees on a rotational system by trustee district from the active, life or retired members of this Association, no one of whom shall be a full-time member of a faculty of a school of dentistry or a member of a state board of dental examiners or jurisdictional dental licensing agency. A person shall be considered to be a full-time member of a faculty if he or she works for the school of dentistry more than two (2) days or sixteen (16) hours per week.

(2) Four (4) members who are active, life or retired members of this Association shall be selected by the American Association of Dental Examiners from the active membership of that body, no one of whom shall be a member of a faculty of a school of dentistry.

(3) Four (4) members who are active, life or retired members of this Association shall be selected by the American Dental Education Association from its active membership. These members shall hold positions of professorial rank in dental schools accredited by the Commission on Dental Accreditation and shall not be members of any state board of dental examiners or jurisdictional dental licensing agency.

b. Election. The eight (8) members of the Council on Dental Education and Licensure nominated by the Board of Trustees shall be elected by the House of Delegates from nominees selected in accordance with this section.

c. Committees. The Council on Dental Education and Licensure shall establish a standing Committee on Dental Education and Educational Measurements and a standing Committee on Licensure, each consisting of eight (8) members selected by the Council. The Council may establish additional committees when they are deemed essential to carry out the duties of this Council.

Council on Dental Practice shall be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms.

Council on Ethics, Bylaws and Judicial Affairs shall

be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms.

Council on Government Affairs shall be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms. In addition, the chair of the political action committee shall be an *ex officio* member of the Council without the power to vote. Consideration shall be given to a candidate's experience in the military or other federal dental services. Members of the Council shall not be in the full-time employ of the federal government. Individuals called to active duty from the military reserves or national guard forces, providing such active duty has not been requested by the individual, shall not be considered to be in the full-time employ of the federal government.

Council on Members Insurance and Retirement Programs shall be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms.

Council on Membership shall be composed of one (1) member from each trustee district whose terms of office shall be staggered in such a manner that four (4) members will complete their terms each year except every fourth year when five (5) members shall complete their terms.

Council on Scientific Affairs shall be composed of sixteen (16) members who shall be selected from nominations open to all trustee districts, and the current recipient of the Gold Medal Award for Excellence in Dental Research.

B. Nominations for all councils shall be made by the Board of Trustees except as otherwise provided in these *Bylaws*. The Board of Trustees shall adhere to the systems of nominations provided in Chapter X, Section 20A of these *Bylaws**. The House of

---

* In order to establish the required pattern of four, four, four and five members respectively retiring from councils and commissions each year, members of councils and commissions from the new 5th and 17th districts who are in office at the time this footnote becomes effective shall finish their terms in accordance with their scheduled term completion

EXHIBIT # A
Page # 54 of 81

Delegates may make additional nominations pursuant to the systems for council nominations provided in Chapter X, Section 20A of these *Bylaws*. The elective and appointive officers and the trustees of this Association shall not serve as members of councils. Each person nominated shall complete a conflict of interest statement as prescribed by the Board of Trustees and shall file such statement with the Secretary of the House of Delegates to be made available to the delegates prior to election. Members of councils shall be elected by the House of Delegates in accordance with Chapter V, Section 150 except as otherwise provided in these *Bylaws*.

C. REMOVAL FOR CAUSE. The Board of Trustees may remove a council member for cause in accordance with procedures established by the Board of Trustees, which procedures shall provide for notice of the charges, including allegations of the conduct purported to constitute each violation, and a decision in writing which shall specify the findings of fact which substantiate any and all of the charges, and that prior to issuance of the decision of the Board of Trustees, no council member shall be excused from attending any meeting of a council unless there is an opportunity to be heard or compelling reasons exist which are specified in writing by the Board of Trustees.

*Section 30.* ELIGIBILITY:

A. All members of councils must be active, life or retired members in good standing of this Association except as otherwise provided in these *Bylaws*.

B. No member of a council may serve concurrently as a member of another council or commission.

C. A member of the Council on Dental Education and Licensure who was selected by the American Association of Dental Examiners and who is no longer an active member of the American Association of Dental Examiners, may continue as a member of the Council for the balance of that member's term.

D. When a member of the Council on Dental Education and Licensure who was selected by the American Dental Education Association, shall cease to be a member of the faculty of a member school of that Association, such membership on either council shall

---

dates. Councils and commissions that have incumbent members from the new 5th district shall add a new member from the 17th district to a full four-year term. Councils and commissions that have incumbent members from the new 17th district shall add a new member from the new 5th district to a full four-year term.

terminate, and the President of the Association shall declare the position vacant.

E. To be eligible to serve on the Council on Scientific Affairs, the current recipient of the Gold Medal Award for Excellence in Dental Research shall be an active, life or retired member in good standing of this Association if the current recipient qualifies for such membership.

*Section 40.* CHAIRS: One member of each council shall be appointed annually by the Board of Trustees to serve as chair with exception of the Council on Dental Education and Licensure. The Chair of the Council on Dental Education and Licensure shall be appointed from nominations submitted by the Council.

*Section 50.* CONSULTANTS, ADVISERS AND STAFF:

A. CONSULTANTS AND ADVISERS. Each council shall have the authority to nominate consultants and advisers in conformity with rules and regulations established by the Board of Trustees except as otherwise provided in these *Bylaws*.

B. STAFF. The Executive Director shall employ the staff of councils, in the event they are employees, and shall select the titles for council staff positions.

C. CONFLICT OF INTEREST. Consultants, advisers and staff, and each person nominated or seeking such positions, shall comply with Chapter VI, Conflict of Interest, of these *Bylaws*.

*Section 60.* TERM OF OFFICE: The term of office of members of councils shall be four (4) years except as otherwise provided in these *Bylaws*. The tenure of a member of a council shall be limited to one (1) term of four (4) years except as otherwise provided in these *Bylaws*. A member shall not be eligible for appointment to another council or commission for a period of two (2) years after completing a previous council appointment. The physician and the health care facility administrator, nominated by the Board of Trustees for membership on the Council on Access, Prevention and Interprofessional Relations, shall be elected for a one (1) year term; however, such member shall not be limited as to the number of consecutive one (1) year terms that he or she may serve. The current recipient of the Gold Medal Award for Excellence in Dental Research shall serve on the Council on Scientific Affairs until the award is bestowed on the next honoree.

*Section 70.* VACANCY: In the event of a vacancy in the membership of any council, the President shall appoint a member of the Association possessing the same qualifications as established by these *Bylaws* for the previous member, to fill such vacancy until a successor is elected by the next House of Delegates

for the remainder of the unexpired term. In the event such vacancy involves the chair of the council, the President shall have the power to appoint an *ad interim* chair. In the event it is the current recipient of the Gold Medal Award for Excellence in Dental Research who cannot serve on the Council on Scientific Affairs, the President, in consultation with the Board of Trustees, shall have the power to appoint a prominent research scientist who shall serve until the award is bestowed on the next honoree.

If the term of the vacated council position has less than fifty percent (50%) of a full four-year term remaining at the time the successor member is appointed or elected, the successor member shall be eligible for election to a new, consecutive four-year term. If fifty percent (50%) or more of the vacated term remains to be served at the time of the appointment or election, the successor member shall not be eligible for another term.

*Section 80.* MEETINGS OF COUNCILS. Each council shall hold at least one regular meeting annually, provided that funds are available in the budget for that purpose and unless otherwise directed by the Board of Trustees. Meetings may be held in the Headquarters Building, the Washington Office or from multiple remote locations through the use of a conference telephone or other communications equipment by means of which all members can communicate with each other. Such meetings shall be conducted in accordance with rules and procedures established by the Board of Trustees.

*Section 90.* QUORUM: Except as otherwise provided in these *Bylaws*, a majority of the members of any council shall constitute a quorum.

*Section 100.* PRIVILEGE OF THE FLOOR: Chairs and members of councils who are not members of the House of Delegates shall have the right to participate in the debate on their respective reports but shall not have the right to vote.

*Section 110.* ANNUAL REPORT AND BUDGET:

A. ANNUAL REPORT. Each council shall submit, through the Executive Director, an annual report to the House of Delegates and a copy thereof to the Board of Trustees.

B. PROPOSED BUDGET. Each council shall submit to the Board of Trustees, through the Executive Director, a proposed itemized budget for the ensuing fiscal year.

*Section 120.* DUTIES:

A. COUNCIL ON ACCESS, PREVENTION AND INTERPROFESSIONAL RELATIONS. The duties of the Council shall be:

a. To foster improvement in the health of the public in matters of access to care, prevention of disease and interprofessional relations by appropriate programs.

b. To recommend policies and formulate programs relating to community oral health, including access to care, oral health planning, dental health personnel resources, preventive dentistry, fluoridation and nutrition issues.

c. To evaluate for the Association trends in dental public health and access to care that enhance oral health on a community level, including public/private partnerships, tobacco use prevention, volunteerism, oral cancer prevention and community caries prevention.

d. To assist constituent and component societies, public health agencies and others in the management and coordination of local resources or programs for access to care, preventive dentistry and other community health programs.

e. To promote the Association's position and maintain liaison with oral health agencies and special interest organizations regarding access to care, community oral health and dental health personnel issues.

f. To serve as liaison for the Association with the Joint Commission on Accreditation of Healthcare Organizations and with JCAHO corporate members and other national health care organizations.

g. To recommend policy on issues pertaining to the relationship of dentistry to medicine, including interdisciplinary patient management, dentist-physician relations, the oral health needs of medically compromised patients and the role of physical evaluation and medical risk management in dental practice.

h. To conduct activities to improve the health outcomes of patients requiring cooperative dental-medical management.

i. To conduct activities to increase patient access to dental care, including assessing public and private dental access programs and advising other Association agencies charged with recommending policy and legislation on access to care.

j. To conduct activities to increase access to the benefits of cooperative dental-medical management in hospitals, ambulatory care centers, long-term care facilities and other interdisciplinary health care settings.

k. To foster dentistry's role in the hospital, including active medical staff membership and clinical privileges.

l. To advise other Association agencies charged with communications, scientific, legislative and legal activities related to community oral health including

tobacco use prevention, dental health personnel resources, preventive dentistry, fluoridation and nutrition issues.

B. COUNCIL ON ADA SESSIONS. The duties of the Council shall be:

a. To have responsibility for conducting the annual session of this Association, except the House of Delegates, subject to approval by the Board of Trustees as provided in these *Bylaws*.

b. To plan and coordinate other Association sessions or regional meetings.

C. COUNCIL ON COMMUNICATIONS. The duties of the Council shall be:

a. To identify, review and recommend, prior to implementation, programs to educate the public about oral health, including national media relations programs, patient communications and materials for use in the dental office.

b. To identify public and media relations issues and to review existing programs and to utilize these programs, or, if appropriate, oversee the development and recommend communications programs to address such issues.

c. To maintain liaison with national health organizations and the dental industry to promote cooperative oral health public education initiatives.

d. To assist dental editors and to support constituent and component dental societies with their media and community relations programs and communications with members.

e. To review communication messages to the public and to the members concerning the public and private image of dentistry.

f. To assist constituent and component dental society communications committees or appropriate staff with their media and communications programs.

g. To assist other Association agencies and constituent and component dental societies, upon request, in their communications efforts regarding Association products and services.

D. COUNCIL ON DENTAL BENEFIT PROGRAMS. The duties of the Council shall be:

a. To formulate and recommend policies relating to the planning, administration and financing of dental benefit programs.

b. To study, evaluate and disseminate information on the planning, administration and financing of dental benefit programs.

c. To assist the constituent societies and other agencies in developing programs for the planning, administration and financing of dental benefit programs.

d. To provide assistance, guidance and support to constituent and component societies in the development and management of professional review systems.

e. To encourage the inclusion of dental benefits in health benefit plans and to promote dental benefit

plans in accordance with Association policy.

f. To conduct activities and formulate and recommend policies concerning the assessment and improvement of the quality of dental care relating to dental benefit plans.

g. To formulate procedural and diagnostic codes in conjunction with national dental organizations and the dental benefits industry that dentists can use to report patient care on dental benefit claim forms.

E. COUNCIL ON DENTAL EDUCATION AND LICENSURE. The duties of the Council shall be:

a. To act as the agency of the Association in matters related to the evaluation and accreditation of all dental educational, dental auxiliary educational and associated subjects.

b. To study and make recommendations including the formulation and recommendation of policy on:

(1) Dental education and dental auxiliary education.

(2) The recognition of special areas of dental practice.

(3) The recognition of categories of dental auxiliaries.

(4) The approval or disapproval of national certifying boards for special areas of dental practice and for dental auxiliaries.

(5) The educational and administrative standards of the certifying boards for special areas of dental practice and for dental auxiliaries.

(6) Associated subjects that affect all dental, dental auxiliary and related education.

(7) Dental licensure and dental auxiliary credentialing.

c. To act on behalf of this Association in maintaining effective liaison with certifying boards and related agencies for special areas of dental practice and for dental auxiliaries.

d. To monitor and disseminate information on continuing dental education and to encourage the provision of and participation in continuing dental education.

F. COUNCIL ON DENTAL PRACTICE. The duties of the Council shall be:

a. To formulate and recommend policies relating to dental practice.

b. To study, evaluate and disseminate information concerning various forms of business organization of a dental practice, economic factors related to dental practice, practice management techniques, auxiliary utilization and dental laboratory services to the end that dentists may continue to improve services to the public.

c. To develop educational and other programs to assist dentists in improved practice management, including practice marketing materials and continuing education seminars, and to assist constituent and component societies and other dental organizations in the development of such programs so that dentists may continue to improve the