2777 delivery of their services to the public.
2778 d. To encourage and develop satisfactory relations
2779 with the various organizations representing the
2780 dental laboratory industry and craft.
2781 e. To formulate programs for establishing and
2782 maintaining the greatest efficiency, quality and
2783 service of the dental laboratory industry and craft in
2784 their relation to the dental profession.
2785 f. To encourage and develop satisfactory relations
2786 with the various organizations representing dental
2787 auxiliaries.
2788 g. To gather, formulate and disseminate information
2789 related to auxiliary utilization, management and
2790 employment practices.
2791 h. To serve in a consultative capacity to those
2792 educational and promotional activities directed to
2793 the public and the profession and to assess their
2794 impact on dental practice.
2795 i. To provide assistance, education and information
2796 on issues related to dentists' well being.

2797 G. COUNCIL ON ETHICS, BYLAWS AND
2798 JUDICIAL AFFAIRS. The duties of the Council shall
2799 be:
2800 a. To consider proposals for amending the
2801 *Principles of Ethics and Code of Professional*
2802 *Conduct.*
2803 b. To provide advisory opinions regarding the
2804 interpretation of the *Principles of Ethics and Code*
2805 *of Professional Conduct.*
2806 c. To consider appeals from members of the
2807 Association, or from component societies subject to
2808 the requirements of Chapter XII, Section 20 of these
2809 *Bylaws.*
2810 d. To hold hearings and render decisions in disputes
2811 arising between constituent societies or between
2812 constituent and component societies.
2813 e. To discipline any of the direct members of this
2814 Association (members in good standing who
2815 pursuant to Chapter I of these *Bylaws* do not hold
2816 membership in any constituent society of this
2817 Association) in accordance with the requirements
2818 and procedures of Chapter XII of these *Bylaws,*
2819 using hearing panels composed of not less than three
2820 (3) of its elected members selected by the Council
2821 chair. The Council may adopt procedures governing
2822 the discipline of direct members of this Association
2823 (members in good standing who pursuant to Chapter
2824 I of these *Bylaws* do not hold membership in any
2825 constituent society of this Association) consistent with
2826 Chapter XII of these *Bylaws,* which may include the
2827 use of an investigating committee or individual to
2828 investigate any complaint made against such
2829 member and report findings to the hearing panel
2830 concerning whether charges should issue.
2831 f. To review the articles of the *Constitution and*
2832 *Bylaws* in order to keep them consistent with the
2833 Association's program.
2834 g. To recommend editorial changes in the *Bylaws* to
2835 improve their consistency, clarity and style.

EXHIBIT # _____A_____
Page # __61__ of __81__

h. Notwithstanding paragraph g of this subsection, the Council shall have the authority to make corrections in punctuation, grammar, spelling, name changes, gender references, and similar editorial corrections in the *Bylaws* which do not alter its context or meaning. Such corrections shall be made only by a unanimous vote of the Council members present and voting.

i. To review the rules and bylaws of all commissions of the Association in order to keep such rules and bylaws consistent with the *Constitution and Bylaws* of this Association.

j. To act as the Standing Committee on Constitution and Bylaws of the House of Delegates, with the composition of such committee to be determined in accordance with Chapter V, Section 140A of these *Bylaws*, and to conduct other business it deems necessary.

k. To provide guidance and advice on ethical and professional issues to constituent and component societies.

l. To formulate and disseminate materials related to ethical and professional conduct in the practice and promotion of dentistry.

H. COUNCIL ON GOVERNMENT AFFAIRS. The duties of the Council shall be:

a. To encourage the improvement of the health of the public and to promote the art and science of dentistry in matters of legislation and regulations by appropriate activities.

b. To formulate and recommend policies related to legislative and regulatory issues and to governmental agency programs.

c. To formulate proposed legislation, approved by the Board of Trustees, that may be submitted to Congress and which will promote the art and science of dentistry in accordance with Association policies.

d. To disseminate information which will assist the constituent and component societies involving legislation and regulation affecting the dental health of the public.

e. To serve and assist the American Dental Association as a liaison with agencies of the federal government.

f. To advise other Association agencies charged with developing, recommending and/or implementing legislative policies adopted by the House of Delegates.

g. To serve as liaison for the American Dental Association with those agencies of the federal government which employ dental personnel in direct dental care delivery programs and the dentists in those services.

h. To recommend programs and policies which will ensure that eligible beneficiaries of federal dental service programs have access to quality dental care.

i. To recommend programs and policies which promote an efficient and effective dental care delivery system within the federal dental services.

EXHIBIT # _____A_____
Page # __62__ of __81__

2895 j. To assist in the development of dental workforce
2896 requirements and appropriate mobilization programs
2897 in times of emergency.
2898 k. To formulate and recommend policies which are
2899 designed to advance the professional status of
2900 federally employed dentists.
2901 l. To monitor dental training programs conducted by
2902 the federal dental services.

2903 I. COUNCIL ON MEMBERS INSURANCE AND
2904 RETIREMENT PROGRAMS. The duties of the
2905 Council shall be:
2906 a. To evaluate on a continuing basis all Association
2907 sponsored insurance programs.
2908 b. To examine and evaluate other insurance
2909 programs that might be of benefit to the
2910 membership.
2911 c. To advise and recommend courses of action on
2912 insurance programs.
2913 d. To assist constituent societies in matters related to
2914 insurance programs.
2915 e. To serve as Trustees for the American Dental
2916 Association Members Retirement Program.

2917 J. COUNCIL ON MEMBERSHIP. Except as
2918 otherwise provided in these *Bylaws*, the duties of the
2919 Council shall be:
2920 a. To formulate and recommend policies related to
2921 membership recruitment and retention and other
2922 related issues.
2923 b. To identify and monitor trends and issues that
2924 affect membership recruitment and retention,
2925 particularly among under-represented segments, and
2926 to encourage membership involvement throughout
2927 organized dentistry.
2928 c. To support, monitor and encourage membership
2929 activities of constituent and component dental
2930 societies and to enhance cooperation and
2931 communication on tripartite recruitment and
2932 retention efforts.
2933 d. To recommend, monitor and support the
2934 development of membership benefits and services
2935 that respond to identified needs of members.
2936 e. To act as an advocate for membership benefits.

2937 K. COUNCIL ON SCIENTIFIC AFFAIRS. The
2938 duties of the Council shall be:
2939 a. To develop and promote an annual research
2940 agenda with appropriate means for funding.
2941 b. To identify emergent issues and areas of research
2942 that require response from the research community.
2943 c. To report results on the latest scientific
2944 developments to practicing dentists.
2945 d. To evaluate and issue statements to the profession
2946 regarding the efficacy of concepts, procedures and
2947 techniques for use in the treatment of patients.
2948 e. To guide, assist and act as liaison to the American
2949 Dental Association Foundation and serve as its peer
2950 review body.
2951 f. To represent the Association on scientific and

EXHIBIT # _____A_____
Page # ___63___ of ___81___

CHAPTER X • COUNCILS
CHAPTER XI • SPECIAL COMMITTEES

research matters and maintain liaison with related regulatory, research and professional organizations.

g. To encourage the development and improvement of materials, instruments and equipment for use in dental practice, and to coordinate development of national and international standardization programs.

h. To determine the safety and effectiveness of, and disseminate information on, materials, instruments and equipment that are offered to the public or the profession and further critically evaluate statements of efficacy and advertising claims.

i. To study, evaluate and disseminate information with regard to the proper use of dental therapeutic agents, their adjuncts and dental cosmetic agents that are offered to the public or the profession.

j. To award the American Dental Association Seal to dental products that meet the Association's requirements for acceptance.

k. To promote efforts to develop dental research workforce and to involve students in dental research.

l. To study, evaluate and disseminate information on those aspects of the dental practice environment related to the health of the public, dentists and dental auxiliaries.

m. To serve as the primary resource for scientific inquiries from the public and the profession.

## CHAPTER XI • SPECIAL COMMITTEES

*Section 10.* APPOINTMENT AND TERM. Special committees of this Association may be created at any session of the House of Delegates or, when the House is not in session, by the Board of Trustees, for the purpose of performing duties not otherwise assigned by these *Bylaws.* Duties otherwise assigned by these *Bylaws* solely to one (1) council, commission or other agency should be assigned to that council, commission or other agency with the necessary funding to accomplish the task. If duties are assigned to a special committee that are assigned under these *Bylaws* to more than one (1) council, commission or other agency, members of the relevant councils, commissions or other agencies shall be appointed to serve on the special committee. Such special committees may serve until adjournment *sine die* of the next annual session of the House of Delegates. The authority for appointing the members of a special committee and their number shall be set forth in the resolution creating such committee.

*Section 20.* CONFLICT OF INTEREST: Members of special committees and each person considered for such appointment shall comply with Chapter VI, Conflict of Interest, of these *Bylaws.*

*Section 30.* PRIVILEGE OF THE FLOOR: Chairs and members of special committees who are not members of the House of Delegates shall have the right to participate in the debate on their respective reports but shall not have the right to vote.

EXHIBIT # _____ A
Page # ___64___ of ___81___

CHAPTER XII • PRINCIPLES OF ETHICS AND
CODE OF PROFESSIONAL CONDUCT AND
JUDICIAL PROCEDURE

CHAPTER XII • PRINCIPLES OF ETHICS AND
CODE OF PROFESSIONAL CONDUCT AND
JUDICIAL PROCEDURE

*Section 10.* PROFESSIONAL CONDUCT OF MEMBERS: The professional conduct of a member of this Association shall be governed by the *Principles of Ethics and Code of Professional Conduct* of this Association and by the codes of ethics of the constituent and component societies within whose jurisdiction the member practices, or conducts or participates in other professional dental activities.

*Section 20.* DISCIPLINE OF MEMBERS:

A. CONDUCT SUBJECT TO DISCIPLINE. A member may be disciplined for (1) having been found guilty of a felony, (2) having been found guilty of violating the dental practice act of a state or other jurisdiction of the United States, (3) having been discharged or dismissed from practicing dentistry with one of the federal dental services under dishonorable circumstances, or (4) violating the *Bylaws*, the *Principles of Ethics and Code of Professional Conduct*, or the bylaws or code of ethics of the constituent or component society of which the accused is a member. For a member of a constituent society, disciplinary proceedings may be instituted by either the member's component or constituent society. Disciplinary proceedings against a direct member of this Association (a member in good standing who pursuant to Chapter I of these *Bylaws* does not hold membership in any constituent society of this Association) may be instituted by the Council on Ethics, Bylaws and Judicial Affairs of this Association.

B. DISCIPLINARY PENALTIES. A member may be placed under a sentence of censure or suspension or may be expelled from membership for any of the offenses enumerated in Section 20A of this Chapter.

Censure is a disciplinary sentence expressing in writing severe criticism or disapproval of a particular type of conduct or act.

Suspension, subject to Chapter I, Section 30 of these *Bylaws*, means all membership privileges except continued entitlement to coverages under insurance programs are lost during the suspension period. Suspension shall be unconditional and for a specified period at the termination of which full membership privileges are automatically restored. A subsequent violation shall require a new disciplinary procedure before additional discipline may be imposed.

Expulsion is an absolute discipline and may not be imposed conditionally except as otherwise provided herein.

Probation, to be imposed for a specified period and without loss of privileges, may be administratively

EXHIBIT # _____ A
Page # __65__ of __81__

CHAPTER XII • PRINCIPLES OF ETHICS AND
CODE OF PROFESSIONAL CONDUCT AND
JUDICIAL PROCEDURE

3059 and conditionally imposed when circumstances
3060 warrant in lieu of a suspended disciplinary penalty.
3061 Probation shall be conditioned on good behavior.
3062 Additional reasonable conditions may be set forth in
3063 the decision for the continuation of probation. In the
3064 event that the conditions for probation are found by
3065 the society which preferred charges to have been
3066 violated, after a hearing on the probation violation
3067 charges in accordance with Chapter XII, Section 20C,
3068 the original disciplinary penalty shall be
3069 automatically reinstated; except that when
3070 circumstances warrant the original disciplinary
3071 penalty may be reduced to a lesser penalty. There
3072 shall be no right of appeal from a finding that the
3073 conditions of probation have been violated.

3074 After all appeals are exhausted or after the time for
3075 filing an appeal has expired, a sentence of censure,
3076 suspension or expulsion meted out to any member,
3077 including those instances when the disciplined
3078 member has been placed on probation, shall be
3079 promulgated by such member's component and
3080 constituent societies, if such exist, and this
3081 Association.

3082 C. DISCIPLINARY PROCEEDINGS. Before a
3083 disciplinary penalty is invoked against a member, the
3084 following procedures shall be followed by the agency
3085 preferring charges:

3086 a. HEARING. The accused member shall be entitled
3087 to a hearing at which the accused shall be given the
3088 opportunity to present a defense to all charges
3089 brought against the accused. The agency preferring
3090 charges shall permit the accused member to be
3091 represented by legal counsel.

3092 b. NOTICE. The accused member shall be notified
3093 in writing of charges brought against the accused
3094 and of the time and place of the hearing, such notice
3095 to be sent by certified—return receipt requested
3096 letter addressed to the accused's last known address
3097 and mailed not less than twenty-one (21) days prior
3098 to the date set for the hearing. An accused member,
3099 upon request, shall be granted one postponement for
3100 a period not to exceed thirty (30) days.

3101 c. CHARGES. The written charges shall include an
3102 officially certified copy of the alleged conviction or
3103 determination of guilt, or a specification of the
3104 bylaw or ethical provisions alleged to have been
3105 violated, as the case may be, and a description of the
3106 conduct alleged to constitute each violation.

3107 d. DECISION. Every decision which shall result in
3108 censure, suspension or expulsion or in probation
3109 shall be reduced to writing and shall specify the
3110 charges made against the member, the facts which
3111 substantiate any or all of the charges, the verdict
3112 rendered, the penalty imposed or when appropriate
3113 the suspended penalty imposed and the conditions
3114 for probation, and a notice shall be mailed to the
3115 accused member informing the accused of the right
3116 to appeal. Within ten (10) days of the date on which
3117 the decision is rendered a copy thereof shall be sent

CHAPTER XII • PRINCIPLES OF ETHICS AND
CODE OF PROFESSIONAL CONDUCT AND
JUDICIAL PROCEDURE

3118 by certified—return receipt requested mail to the last
3119 known address of each of the following parties: the
3120 accused member; the secretary of the component
3121 society of which the accused is a member, if
3122 applicable; the secretary of the constituent society of
3123 which the accused is a member, if applicable; the
3124 Chair of the Council on Ethics, Bylaws and Judicial
3125 Affairs of this Association and the Executive
3126 Director of this Association.

3127 D. APPEALS. The accused member under sentence
3128 of censure, suspension or expulsion shall have the
3129 right to appeal from a decision of the accused's
3130 component society to the accused's constituent
3131 society by filing an appeal in affidavit form with the
3132 secretary of the constituent society. Such an accused
3133 member, or the component society concerned, shall
3134 have the right to appeal from a decision of the
3135 constituent society to the Council on Ethics, Bylaws
3136 and Judicial Affairs of this Association by filing an
3137 appeal in affidavit form with the Chair of the Council
3138 on Ethics, Bylaws and Judicial Affairs. Where the
3139 accused is a direct member of this Association (a
3140 member in good standing who pursuant to Chapter I
3141 of these *Bylaws* does not hold membership in any
3142 constituent society of this Association), the accused
3143 member shall have the right of appeal from a
3144 disciplinary decision of a hearing panel of the Council
3145 on Ethics, Bylaws and Judicial Affairs to the Council
3146 by filing an appeal in affidavit form with the Chair of
3147 the Council on Ethics, Bylaws and Judicial Affairs.
3148 Members of the hearing panel shall not have the right
3149 to vote on the Council's decision on such an appeal.

3150 An appeal from any decision shall not be valid
3151 unless notice of appeal is filed within thirty (30) days
3152 and the supporting brief, if one is to be presented, is
3153 filed within sixty (60) days after such decision has
3154 been rendered. A reply brief, if one is to be presented,
3155 shall be filed within ninety (90) days after such
3156 decision is rendered. A rejoinder brief, if one is to be
3157 presented, shall be filed within one hundred five
3158 (105) days after such decision is rendered. After all
3159 briefs have been filed, a minimum of forty-five (45)
3160 days shall elapse before the hearing date. Omission of
3161 briefs will not alter the briefing schedule or hearing
3162 date unless otherwise agreed to by the parties and the
3163 chair of the appropriate appellate agency.

3164 No decision shall become final while an appeal there
3165 from is pending or until the thirty (30) day period for
3166 filing notice of appeal has elapsed. In the event of a
3167 sentence of expulsion and no notice of appeal is
3168 received within the thirty (30) day period, the
3169 constituent society shall notify all parties of the
3170 failure of the accused member to file an appeal. The
3171 sentence of expulsion shall take effect on the date the
3172 parties are notified. The component and constituent
3173 societies shall each determine what portion of their
3174 current dues and their special assessments, if any,
3175 shall be returned to the expelled member. Dues and
3176 special assessments paid to this Association shall not

EXHIBIT #_____A___
Page #__67__ of __81__

CHAPTER XII • PRINCIPLES OF ETHICS AND
CODE OF PROFESSIONAL CONDUCT AND
JUDICIAL PROCEDURE

3177    be refundable in the event of expulsion. The
3178    following procedure shall be used in processing
3179    appeals:
3180      a. HEARINGS ON APPEAL. The accused member
3181    or the society (or societies) concerned shall be
3182    entitled to a hearing on an appeal, provided that
3183    such appeal is taken in accordance with, and
3184    satisfies the requirements of, Section 20D of this
3185    Chapter. The appellate agency hearing the appeal
3186    shall permit the accused member to be represented
3187    by legal counsel. A party need not appear for the
3188    appeal to be heard by an appellate agency.
3189      b. NOTICE. The appellate agency receiving an
3190    appeal shall notify the society (or societies)
3191    concerned, or where applicable the hearing panel of
3192    the Council on Ethics, Bylaws and Judicial Affairs,
3193    and the accused member of the time and place of
3194    the hearing, such notice to be sent by certified—
3195    return receipt requested letter to the last known
3196    address of the parties to the appeal and mailed not
3197    less than thirty (30) days prior to the date set for the
3198    hearing. Granting of continuances shall be at the
3199    option of the agency hearing the appeal.
3200      c. PREHEARING MATTERS. Prehearing requests
3201    shall be granted at the discretion of the appellate
3202    agency. In appeals to this Association's Council on
3203    Ethics, Bylaws and Judicial Affairs, the Council
3204    chair has the authority to rule on motions from the
3205    parties for continuances and other prehearing
3206    procedural matters with advice from legal counsel
3207    of this Association. The Council chair may consult
3208    with the Council before rendering prehearing
3209    decisions.
3210      d. BRIEFS. Every party to an appeal shall be
3211    entitled to submit a brief in support of the party's
3212    position. The briefs of the parties shall be submitted
3213    to the secretary of the constituent society or the
3214    Chair of the Council on Ethics, Bylaws and Judicial
3215    Affairs of this Association, as the case may be, and
3216    to the opposing party(ies) in accordance with the
3217    prescribed briefing schedule. The party initiating
3218    the appeal may choose to rely on the record and/or
3219    on an oral presentation and not file a brief.
3220      e.    RECORD    OF    DISCIPLINARY
3221    PROCEEDINGS. Upon notice of an appeal the
3222    agency which preferred charges shall furnish to the
3223    appellate agency which has received the appeal and
3224    to the accused member a transcript of, or an
3225    officially certified copy of the minutes of the
3226    hearing accorded the accused member. The
3227    transcript or minutes shall be accompanied by
3228    certified copies of any affidavits or other
3229    documents submitted as evidence to support the
3230    charges against the accused member or submitted
3231    by the accused member as part of the accused's
3232    defense. Where the agency preferring the charges
3233    does not provide for transcription of the hearing,
3234    the accused member, at the accused's own expense,
3235    shall be entitled to arrange for the services of a

EXHIBIT # _____ A
Page # __68__ of __81__

CHAPTER XII • PRINCIPLES OF ETHICS AND
CODE OF PROFESSIONAL CONDUCT AND
JUDICIAL PROCEDURE

3236   court reporter to transcribe the hearing.
3237   f. APPEALS JURISDICTION. The agency to
3238   which a decision has been appealed shall be
3239   required to review the decision appealed from to
3240   determine whether the evidence before the society
3241   or agency which preferred charges against the
3242   accused member supports that decision or warrants
3243   the penalty imposed. The appellate agency shall not
3244   be required to consider additional evidence unless
3245   there is a clear showing that either party to the
3246   appeal will be unreasonably harmed by failure to
3247   consider the additional evidence. The parties to an
3248   appeal are the accused member and the society or
3249   agency which preferred charges. In appeals to the
3250   Council on Ethics, Bylaws and Judicial Affairs of
3251   this Association, the society which heard the first
3252   appeal may, at its option, participate in the appeal.
3253   g. DECISION ON APPEALS. Every decision on
3254   appeal shall be reduced to writing and shall state
3255   clearly the conclusion of the appellate agency and
3256   the reasons for reaching that conclusion. The
3257   appellate agency shall have the discretion (1) to
3258   uphold the decision of the agency which preferred
3259   charges against the accused member; (2) to reverse
3260   the decision of the agency which preferred charges
3261   and thereby exonerate the accused member; (3) to
3262   deny an appeal which fails to satisfy the
3263   requirements of Section 20D of this Chapter; (4) to
3264   refer the case back to the agency which preferred
3265   charges for new proceedings, if the rights of the
3266   accused member under all applicable bylaws were
3267   not accorded the accused; (5) to remand the case
3268   back to the agency which preferred charges for
3269   further proceedings when the appellate record is
3270   insufficient in the opinion of the appellate agency to
3271   enable it to render a decision; or (6) to uphold the
3272   decision of the agency which preferred charges
3273   against the accused member and reduce the penalty
3274   imposed.
3275   Within thirty (30) days of the date on which a
3276   decision on appeal is rendered, a copy thereof shall
3277   be sent by certified—return receipt requested mail
3278   to the last known address of each of the following
3279   parties: the accused member, the secretary of the
3280   component society of which the accused is a
3281   member, if applicable, the secretary of the
3282   constituent society of which the accused is a
3283   member, if applicable, the Chair of the Council on
3284   Ethics, Bylaws and Judicial Affairs of this
3285   Association and the Executive Director of this
3286   Association.

3287   E. NON-COMPLIANCE. In the event of a failure of
3288   technical conformance to the procedural requirements
3289   of Chapter XII, the agency hearing the appeal shall
3290   determine the effect of non-conformance.

EXHIBIT # _____A_____
Page # __69__ of __81__

CHAPTER XIII • AMERICAN DENTAL
ASSOCIATION FOUNDATION
CHAPTER XIV • COMMISSIONS

## CHAPTER XIII • AMERICAN DENTAL
## ASSOCIATION FOUNDATION

3291   *Section 10.* AGENCIES AND PERSONNEL: The
3292   Research Institute and the Paffenbarger Research
3293   Center at the National Institute of Standards and
3294   Technology will be agencies of the American Dental
3295   Association Foundation and the personnel of these
3296   agencies shall be employees of the Foundation.

3297   *Section 20.* FINANCIAL SUPPORT: The Association
3298   shall annually furnish sufficient financial support, as
3299   an addition to generated non-Association funding, to
3300   assure the continued viability of the Foundation's
3301   research activities.

3302   *Section 30.* DUTIES:

3303   A. The Foundation, through its agencies, the Research
3304   Institute and the Paffenbarger Research Center at the
3305   National Institute of Standards and Technology shall:
3306     a. Conduct basic and applied research for the
3307     utilization in and development of oral health.
3308     b. Conduct training programs in research disciplines
3309     that relate to the basic and applied problems of oral
3310     health.

3311   B. In addition, the Foundation shall submit, either
3312   through or in cooperation with the Council on
3313   Scientific Affairs, an annual report to the House of
3314   Delegates, interim reports on request to the Board of
3315   Trustees, and an annual budget to the Board of
3316   Trustees for such financial support allocations as the
3317   Board may deem necessary.

3318   C. In addition, the Foundation's Administrative/
3319   Charitable group shall submit, through the ADA
3320   Board of Trustees acting as the Member, an annual
3321   report to the House of Delegates, interim reports on
3322   request to the Member, and an annual budget to the
3323   Board of Trustees for such financial support
3324   allocations as the Board may deem necessary.

3325   D. The Foundation also may perform such other
3326   charitable and research functions as permitted under
3327   its articles of incorporation and bylaws and the laws
3328   of the State of Illinois.

## CHAPTER XIV • COMMISSIONS

3329   *Section 10.* NAME: The commissions of this
3330   Association shall be:
3331     Commission on Dental Accreditation
3332     Joint Commission on National Dental Examinations

3333   *Section 20.* MEMBERS, SELECTIONS,
3334   NOMINATIONS AND ELECTIONS:
3335   A. COMMISSION ON DENTAL
3336   ACCREDITATION. The number of members and the
3337   method of selection of the members of the
3338   Commission on Dental Accreditation shall be

EXHIBIT #     A
Page #  70  of  81 

CHAPTER XIV • COMMISSIONS

3339 governed by the *Rules of the Commission on Dental*
3340 *Accreditation* and these *Bylaws*.
3341 Twelve (12) of the members of the Commission on
3342 Dental Accreditation shall be selected as follows:
3343 (1) Four (4) members shall be selected from
3344 nominations open to all trustee districts from the active,
3345 life or retired members of this Association, no one of
3346 whom shall be a faculty member working for a school
3347 of dentistry more than one day per week or a member
3348 of a state board of dental examiners or jurisdictional
3349 dental licensing agency. These members shall be
3350 nominated by the Board of Trustees and elected by the
3351 House of Delegates.
3352 (2) Four (4) members who are active, life or
3353 retired members of this Association shall be
3354 selected by the American Association of Dental
3355 Examiners from the active membership of that
3356 body, no one of whom shall be a member of a
3357 faculty of a school of dentistry.
3358 (3) Four (4) members who are active, life or retired
3359 members of this Association shall be selected by the
3360 American Dental Education Association from its
3361 active membership. These members shall hold
3362 positions of professorial rank in dental schools
3363 accredited by the Commission on Dental Accreditation
3364 and shall not be members of any state board of dental
3365 examiners or jurisdictional dental licensing agency.

3366 B. JOINT COMMISSION ON NATIONAL
3367 DENTAL EXAMINATIONS. The Joint Commission
3368 on National Dental Examinations shall be composed
3369 of fifteen (15) members selected as follows:
3370 a. Three (3) members shall be nominated by the
3371 Board of Trustees from the active, life or retired
3372 members of this Association and additional
3373 nominations may be made by the House of
3374 Delegates but no one of such nominees shall be a
3375 member of a faculty of a school of dentistry or a
3376 member of a state board of dental examiners or
3377 jurisdictional dental licensing agency. The House of
3378 Delegates shall elect the three (3) members from
3379 those nominated by the Board of Trustees and the
3380 House of Delegates.
3381 b. Six (6) members who are active, life or retired
3382 members of this Association shall be selected by the
3383 American Association of Dental Examiners from the
3384 active membership of that body, no one of whom
3385 shall be a member of a faculty of a dental school.
3386 c. Three (3) members who are active, life or retired
3387 members of this Association shall be selected by the
3388 American Dental Education Association from its
3389 active membership. These members shall hold
3390 positions of professorial rank in the dental schools
3391 accredited by this Association and shall not be
3392 members of any state board of dental examiners or
3393 jurisdictional dental licensing agency.
3394 d. One (1) member who is a dental hygienist shall be
3395 selected by the American Dental Hygienists'

EXHIBIT # ____A____
Page # __71__ of __81__

CHAPTER XIV • COMMISSIONS

3396    Association.
3397    e. One (1) member who is a public representative
3398    shall be selected by the Joint Commission on
3399    National Dental Examinations.
3400    f. One (1) member who is a dental student shall be
3401    selected annually by the American Student Dental
3402    Association.

3403    C. CONFLICT OF INTEREST. Each person
3404    nominated for election by the House of Delegates
3405    shall complete a conflict of interest statement as
3406    prescribed by the Board of Trustees and shall file
3407    such statement with the Secretary of the House of
3408    Delegates to be made available to the delegates prior
3409    to election.

3410    *Section 30.* REMOVAL FOR CAUSE: The Board of
3411    Trustees may remove a commission member for
3412    cause in accordance with procedures established by
3413    the Board of Trustees, which procedures shall provide
3414    for notice of the charges, including allegations of the
3415    conduct purported to constitute each violation, and a
3416    decision in writing which shall specify the findings of
3417    fact which substantiate any and all of the charges, and
3418    that prior to issuance of the decision of the Board of
3419    Trustees, no commission member shall be excused
3420    from attending any meeting of a commission unless
3421    there is an opportunity to be heard or compelling
3422    reasons exist which are specified in writing by the
3423    Board of Trustees.

3424    *Section 40.* ELIGIBILITY:

3425    A. All members of commissions who are dentists
3426    must be active, life or retired members in good
3427    standing of this Association except as otherwise
3428    provided in these *Bylaws.*

3429    B. A member of the Joint Commission on National
3430    Dental Examinations, who was selected by the
3431    American Association of Dental Examiners and who
3432    is no longer an active member of that Association,
3433    may continue as a member of the Commission for the
3434    balance of that member's term.

3435    C. When a member of the Joint Commission on
3436    National Dental Examinations, who was selected by
3437    the American Dental Education Association, shall
3438    cease to be a member of the faculty of a member
3439    school of that Association, such membership on the
3440    Commission shall terminate, and the President of the
3441    American Dental Association shall declare the
3442    position vacant.

3443    D. No member of a commission may serve
3444    concurrently as a member of a council or another
3445    commission.

3446    E. CHAIRS. The Commissions of this Association
3447    shall elect their own chairs who shall be active, life or
3448    retired members of this Association.

EXHIBIT # _____ A
Page # __72__ of __81__

3449 *Section 50.* CONSULTANTS, ADVISERS AND
3450 STAFF:

3451 A. CONSULTANTS AND ADVISERS. Each
3452 commission shall have the authority to nominate
3453 consultants and advisers in conformity with rules and
3454 regulations established by the Board of Trustees
3455 except as otherwise provided in these *Bylaws.* The
3456 Joint Commission on National Dental Examinations
3457 also shall select consultants to serve on the
3458 Commission's test construction committees. The
3459 Commission on Dental Accreditation shall have the
3460 power to appoint consultants to assist in developing
3461 requirements and guidelines for the conducting of
3462 accreditation evaluations, including site visitations, of
3463 predoctoral, advanced dental educational, and dental
3464 auxiliary educational programs.

3465 B. STAFF. The Executive Director shall employ the
3466 staff of Commissions, in the event they are
3467 employees, and shall select the titles for commission
3468 staff positions.

3469 C. CONFLICT OF INTEREST. Consultants, advisers
3470 and staff, and each person nominated or seeking such
3471 positions, shall comply with Chapter VI, Conflict of
3472 Interest, of these *Bylaws.*

3473 *Section 60.* TERM OF OFFICE: The term of office
3474 of members of the commissions shall be four (4)
3475 years except that (a) the term of office of members of
3476 the Commission on Dental Accreditation selected
3477 pursuant to the *Rules of the Commission on Dental*
3478 *Accreditation* shall be governed by those *Rules* and
3479 (b) the term of office of the dental student selected by
3480 the American Student Dental Association for
3481 membership on the Joint Commission on National
3482 Dental Examinations shall be one (1) year.
3483   The tenure of a member of a commission shall be
3484 limited to one (1) term of four (4) years except that
3485 (a) the consecutive tenure of members of the
3486 Commission on Dental Accreditation selected
3487 pursuant to the *Rules of the Commission on Dental*
3488 *Accreditation* shall be governed by those *Rules* and
3489 (b) tenure in office of the dental student selected by
3490 the American Student Dental Association for
3491 membership on the Joint Commission on National
3492 Dental Examinations shall be one (1) term. As of
3493 1990, a member shall not be eligible for appointment
3494 to another commission or council for a period of two
3495 (2) years after completing a previous commission
3496 appointment.

3497 *Section 70.* VACANCY: In the event of a vacancy in
3498 the office of a commissioner, the following procedure
3499 shall be followed:

3500 A. In the event the member of a commission, whose
3501 office is vacant, is or was a member of and was
3502 appointed or elected by this Association, the President
3503 of this Association shall appoint a member of this
3504 Association possessing the same qualifications as

EXHIBIT #_____A
Page #___73__ of __81

CHAPTER XIV • COMMISSIONS

established by these *Bylaws* for the previous member, to fill such vacancy until a successor is elected by the next House of Delegates of this Association for the remainder of the unexpired term.

B. In the event the member of a commission whose office is vacant was selected by an organization other than this Association, such other organization shall appoint a successor possessing the same qualifications as those possessed by the previous member of the commission.

C. In the event such vacancy involves the chair of the commission, the President of this Association shall have the power to appoint an *ad interim* chair, except as otherwise provided in these *Bylaws*.

D. If the term of the vacated commission position has less than fifty percent (50%) of a full four-year term remaining at the time the successor member is appointed or elected, the successor member shall be eligible for election to a new, consecutive four-year term. If fifty percent (50%) or more of the vacated term remains to be served at the time of the appointment or election, the successor member shall not be eligible for another term.

*Section 80.* MEETINGS OF COMMISSIONS. Each commission shall hold at least one regular meeting annually, provided that funds are available in the budget for that purpose and unless otherwise directed by the Board of Trustees. Meetings may be held at the Headquarters Building, the Washington Office or from multiple remote locations through the use of a conference telephone or other communications equipment by means of which all members can communicate with each other. Such meetings shall be conducted in accordance with rules and procedures established by the Board of Trustees.

*Section 90.* QUORUM: A majority of the members of any commission shall constitute a quorum.

*Section 100.* PRIVILEGE OF THE FLOOR: Chairs and members of the commissions who are not members of the House of Delegates shall have the right to participate in the debate on their respective reports but shall not have the right to vote.

*Section 110.* ANNUAL REPORT AND BUDGET:

A. ANNUAL REPORT. Each commission shall submit, through the Executive Director, an annual report to the House of Delegates and a copy thereof to the Board of Trustees.

B. PROPOSED BUDGET. Each commission shall submit to the Board of Trustees, through the Executive Director, a proposed itemized budget for the ensuing fiscal year.

*Section 120.* POWER TO ADOPT RULES: Any commission of this Association shall have the power to adopt rules for such commission and amendments

EXHIBIT #____A____
Page #__74__ of __81__

CHAPTER XIV • COMMISSIONS

3559 thereto, provided such rules and amendments thereto
3560 do not conflict with or limit the *Constitution and*
3561 *Bylaws* of this Association. Rules and amendments
3562 thereto, adopted by any commission of this
3563 Association, shall not be effective until submitted in
3564 writing to and approved by majority vote of the
3565 House of Delegates of this Association, except the
3566 Joint Commission on National Dental Examinations
3567 shall have such bylaws and amendments thereto as
3568 the House of Delegates of this Association may adopt
3569 by majority vote for the conduct of the purposes and
3570 management of the Joint Commission on National
3571 Dental Examinations.

3572 *Section 130.* DUTIES:

3573 A. COMMISSION ON DENTAL ACCREDITATION.
3574 The duties of the Commission on Dental
3575 Accreditation shall be:
3576 a. To formulate and adopt requirements and
3577 guidelines for the accreditation of dental educational
3578 and dental auxiliary educational programs.
3579 b. To accredit dental educational and dental
3580 auxiliary educational programs.
3581 c. To provide a means for appeal from an adverse
3582 decision of the accrediting body of the Commission
3583 to a separate and distinct body of the Commission
3584 whose membership shall be totally different from
3585 that of the accrediting body of the Commission.
3586 d. To submit an annual report to the House of Delegates
3587 of this Association and interim reports, on request, and
3588 the Commission's annual budget to the Board of
3589 Trustees of the Association.
3590 e. To submit the Commission's articles of
3591 incorporation and rules and amendments thereto to
3592 this Association's House of Delegates for approval
3593 by majority vote either through or in cooperation
3594 with the Council on Dental Education and
3595 Licensure.

3596 B. JOINT COMMISSION ON NATIONAL
3597 DENTAL EXAMINATIONS. The duties of the Joint
3598 Commission on National Dental Examinations shall
3599 be:
3600 a. To provide and conduct written examinations,
3601 exclusive of clinical demonstrations for the purpose
3602 of assisting state boards of dental examiners in
3603 determining qualifications of dentists who seek
3604 license to practice in any state or other jurisdiction
3605 of the United States. Dental licensure is subject to
3606 the laws of the state or other jurisdiction of the
3607 United States and the conduct of all clinical
3608 examinations for licensure is reserved to the
3609 individual board of dental examiners.
3610 b. To provide and conduct written examinations,
3611 exclusive of clinical demonstrations for the purpose
3612 of assisting state boards of dental examiners in
3613 determining qualifications of dental hygienists who
3614 seek license to practice in any state or other
3615 jurisdiction of the United States. Dental hygiene
3616 licensure is subject to the laws of the state or other

EXHIBIT #____A____
Page #__75__ of __81__

CHAPTER XIV • COMMISSIONS
CHAPTER XV • SCIENTIFIC SESSION
CHAPTER XVI • PUBLICATIONS

3617    jurisdiction of the United States and the conduct of
3618    all clinical examinations for licensure is reserved to
3619    the individual board of dental examiners.
3620    c. To make rules and regulations for the conduct of
3621    examinations and the certification of successful
3622    candidates.
3623    d. To serve as a resource of the dental profession in
3624    the development of written examinations.

## CHAPTER XV • SCIENTIFIC SESSION

3625    *Section 10.* OBJECT: The scientific session of this
3626    Association is established to foster the presentation
3627    and discussion of subjects pertaining to the
3628    improvement of the health of the public and the
3629    science and art of dentistry.

3630    *Section 20.* TIME AND PLACE: The scientific
3631    session of the Association shall be held annually at a
3632    time and place selected by the Board of Trustees.
3633    Such selection shall be made at least one (1) year in
3634    advance.

3635    *Section 30.* MANAGEMENT AND GENERAL
3636    ARRANGEMENTS: The Board of Trustees shall
3637    provide for the management of, and make all
3638    arrangements for, each scientific session unless
3639    otherwise provided in these *Bylaws.*

3640    *Section 40.* TRADE AND LABORATORY
3641    EXHIBITS: Products of the dental trade and dental
3642    laboratories and other products may be exhibited at
3643    each scientific session under the direction of the
3644    Board of Trustees and in accordance with rules and
3645    regulations established by that body.

3646    *Section 50.* ADMISSION: Admission to meetings of
3647    the scientific sessions shall be limited to members of
3648    this Association who are in good standing and to
3649    others admitted in accordance with rules and
3650    regulations established by the Board of Trustees.

## CHAPTER XVI • PUBLICATIONS

3651    *Section 10.* OFFICIAL JOURNAL:

3652    A. TITLE. This Association shall publish or cause to
3653    be published an official journal under the title of *The*
3654    *Journal of the American Dental Association,*
3655    hereinafter referred to as *The Journal.*

3656    B. OBJECT. The object of *The Journal* shall be to
3657    report, chronicle and evaluate activities of scientific
3658    and professional interest to members of the dental
3659    profession.

3660    C. FREQUENCY OF ISSUE AND SUBSCRIPTION
3661    RATE. The frequency of issue and the subscription
3662    rate of *The Journal* shall be determined by the Board
3663    of Trustees.

EXHIBIT # _____ A
Page # __76__ of __81__

CHAPTER XVI • PUBLICATIONS
CHAPTER XVII • FINANCES

3664  *Section 20*. OTHER JOURNALS: The Association
3665  may publish or cause to be published other journals in
3666  the field of dentistry subject to the direction and
3667  regulations of the Board of Trustees.

3668  *Section 30*. OFFICIAL TRANSACTIONS: The
3669  official transactions of the House of Delegates and the
3670  Board of Trustees and the reports of officers, councils
3671  and committees shall be published under the direction
3672  of the Executive Director.

3673  *Section 40*. AMERICAN DENTAL DIRECTORY: This
3674  Association shall cause to be published an *American
3675  Dental Directory*.

CHAPTER XVII • FINANCES

3676  *Section 10*. FISCAL YEAR: The fiscal year of the
3677  Association shall begin January 1 of each calendar
3678  year and end December 31 of the same year.

3679  *Section 20*. GENERAL FUND: The General Fund
3680  shall consist of all monies received other than those
3681  specifically allocated to other funds by these *Bylaws*.
3682  This fund shall be used for defraying all expenses
3683  incurred by this Association not otherwise provided
3684  for in these *Bylaws*. The General Fund may be
3685  divided into Operating and Reserve Divisions at the
3686  direction of the Board of Trustees.

3687  *Section 30*. OTHER FUNDS: The Association may
3688  establish other funds, at the direction of the Board of
3689  Trustees, for activities and programs requiring
3690  separate accounting records to meet governmental
3691  and administrative requirements. Such funds shall
3692  consist of monies and other assets received or
3693  allocated in accordance with the purpose for which
3694  they are established. Such funds shall be used for
3695  defraying all expenses incurred in their operation,
3696  shall serve only as separate accounting entities and
3697  continue to be held in the name of the American
3698  Dental Association as divisions of the General Fund.

3699  *Section 40*. SPECIAL ASSESSMENTS: In addition
3700  to the payment of dues required in Chapter I, Section
3701  20 of these *Bylaws*, a special assessment may be
3702  levied by the House of Delegates upon active, active
3703  life, retired and associate members of this Association
3704  as provided in Chapter I, Section 20 of these *Bylaws*,
3705  for the purpose of funding a specific project of
3706  limited duration. Such an assessment may be levied at
3707  any annual or special session of the House of
3708  Delegates by a two-thirds (2/3) majority vote of the
3709  delegates present and voting, provided notice of the
3710  proposed assessment has been presented in writing at
3711  least ninety (90) days prior to the first day of the
3712  session of the House of Delegates at which it is to be
3713  considered. Notice of such a resolution shall be sent
3714  by a certifiable method of delivery to each constituent
3715  society not less than ninety (90) days

EXHIBIT #_____A_____
Page #___77___ of ___81___

CHAPTER XVII • FINANCES
CHAPTER XVIII • ALLIANCE OF THE
AMERICAN DENTAL ASSOCIATION
CHAPTER XIX • INDEMNIFICATION

3716 before such session to permit prompt, adequate notice
3717 by each constituent society to its delegates and
3718 alternate delegates to the House of Delegates of this
3719 Association, and shall be announced to the general
3720 membership in an official publication of this
3721 Association at least sixty (60) days in advance of the
3722 session. The specific project to be funded by the
3723 proposed assessment, the time frame of the project,
3724 and the amount and duration of the proposed
3725 assessment shall be clearly presented in giving notice
3726 to the members of this Association. Revenue from a
3727 special assessment and any earnings thereon shall be
3728 deposited in a separate fund as provided in Chapter
3729 XVII, Section 30 of these *Bylaws*. The House of
3730 Delegates may amend the main motion to levy a
3731 special assessment only if the amendment is germane
3732 and adopted by a two-thirds (2/3) majority vote of the
3733 delegates present and voting. The House of Delegates
3734 may consider only one (1) specific project to be
3735 funded by a proposed assessment at a time. However,
3736 if properly adopted by the House of Delegates, two
3737 (2) or more special assessments may be in force at the
3738 same time. Any resolution to levy a special
3739 assessment that does not meet the notice requirements
3740 set forth in the previous paragraph also may be
3741 adopted by a unanimous vote of the House of
3742 Delegates, provided the resolution has been presented
3743 in writing at a previous meeting of the same session.

CHAPTER XVIII • ALLIANCE OF THE
AMERICAN DENTAL ASSOCIATION

3744 *Section 10.* RECOGNITION: The Association
3745 recognizes the Alliance of the American Dental
3746 Association as an organization of the spouses of
3747 active, life, retired or student members in good
3748 standing of this Association, and of spouses of such
3749 deceased members who were in good standing at the
3750 time of death.

3751 *Section 20.* CONSTITUTION AND BYLAWS: No
3752 provision in the constitution and bylaws of the
3753 Alliance shall be in conflict with the *Constitution and*
3754 *Bylaws* of this Association.

CHAPTER XIX • INDEMNIFICATION

3755 Each trustee, officer, council member, committee
3756 member, employee and other agent of the Association
3757 shall be held harmless and indemnified by the
3758 Association against all claims and liabilities and all
3759 costs and expenses, including attorney's fees,
3760 reasonably incurred or imposed upon such person in
3761 connection with or resulting from any action, suit or
3762 proceeding, or the settlement or compromise thereof,
3763 to which such person may be made a party by reason
3764 of any action taken or omitted to be taken by such
3765 person as a trustee, officer, council member,

EXHIBIT # _____A_____
Page # __78__ of __81__

CHAPTER XIX • INDEMNIFICATION
CHAPTER XX • CONSTRUCTION
CHAPTER XXI • AMENDMENTS

3766 committee member, employee or agent of the
3767 Association, in good faith. This right of
3768 indemnification shall inure to such person whether or
3769 not such person is a trustee, officer, council member,
3770 committee member, employee or agent at the time
3771 such liabilities, costs or expenses are imposed or
3772 incurred and, in the event of such person's death,
3773 shall extend to such person's legal representatives. To
3774 the extent available, the Association shall insure
3775 against any potential liability hereunder.

## CHAPTER XX • CONSTRUCTION

3776 Where the context or construction requires, all titles
3777 and personal pronouns used in the *Bylaws,* whether
3778 used in the masculine, feminine or neutral gender,
3779 shall include all genders.

## CHAPTER XXI • AMENDMENTS

3780 *Section 10.* PROCEDURE: These *Bylaws* may be
3781 amended at any session of the House of Delegates by
3782 a two-thirds (2/3) majority vote of the members
3783 present and voting, provided the proposed
3784 amendments shall have been presented in writing at a
3785 previous session or a previous meeting of the same
3786 session.

3787 *Section 20.* AMENDMENT AFFECTING THE
3788 PROCEDURE FOR CHANGING THE DUES OF
3789 ACTIVE MEMBERS: An amendment of these
3790 *Bylaws* affecting the procedure for changing the dues
3791 of active members may be adopted only if the
3792 proposed amendment has been presented in writing at
3793 least ninety (90) days prior to the first day of the
3794 session of the House of Delegates at which it is to be
3795 considered. Notice of such a resolution shall be sent
3796 by a certifiable method of delivery to each constituent
3797 society not less than ninety (90) days before such
3798 session to permit prompt, adequate notice by each
3799 constituent society to its delegates and alternate
3800 delegates to the House of Delegates of this
3801 Association, and shall be announced to the general
3802 membership in an official publication of the
3803 Association at least sixty (60) days in advance of the
3804 annual session.

3805 Amendments affecting the procedure for changing
3806 the dues of active members may also be adopted by a
3807 unanimous vote provided that the proposed
3808 amendment has been presented in writing at a
3809 previous meeting of the same session.

EXHIBIT #_____A
Page #___79___ of ___81__

*Articles of*

# Incorporation

. . . . . . . . . . . . . . . . . . . . . . . .

3810  1. NAME. The name of this corporation is
3811  AMERICAN DENTAL ASSOCIATION.

3812  2. DURATION. The duration of the corporation is
3813  perpetual.

3814  3. PURPOSE AND OBJECT. The purpose and object
3815  of this corporation are to encourage the improvement
3816  of the health of the public and to promote the art and
3817  science of dentistry.

3818  4. OFFICE. The principal office of the corporation
3819  shall be in the City of Chicago, Cook County, Illinois.

3820  5. BYLAWS. The bylaws of the corporation shall be
3821  divided into two categories designated, respectively,
3822  "Constitution" and "Bylaws" and each category shall
3823  be amendable from time to time in the manner and by
3824  the method therein set forth, but in case of any
3825  conflict between the Constitution and the Bylaws the
3826  provisions of the Constitution shall control.

3827  6. MEMBERSHIP. The qualifications, the method of
3828  election, designation or selection, the privileges and
3829  obligations, and the voting rights, if any, of the
3830  various classes of members which are established by
3831  the Constitution and Bylaws of the corporation from
3832  time to time shall be set forth in and governed by
3833  such Constitution and Bylaws.

3834  7. EXERCISE OF CORPORATE POWERS. Except
3835  as otherwise provided by law, the affairs of this
3836  corporation shall be governed and the corporate
3837  powers of the corporation shall be exercised by a
3838  Board of Directors (to be known as the Board of
3839  Trustees), House of Delegates, officers, councils,
3840  committees, members, agents and employees as set
3841  forth in the Constitution and Bylaws and the titles,
3842  duties, powers, and methods of electing, designating
3843  or selecting all of the foregoing shall be as provided
3844  therein.

3845  8. VOTING RIGHTS WITH RESPECT TO
3846  ARTICLES OF INCORPORATION. Only those
3847  members of the corporation shall have voting rights in
3848  respect to amendments to the Articles of
3849  Incorporation who shall have a right to vote on
3850  amendments to the Constitution of the corporation.

80          Articles of Incorporation

EXHIBIT #_____A____
Page # ___80__ of ___81__

American Dental Association
A current electronic version of this document is available at www.ada.org

EXHIBIT # _____A____
Page # ___81___ of ___81___