Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental
Association and Dr. T. Howard Jones*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br> Plaintiffs, <br><br> vs. <br><br> THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, <br><br> Defendants. | Case No. 3:06-cv-00039 (TMB) <br><br> AFFIDAVIT OF <br> T. HOWARD JONES |

STATE OF ALASKA       )
                      ) ss
THIRD JUDICIAL DISTRICT )

T. Howard Jones, being first duly sworn, deposes and says:

1. I am the Past President of the American Dental Association and Chair of the Dental Workforce Taskforce 2006 of the American Dental Association. I am fully

competent to address the matters raised herein and make this affidavit of personal knowledge.

2. The American Dental Association ("ADA") is a non-profit organization that has been in existence since 1859. The ADA is a professional association of dentists, whose primary object is to "encourage the improvement of the health of the public and to promote the art and science of dentistry." The ADA has more than 153,000 members, 53 constituent members (state-territorial), and 545 component (local) dental societies. It is the largest and oldest national dental association in the world.

3. One of the ADA's primary goals is to vindicate the rights of both the public and those in its profession. For example, part of the ADA's Mission Statement is "leading a unified profession through initiatives in advocacy, education, research and the development of standards." In furtherance of its mission and its strong commitment to professional standards, the ADA Commission on Dental Accreditation is recognized by the U.S. Department of Education as the national accrediting body for dental, advanced dental and allied dental education programs in the United States.

4. Recognizing the dire consequences of failing to act to protect the Alaskan public, the ADA has devoted significant resources, both time and monetary, to communicate with various Alaskan officials, including the Attorney General, in an attempt to warn and educate state officials as to the illegal and dangerous practices that are taking place with respect to Alaskan Natives. In addition, the ADA has now invested significantly more of its resources to bringing this legal action in order to halt the unauthorized practice of dentistry, as set forth more directly in the Complaint. Were it not for the direction of investments towards the illegal and dangerous practices as alleged herein, the ADA

would be devoting those resources towards its primary mission of encouraging the improvement of the health of the public.

5. In addition to the diversion of resources, the ADA will also be damaged in other ways if the unlicensed practice of dentistry is allowed to continue. For example, if the unlicensed practice of dentistry continues, the dental profession will gradually lose confidence in the ADA's ability to fulfill an important facet of its mission and purposes. Currently, all ADA members, including Plaintiff dentists herein, recognize the importance of ADA membership in upholding high standards of professionalism and patient safety through education, accreditation, testing and disciplinary actions. No doubt many dentists will be less inclined to view ADA membership as an important commitment of resources, monetary and otherwise if unlicensed and unqualified practitioners are allowed to continue to practice illegally. Fewer members equates to decreased revenue which will have a direct and real impact on the ADA's ability to carry out its mission and purposes-the protection and improvement of public health.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 27, 2006

_J. Howard Jones DMD_
AFFIANT NAME