# TABLE OF CONTENTS OF EXHIBITS
# TO DEFENDANT ANTHC's OPPOSITION
# TO MOTION TO REMAND

Ex. A           Funding Agreement Between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States of America, Fiscal Year 2004

Ex. B           Community Health Aide Program Certification Board *Standards And Procedures*, Amended January 31, 2005

Ex. C           Affidavit of Paul Sherry

Ex. D           Dorothy Hight

Ex. E           Declaration of Dr. Mark Kelso, DDS

Ex. F           Affidavit of Dr. Ron Nagel, DDS

Ex. G           Affidavit of Victorie Heart

Ex. H           Affidavit of Dr. Allgairs, DDS