# Funding Agreement
### between the
### ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
### and the Secretary of the Department of Health and Human Services
### of the
### United States of America
### Fiscal Year 2004

# TABLE OF CONTENTS

List of Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

**Section 1 — Obligations of the IHS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
   **1.1**    **Transfer and Assurances** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
   **1.2**    **Inherent Federal Functions and Transitional IHS PSFAS** . . . . . . . . . . . . 2
        1.2.1   Residual Funds to Support Inherent Federal Functions . . . . . . . . . . . . . 3
        1.2.2   Transitional Retained Funds to Support Transitional PSFAS . . . . . . . . . 3
        1.2.3   Sanitation Facility Construction Approval . . . . . . . . . . . . . . . . . . . . . . . 3
               1.2.3.1 Generally . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
               1.2.3.2 Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
               1.2.3.3 Consistency with Applicable Regulations . . . . . . . . . . . . . . . . . . 4
   **1.3**    **Headquarters' Responsibilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        1.3.1   Information Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        1.3.2   FTS Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        1.3.3   Access to Training and Technical Assistance . . . . . . . . . . . . . . . . . . . . 6
        1.3.4   Certain Other Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        1.3.5   Medicare, Medicaid and Beneficiary Medical Program (BMP) Claims
               Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        1.3.6   HIPAA Compliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**Section 2 — Obligations of the ANTHC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**Section 3 — Tribal Programs and Budget** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   **3.1 Program Description** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        3.1.1 Administration and Finance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        3.1.2 Tribal Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
               3.1.2.1 Business Office Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
               3.1.2.2 Professional Recruitment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
               3.1.2.3 Training and Development . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
               3.1.2.4 Statewide Information Technology Services . . . . . . . . . . . . . . . 8
                     3.1.2.4.1 Data and Site Support . . . . . . . . . . . . . . . . . . . . . . . . . 8
                     3.1.2.4.2 Telehealth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
                     3.1.2.4.3 Biomedical Services . . . . . . . . . . . . . . . . . . . . . . . . . . 9
               3.1.2.5 Regional Supply Service Center . . . . . . . . . . . . . . . . . . . . . . . . 9
        3.1.3 Community Health Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
               3.1.3.1 Surveillance and Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
               3.1.3.2  Dental Consultation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

          3.1.3.3   Alcohol and Behavioral Health Consultation and Services . . . . . 9
          3.1.3.4   Immunization Consultation and Services  . . . . . . . . . . . . . . . . . . 9
          3.1.3.5   Arctic Investigations Program Support  . . . . . . . . . . . . . . . . . . . 10
          3.1.3.6   Community Health Aide/Practitioner Certification . . . . . . . . . . 10
          3.1.3.7   Alaska Native Health Research . . . . . . . . . . . . . . . . . . . . . . . . . 10
          3.1.3.8   Community Health Aide/Practitioner Training Center  . . . . . . . 10
          3.1.3.9   Palliative Care Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
          3.1.3.10  Comprehensive Cancer Control Plan . . . . . . . . . . . . . . . . . . . . . 10
          3.1.3.11  HIV/AIDS Early Intervention Services  . . . . . . . . . . . . . . . . . . . 10
  3.1.4   Regional and Contract Health Services . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
  3.1.5   Environmental Health and Engineering Services  . . . . . . . . . . . . . . . . . . 11
          3.1.5.1 Division of Environmental Services  . . . . . . . . . . . . . . . . . . . . . . 11
          3.1.5.2 Health Facilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
          3.1.5.3 Division of Sanitation Facilities Construction . . . . . . . . . . . . . . 12
  3.1.6   Alaska Native Medical Center . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
          3.1.6.1 Hospital and Clinic Patient Care Services . . . . . . . . . . . . . . . . . . 13
                   3.1.6.1.1     Critical Care Support Center  . . . . . . . . . . . . . . . . 14
                   3.1.6.1.2     Emergency Medical Service Center . . . . . . . . . . . 14
                   3.1.6.1.3     Internal Medicine Service Center . . . . . . . . . . . . . 14
                   3.1.6.1.4     Opththalmology Patient Service Center . . . . . . . . 14
                   3.1.6.1.5     Orthopedic Patient Service Center . . . . . . . . . . . 14
                   3.1.6.1.6     Otolaryngology Patient Service Center  . . . . . . . 14
                   3.1.6.1.7     Pediatric Patient Service Center . . . . . . . . . . . . . 14
                   3.1.6.1.8     Surgery Patient Service Center  . . . . . . . . . . . . . 15
                   3.1.6.1.9     Surgical Support Center . . . . . . . . . . . . . . . . . . . 15
                   3.1.6.1.10    Women's Health Patient Service Center  . . . . . . 15
                   3.1.6.1.11    Dental Services  . . . . . . . . . . . . . . . . . . . . . . . . . 15
                   3.1.6.1.12    Medical/Surgical Inpatient Unit . . . . . . . . . . . . . 15
          3.1.6.2 Ancillary Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
                   3.1.6.2.1     Clinical and Anatomic Laboratory Services  . . . . 15
                   3.1.6.2.2     Imaging Services  . . . . . . . . . . . . . . . . . . . . . . . . 15
                   3.1.6.2.3     Pharmacy Services . . . . . . . . . . . . . . . . . . . . . . . 15
                   3.1.6.2.4     Therapy Support Services  . . . . . . . . . . . . . . . . . 15
                   3.1.6.2.5     Respiratory Care . . . . . . . . . . . . . . . . . . . . . . . . . 15
                   3.1.6.2.6     Hospital Education Support Center . . . . . . . . . . . 16
                   3.1.6.2.7     Health Information Services  . . . . . . . . . . . . . . . . 16
                   3.1.6.2.8     Nutrition and Food Services  . . . . . . . . . . . . . . . 16
                   3.1.6.2.9     Social Services . . . . . . . . . . . . . . . . . . . . . . . . . . 16
          3.1.6.3 Support Services  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
                   3.1.6.3.1     Auxiliary Patient Services  . . . . . . . . . . . . . . . . . 16
                   3.1.6.3.2     Central Admitting Services  . . . . . . . . . . . . . . . . 16
                   3.1.6.3.3     Central Nursing Office . . . . . . . . . . . . . . . . . . . . 16
                   3.1.6.3.4     Executive Direction . . . . . . . . . . . . . . . . . . . . . . 16
                   3.1.6.3.5     Financial Management . . . . . . . . . . . . . . . . . . . . 16
                   3.1.6.3.6     Facilities Engineering  . . . . . . . . . . . . . . . . . . . . 17
                   3.1.6.3.7     Housekeeping Services  . . . . . . . . . . . . . . . . . . . 17

Case 3:06-cv-00039-JWS    Document 42-3    Filed 04/28/2006    Page 3 of 46

**Alaska Tribal Health Compact**                                  **Alaska Native Tribal Health Consortium**
**Funding Agreement —Fiscal Year 2004**                                                      **Page iii**

3.1.6.3.8    Infection Control . . . . . . . . . . . . . . . . . . . . . . . . 17
3.1.6.3.9    ANMC Information Technology Services . . . . . . 17
3.1.6.3.10   Materiel Management . . . . . . . . . . . . . . . . . . . . 17
3.1.6.3.11   Quality Resources . . . . . . . . . . . . . . . . . . . . . . 17
3.1.6.3.12   Risk Management . . . . . . . . . . . . . . . . . . . . . . 17
3.1.6.3.13   Corporate Compliance . . . . . . . . . . . . . . . . . . . 17
3.1.6.3.14   Public Relations/Information Office . . . . . . . . . 18
3.1.6.3.15   Library Services . . . . . . . . . . . . . . . . . . . . . . . 18
3.1.6.3.16   Telecommunications Services . . . . . . . . . . . . . 18
3.1.6.4 Contract Health Services . . . . . . . . . . . . . . . . . . . . . . . . 18
3.1.6.4.1    TCC and SEARHC . . . . . . . . . . . . . . . . . . . . . . 18
3.1.6.4.2    Full-Time Students . . . . . . . . . . . . . . . . . . . . . . . 18
3.1.6.4.3    Transients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
3.1.6.4.4.   Dental . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
3.1.6.4.5    Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
3.1.6.5 Hospital and Community Environmental Services . . . . . . . . . . 19
3.1.6.5.1    Hospital Safety and Environmental Services . . . . 19
3.1.6.5.2    Community Environmental Services . . . . . . . . . 19
3.1.6.6 Quyana Hospitality House and Patient Transportation . . . . . . . 19
3.1.7   Diabetes Prevention Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
**3.2    Other Programs/Services Funded** . . . . . . . . . . . . . . . . . . . . . . . . . 19
**3.3    Federal Tort Claims Act Coverage** . . . . . . . . . . . . . . . . . . . . . . . . . 20
**3.4    Tribal Facilities, Locations and Personal Property** . . . . . . . . . . . . . . 20
3.4.1   Real Property Generally . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
3.4.2   OEH&E Yard Storage Lots and OEH&E Sanitation and Health Facility
        Construction Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
3.4.3   Other Tribal Facilities and Location . . . . . . . . . . . . . . . . . . . . . . . . . . 21
        3.4.3.1 OEH&E Sanitation and Health Facility Construction Sites . . . . . 21
        3.4.3.2 Other Tribe and Tribal Organization Sites . . . . . . . . . . . . . . . . . . 21
        3.4.3.3 CDC Building . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
        3.4.3.4 University Lake Building . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
3.4.4   Personal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        3.4.4.1 Generally . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        3.4.4.2 ANMC Personal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        3.4.4.3 Other IHS Personal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        3.4.4.4 Warranty Agreements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        3.4.4.5 Intellectual Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

**Section 4 — Amounts Available in Fiscal Year 2004.** . . . . . . . . . . . . . . . . . . . . . 23
**4.1 Funding Amounts** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
4.1.1   Generally . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
4.1.2   Schedules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
**4.2    Contract Support Costs** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
**4.3    Transitional IHS PSFAs and Funds** . . . . . . . . . . . . . . . . . . . . . . . . . . 26
4.3.1   Area Office (including OEHE) Transition . . . . . . . . . . . . . . . . . . . . . . . 26
        4.3.1.1 Generally . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

                 4.3.1.1.1    Transitional Lease Costs . . . . . . . . . . . . . . . . . . 26

                 4.3.1.1.2    Transitional OEH&E Projects Funds . . . . . . . . . 26

           4.3.1.2 Area Office Reconciliation . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

       4.3.2   ANMC Transition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

           4.3.2.1 Human Resources Support for IPA/MOAs and Federal Employee
                  Assistance Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

           4.3.2.2 IHS Retained Staffing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

           4.3.2.3 Pharmaceutical Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

           4.3.2.4 Contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

           4.3.2.5 Inter-Agency Service Agreements and Other Agreements . . . 27

**4.4**     **Headquarters Allocations to Area** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

**4.5**     **Base Budgets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

       4.5.1   Categories and Base Year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

       4.5.2   Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

**Section 5 — Method of Payment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**5.1**     **Payment Schedule** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**5.2**     **Availability of Tribal Shares** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**5.3**     **Buyback/Withholding** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**5.4**     **Periodic Payments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**Section 6 — Adjustments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**6.1**     **Due to Congressional Actions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**6.2**     **Proposals by Authorizing Tribes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**6.3**     **Personnel System Redesign** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**Section 7 — Records** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**7.1**     **Incorporation of the Privacy Act** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**7.2**     **Confidentiality Standards** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**Section 8 — Program Rules** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**Section 9 — Discontinuance** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**Section 10 — Consolidation of Contracts and Previous Annual Funding Agreements** . . . 31

**Section 11 — Amendment or Modification of this Agreement** . . . . . . . . . . . . . . . . . . . . 31

**11.1**   **Form of Amendments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**11.2**   **Services from IHS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**11.3**   **Due to Addition of New Programs** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

**11.4**   **Due to Availability of Additional Funding** . . . . . . . . . . . . . . . . . . . . . . . 32

**11.5**   **Other Adjustments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

**11.6**   **General Procedures for Amending or Modifying this Agreement** . . . . . . . 32

**11.7**   **Funding Increases** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

**Section 12 — Third Party Recoveries** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

**Section 13 — Central Warehouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    **13.1   Generally** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    **13.2   IHS Accounting and Procurement Support** . . . . . . . . . . . . . . . . . . . . . . . . . 33

**Section 14 — Memorandum of Agreement with Tribes and Tribal Organizations** . . . . . . 34

**Section 15 — Service to Non-Beneficiaries** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

**Section 16 – Access to and Use of the Fiscal Intermediary** . . . . . . . . . . . . . . . . . . . . . 34
    **16.1   General** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
    **16.2   ANTHC Responsibilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
    **16.3   IHS Responsibilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

**Section 17 — Memorializing Disputes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**Section 18 — Severability** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**Section 19 — Interpretation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**Section 20 — Related Agreements** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**Section 21 — Effective Date and Duration** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

# List of Documents

(with parenthetical reference to which Funding Agreement the document is attached)

## APPENDICES

**Appendix A** – Financial Summary for Funding Agreement, FY 2004 ("Financial Summary") (FY 04)

**Appendix B** – Resolution regarding Services to Non-Beneficiaries (FY 00)

**Appendix C** – Memorandum of Agreement Describing the Continuing Services of the Indian Health Service, Alaska Area Native Health Service (FY 03)

**Appendix D** – Buyback/Withholding Agreement between the Indian Health Service and the Alaska Native Tribal Health Consortium (FY 02)

**Appendix D to the FY 99 AFA** – Alaska Area Budget Detail, September 16, 1998

**Appendix E** – List of Facilities and Locations FY 2004 (FY 04)

**Appendix F** – [Reserved – used in FY 02]

**Appendix G** – FY 2004Area Office Transitional Staffing Plan (FY 04)

**Appendix H** – ANTHC Assurances Regarding Services from the ANMC, amended and restated October 1, 2000 (FY 02)

**Appendix I** – SCF Assurances Regarding Services from the ANMC and ANPCC (FY 02)

**Appendix J** – List of Government Provided Artwork in ANMC (FY 00)

**Appendix K** – Reserved

**Appendix L -** [Reserved – used in FY 03 and earlier]

## ADDENDA

**Addendum 1 — Memorialization of Disputes**

## SCHEDULES

**Schedule A** – FY 99 Budget for ANMC Campus (with notes) (FY 99 2nd)

**Schedule B** – Calculation of Annual Amount, Revenue Ceiling, Award Amounts, and Lump Sum Payment (with notes) (FY 99 2nd)

**Schedule C** – Personnel Transferred under the Annual Funding AGREEMENTS (ANMC Manpower Report as of 12/10/98) (FY 99 2nd)

## ATTACHMENTS

**Attachment 2 —** Health Services Purchase Agreement I between the ANTHC and SCF for Services at ANMC (SCF Purchases from ANTHC) (January 1, 1999) (FY 99 2nd)

**Attachment 2, Amendment 1** – Amendment #1 to Health Services Purchase Agreement I between ANTHC and SCF for Services at ANMC (October 1, 1999) (none)

**Attachment 2, Amendment 2** – Amendment #2 to Health Services Purchase Agreement I between the ANTHC and SCF for Services at ANMC (October 1, 2000) (FY 01)

    **Attachment 1 —** Scope of Service to Be Provided by ANTHC to SCF (FY 99 2nd)

**Attachment 2** — ANTHC Assurances Regarding Services from the ANMC (same as Appendix H) (FY 01)

**Attachment 3** — SCF Assurances Regarding Services from the ANMC and ANPCC (same as Appendix I) (FY 01)

**Attachment 4** — Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (January 1, 1999) (FY 99 2nd)

**Attachment 4, Amendment 1** – Amendment #1 to Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (October 1, 1999) (none)

**Attachment 4, Amendment 2** – Amendment #2 to Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (October 1, 2000) (FY 01)

**Table 1** — Calculations (FY 99 2nd)

**Table 2** — Example of Calculations (FY 99 2nd)

**Attachment 3** — Health Services Purchase Agreement II between the ANTHC and SCF for Services at ANMC (ANTHC Purchases from SCF) (January 1, 1999) (FY 99 2nd)

**Attachment 3, Amendment 1** – Amendment #1 to Health Services Purchase Agreement II between the ANTHC and SCF for Services at ANMC (October 1, 2000) (FY 01)

**Attachment 1** — Scope of Service to Be Provided by ANTHC to SCF (FY 99 2nd)

**Attachment 2** — ANTHC Assurances Regarding Services from the ANMC (same as Appendix H) (FY 01)

**Attachment 3** — SCF Assurances Regarding Services from the ANMC and ANPCC (same as Appendix I) (FY 01)

**Attachment 4** — Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (January 1, 1999) (FY 99 2nd)

**Attachment 4, Amendment 1** – Amendment #1 to Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (October 1, 1999) (none)

**Attachment 4, Amendment 2** – Amendment #2 to Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (October 1, 2000) (FY 01)

**Table 1** — Calculations (FY 99 2nd)

**Table 2** — Example of Calculations (FY 99 2nd)

**Attachment 4** — Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing with tables (January 1, 1999) (FY 99 2nd)

**Attachment 4, Amendment 1** – Amendment #1 to Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing with tables (October 1, 1999) (none)

**Attachment 4, Amendment 2** – Amendment #2 to Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing with tables (October 1, 2000) (FY 01)

**Attachment 5** — Cooperative Agreement for FY 99 Staffing Package Funds for Rural Anchorage Service Unit between ANTHC and SCF (January 1, 1999) (FY 99 2nd)

# Funding Agreement

### between the
## ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
## and the Secretary of the Department of Health and Human Services
### of the
## United States of America
## Fiscal Year 2004

*This Funding Agreement is entered into by and between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States of America. The Alaska Native Tribal Health Consortium, a tribal organization controlled by the tribes and tribal organizations in the State of Alaska authorized by Section 325 of P.L. 105-83 and by Title V of the Indian Self-Determination and Education Assistance Act, P.L. 93-638, as amended, is authorized to sign this Funding Agreement and to be responsible for and carry out the terms of this Funding Agreement.*

**Section 1 — Obligations of the IHS.**

**1.1     Transfer and Assurances.**

Under the authority of Section 325 of P.L. 105-83 and P.L. 93-638 as amended, non-residual programs, services, functions and activities (PSFAs) of the Alaska Area Office and the Alaska Native Medical Center (ANMC) have been transferred to tribal management.

Delivery of PSFAs shall be consistent with each Co-Signer's Funding Agreement. The Indian Health Service (IHS) shall remain responsible for performing all federal residual PSFAs. The IHS shall remain responsible for negotiating assurances with the Alaska Native Tribal Health Consortium (ANTHC) and Southcentral Foundation (SCF) on behalf of Alaska Natives and American Indians to the effect that Co-Signers continue to receive non-residual PSFAs from ANMC and Area Office and provided by ANTHC and SCF at a minimum at the level that such PSFAs were provided by the IHS as of October 1, 1997, to the extent permitted by Section 325 of P.L. 105-83. To the extent authorized by federal law, the IHS will respond to written Co-Signer concerns about the extent with which such assurances have not been complied and take appropriate action. "ANTHC Assurances Regarding Services from the ANMC, amended and restated October 1, 2000," Appendix H ("ANTHC Assurances October 1, 2000"), and "SCF Assurances Regarding Services from the ANMC and ANPCC," Appendix I ("SCF Assurances January 1, 1999"), are attached to this Funding Agreement and incorporated herein by reference.[1/] IHS shall further be responsible for performing its responsibilities as provided in the Indian Health Care Improvement Act, the Indian Self-Determination and Education Assistance Act, as amended, (the "Act") and other applicable provisions of federal law.

---

[1/]     These Assurances are subject to amendment between ANTHC and SCF. If they are amended during the course of the effective period of this Funding Agreement, the new Assurances will be provided to IHS.

     **1.2    Inherent Federal Functions and Transitional IHS PSFAs.** The terms and conditions in this subsection are subject to the provisions of Section 1.1 and with regard to ANMC PSFAs are also subject to the Assurances found in Appendices H and I and, subject to the conditions of Section 20, the Health Services Purchase Agreement I between ANTHC and SCF for Services at ANMC ("SCF Purchases from ANTHC (Effective October 1, 2000)") and the Health Service Purchase Agreement II between ANTHC and SCF for Services at ANMC ("ANTHC Purchases from SCF (Effective October 1, 2000)").[2/] This Funding Agreement obligates the IHS to provide funding and services identified herein and as provided in the Alaska Tribal Health Compact (Compact) between the ANTHC and certain other Co-Signers thereof and the United States in Fiscal Year 2004.

     In addition, although funds are provided from Headquarters and Area Office in support of this Compact, the IHS will agree to continue to make available to Co-Signer, PSFAs from both Area Office and Headquarters unless 100 percent of the total tribal shares for these PSFAs have been specifically included in this Funding Agreement. In cases where a portion of tribal shares have been transferred, there may be some diminishment in the level of PSFAs provided by the IHS. Furthermore, the IHS will reorganize both Headquarters and the Area Office to continue to provide the remaining PSFAs, which have not been included in this Funding Agreement, in the most effective and efficient manner possible, provided that decisions about the array and level of services to be offered by the IHS shall be made in consultation with Alaska Tribes. The IHS PSFAs not negotiated into or listed in Appendix A, Financial Summary for Funding Agreement, FY 2004 ("Financial Summary"), will be the responsibility of the IHS. The "Memorandum of Agreement Describing the Continuing Services of the Indian Health Service, Alaska Area Native Health Service" (Continuing Services Agreement) among the Co-Signers and the Alaska Area Native Health Service (AANHS) reflects the understanding of the parties regarding services to be provided by the AANHS to all Co-Signers, including ANTHC. This document, attached as Appendix C, is hereby incorporated by reference. In addition to the PSFAs described in Appendix C – Continuing Services Agreement, ANTHC is entitled to receive from the Area

---

**2/**    The original purchase agreements described here were attached to the FY 99 Second Amended and Restated Annual Funding Agreement (AFA). Attachment 2 – SCF Purchases from ANTHC (Effective October 1, 2000) and Attachment 3 – ANTHC Purchases from SCF (Effective October 1, 2000) have attachments that are independently referenced in this Funding Agreement. These attachments and their attachments are subject to periodic amendment by ANTHC and SCF. If they are amended during the course of the effective period of this Funding Agreement, the amendments will be provided to IHS. *See* Section 20 for detail regarding where to locate these attachments and their attachments and amendments to any of these documents.

    If any attachment, or its attachment, has been amended, the most current amendment will be effective. For example, Attachment 2 to Attachment 2 and 3 is Appendix H – ANTHC Assurances (October 1, 2000) to this Funding Agreement. Appendix H – ANTHC Assurances (October 1, 2000) was amended and restated effective May 18, 2000 and October 1, 2000. It is the last version, October 1, 2000, that will control whenever reference is made to Attachment 2 or 3.

Office all of the PSFAs described in Appendix G, "FY 2004 Area Office Transitional Staffing Plan," ("Transitional Staffing Plan"), which is attached hereto and hereby incorporated by reference. The PSFAs described in Appendix G – Transitional Staffing Plan are funded with Area tribal shares that have been restricted by the ANTHC in order to provide for an orderly transition from full Federal control of the Area Office and ANMC to tribal management.

ANTHC shall be entitled to receive the benefit of all IHS responsibilities for which the IHS has retained funds, including all Alaska Area Office inherent federal functions and transitional PSFAs. The funds retained by the IHS to carry out its responsibilities are detailed in Appendix A – Financial Summary, which shall be used in conjunction with Appendix C – Continuing Services Agreement, Appendix G – Transitional Staffing Plan and with other provisions of this Funding Agreement to determine the inherent federal functions and transitional PSFAs for which the IHS retains responsibility. The funds retained by the IHS, and the IHS responsibilities, which those funds support, fall into general categories:

     **1.2.1    Residual Funds to Support Inherent Federal Functions.** The IHS has retained resources necessary to carry out inherent federal functions. These retained resources are based on IHS's best estimate of the amount of funds necessary to carry out inherent federal functions and the total was negotiated with the Co-Signers to the Compact during the FY 2004 negotiations.

     **1.2.2    Transitional Retained Funds to Support Transitional PSFAs.** The IHS also has retained resources necessary to carry out certain federal PSFAs which will be necessary for varying periods during which the IHS retains responsibility for transitional PSFAs related to personnel management, procurement, close-out of ongoing facilities construction projects, and others. Funds for these PSFAs will be transferred to ANTHC to the extent ANTHC assumes management of those PSFAs and as the need for the transitional IHS PSFAs decreases consistent with other provisions of this Funding Agreement. So long as the IHS maintains a transitional Area Office reserve, the IHS will consult with ANTHC prior to expenditure of funds from the transitional Area Office reserve.

     **1.2.3    Sanitation Facility Construction Approval.**

     **1.2.3.1 Generally.** Consistent with Appendix C – Continuing Service Agreement and Appendix G – Transitional Staffing Plan, IHS has retained funds for review and approval of proposed OEH&E sanitation facility construction projects. An "approved project" is one that has been approved by the IHS Area Director in which an agreement with ANTHC is complete, which includes a scope of work, a cost estimate, addresses environmental considerations, identifies the owner and operations and maintenance entity of the proposed facilities, establishes a start and completion date, and a determination by the IHS Area Director that the project complies with NEPA based on information submitted by ANTHC only when a project is funded in full or in part with monies from Federal agencies other than IHS, and those agencies require such a determination by the IHS Area Director as a condition of providing funds. ANTHC will provide to IHS a copy of the project agreement between the tribe or community and ANTHC when the agreement is complete. ANTHC may make immaterial

changes to the performance period and make budget adjustments within available funding without an amendment to the "approved project."

**1.2.3.2   Amendment.**  If during the course of the project, the Secretary adds funds to the project or there is a significant change from the original scope of work approved by the Area Director, an amendment to the construction project agreement is required. A significant change in the original scope of work is:

**1.2.3.2.1**  a change that would result in a cost that exceeds the total of the project funds available and ANTHC's contingency funds; or

**1.2.3.2.2**  a material departure from the original scope of work, including substantial departure from timelines negotiated in the construction project agreement.

**1.2.3.3 Consistency with Applicable Regulations.**  The parties agree that Section 1.2.3 is consistent with 42 C.F.R. §§137.362 and 137.364.

**1.3     Headquarters' Responsibilities.**  Unless funds are specifically provided from Headquarters, Headquarters retains all PSFAs and ANTHC will not be denied access to, or services from, Headquarters.[3]  Specifically, ANTHC will receive the following services from the IHS Headquarters:

**1.3.1    Information Services.**[4]

**1.3.1.1** The Indian Health Service will provide the full range of Division of Information Resources (DIR) national support to ANTHC and ANMC.  DIR will provide specified services directly to ANTHC.  In addition, DIR will provide support to ANTHC to assist it to carry out its responsibility to provide day-to-day technical support, user support, distribution of software and files and other typical information technology support to Co-Signers as defined in the Assurances Appendix to the ANTHC Funding Agreement.  Upon request of ANTHC, after good faith efforts to resolve  ANTHC's technical issue, DIR's support of ANTHC will include technical support needed on-site by ANTHC.  A list of the services due under this paragraph, with identification of the method of delivery, is shown below.

| Division of Information Resources Provides: | Directly to ANTHC | Directly to Cosigner | Indirectly to Cosigner through ANTHC |
|---|---|---|---|
| National Database Services | | | |

---

[3]     Headquarters funds will be provided to the Alaska Area pursuant to Section 4.4.

[4]     The PSFAs described in this paragraph are paid for through tribal shares restricted by Co-Signers other than ANTHC and by a total payment of $200,000 by ANTHC.  The payment from ANTHC will be made consistent with Section 5.3 of the Funding Agreement, without surcharge, in four advance quarterly installments of $50,000 each.

Alaska Tribal Health Compact
Funding Agreement —Fiscal Year 2004

Alaska Native Tribal Health Consortium
Page 5

| Division of Information Resources Provides: | Directly to ANTHC | Directly to Cosigner | Indirectly to Cosigner through ANTHC |
|---|---|---|---|
| 100% Data Center Services | X | | |
| Process Data exports into National Database | | X | |
| Evaluate, correct, convert site data for National Database | | X | |
| | | | |
| **Telecommunications Mgmt Services** | | | |
| 100% Telecommunications Mgmt Services | X | | |
| Maintain IHS to Alaska connection | | X | |
| Email transfer and global address listing | | X | |
| SMTP Gateway | | X | |
| Intranet and Internet Access (to available bandwidth) | | X | |
| Antivirus Software | | | X |
| | | | |
| **Software Development and Maintenance** | | | |
| 100% Software Development and Maintenance | X | | |
| Use of IHS contract vehicles | | X | |
| RPMS Integrated Commercial-Off-The-Shelf packages (Average Wholesale Prices, CPT, ICD-9, Immunization Algorithm) licenses (This does not include licenses for stand-alone or interfaced commercial software.) | | | X |
| RPMS Package Support/Installation[5/] | | | X |
| | | | |
| **System Support and Training** | | | |
| 100% System Support and Training | X | | |
| Nationally Available DIR Training instruction (as available) | | X | |
| Alaska On-site training instruction (four annual classes) | | | X |
| Hardware and Operating System Support | | | X |
| Cache Upgrade (initial installations) | | | X |
| National Patient File (2000) conversion | | | X |
| Envoy (WebMD) installation | | | X |
| | | | |
| **Additional Services - Fee for Service** | X | X | X |

    **1.3.1.2**  The parties acknowledge that ANTHC shall be responsible for day-to-day technical support, user support and other typical information technology support to

---

**5/**    Subsequent to common negotiations in May 2002, some Compact Co-Signers negotiated the following added language on this line of the Funding Agreement, without the consent of ANTHC, which read: "(including HIPAA compliant modifications and support, i.e. technical support to meet the transaction and code set standards)."  The modification and support referred to in the added language will be made without cost to either ANTHC or to any Co-Signer with or without the subject added language.

the Alaska tribal health care organizations as defined in the Appendix H – ANTHC Assurances (October 1, 2000).

  **1.3.2  FTS Services.**  The government will authorize ANTHC to utilize the Federal Telephone System (FTS) to the extent possible.

  **1.3.3  Access to Training and Technical Assistance.**  To the extent funds are retained by the IHS, ANTHC shall have access to training, continuing education, and technical assistance in the manner and to the same extent ANTHC would have received such services if it were not a Self-Governance Co-Signer.  Pursuant to Section 4.4, such funds and training opportunities shall include any funds Headquarters would otherwise distribute to an Area Office of the IHS.  The IHS will make available information and opportunity for enrollment and participation of ANTHC employees and member Tribal government employees in all IHS sponsored training, seminars and continuing education courses relevant to services provided under this Funding Agreement.  The IHS will bear the cost of any meetings, conferences, seminars, etc. where attendance of ANTHC employees or representatives is requested by IHS staff and where the cost of these seminars, conferences and meetings is borne by the IHS for other Area Offices of the IHS or for tribal or direct health care programs. The IHS will continue to provide assistance on request of ANTHC with federal personnel issues that arise from IPA or detailed federal employees working for ANTHC.

  **1.3.4 Certain Other Programs.**  IHS Headquarters shall support ANTHC in the same manner as all other Area offices of the IHS.  This shall include but not be limited to the following activities:  support of IHCIA "student externs," allocation of funds to the Alaska Area received from other federal agencies and reimbursement for such activities as long term training, co-steps, work group participation, and others in the Environmental and Health program on the same basis as similar funds or support are distributed to other IHS Area Offices.  Pursuant to Section 4.4, the ANTHC shall be entitled to a share of such funds in support of the PSFAs it has assumed under this Funding Agreement.  The IHS will provide to ANTHC all inherent federal functions and PSFAs which have traditionally been provided in support of Area Office PSFAs (including Environmental Health Programs), the Anchorage Service Unit and ANMC to the extent such services are retained by the Federal government and are not otherwise covered in this proposal.

  **1.3.5  Medicare, Medicaid and Beneficiary Medical Program (BMP) Claims Processing.**  ANTHC may exercise its right pursuant to Section 405 of the Indian Health Care Improvement Act, as amended by P.L. 106-417, to submit claims directly to and recover directly from Medicare and Medicaid.  To the extent ANTHC does not exercise this option or its application to do so is denied or revoked by IHS and for BMP, IHS will continue to provide Medicare, Medicaid and BMP claims processing up to and including payment to ANTHC of all amounts earned by ANMC and Alaska Native Primary Care Center (ANPCC).  IHS will make available to ANTHC all collections received on or after January 1, 1999, for services provided in

ANMC and ANPCC within 10 business days of receipt of allowance.[6] Claims for submission to BMP received from ANTHC by the 25th of a given month will be submitted to BMP no later than the fifth day of the next month.

     **1.3.6 HIPAA Compliance.** IHS retains the responsibility for complying with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) for retained IHS health care component activities.

     **Section 2 — Obligations of the ANTHC.** This Funding Agreement obligates ANTHC to be responsible for and to provide health PSFAs identified in Section 3 utilizing the resources transferred under this Funding Agreement and other funds as they may become available to ANTHC. This Funding Agreement further authorizes ANTHC to consolidate and redesign PSFAs as provided in the Act and the Compact.

     **Section 3 — Tribal Programs and Budget.[7]**

     **3.1 Program Description.** ANTHC agrees to be responsible for the PSFAs identified below in accordance with the Compact and this Funding Agreement. For the purposes of this Funding Agreement, ANTHC's General Budget categories consolidate related PSFAs as listed below. Services will be provided statewide to the extent the PSFAs were provided by the AANHS Area Office except that tribally restricted services will be provided only in the geographic area served by the tribes or tribal organizations which choose to restrict funding for the PSFAs. ANTHC may provide technical assistance and funding to tribes and tribal organizations throughout Alaska. Any PSFA listed may be provided under agreements with Alaska Native tribes or tribal organizations.

     **3.1.1 Administration and Finance.** Provides executive direction, financial management and accounting services, office services support, travel support, procurement and materials management, legal services, audit services, and human resources management for all programs of ANTHC; accounting advice and technical assistance and consultation to Alaska tribes and tribal organizations, as requested; and statistical information concerning Alaska Native health status and health services programs in cooperation with the IHS Alaska Area Office.

     **3.1.2    Tribal Support Services**

     **3.1.2.1  Business Office Services.**

---

[6]    Upon receipt of these funds, the ANTHC will distribute the funds consistent with the agreements identified in Section 20.

[7]    These PSFAs and the funds and facilities used in support of them are carried out consistent with and in furtherance of ANTHC's 501(c)(3) status under the Internal Revenue Code and its rights and duties under the Act.

**3.1.2.1.1** Provides technical assistance, training, and other support to tribes and tribal organizations regarding Medicaid, Medicare and private third-party billing; State child/maternal health enrollment; provision of Alaska State Medicaid eligibility information to tribal health programs and ANMC; administration of the Medicaid/Medicare Spending Plan; and lawful use of third party reimbursements.

**3.1.2.1.2** Consistent with the terms of the Attachment 2 – SCF Purchases from ANTHC, provides for ANMC and ANPCC patient data collection on reimbursable services, utilization review, insurance verification, billing and collection from third party payors including Medicaid, Medicare, and private insurance; development of billing packages within RPMS clinical software; and development of new and improved billing and collection systems.

**3.1.2.2 Professional Recruitment.** Provides recruiting services for health professional positions for ANMC and other tribal health providers and recruiting services for health professional positions for IHS programs.  Provides information and assistance regarding the IHS loan repayment program.

### 3.1.2.3 Training and Development.

**3.1.2.3.1**     Plans, organizes, and conducts continuing education and training programs for IHS, ANTHC and other tribal health provider employees.

**3.1.2.3.2**      Provides information, assistance and coordination of the scholarship programs to eligible American Indians and Alaska Natives in the Alaska Area and disseminates information about new tribal grants.

**3.1.2.3.3**     Administers the ANTHC scholarship and intership programs for the benefit of Alaska Natives and American Indians.

**3.1.2.3.4**     Administers the ANTHC Employee Recognition Program.

**3.1.2.4 Statewide Information Technology Services.**  Provides computerized and non-computerized information management for certain tribal health programs in Anchorage and for coordination and services throughout Alaska.  These services will include providing statewide information, network and systems support, including the Alaska Federal Health Care Access Network, Alaska clinical engineering services, data and site support, and health statistics.

**3.1.2.4.1     Data and Site Support.**  This support includes RPMS/PCC development, implementation and support, including RPMS/PCC data entry and processing; data management including multi-facility integration, coordination and transmission of Medicaid and eligibility information, Core Data set, statistics, reports, RPMS manuals; and consultation, training, technical assistance in medical records.

**3.1.2.4.2    Telehealth.** ANTHC will support the implementation of the Alaska Federal Health Care Access Network (AFHCAN) telemedicine project, which is a project of the Alaska Federal HealthCare Partnership to provide telemedicine services, including clinical telemedicine workstations and telehealth software, hardware and other equipment in all Federal health care facilities and State of Alaska Public Health Nursing sites in Alaska.  ANTHC provides support for the AFHCAN program.

Funds will be disbursed to appropriate organizations based on the Alaska Federal HealthCare Partnership Steering Board AFHCAN plan and may be expended to support the operations of the Alaska Telehealth Advisory Council.  The plan will include, but not be limited to: developing detailed plans for the AFHCAN Program; setting up administration of the project; providing committee and on site project support; defining, equipping and managing several demonstration project sites around the State; coordination with the other AFHCAN agencies, facilities, and health organizations.

**3.1.2.4.3    Biomedical Services** supports the use of safe and functional equipment in diagnosis and treatment of patients through comprehensive equipment management.  This includes, but is not limited to: preventive maintenance, equipment repair, equipment history documentation, customer training, consultation on equipment selection, systems interfacing and construction planning.  Service provided meets industry and regulatory standards and includes documentation needed for quality assurance and Joint Commission on Accreditation of Healthcare Organizations (JCAHO) review.  Biomedical Engineering provides on-site service to the ANMC Campus and contracted field service to Alaska tribes and tribal organizations.  Biomedical Engineering also supports, on a contract basis, telemedicine and teleradiology equipment in various locations.

**3.1.2.5 Regional Supply Service Center.** Provides purchasing, storage, inventory, and shipment of pharmaceuticals, medical/surgical supplies, subsistence supplies, and office supplies, and sanitation facility equipment, parts and supplies for ANMC, and other tribal health facilities and providers and Alaska Native community sanitation facility operations and maintenance organizations; and maintains a warehouse facility in Anchorage, Alaska for the above purposes.

### 3.1.3    Community Health Services.

**3.1.3.1 Surveillance and Analysis.**  Provides statewide surveillance of causes of illness, injury and death among Alaska Natives.

**3.1.3.2 Dental Consultation.**  Provides technical assistance, continuing education services, and training for ANMC and other tribal dental programs Area-wide, including Dental Health Aide training, supervision and services under the Standards and Procedures approved by the Community Health Aide Program Certification Board,; develops dental health promotion programs; assists with dental professional recruitment; and participation in local, state and national meetings.

**3.1.3.3 Alcohol and Behavioral Health Consultation and Services.**
Provides technical assistance, planning, continuing education, evaluation services, and training for ANMC and other tribal substance abuse prevention and treatment programs; participates in local, state, IHS, and national meetings; and through a contractual agreement with the State of Alaska, maintains a combined database management information system to collect data from all IHS-funded substance abuse programs in the Alaska Area.

**3.1.3.4 Immunization Consultation and Services.** Provides coordination, advocacy, planning, and support for ANMC and other tribal immunization programs; and coordination between IHS-funded programs and the State of Alaska and the CDC/AIP.

**3.1.3.5 Arctic Investigations Program Support.** Provides clinical and administrative support for epidemiological and laboratory studies conducted by the CDC Arctic Investigations Program in Anchorage.

**3.1.3.6 Community Health Aide/Practitioner Certification.** Provides support for the operations of the Community Health Aide Program (CHAP) Certification Board.

**3.1.3.7 Alaska Native Health Research.** Provides research into causes and strategies for reduction of morbidity and mortality among Alaska Natives and maintains Alaska Native tumor registry; and directly, or through the ANHB Epidemiology Center, carries out other public health, epidemiology and health research functions, including research and evaluation studies with the potential for statewide benefit. These include, but are not limited to: collecting and receiving personally identifiable health information for the purpose of:

**3.1.3.7.1** preventing or controlling disease, injury, or disability;
**3.1.3.7.2** reporting disease, injury, and vital events such as birth and death; and

**3.1.3.7.3** the conduct of public health and epidemiological investigations, surveillance, and interventions, including the maintenance of disease and injury registries.

**3.1.3.8 Community Health Aide/Practitioner Training Center** provides community health aide/practitioner training and ongoing support to candidates from throughout the State consistent with the *Community Health Aide Program Standards and Procedures* adopted by the Community Health Aide Program Certification Board;

**3.1.3.9 Palliative Care Education.** Provides development of educational opportunities for multiple levels of health care providers, including community health aides, in end-of-life patient care.

**3.1.3.10 Comprehensive Cancer Control Plan.** Provided facilitation of a statewide planning process to produce a comprehensive cancer control plan for Alaska Natives and American Indians.

**3.1.3.11 HIV/AIDS Early Intervention Services.**  Provides early intervention services to HIV/AIDS patients through development of a continuous quality improvement program, development of clinic policies, and development of enhanced opportunities for patient education, counseling and clinical examination.

### 3.1.4    Regional and Contract Health Services.

**3.1.4.1** Purchases metabolic laboratory services for Pap smear and chlamydia testing for ANMC and other tribal health provides;

**3.1.4.2** Arranges for reference laboratory services for the Norton Sound Regional Hospital, Maniilaq Health Center, and Bristol Bay Area Health Corporation's hospital;

**3.1.4.3** Provides funding for radiology consultation services for Norton Sound Regional Hospital, the Arctic Slope Native Association's Samuel Simmonds Memorial Hospital, and Bristol Bay Area Health Corporation's hospital;

**3.1.4.4** Provides funding for the Area catastrophic care contract stop-loss reserve and support to ANMC and tribal health providers for participation in the national IHS Catastrophic Health Emergency Fund (CHEF);

**3.1.4.5** Provides funding for a statewide consumer awareness program to ensure that tribal health providers are informed about national and Area level developments in health services, and to provide for inter-tribal communication concerning health services management and program issues; financial support for a statewide tobacco use prevention effort directed at Alaska Natives; and financial support for Area-wide epidemiology services for tribes not served by other Compact Co-signers.

**3.1.4.6**  Provides various services and support for tribal health programs pursuant to agreements with such organizations, including provision of health providers, supervision, technical assistance and other health care delivery and administrative services.

### 3.1.5    Environmental Health and Engineering Services.  The Environmental Health and Engineering programs will be implemented in accordance with ANTHC policy, as augmented by joint guidelines established by the ANTHC CEO and the IHS Area Director.

### 3.1.5.1 Division of Environmental Services.

**3.1.5.1.1**        Coordinates and maintains an Area-wide program of comprehensive environmental health services for tribal health programs and IHS beneficiaries.

**3.1.5.1.2**        Provides institutional environmental health services Area-wide for health, education and child care facilities that are operated by Alaska Native tribes or tribal organizations or that primarily serve Alaska Natives, including radiation safety, management of hazardous materials, industrial hygiene and related services.

      **3.1.5.1.3**    Provides environmental control, occupational safety and health technical services to Alaska Native tribes and tribal organizations and to entities that primarily serve Alaska Natives or provide support to Alaska Native tribal organizations regarding the management of issues related to interaction with the Occupational Safety and Health Administration (OSHA), Alaska Occupational Safety and Health (AKOSH), Environmental Protection Administration (EPA), Alaska Department of Environmental Conservation (ADEC), Food and Drug Administration (FDA) and Joint Commission on Accreditation of Healthcare Organizations (JCAHO) and technical assistance, training, consultation, and evaluation for tribal health programs to support a comprehensive community injury prevention effort.

### 3.1.5.2 Health Facilities.

      **3.1.5.2.1**    Maintains a comprehensive Maintenance and Improvement Program to ensure the availability of safe and adequate health care facilities at locations throughout Alaska.

      **3.1.5.2.2**    Maintains and updates a facilities' master plan for the Alaska Area facilities.  Provide financial support for eligible regional and local tribal health facilities for M&I projects approved by the ANTHC Board of Directors.

      **3.1.5.2.3**    Provides comprehensive services and/or technical assistance to tribal health facilities and rural health facilities that serve IHS beneficiaries in the planning, design, and construction of new, replacement, and renovation projects for hospitals, primary care facilities, substance abuse treatment centers, other health facilities, and staff quarters facilities.  For services or technical assistance provided to facilities that do not primarily serve IHS beneficiaries funds other than those provided by IHS must be available.

      **3.1.5.2.4**    Provides for leasing village built clinics for use by Community Health Aide/Practitioners and other providers in locations for which the Village Built Clinic Program is not administered by other Compact Co-Signers or other tribal contractors.  ANTHC buys back administration of this program from IHS pursuant to the Buyback/Withhold Agreement.  IHS will annually, or upon renegotiation, provide to ANTHC a copy of each Village Built Clinic Lease.  No increase in the amount due to the village pursuant to a lease will be negotiated by IHS without advance notice to ANTHC.  In administering these leases, the IHS will work with ANTHC to ensure that each lessee is in compliance with the standards referenced in the VBC lease.

      **3.1.5.2.5**    Negotiates and maintains agreements with federal agencies, state agencies, tribes, tribal health organizations, and other funding/advocacy organizations to secure funding in support of health facility projects in a comprehensive and coordinated manner.

### 3.1.5.3 Division of Sanitation Facilities Construction.

**3.1.5.3.1**    Maintains a comprehensive program for the planning, design, and construction of new and replacement facilities to meet the water supply and wastewater disposal and solid waste disposal needs of Alaska Native communities.

**3.1.5.3.2**    Maintains a current statewide assessment of water and sanitation facilities requirements for Alaska Native communities (Sanitation Deficiency System) and provides for the participation of a Sanitation Facilities Advisory Committee in the assessment and project prioritization process;

**3.1.5.3.3**    Negotiates and maintains agreements with federal and state agencies and other funding/advocacy organizations to secure funding in support of community water supply and wastewater and solid waste disposal projects in a comprehensive and coordinated manner;

**3.1.5.3.4**    Provides technical assistance and planning support for Alaska Native communities in the evaluation of sanitation facility requirements, and the design of systems to meet these requirements;

**3.1.5.3.5**    Establishes agreements with Alaska Native tribal governments or other appropriate government agencies to facilitate the design, planning, and construction of sanitation facilities projects approved by the IHS;

**3.1.5.3.6**    Provides planning, design, and construction services in accordance with project requirements approved by IHS and/or other funding sources; and

**3.1.5.3.7**    Provides training, materials, equipment, supplies and support for the operations and maintenance of sanitation facilities systems serving Alaska Natives.

**3.1.6    Alaska Native Medical Center.**  ANMC offers a wide range of acute and ambulatory care to patients on the same basis as it was provided when ANMC was administered directly by the IHS, which includes direct patient care, field clinics, telephone consultation, training and consultation services provided in support of other tribal health programs in Alaska, and services offered under the Alaska Federal HealthCare Partnership.  Consistent with Attachment 2 – SCF Purchases from ANTHC (October 1, 2000) and Attachment 3 – ANTHC Purchases from SCF (January 1, 1999), services are offered at various locations on the ANMC Campus.  In addition, services are provided in other locations to maintain continuity of care for patients of tribal health programs throughout Alaska, consistent with the terms of the Alaska Federal HealthCare Partnership, and as otherwise required.  In some practice areas field services are specifically mentioned in the program descriptions below because they have been an important part of the historical services offered, however services offered in support of other tribal health programs, including field clinics, patient care in other tribal hospitals and outpatient

Case 3:06-cv-00039-JWS    Document 42-3    Filed 04/28/2006    Page 21 of 46

**Alaska Tribal Health Compact**                    **Alaska Native Tribal Health Consortium**
**Funding Agreement —Fiscal Year 2004**                                          **Page 14**

clinics, consultation, and training may be provided by any service center of ANMC.[8/]  In addition, any service center may be assigned to offer services in support of the Alaska Federal HealthCare Partnership of which the IHS and the ANTHC are signatories.  ANMC participates in health provider training through offering a site for medical residents and other individuals obtaining training in the health professions; through providing clinical preceptorships, mentoring, shadowing, training and supervision of health care providers who provide services at ANMC and in other tribal health programs; and development of evidence-based practice skills for registered nurses.

**3.1.6.1 Hospital and Clinic Patient Care Services:**  Services at ANMC are provided through service centers, which include:

**3.1.6.1.1    Critical Care Support Center** which provides comprehensive multi-disciplinary management of critical care patients from throughout Alaska;

**3.1.6.1.2    Emergency Medical Service Center** which treats adult, pediatric and geriatric patients who present on a non-scheduled basis for emergent and urgent problems; serves as a site of stabilization, diagnosis and initial treatment for Anchorage patients and those transferred from rural Alaska; provides physician backup for inpatient emergencies during off-hours; serves as the on-site medical clinic for all ANMC employees requiring medical attention while at work or presenting for work-related injuries; and provides, throughout the state, as needed, consultation to rural health care providers, including community health aides/practitioners;

**3.1.6.1.3    Internal Medicine Service Center**, which includes general internal medicine, pulmonology, cardiology, neurology, gerontology, hepatitis, oncology and diabetes, provides internal medicine services for adult and geriatric patients from throughout Alaska on a consultative, scheduled appointment or non-scheduled emergent visit basis through ANMC clinic areas, the Inpatient Internal Medicine Nursing Unit, and during field visits by some internal medicine sub-specialists; referral services (inpatient and outpatient); telephone consultation for local and field providers; provides or arranges for most of the intensive care and sub-specialty internal medicine care for Alaska Native patients statewide; maintains a tumor registry; provides preventive treatment of viral hepatitis and participates in various hepatitis research projects; and provides a comprehensive diabetes program including field clinics, inpatient and outpatient patient education, participation in national work groups, performance of quality improvement activities statewide, and maintenance and development of epidemiological data;

**3.1.6.1.4    Ophthalmology Patient Service Center** provides comprehensive scheduled and non-scheduled emergency ophthalmological care for newborns through adulthood for patients throughout Alaska; and specialty clinics;

---

[8/]    Failure to identify for any particular program that services are offered in a location other than the ANMC Campus or that non-direct patient care services are offered shall not be construed to exclude that service from the program offered by the ANTHC.

**3.1.6.1.5     Orthopedic Patient Service Center** provides comprehensive management of orthopedic trauma, sports medicine, general orthopedic, adult and child reconstructive care; field clinics; teleradiology consultation; and telephone consultative services;

**3.1.6.1.6     Otolaryngology Patient Service Center** provides comprehensive otolaryngologic and audiologic care for pediatric, adult and geriatric patients;

**3.1.6.1.7     Pediatric Patient Service Center** provides, in collaboration with the Southcentral Foundation, primary care for neonates, infants, children and early adolescents; comprehensive pediatric specialty care from birth to mid-adolescence; consultation with pediatric sub-specialists; Level II neonatal care, newborn care and support for high-risk deliveries; and pediatric intensive care;

**3.1.6.1.8     Surgery Patient Service Center** provides comprehensive general surgical and urological care; some neurosurgical and plastic and reconstructive surgery; surgery field clinics; and

**3.1.6.1.9     Surgical Support Center** consists of ambulatory surgery unit (including an endoscopy unit), operating rooms, anesthesia service and post anesthesia care unit;

**3.1.6.1.10     Women's Health Patient Service Center**, in collaboration with SCF, provides obstetrical and gynecological services; antenatal testing, and newborn nursing services;

**3.1.6.1.11     Dental Services**, in collaboration with SCF, provides pediatric dentistry and oral surgery;

**3.1.6.1.12     Medical/Surgical Inpatient Unit** provides inpatient nursing services for multiple patient populations;

**3.1.6.2 Ancillary Services:**  Ancillary services include, but are not limited to:

**3.1.6.2.1     Clinical and Anatomic Laboratory Services**, which are provided at the ANMC and at a satellite laboratory located in the ANPCC, and include a full range of clinical tests in support of patient diagnosis and treatment; analyses for the Alaska Area hepatitis testing program; testing of samples received from the rural ASU; referral for testing not available at ANMC;

**3.1.6.2.2     Imaging Services**, which has sites in ANMC and in the ANPCC, provides a wide range of imaging exams; consultation throughout the Alaska Area; and a statewide teleradiology program for Alaska Native facilities for radiological interpretation;

    **3.1.6.2.3  Pharmacy Services**, which has sites in ANMC, the ANPCC, and other Anchorage Service Unit locations provides pharmaceutical care including recommending therapies, dispensing medications and monitoring of medication treatment plans to assure appropriate, safe, cost effective therapies and provided patients information regarding their treatment to assure compliance and mediate potential side effects;

    **3.1.6.2.4  Therapy Support Services**, which has sites in ANMC and in the ANPCC, provides comprehensive physical therapy evaluation and treatment, including, but not limited to, services to patients with acute and chronic neurological pain, orthopedic and arthritic problems, a wide variety of wound care and ongoing care for diabetic patients, and will expand to provide certain occupational and speech therapy services;

    **3.1.6.2.5  Respiratory Care** provides support of mechanical ventilatory support and a wide range of other respiratory therapeutic modalities;

    **3.1.6.2.6  Hospital Education Support Center** develops and implements, under Attachment 3 – ANTHC Purchases from SCF, comprehensive patient education support service and provides educational and community outreach programs for customers of ANMC;

    **3.1.6.2.7  Health Information Services** maintains a comprehensive medical record system, including, but not limited to, record storage and retrieval, review and analysis of medical records, transcription, coding discharges and managing release of medical information;

    **3.1.6.2.8  Nutrition and Food Services** includes medical nutritional therapy, which provides screening/assessment, nutritional education and patient monitoring and for supplemental feedings and consultative assistance for selected ambulatory patients, and food service which is responsible for providing patient meals and cafeteria service for patients, visitors, employees and Quyana House guests;

    **3.1.6.2.9  Social Services** provides a wide spectrum of medical social work services, including, but not limited to, assistance with psychosocial issues which present during care at ANMC; programs for follow-up care with spinal cord rehabilitation patients; interdisciplinary review and discharge planning for brain injury patients; consultation and training with other tribal health programs; and other assistance with developing care plans;

  **3.1.6.3 Support Services:**

    **3.1.6.3.1  Auxiliary Patient Services** is a special service program supported by many volunteers aimed to benefit inpatients and others served through the mission of ANMC;

    **3.1.6.3.2  Central Admitting Services** provides an initial point of contact for anyone acquiring a service from ANMC, assists with determining patient

eligibility for service, maintains the inpatient hospital census documentation, assists patients with applications for third party and other alternate health resources;

**3.1.6.3.3    Central Nursing Office** provides leadership, direction, guidance and facilitates the use of Continuous Quality Improvement in the management of nursing services at ANMC and regular review and evaluation of nursing practice;

**3.1.6.3.4    Executive Direction**, in collaboration with SCF as provided in the Joint Operating Board Bylaws and Attachment 2 – SCF Purchases from ANTHC and Attachment 3 – ANTHC Purchases from SCF, is responsible for planning, directing, and coordinating services offered by ANMC; resource allocation; and credentialing and privileging providers,

**3.1.6.3.5    Financial Management** organizes, coordinates and executes budget and financial operations of ANMC and is responsible for Medicare cost report and cost allocation process;

**3.1.6.3.6    Facilities Engineering** provides comprehensive program of facilities management of ANMC, Quyana House, Arctic Investigation Laboratories[9/] and the related grounds and physical plant equipment associated with these facilities;

**3.1.6.3.7    Housekeeping Services** is responsible for waste and trash removal, infectious waste, linen management, routine and urgent cleaning for ANMC, Arctic Investigations Laboratory, Quyana House, and the ANPCC;

**3.1.6.3.8    Infection Control** manages coordinated process to reduce the risks of endemic and epidemic nosocomial infections in patients and health care workers, including mandatory training, respiratory protection devices, tuberculosis surveillance program and a needlestick-blood borne pathogens exposure plan for health care workers and other employees;

**3.1.6.3.9    ANMC Information Technology Services** provides computerized and non-computerized information management for all ANMC departments and technical computer operation of local networks, intra/internet development; and application development for the ANMC Campus.

**3.1.6.3.10    Materiel Management** is responsible for management and distribution of supplies, equipment and mail for ANMC and the ANPCC, including responsibility for Central Sterile Supply, which includes medical supplies for patient

---

**9/**    While the PSFAs associated with the Arctic Investigations Laboratory provided for in this paragraph and in Section 3.1.6.3.8 are provided under this Funding Agreement, the funds are not a part of this Funding Agreement.  The funds supporting these activities are subject to all terms and conditions of the instrument through which the funds are transferred.

areas and outputs, decontamination and sterile processing, and direct support to operating room suites;

       **3.1.6.3.11    Quality Resources** monitors and evaluates quality and value of services, assists ANMC to meet or exceed requirements of all external regulators, and provides documentation and consultation in continuous quality improvement, and accreditation compliance;

       **3.1.6.3.12    Risk Management** identifies and analyzes events and processes that present risk to patients, staff, the facility or ANTHC for the purpose of preventing such risk and planning appropriate responses;

       **3.1.6.3.13    Corporate Compliance** provides resources, support and analysis including audits of programs and processes and including investigation of events for the purpose of ensuring compliance with applicable legal, regulatory and accreditation requirements;

       **3.1.6.3.14    Public Relations/Information Office** provides information to beneficiaries and the general public; management of media relations; technical assistance;

       **3.1.6.3.15    Library Services** maintains collection of medical journals in written and electronic format, text books and patient education videos and assists with reference questions;

       **3.1.6.3.16    Telecommunications Services** maintains, supports and manages the ANMC Campus private fiber optic and copper infrastructure, which transports all voice, data and image information for certain tribal health programs in Anchorage and beyond; supports and integrates our overhead paging system, in-house digital paging system, pagers, cellular phones, messaging on hold, voice and fax messaging, computer integration, call accounting system software, automatic call distribution systems, modem pooling, interactive voice response units;

      **3.1.6.4 Contract Health Services** (CHS) authorizes funds, within medical priorities established by the ANMC Joint Operating Board and approved by the ANTHC Board of Directors, for certain services provided by non-IHS or non-tribal providers and facilities. Access by IHS beneficiaries to CHS may be obtained only by authorization of ANMC staff who have been delegated the authority to approve CHS.  This requires that beneficiaries of non-ANTHC tribal health programs must be referred by an ANMC physician to the ANMC CHS program for consideration of their CHS requests prior to approval.  Certain special conditions in the administration of this program are further described below in Sections 3.1.6.5.1 through 3.1.6.5.5 below.

       **3.1.6.4.1    TCC and SEARHC.**  ANTHC will continue to provide only tertiary and referral CHS care for beneficiaries of Tanana Chiefs Conference (TCC) and Southeast Alaska Regional Health Consortium (SEARHC) as provided by the IHS when it

directly operated the CHS program and as described in TCC's and SEARHC's respective Funding Agreements.

        **3.1.6.4.2      Full-Time Students.**  Except for beneficiary residents of the Tanana Chiefs Conference, Ketchikan Indian Corporation and the Metlakatla Indian Community service areas, CHS provides funding for full-time students as defined in 42 CFR § 36.23 (1985).

        **3.1.6.4.3      Transients.**  Except for beneficiary residents of the Tanana Chiefs Conference, Metlakatla Indian Community, Ketchikan Indian Corporation and SouthEast Alaska Regional Health Consortium service areas who require contract health services outside Alaska, CHS provides funding for transients as defined in 42 CFR § 36.23 (1985).

        **3.1.6.4.4.      Dental.**  ANTHC has no responsibility for operative non-emergent dental CHS, except to beneficiary residents of the Chugachmiut service area.

        **3.1.6.4.5      Appeals.**  ANTHC will provide a CHS appeals process to resolve decisions made by the ANTHC CHS program.

      **3.1.6.5 Hospital and Community Environmental Services:**

        **3.1.6.5.1      Hospital Safety and Environmental Services** provides a comprehensive safety and environmental control program to promote a safe and healthy environment at ANMC and the ANPCC, including security, lift team, and biomedical waste disposal services.

        **3.1.6.5.2      Community Environmental Services** provides comprehensive environmental health and injury prevention provides a comprehensive field environmental health and injury prevention program to the communities of the Anchorage Service Unit, including the management, planning, and execution of all activities relating to environmental health issues in both urban and rural areas of Southcentral Alaska.  Secondary supporting roles include support to the Hospital Environmental Management Branch and the Division of Environmental Health and Engineering (DEHE). The major activities include: provision of technical assistance, consultative services, informational surveys and specialized training activities to local communities on water system, sewer system and solid waste disposal system construction, operation and maintenance; provision of injury prevention activities such as bicycle rodeos, safety instruction and injury surveillance;  performance of surveys and provision of technical assistance to village and corporation health facilities in relation to OSHA, JCAHO and other environmental requirements and regulations;  provision of environmental health consultation and direct services to Head Start programs, schools, community facilities; performing epidemiological investigations disease outbreaks; maintenance of the State Lay Vaccinator Certification program which reduces the danger of human rabies exposure; and assistance in planning and implementation of sanitary facilities construction and operation and maintenance with DEHE.

**3.1.6.6 Quyana Hospitality House and Patient Transportation** provide lodging for ambulatory patients who live outside of Anchorage and require services at ANMC, immediate family members of critically ill patients and Community Health Aide students in training; air and ground transportation services to and from Anchorage and related dispatch services;

**3.1.7    Diabetes Prevention Program.** ANTHC provides primary, secondary and tertiary prevention services, including diabetes education, screening, clinical follow-up, case management services and community and employee activity programs including sponsorship of team sports.

**3.2    Other Programs/Services Funded.** This funding agreement includes programs, functions, services and activities resulting from tribal redesign, or consolidation, reallocation or redirection of funds, including its own funds or funds from other sources, provided that such consolidation, redesign, or reallocation or redirection of funds results in carrying out programs, functions, services and activities that may be included in the funding agreement pursuant to section 505 of Title V and Article III, Section 6 of the Compact.  This includes any other new health care programs, including, but not limited to, those identified in the Indian Health Care Improvement Act funded during the fiscal year.

**3.3    Federal Tort Claims Act Coverage.** The Federal Tort Claims Act applies to ANTHC's PSFAs under this Funding Agreement as provided in Article V, Section 3 of the Compact, Section 516(a) of Title V (which incorporates Section 102(c) of the Title I of the Act and Section 314 of P.L. 101-512).  The extent of Federal Tort Claims Act coverage is described more particularly in 25 CFR §§ 900.180-900.210.

**3.4    Tribal Facilities, Locations and Personal Property.** ANTHC operates the programs described in this Funding Agreement out of more than one facility or location and uses personal property owned by ANTHC, by SCF, and by IHS in each of these facilities and locations.  These include, ANMC, which ANTHC is entitled to occupy and use, in conjunction with SCF, for so long as ANTHC carries out the PSFAs described in this Funding Agreement.  In addition, the facilities and locations include, but are not limited to, the facilities and locations described below and listed in Appendix E, which will be submitted prior to the effective date of this Funding Agreement, and will be incorporated by reference herein.  The Area Division of Planning, Evaluation and Health Statistics shall compile from this Appendix a list of all health facilities and locations identified in the Appendix and forward that list annually to the Headquarters' Office of Program Statistics, which shall include each of these facilities and locations in the annual list it must provide to the Centers for Medicare and Medicaid Services (CMS) (formerly Health Care Financing Administration) pursuant to the Memorandum of Agreement between the Health Care Financing Administration and the Indian Health Service (December 19, 1996).

**3.4.1    Real Property Generally.** Subject to conditions applicable to specific facilities or locations, as set forth in Section 3.4.2 , the facilities and grounds identified in Appendix E to this Funding Agreement in which the United States has title or holds a leasehold interest identified in their respective Funding Agreements (as adjusted in Attachment 2 – SCF

Purchases from ANTHC (October 1, 2000) and Attachment 3 – ANTHC Purchases from SCF (January 1, 1999)), shall be maintained by ANTHC under the following terms:

**3.4.1.1** Title to such property (or the leasehold therein) shall remain in the United States.

**3.4.1.2** ANTHC shall comply with 20 USC § 107 relating to the operation of vending facilities on federal property by blind persons, and shall honor the provisions of any existing agreement thereunder, and the existing agreement between the IHS and the ANMC auxiliary.   ANTHC agrees that the IHS and SCF shall participate in the negotiation of any modification or renewal of such agreements.

**3.4.1.3** The responsibility for maintenance, repair, custodial and janitorial services, and security services shall be distributed in accordance with the allocation of the resources for such activities as provided in Schedule A to the FY 99 AFA.  Major or catastrophic repairs resulting from deficiencies in design or construction or from extraordinary or unforeseen events are not the responsibility of ANTHC unless additional funding amounts to deal with such unforeseen circumstances as provided in Article V, Section 10, of the Compact are provided by the IHS.  ANTHC shall be eligible for additional maintenance and improvement funds from the IHS in accordance with established IHS policies.

ANTHC will submit to AANHS a Project Summary Document (PSD) or Program Justification Document (PJD) for any projects in a federally-owned facility for construction, renovation, or acquisition of space costing more than $25,000.  For projects that require additional funds from the IHS, ANTHC may proceed with the project only after receipt of approval of the PSD or PJD from IHS.  ANTHC will report to IHS information required for maintenance of the IHS real property inventory system.

**3.4.1.4** ANTHC shall permit no unlawful activity on such premises.

**3.4.2    OEH&E Yard Storage Lots and OEH&E Sanitation and Health Facility Construction Sites.**  ANTHC operates certain of the Office of Environmental Health and Engineering (OEH&E) PSFAs described in this Funding Agreement out of ANTHC offices in Anchorage and/or out of certain OEH&E yard storage lots located in and around the Anchorage area and other locations throughout Alaska and at each OEH&E sanitation and health facility construction sites.  A list of the relevant OEH&E yard space lots is included in Appendix E, List of Facilities and Locations ("Facilities List").  The Area Office agrees that ANTHC may use all OEH&E property, facilities, and sites described in this paragraph in any manner necessary to ensure that ANTHC can adequately perform the OEH&E PSFAs set forth in this Funding Agreement.

**3.4.3    Other Tribal Facilities and Location.**  ANTHC operates the programs described in the Funding Agreement out of more than one facility or location.  These include, but are not limited to, the facilities and locations listed in Appendix E – Facilities List, which is hereby incorporated by reference into this Funding Agreement.

**3.4.3.1 OEH&E Sanitation and Health Facility Construction Sites.**  In addition to the facilities and locations listed in Appendix E – Facilities List, ANTHC provides assistance to develop OEH&E sanitation and health facility construction projects throughout the State and performs PSFAs on approved projects at construction sites throughout the State.  The OEH&E sanitation and health facility construction sites will not be listed in Appendix E – Facilities List.

**3.4.3.2 Other Tribe and Tribal Organization Sites.**  ANTHC provides field clinics and other services in sites throughout the State of Alaska, including facilities operated by other tribes and tribal organizations or made available to them for the delivery of health programs.  These sites will not be listed in Appendix E – Facilities List.

**3.4.3.3 CDC Building.**  ANTHC also operates some of its programs at the Arctic Investigations Program, Centers for Disease Control (CDC) Building, 4055 Tudor Centre Drive, Anchorage.  Operation of programs at this location is at the invitation of the CDC.  Therefore the building and property at this location is not to be considered property furnished by the government for purposes of Section 105(f)(2)(A) of the Act, nor shall this ANTHC program site be listed in the Appendix E – Facilities List.

**3.4.3.4  University Lake Building.**  The Area Office occupies and uses the University Lake Building pursuant to a lease negotiated with the Bristol Bay Native Corporation under 25 U.S.C. 47.  The current term of this lease will expire December 31, 2004.  ANTHC may use the University Lake Building for ANMC and other ANTHC PSFAs, provided that the Area Director and ANTHC Chief Executive Officer will work together to ensure that adequate space is provided in the University Lake Building or Inuit Building for the IHS residual and transitional OEH&E personnel.  ANTHC gives notice that it intends to assume the responsibilities and funds associated with this lease as of January 1, 2005.

### 3.4.4    Personal Property.

**3.4.4.1 Generally.**  All personal property owned by the IHS and located in the facilities identified in Appendix E shall remain the property of the United States and shall be provided for the use of ANTHC and SCF, respectively, for the performance of PSFAs under their respective Funding Agreements.

**3.4.4.2 ANMC Personal Property.**  ANTHC is aware that the personal property owned by the IHS in the ANMC does not include most of the artwork, which is the property of the ANMC Auxiliary.  The artwork that is the property of the IHS is listed in Appendix J to the FY 2000 Funding Agreement, Government Provided Artwork in the Alaska Native Medical Center ("Artwork"), which is hereby incorporated by reference into this Funding Agreement.

**3.4.4.3 Other IHS Personal Property.**  ANTHC will not accept responsibility for management of other personal property owned by the IHS, including O&EHE equipment, until after inventories have been completed by IHS and approved by ANTHC.

**3.4.4.4 Warranty Agreements.**  IHS will maintain any existing warranty agreements on personal property for which it retains title, will exercise the rights under such agreements for the benefit of ANTHC and SCF, will give ANTHC and SCF notice of the expiration of any such agreements that may be extended or transferred to ANTHC or SCF, and will extend such agreements, if asked to do so by ANTHC or SCF, provided ANTHC or SCF make funds available for such an extension.

**3.4.4.5 Intellectual Property.**  In the course of administering federal contracts, grants, subgrants, and other agreements prior to ANTHC's assumption of federal responsibilities under the Compact, IHS acquired various copyrights and licenses, including licenses pursuant to 45 CFR § 74.36 and 45 CFR § 92.34, in works which the IHS possessed, reproduced, published and otherwise used and allowed others to possess, reproduce, publish, and otherwise use.  To carry out the PSFAs assumed by ANTHC on or after October 1, 1998, ANTHC has the delegated authority and permission from IHS to use and allow others to reproduce, publish, and otherwise make use of these works to the same extent as IHS, consistent with the copyrights or licenses acquired by IHS in such works.

### Section 4 — Amounts Available in Fiscal Year 2004.

### 4.1    Funding Amounts.

**4.1.1    Generally.**  ANTHC and IHS entered into an agreement between the IHS and ANTHC regarding Adjusted Recurring Base ("Adjusted Recurring Base Agreement") on May 29, 2001 in which the adjusted recurring base funding due ANTHC for FY 2004 was established to be $80,335,650 as identified in Operating Resources Detail  (ORD) (formerly called Advice of Allowance) 11, dated May 17, 2001.  The following amounts are available to ANTHC pursuant to Section 325 of P.L. 105-83, the Compact, Title V of the Act and the Adjusted Recurring Base Agreement are subject to reductions only in accordance with Section 508 of Title V and Section 106 of Title I during the term of this Funding Agreement.  The funds being transferred to ANTHC are funds that were identified as certain non-residual tribal shares of the AANHS prior to the enactment of Section 325 of P.L. 105-83.

|  | Annual Funding |
|---|---|
| RECURRING BASE:  Inclusive of all recurring funding.[10] |  |
| Recurring Services | $77,444,626 |

---

**10/**    The detail regarding these recurring funds is shown in Appendix A – Financial Summary.  The base amount of the recurring funds in FY 01 was determined according to the Adjusted Recurring Base Agreement.  This amount includes funds for Human Resources, which includes $100,000 that shall be immediately be repaid to IHS if ANTHC discontinues required entries into the Time and Attendance Information Management System (TAIMS).

|  | Annual Funding |
|---|---|
| Recurring Facilities | $12,506,118 |
| **Subtotal Recurring:** | $89,950,744 |
| **NON-RECURRING FUNDING:** Inclusive of certain program and nonrecurring contract support funds and such other funding that may be added to the Funding Agreement.[11/] | |
| Contract Support Costs | $5,375,857 |
| Maintenance and Improvement funds | TBD |
| Telemedicine | TBD |
| Approved Sanitation Facilities Construction Project Funds:[12/] | TBD |
| **Subtotal Non-Recurring:** | $5,375,857 |
| **Subtotal Recurring and Non-Recurring:** | **$95,326,601** |
| Area Tribal Shares[13/] | $741,591 |

---

11/    These amounts are detailed in Appendix A.  In addition, ANTHC shall receive,  pursuant to Section 325 of P.L. 105-83, the Compact and Title V of the Act, other non-recurring funds not specifically identified in this Funding Agreement but which may be provided to ANTHC in the future to the same extent as they have historically been provided.

12/    In FY 2004, it is expected that about $16,700,000 will be allocated to the Alaska Area for new Sanitation Facility Construction Projects.  As projects are approved under Section 1.2.3 the funds will be transferred to ANTHC.  In addition, the IHS shall transfer to ANTHC funds from federal and state agencies or other sources according to agreements by the funding agency or as the conditions for expenditure of the funds have been satisfied, except to the extent that such funds have been expended directly for the projects, pursuant to agreement by ANTHC.  Funds also will be allocated to ANTHC for approved projects as the IHS satisfies obligations for projects for which funds have been retained by the IHS.  When additional funds are needed for approved projects being carried out by ANTHC and for new ANTHC approved projects, the funds retained by the IHS will be the first source of funds relied upon.

13/    Funds from Area were distributed according to methodologies agreed upon in a caucus open to all Alaska Tribes and tribal organizations.  The specific methodologies are identified in Appendix A – Financial Summary.  ANTHC does not receive any Area tribal shares, except those restricted by Co-Signers and Title I contractors and those which Co-Signers and Title I contractors could have received, but for the enactment of Section 325 of P.L. 105-83.  Those funds are included in this table as a portion of the ANTHC's recurring base, but are detailed in Appendix A – Financial Summary.

|  | Annual Funding |
|---|---|
| Headquarters Tribal Shares - Program Formula[14] | $542,173 |
| **Subtotal – Tribal Shares[15]** | **$1,283,764** |
| **TOTAL COMPACT FUNDING[16]** | **$96,610,365** |
| **INITIAL WITHHOLD SUMMARY** | |
| IPA/MOA | $16,830,478 |
| Pharmaceuticals[17] | $3,500,000 |
| **Subtotal Initial Withhold** | $20,330,478 |

These amounts are subject to additions for other reimbursements, new funds received during the term of this Funding Agreement including amounts that have historically been distributed as non-recurring funds under Title I of the Act, additional adjustments to add the direct contract support for additional federal employees transferring to direct employment after the initial calculation in July, 1999, and funds made available throughout the year under Section 4.3 below.  Any amounts remaining unspent under Contract No. 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 and previous Funding Agreements, after adjustment and reconciliation of the withheld amounts for IPA/MOA as of the last day of the previous fiscal year shall be included in this Funding Agreement.

---

14/    Headquarters shares were allocated and distributed according to methodologies agreed upon in a caucus open to all Alaska Tribes and tribal organizations.  The specific methodologies are identified in Appendix A.  ANTHC does not receive any Headquarters' tribal shares except certain program formula shares, which are detailed in Appendix A.  In addition to the program formula shares ANTHC is receiving, ANTHC has restricted other funds detailed in Appendix A and retains the right to receive other Headquarters' tribal shares for which the amount or availability have not been determined.

15/    This amount does not include certain Headquarters' tribal shares for which the amount or availability has not been determined.  This amount will be adjusted to make available all tribal shares for which ANTHC is eligible.

16/    For the reasons noted regarding the amounts that make up this total and because full funding amounts due under previous years' Funding Agreements have not been fully identified or reconciled as of the time this Funding Agreement is being executed, all amounts to be paid in the fiscal year for this Funding Agreement are estimates and are subject to amendment to reflect the full amount due for this fiscal year.

17/    *See* Section 13 regarding the Central Warehouse.

The parties agree Section 505(b)(2) of Title V provides, among other things, that grants administered by the Department of Health and Human Services through the IHS may be added to ANTHC's Funding Agreement after award of such grants.  In accordance with this provision of Title V and its implementing regulations, the Secretary will add ANTHC's FY 2004 diabetes grant to this Funding Agreement after the grant has been awarded.  Grant funds will be paid to ANTHC as a lump sum advance payment through the PMS grants payment system as soon as practicable after award of the grant.  ANTHC will use interest earned on such funds to enhance the purposes of the grant including allowable administrative costs.  ANTHC will comply with all terms and conditions of the grant award, including reporting requirements, and will not reallocate grant funds nor redesign the grant program, except as provided in the implementing regulations or the terms of the grant.

        **4.1.2    Schedules.**  The FY 99 AFA had attached to it Schedules A (FY99 Budget for ANMC Campus), B (Calculation of Annual Amount, Revenue Ceiling, Award Amounts, and Lump Sum Payment), and C (Personnel Transferred under the AFAs (ANMC Manpower Report as of 12/10/98), which provide historical planning and budget information only and do not impose upon the IHS any funding requirements not already identified in this Funding Agreement. They may be referred to consistent with the intent of Section 20 of this Funding Agreement.

    **4.2    Contract Support Costs.**  For purposes of this Funding Agreement, IHS will comply with Sections 508(c), 519(b) and 106 of the Act and any statutory restrictions imposed by Congress.  IHS will in FY 2004 calculate and pay ANTHC contract support costs in an amount no less than that due under IHS Circular 2001-05.  The IHS will provide any shortfall report required by Section 106(c).  Nothing in this provision shall be construed to waive any statutory claim that ANTHC may assert it is entitled to under the Act.

    **4.3    Transitional IHS PSFAs and Funds.**

        **4.3.1    Area Office (including OEHE) Transition.**

            **4.3.1.1 Generally.**  The IHS has retained funds to accomplish federal PSFAs during transition.  The total amount of transitional IHS retained funds is detailed in Appendix A – Financial Summary. It is subject to agreements to transfer retained funds to ANTHC upon the occurrence of certain events described in Appendix G – Transitional Staffing Plan or set forth in this subsection.  Funds generated by administrative surcharges and user fees under Section 5.3 are not included in the total amount of transitional IHS retained funds above because those funds can be used only consistent with the requirements of Section 5.3 and any balance, after reconciliation, must be returned to Co-Signers under Section 3.3 of Appendix D, "Buyback/Withhold Agreement between the Indian Health Service and Alaska Native Tribal Health Consortium" ("Buyback Agreement.")

            **4.3.1.1.1    Transitional Lease Costs.**  The IHS is responsible for paying the full costs of the lease for the University Lake Building, which will be used by ANTHC pursuant to Section 3.4.  These funds will be transferred to ANTHC if the cost to the IHS of the lease decreases.

**4.3.1.1.2    Transitional OEH&E Projects Funds.**  The IHS will transfer funds for OEH&E projects pursuant to Section 4.1.

**4.3.1.2 Area Office Reconciliation.**  Funds not needed for residual or transitional federal PSFAs for FY 2004 shall be paid to ANTHC prior to the close of the fiscal year.

### 4.3.2    ANMC Transition.

**4.3.2.1 Human Resources Support for IPA/MOAs and Federal Employee Assistance Program.**  For FY 2003, $277,609 allocated to ANTHC, has been retained by the Area Office to support federal employees on IPA or MOA and an additional $34,000 allocated to ANTHC,  has been retained by the Area Office to provide an Employee Assistance Program for Federal employees under IPA/MOA.  The Area Office has agreed to transfer additional personnel and funds to ANTHC consistent with Appendix G – FY 2004 Transitional Staffing Plan, which is attached to this Funding Agreement and incorporated by reference herein.

The amounts retained by the Area Office, described in the previous paragraph, do not include funds for the purpose of performing time-and-attendance activities for Federal employees under IPA or MOA with ANTHC.  ANTHC will continue to perform this function, unless funds are returned to the Area Office to enable the Area Office to perform this function.  *See* Footnote 10 to Section 4.1.1 (regarding recurring funds).

**4.3.2.2 IHS Retained Staffing.**  Appendix C – Continuing Service Agreement and Appendix G – Transitional Staffing Plan describe the retained staff and the general conditions under which transfer of the position or funds will be made from IHS to ANTHC.

**4.3.2.3 Pharmaceutical Purchases.**  The Area Office will continue to assist ANTHC with purchasing pharmaceuticals from AmeriSource through the Veteran's Administration Prime Vendor Contract pursuant to the terms and conditions of Section 13 of this Funding Agreement.

**4.3.2.4 Contracts.**  At the request of ANTHC and to the extent feasible, IHS will facilitate and or manage contractual relationships between ANTHC and IHS or other Federal contractors and/or vendors.

**4.3.2.5 Inter-Agency Service Agreements and Other Agreements.**  The IHS and ANTHC will work together to determine which of the inter-agency service agreement, collaborative agreement or other instruments memorializing an understanding or agreement to which the Alaska Area Office is a party (except those provided for under Section 4.3.2.4 above) should be continued by the IHS and which should be renegotiated directly by ANTHC.  To the greatest extent feasible, ANTHC will undertake to enter into direct relationships with the other parties to these agreements.  Until such time as this can occur, the IHS will continue such agreements for the benefit of the Alaska Area, including ANTHC.

    **4.4      Headquarters Allocations to Area.**  IHS Headquarters shall allocate all funds (including, but not limited to, OTSG shortfall funds, funds for national or statewide costs assessed by IHS Headquarters, training funds, and funds provided by other federal agencies or contributors) to the Alaska Area on the same basis as similar funds are distributed to other Area Offices nationally.  The Area Office shall notify ANTHC of the availability  of any such funding. Except for advices or distributions of funds to other Co-signers of the Compact or Title I contractors, the notice shall identify the distribution methodology that the Area Office proposes to use to distribute the funds and shall include copies of the advices of allowances to the Area Office.  Methodology for distribution of funds under this subsection by the IHS Area Office associated with the performance of residual and transitional Area Office PSFAs shall be determined in consultation with ANTHC.

    **4.5      Base Budgets.**[18]

    **4.5.1   Categories and Base Year.**  At the end of the first period of the base budget option, the IHS and Co-Signers agreed to extend the three year (FY 98 - FY 2000) base budgets implemented for the Compact for an additional two years (FY 2001- FY 2002).  The IHS and Co-Signers have agreed to further extend the base budget period at ANTHC's option.  The following categories are subject to base budgeting for the base year period and the period, as noted below:

| Category of Funding | Base Period for Base Funding | Extended through: |
|---|---|---|
| Headquarters TSA amounts[19] | FY 97 | FY 2005 |
| Equipment Replacement Funding | Not Included | N/A |
| Area Tribal Share | Not Included | N/A |

---

[18]    ANTHC did not have a Funding Agreement in the year in which the base budget year was established and, as a result of the methodology for distribution of Headquarters and Area tribal shares adopted by the Co-Signers to the Compact, ANTHC is not directly entitled to receive any funds designated as Headquarters Tribal Size Adjusted or Area Tribal Shares. ANTHC does receive Area Tribal Shares from the Area that were restricted by or retained from other Co-Signers or for Title I eligible tribes.  *See also* Footnote 13 to Section 4.1.1 (regarding Area Tribal Shares).  ANTHC is eligible for Headquarters Program Formula tribal share, including equipment replacement funds, to the same extent as other tribes and tribal organizations.

[19]    Compact base budgets for TSA amounts shall be considered as a whole (entire Compact amount) and shall be subject to adjustment of the internal allocation subject to Compact Funding Agreements.

4.5.2   **Adjustments.**  Adjustments to base funding shall be permitted in direct proportion to changes in appropriated amounts (by sub-activity), as provided under Section 6.1. Adjustments shall also be permitted for the addition of new co-signers to the Compact and when current Co-signers add or retrocede PSFAs, as provided in Section 11.3.[20/] Adjustments also shall be permitted when Co-signer(s) chooses to restrict or unrestrict previously "restricted" or "unrestricted" categories, provided that restrictions shall be changed only during annual negotiations.  ANTHC also shall be eligible for funding for new services, service increases, mandatories, specific Congressional appropriation for population growth, health services priority system, contract support costs and other increases in resources on the same basis as all other tribes or Area offices.  To the extent permitted by law, adjustments for changes required when a tribe joins or withdraws from a tribal consortium shall also be permitted, as provided under Section 6.2.  Co-Signers shall also remain eligible for the distribution of additional tribal shares for Assessments, Workers Compensation, Emergency Reserve, Management Initiatives, and other PSFAs from Headquarters.

**Section 5 — Method of Payment.**

5.1   **Payment Schedule.**  Except as provided in Sections 5.2, 5.3 and 5.4, all funds identified in Section 4 of this Funding Agreement shall be paid to ANTHC, in accordance with Article II, Section 4(a) of the Compact; payment to ANTHC to be made as follows:

> One annual payment in lump sum to be made annually in advance by check or wire transfer, including OEH&E Sanitation Facilities Construction funds for approved projects, except as provided in Section 4.1 of this Funding Agreement.

5.2   **Availability of Tribal Shares.**  ANTHC will be paid 100 percent of Headquarters and Area Tribal Shares in its initial lump sum payment, as negotiated in this Funding Agreement.

5.3   **Buyback/Withholding.**[21/]  ANTHC may carry out its responsibility to provide certain PSFAs included in this Funding Agreement by using services or other resources of the Federal government under Article V, Section 22 of the Compact, as permitted by law.  Except as provided herein, the cost of such services and the terms under which they may be made available to ANTHC are set forth in the Buyback/Withhold Agreement between the IHS and ANTHC (Buyback/Withhold Agreement), which is attached as Appendix D to this Funding Agreement and incorporated by reference herein.  The administrative surcharge provided for in Section 2.2.4 of the Buyback/Withhold Agreement for FY 2004 shall be .255 percent.  Notwithstanding

---

20/   This includes addition of new facilities when the addition of these facilities includes an increase in equipment funds identified for the new facilities.

21/   The surcharge provisions of Appendix D – Buyback/Withhold Agreement entered into pursuant to this Section 5.3 apply only to IPA/MOAs.  *See* Appendix A – Financial Summary for detail about withhold amounts.  Under Section 13 no surcharges will be charged for activities of the central warehouse.

Section 5 of the Buyback/Withhold Agreement, upon the request of the IHS or any Co-Signer, such Agreement will be negotiated for future fiscal years annually during negotiation of this Funding Agreement.

**5.4    Periodic Payments.**  Payment of funds otherwise due to ANTHC under this Agreement, which are added or identified after the initial payment is made, shall be made promptly upon request of ANTHC by check or wire transfer.

### Section 6 — Adjustments.

**6.1    Due to Congressional Actions.**  The parties to this Funding Agreement recognize that the total amount of the funding in this Funding Agreement is subject to adjustment due to Congressional action in appropriations Acts or other law affecting availability of funds to the IHS and Health and Human Services.  Upon enactment of any such Act or law, the amount of funding provided to ANTHC in this Funding Agreement shall be adjusted as necessary, after ANTHC has been notified of such pending action and subject to any rights which the Co-Signer may have under this Funding Agreement, the Compact, or the law.

**6.2    Proposals by Authorizing Tribes.**  Should any Tribe assume responsibility for PSFAs, (or portions thereof) under a contract or Funding Agreement pursuant to the Act, adjustment to funding amounts and responsibilities of ANTHC under this Funding Agreement will be negotiated.

**6.3    Personnel System Redesign.**  For FY 2004 only, ANTHC agrees to pay a share of the Personnel System Redesign costs on the following conditions:

**6.3.1**  The charge to the Alaska Area shall not exceed a percentage of the charge to the IHS based on the proportion on October 1, 2003 of IHS Federal civil service employees in the Alaska Area to the total number of IHS Federal civil service employees and shall not exceed $250 per Federal civil service employee.

**6.3.2**  The charge to ANTHC shall not exceed a percentage of the charge to the Alaska Area based on the proportion on October 1, 2003 of ANTHC's assigned IPA federal civil service employees to the total number of IHS federal civil service employees in Alaska and shall not exceed $250 per IPA employee.

**6.3.3**  ANTHC shall at no additional cost be provided access on a need to know basis to the redesigned system to obtain directly electronic and hard copy reports for all of ANTHC's Federal civil service employees.

### Section 7 — Records.

**7.1    Incorporation of the Privacy Act.**  Pursuant to Section 506(d)(1) of Title V, records acquired, generated or maintained by ANTHC shall not be treated as Federal records under chapter 5 of title 5 of the United States code, except that

**7.1.1**    patient medical records, financial records and personnel records may be disclosed only in accordance with 5 U.S.C. § 552a(b); and

**7.1.2**    pursuant to Section 105(o) of Title I, the medical records generated by ANTHC  shall, at the option of ANTHC be stored with the National Archives and Records Administration, and ANTHC shall have access to such records.

**7.2     Confidentiality Standards.**  ANTHC will seek to comply with the Administrative Simplification provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), including, but not limited to, privacy, security, transactions, and code set regulations, codified at 45 C.F.R. Parts 160, 162 and 164.  If a record is not subject to HIPAA, ANTHC will maintain the confidentiality of its records in accordance with policies and procedures adopted by its Governing Body, which will be consistent with the purposes and guidelines of HIPAA and the Federal Privacy Act of 1974.

**Section 8 — Program Rules.**  ANTHC will make a best effort to carry out the health PSFAs in this Agreement in compliance only with:

> JCAHO Standards for Hospitals and Ambulatory Care Facilities, as applicable, Standards and Procedures adopted by the Community Health Aid Program Certification Board, and policies and procedures adopted by the ANTHC Board.

Except as specifically set forth in this section, pursuant to Section 517(e) of Title V, ANTHC does not agree to be subject to any agency circular, policy, manual, guidance or rule adopted by the IHS, except for the eligibility provisions of Section 105(g) and the regulations promulgated under Section 517 of Title V, unless otherwise waived.

**Section 9 — Discontinuance.**  ANTHC may discontinue its participation in the Compact after written notice to the IHS, all federally recognized tribes in Alaska, and all tribes and tribal organizations operating health programs in Alaska under the Act.  Notice must be provided one year in advance of the effective date of the request except that the effective date of a request may be less than one year upon approval of the ANTHC Board of Directors and the IHS.

**Section 10 — Consolidation of Contracts and Previous Annual Funding Agreements.**  The contract listed below shall be amended or terminated, as appropriate, to transfer applicable contract funds into this Funding Agreement for programs, services, functions, activities, materials, and facilities provided to the Co-Signer:

Contract: No. 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.

**Section 11  — Amendment or Modification of this Agreement.**

**11.1     Form of Amendments.**  Except as otherwise provided by this Agreement, the Compact, or by law, any modifications of this Funding Agreement shall be in the form of a written amendment and shall require written consent of each of the signatory Tribes, acting

directly or through ANTHC as authorized by resolution, the Alaska Native Tribal Health Consortium and the United States. Participation or written consent of Tribes and Co-Signers not subject to the terms of this Funding Agreement shall not be required.

**11.2    Services from IHS.** Should ANTHC determine that it wishes the IHS to provide programs, services, functions or activities included in this Funding Agreement for which funding has been identified but not provided, and to the extent permitted by law, the parties shall negotiate an amendment to the Funding Agreement to reflect the transfer of responsibilities from ANTHC back to the IHS and the pro-rata share of funding for that PSFA shall be retained by the IHS. Unless otherwise negotiated, IHS will not transfer centrally paid expenses including but not limited to Workers Compensation to any Co-Signer.

**11.3    Due to Addition of New Programs.** Should ANTHC determine that it wishes to provide a program, function, service or activity of the IHS not included in this Funding Agreement, Co-Signer shall submit a proposal to the IHS to provide such program, function, service, or activity. The parties agree to negotiate such a proposal and, should the parties fail to reach agreement, ANTHC may submit a final offer in accordance with Title V procedures set forth in Section 507(b)-(d) of Title V. A proposal submitted pursuant to this section shall be treated as a request for amendment to the Funding Agreement and, once approved by the IHS, the Alaska Area Office shall prepare within 30 days an amendment to this Funding Agreement and the amendment shall be executed through the Area Office and added to this Funding Agreement.

**11.4    Due to Availability of Additional Funding.** ANTHC shall be eligible for any increases in funding or funding for Medicaid, Medicare, maintenance and improvement, other reimbursements and new programs for which it would have been eligible had it been administering programs under a self-determination contract, rather than under the Compact and this Funding Agreement, and for any other funds that are not restricted by appropriations language for which any Alaska Tribe or tribal organizations may be eligible, including any new funds appropriated for IHS Headquarters and funds passed to Alaska Area as recurring or non-recurring funds, and this Funding Agreement shall be amended to provide for timely payment of such new funds to ANTHC. Such amendment shall be originated and prepared within 30 days by the Alaska Area Office and executed through the Area Office in consultation with ANTHC.

**11.5    Other Adjustments.** Upon written authorization by ANTHC and agreed to by the IHS, the IHS may reallocate funds retained by the IHS, which are obligated to ANTHC for the purpose of reimbursing the IHS for services or equipment provided to ANTHC, to assist ANTHC in carrying out the terms of the Compact and this Funding Agreement.

**11.6    General Procedures for Amending or Modifying this Agreement.** Amendments or modification proposed by ANTHC shall be submitted in writing to the IHS, Alaska Area Director with a copy to the Office of Tribal Self-Governance at IHS Headquarters. Except as provided with respect to the incorporation of a provision of Title I of the Act under Article V, Section 21 of the Compact, or as provided above Sections 11.4 [Due to Availability of Additional Funding] and 11.7 [Funding Increases], a request submitted by ANTHC to amend or modify this Funding Agreement shall be processed in accordance with Sections 507(b)-(d) of

Title V of the Act, and all provisions of those identified sub-sections are incorporated herein for this purpose.

### 11.7    Funding Increases.

**11.7.1**  Written consent of ANTHC shall only be required for issuing amendments for those funds which:

**11.7.1.1**  require a change to Section 3 – Tribal Programs and Budget;

**11.7.1.2**  require a specific commitment by ANTHC (e.g. Maintenance & Improvement projects and prior fiscal year Sanitation Facility Construction projects); or

**11.7.1.3**  reduce funding other than changes in Congressional appropriations pursuant to Section 6(a).

**11.7.2**  Amendments not requiring written consent may include, but are not limited to:

**11.7.2.1**  Program/Area/HQ Mandatories;

**11.7.2.2**  Program/Area/HQ End-of-Year Distributions;

**11.7.2.3**  CHEF, subject to the condition that if a case initially qualifying for reimbursement is paid (in whole or in part) by an alternate resource or cancels for any reason, ANTHC will return the unused amount to the IHS CHEF account;

**11.7.2.4**  CHS Deferred Services;

**11.7.2.5**  Routine Maintenance & Improvement; or

**11.7.2.6**  Collections and reimbursements.

**11.7.3**  Amendments reflecting payment of these funds shall be provided to ANTHC after any such funds are added to the Funding Agreement.  ANTHC retains the right to reject the addition of such funds to the Funding Agreement and return the funds to the IHS.

**Section 12 — Third Party Recoveries.**  Any funds recovered by ANTHC through the filing, litigating, or settling a claim against a third party to require that third party to pay for services previously provided to IHS-eligible beneficiaries by ANTHC, or for such services previously provided by the IHS in a PSFA now operated by ANTHC, shall be the property of the Co-signer and shall be considered program income to be utilized by ANTHC as provided in Article III, Section 7 of the Compact.  Any prospective recovery of funds for such services shall likewise be considered program income to be utilized pursuant to Article III, Section 7 of the Compact.

### Section 13 — Central Warehouse.

**13.1    Generally.**  ANTHC will operate the Central Warehouse and ANMC materiel management, including pharmaceutical acquisition, with the IHS support, as described in Section 13.2.

**13.2     IHS Accounting and Procurement Support.**

**13.2.1**  Except as provided in Sections 13.2.2 and 13.2.3, ANTHC shall assume responsibility of all aspects of the Central Warehouse.  This includes, ordering, stocking, picking, assembling and shipping all field orders, maintaining necessary inventories by preparation of supply orders, assisting with prime vendor orders, and management of Central Warehouse personnel, facilities, equipment, and stock inventories and ANMC materiels management, including pharmaceutical acquisition.

**13.2.2**  IHS will continue to assist ANTHC in acquiring pharmaceuticals from AmeriSource for ANTHC.  The IHS will not order, or be responsible for payment for, any other materiels required by the Central Warehouse or ANMC.  Requisitions for pharmaceutical acquisitions will be prepared by ANTHC in ARMS for certification by IHS.  Requisitions for pharmaceuticals placed in the AmeriSource Echo System will be transmitted to AmeriSource by a Federal contracting officer.  ANTHC guarantees that orders to AmeriSource are identical to ARMS requisitions.  ANTHC will match bills from AmeriSource with ARMS documents.  IHS will sample audit this process and make payment.

**13.2.3**  ANTHC will continue to operate the Central Warehouse without significant reductions in service, unless a phase out plan is approved by the Compact Co-signers and other major central warehouse users that calls for reductions.

**Section 14 — Memorandum of Agreement with Tribes and Tribal Organizations.**
Funds provided under this Funding Agreement may be allocated to and expended by an Alaska Native Village (Village) or tribal organization in accordance with the terms of the Compact, this Funding Agreement, a Memorandum of Agreement (MOA) approved by ANTHC and the Village or tribal organization, and Section 325 of P.L. 105-83, including those entered into under Attachment 5 to the FY 99 AFA, the Cooperative Agreement for FY 99 Staffing Package Funds for Rural Anchorage Service Unit between the Alaska Native Tribal Health Consortium and Southcentral Foundation (Staffing Package Agreement).  The Federal Tort Claims Act shall apply to PSFAs carried out by the Village or tribal organization under such MOA and to the Village or tribal organization and its employees to the same extent as if they had been carried out directly by ANTHC, if the Village or tribal organization would have met the criteria of 25 C.F.R. § 900.181, but for the limitations on contracting imposed by Sections 325 and 326 of P.L. 105-83 or similar restrictions adopted in subsequent Congressional legislation.  ANTHC agrees to be responsible for assuring that the language of any such MOA with a Village or tribal organization shall be consistent with the Compact, this Funding Agreement and the Act.   Such an MOA may include provisions for the assignment of federal employees under IPA assignment or Commissioned Corps detail.  Such assignments shall be subject to the approval of the AANHS Director.

**Section 15 — Service to Non-Beneficiaries.**  Services may be provided to non-beneficiaries (i.e., persons who are not Alaska Native or Indians) on a fee-for-service basis in accordance with and subject to the provisions of Section 813(b)(1)(B) of the Indian Health Care

Improvement Act, as amended, and the resolution of the ANTHC Board of Directors.[22]  In addition services may be offered to Commissioned Corps Officers of the IHS and their dependents and as provided for under the Alaska Federal HealthCare Partnership.

### Section 16. – Access to and Use of the Fiscal Intermediary.

**16.1    General.**  ANTHC is authorized to utilize the services of the IHS Fiscal Intermediary (FI).  ANTHC and the IHS have identified areas of common interest which bear upon this authority including economies of scale, identification of alternate funding resources, managed care activities, and the maximization of purchasing power.  The ability to use the FI will greatly enhance ANTHC's medical purchasing power.  In addition, by including the ANTHC workload in the utilization of the FI, the IHS gains stronger purchasing power with medical providers and the FI and gains access to the ANTHC referral database.  Further, ANTHC's use of the FI may also serve as a model for other tribes or tribal organizations which may wish to utilize the IHS's FI contract.

**16.2    ANTHC Responsibilities.**  ANTHC will pay for the cost of utilizing the FI contract by continuing to leave its fiscal intermediary contract-related tribal shares with the IHS.  The annual value of ANTHC's FI tribal shares when initially calculated in FY 2000 was $45,847.[23]

The IHS will not seek any additional fee or reimbursement for ANTHC's future use of the FI unless it can be demonstrated that ANTHC is requesting the FI to process at least 10% more claims annually than when the IHS last managed the CHS program at the ANMC.  If the annual claim volume exceeds the demonstrated FY98 ANMC claim volume by 10% or more, ANTHC will reimburse the IHS on an actual cost per claim basis for the number of claims in excess of the 10% at the end of each fiscal year.  The cost will be determined by dividing the published annual FI contract cost by the total volume of claims covered by the IHS/FI contract for the year in question.  The processing year will be for claims processed from October 1st of a given year through the following eighteen (18) months (March 31st of the second year following).

ANTHC will maintain a bank account for the FI to pay provider claims against and ensure funds are available to cover payments.  Conditions for this bank account are contained in a Memorandum of Understanding (MOU) between ANTHC and the FI.  A copy of the current

---

[22]    A copy of the ANTHC Board Resolution regarding Services to Non-Beneficiaries is attached to the FY 2000 AFA as Appendix B (Non-Beneficiaries Resolution).

[23]    The value of tribal shares related to the FI was determined for FY 2000 by first dividing the total annual cost of the FI (approximately $6 million) by the total volume of all IHS claims processed by the FI during FY 1993. Then to determine each tribe's and tribal organization's share of the FI, the resultant cost per claim was multiplied by number of claims processed on behalf of each entity in FY 1993.  This calculation determined ANMC use of  the FI to have a value of $45,847 for FY 00.  ANTHC, as the tribal organization which now manages the programs of the ANMC, thus for FY 00 had a FI related tribal share of the FI of $45,847.  The value of tribal shares attributable to ANMC has not been updated by IHS since FY 2000.

MOU will be provided to the IHS for informational purposes only.  Under the conditions contained in the MOU, ANTHC will submit claims for payment to the FI.

ANTHC is responsible for payment of all services authorized and/or ordered by ANTHC, its officials and its employees through ANTHC "purchase/delivery orders" or any other means. The IHS bears no financial responsibility other than described in this subsection 16.2.  Except for making available to ANTHC the unused portion of ANTHC's tribal shares in support of the FI, the IHS bears no legal obligation for any failure by the FI to provide services to ANTHC.

ANTHC will assist the FI as needed in regard to provider and payment issues of interest to ANTHC or the FI.  ANTHC has established a point of contact to act as the representative for ANTHC to ensure compliance with the responsibilities described in this subsection.  The ANTHC point of contact is Director, Contract Health Services, ANTHC.

**16.3    IHS Responsibilities.**  The IHS will allow ANTHC to utilize the FI services as further defined and described in the MOU between ANTHC and the FI, a copy of which will be provided to the IHS for information purposes only.  The IHS will assist in the effective and efficient implementation of all aspects of ANTHC's use of the FI, and will work with ANTHC and the FI to resolve provider payment issues related to services authorized by ANTHC.

The IHS will ensure that FI services are provided to ANTHC in consideration for the tribal shares retained by the IHS for such services.  The IHS has established a point of contact who will act as the representative of the IHS to monitor compliance with the responsibilities described in this subsection.  The IHS point of contact is IHS Fiscal Intermediary Project Officer, Division of Managed Care, IHS.

**Section 17 — Memorializing Disputes.**  The parties to this Funding Agreement may have failed to reach agreement on certain matters which remain unresolved and in dispute.  Such matters may be addressed through the process set forth in Sections 507(b)-(d) of Title V, or at ANTHC's option, may be set forth in an attachment to this Funding Agreement, which shall be identified as "Memorialization of Matters Remaining in Dispute."  This attachment shall not be considered a part of this Funding Agreement, but is attached for the purpose of recording matters in dispute for future reference, discussion and resolution as appropriate.  ANTHC does not waive any remedy it may have under the law with regard to these issues and any others not listed herein.

**Section 18 — Severability.**

**18.1**    Except as provided in this section, this Funding Agreement shall not be considered invalid, void or voidable if any section or provision of this Funding Agreement is found to be invalid, unlawful or unenforceable by a court of competent jurisdiction.

**18.2**    If any section or provision of this Funding Agreement is found to be invalid, unlawful or unenforceable by a court of competent jurisdiction, either party may, at its option, treat this Funding Agreement as invalid, void, or voidable, in accordance with the provisions of the Compact.

**18.3**    In the event that the parties decide not to treat the Funding Agreement as invalid, void or voidable, under Section 18.2, the parties will seek agreement to amend, revise, or delete any such invalid, unlawful or unenforceable sections or provision, in accordance with the provisions of the Compact.

**Section 19 — Interpretation.**  This document is subject to and shall be interpreted in light of Section 325 of P.L. 105-83.  In addition, Appendices A – Financial Summary, C – Continuing Service Agreement, F – DSFC Assumption June 18, 1999, G – Transitional Staffing Plan and L – Federal Contracts to this Funding Agreement and Appendix D to the FY 99 AFA, "Alaska Area Budget Detail, September 16, 1998," shall be relied upon in determinating matters regarding who was responsible to perform particular PSFAs, whether a responsibility is an inherent federal responsibility, and how much funding was to be associated with inherent federal functions, transitional PSFAs and ANTHC PSFAs .

**Section 20 — Related Agreements.**  SCF and ANTHC entered into certain reciprocal health services agreements under which the parties have agreed on a plan to manage ANMC. SCF and ANTHC also entered into agreements on redistribution of ANMC resources from all sources including funding from the IHS and third-party revenue.  These health services agreements and the revenue sharing agreement by the parties are authorized by Section 325 of P.L. 105-83 and the programs provided therein are subject to the provisions of Sections 3.3 and 14 of this Funding Agreement for the purposes of FTCA coverage.  The agreements and their amendments, identified in the Table below may be used for informational purposes and to indicate the IHS's acknowledgment of the same.[24/]

|  | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 2 | Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | January 1, 1999 | FY 99 2nd AFA |
| Attachment 2, Amendment 1 | Amendment #1 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 1999 | none |
| Attachment 2, Amendment 2 | Amendment #2 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 2000 | FY 01 Funding Agreement |

---

**24/**    The Table also identifies the effective date of each of the documents and the funding agreement to which the document is attached.  References to the "FY 99 2nd  AFA" are to the FY 99 Second Amended and Restated Annual Funding Agreement for ANTHC.

| | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 3 | Health Services Purchase Agreement II between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("ANTHC purchases from SCF") | January 1, 1999 | FY 99 2nd AFA |
| Attachment 3, Amendment 1 | Amendment #1 to Health Services Purchase Agreement II between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("ANTHC purchases from SCF") | October 1, 2000 | FY 01 Funding Agreement |
| Attachment 4 | Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | January 1, 1999 | FY 99 2nd AFA |
| Attachment 4, Amendment 1 | Amendment #1 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 1999 | none |
| Attachment 4, Amendment 2 | Amendment #2 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2000 | FY 01 Funding Agreement |
| Attachment 5 | Cooperative Agreement for FY 99 Staffing Package Funds for Rural Anchorage Service Unit between the Alaska Native Tribal Health Consortium and Southcentral Foundation | January 1, 1999 | FY 99 2nd AFA |

The IHS is not a party to these agreements and does not assume any responsibility for enforcement of the same, except to the extent that such enforcement may be required by operation of Section 325 of P.L. 105-83, relevant provisions of the Act or other applicable law or regulation.  IHS acknowledges that the  "Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing" and amendments thereto were entered into in order to implement the requirements of P.L. 105-83 and the intent of Congress that there be "a written agreement governing distribution of statewide third party reimbursement designed to ensure the continued financial stability of the Alaska Native Medical Center."  Wherever in this Funding Agreement references are made to the documents listed in this section, the use of such documents shall be subject to the limitations of this section.

   **Section 21  — Effective Date and Duration.**    This Funding Agreement shall become effective on October 1, 2003, and remain in effect through the 2004 Federal Fiscal Year or until a successor agreement is negotiated and becomes effective pursuant to Article II, Section 12 of the Compact.

**United States of America**
**Secretary of**
**Department of Health and Human Services**

By:_____
            **Director, Indian Health Service**

Date:_____

**Alaska Native Tribal Health Consortium**

By:_____
            **Don Kashevaroff, President/Chairman**

Date:_____