SONOSKY, CHAMBERS, SACHSE
  MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**AFFIDAVIT OF PAUL SHERRY**

AFFIDAVIT OF PAUL SHERRY                                             Page 1 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/affidavit of P Sherry

Exhibit C page 1 of 4 pages

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

Paul Sherry, after being first duly sworn, states and affirms that:

1. I am the Chief Executive Officer of the Alaska Native Tribal Health Consortium ("ANTHC"), in Anchorage, Alaska.

2. ANTHC is authorized to carry out programs of the Indian Health Service pursuant to § 325 of Pub. L. No. 105-83 and to Title V of the Indian Self-Determination and Education Assistance Act, Pub. L. No. 93-638, as amended.

3. ANTHC is a Co-signer to the Alaska Tribal Health Compact and has entered Annual Funding Agreements with the Indian Health Service pursuant to the Indian Self-Determination and Education Assistance Act, 25 U.S.C. § 450, *et seq.*, Public Law 93-638, as amended.

4. Under the Alaska Tribal Health Compact and ANTHC's funding agreement with the United States Secretary of Health and Human Services, ANTHC co-manages the Alaska Native Medical Center in Anchorage, Alaska together with Southcentral Foundation, and performs functions that were historically performed by the Alaska Area Office of the Indian Health Service.

5. Pursuant to these agreements, ANTHC provides training for community health aides, including dental health aides, and administrative staff support for the Indian Health Service's Community Health Aide Program Certification Board ("the Board"). *See,* Ex. A at 10 - 11, §§ 3.1.3.2, 3.1.3.6 and 3.1.3.8 ("Community Health Services"). The members of the Board are appointed by the Secretary of the Department of Health and Human Services.

6. The Board approves curriculum and training programs for community health aides, dental health aides and dental health aide therapists; sets certification standards for community health aides, dental health aides and dental health aide therapists; and certifies applicants who meet the Board's standards of practice. ANTHC does not perform these functions.

AFFIDAVIT OF PAUL SHERRY                                                         Page 2 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/affidavit of P Sherry

Exhibit C page 2 of 4 pages

7. ANTHC strongly supports the CHAP dental health initiative. ANTHC has encouraged the initiative at every stage, and has actively promoted the initiative as an effective means of reducing the epidemic dental disease rates in rural Alaska. ANTHC's Community Health Services Division has taken a leadership role in promoting the CHAP dental health initiative. ANTHC believes that dental health aides and dental health aide therapists are integral and critically necessary to achieve Congress' dental health goals for Alaska Natives as well as the health status objectives adopted by ANTHC's Board of Directors.

8. That said, ANTHC does not presently employ any dental health aides or any dental health aide therapists and, for that matter, it never has employed dental health aides or dental health aide therapists. ANTHC does not supervise dental health aides' or dental health aide therapists' individual practices. ANTHC's principal role in the CHAP dental health initiative, consistent with its contractual obligations, is to provide community health aide including dental health aide training, tribal dental program consultation consistent with the Board's *Standards and Procedures*, and administrative staff support for the Indian Health Service's Community Health Aide Program Certification Board.

Affirmed this 27th day of April, 2006, at Anchorage, Alaska.

Paul Sherry

SUBSCRIBED AND SWORN to before me the undersigned notary this 27th day of April, 2006.

Notary Public in and for Alaska
My Commission Expires    NOVEMBER 5, 2007



//
//
//
//
//
//

AFFIDAVIT OF PAUL SHERRY                                                Page 3 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/affidavit of P Sherry

Exhibit C page 3 of 4 pages

I hereby certify that on the 28th day of April, 2006, a copy of the foregoing Affidavit of Paul Sherry was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

/s/ *Richard D. Monkman*

_____

Richard D. Monkman

AFFIDAVIT OF PAUL SHERRY                                                                                   Page 4 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/affidavit of P Sherry

Exhibit C page 4 of 4 pages