SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br>Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

AFFIDAVIT OF DOROTHY HIGHT

AFFIDAVIT OF DOROTHY HIGHT                                                                 Page 1 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
a/dha litigation/affidavit of D Hight

Exhibit D page 1 of 4 pages

STATE OF ALASKA              )
                             )ss.
THIRD JUDICIAL DISTRICT      )

Dorothy Hight, being first duly sworn, states and affirms that:

1. I am a Family Nurse Practitioner and a faculty member with the Alaska Native Tribal Health Consortium (ANTHC) Community Health Aide Training Program. I am a career Indian Health Service (IHS) employee assigned to work at ANTHC. I am a member and the current Chair of the Community Health Aide Program Certification Board.

2. The Board certifies community health aides, community health aide practitioners, dental health aides and dental health aide therapists that meet the requirements in the *Community Health Aide Program Certification Board Standards and Procedures* (the "*Standards and Procedures*"). The Board does not employ any dental health aides or dental health aide therapists and does not supervise their individual practices, except insofar as the Board requires that they meet the *Standards and Procedures* in order to remain certified and to be recertified.

3. In 2002, the Board amended the *Standards and Procedures* to provide for certification of dental health aides and dental health aide therapists. This was the product of a multi-year review process, in which the Board heard from dental health experts, dentists employed at Tribal health organizations throughout Alaska, state and federal officials and many others. In the amended *Standards*, the standard of care for the procedures that dental health aide therapists are authorized to perform is the same as that expected of a licensed dentist. The limitations on dental health aides and dental health aide therapists are the types of procedures and the circumstances under which the procedures are performed and they are subject to different levels of supervision by a dentist, depending on their level of certification.

4. Although these categories of community health aides were not specified before the Board's adoption of the 2002 amendments to the *Standards and Procedures*, the community health aides and practitioners have always provided preventative and interventive dental care in Alaska's villages. The community health aide is often the only health care provider in a village. Dental emergencies, and even non-emergent dental problems, are brought to the community health aide's attention. There is usually no alternative.

5. The *Community Health Aide Manual* is the medical guide used by community health

AFFIDAVIT OF DOROTHY HIGHT                                                    Page 2 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
a/dha litigation/affidavit of D Hight

Exhibit  P   page  2  of  4  pages

aides across rural Alaska. Because those health aides are frequently the first and only health provider in their village, the *CHAM* contains roughly twenty pages of medical instructions relating to dental care and care for injuries and diseases affecting the mouth, including general information, prevention and identification of dental disease, instructions for putting in temporary fillings, prevention and identification of periodontal disease, initial treatment of toothache, and instructions on when to consult a dentist.

6. The community health aides and practitioners are first and foremost primary medical care providers and are not exhaustively trained in dental matters. They are first responders, able to treat pain, describe the problem to doctors or dentists in the regional centers, and make referrals when appropriate. The community health aides are rarely in a position to treat the underlying dental problems.

7. Dental problems in rural Alaska are enormous. It is not unusual to see individuals who do not have any permanent teeth, or who only have a few of their natural teeth. These individuals, in addition to dental health problems, often suffer great humiliation when they seek employment or education outside the villages.

8. The Board believes that dental health aides and dental health aide therapists will be a major step forward. The Community Health Aide Program has greatly improved the underlying health of Alaska's villages. The dental health initiative should expand the effectiveness of the program even more.

Dated this 28 day of April, 2006.

_____
Dorothy Hight

SUBSCRIBED AND SWORN to before me the undersigned notary this _____ day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires _____

//
//
//

I hereby certify that on the 28th day of April, 2006, a copy of the foregoing Affidavit of Dorothy

AFFIDAVIT OF DOROTHY HIGHT                                                        Page 3 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dho litigation/affidavit of D Hight

Exhibit D page 3 of 4 pages

Hight, was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

/s/ Richard D. Monkman
_____
Richard D. Monkman

AFFIDAVIT OF DOROTHY HIGHT
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
a/dha litigation/affidavit of D Hight

Page 4 of 4

Exhibit _D_ page _4_ of _4_ pages