SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**AFFIDAVIT OF DR. RON NAGEL, DDS**

AFFIDAVIT OF DR. RON NAGEL, DDS                                                                       Page 1 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/DHA Litigation/Affidavit of R Nagel

STATE OF ALASKA            )
                           )ss.
THIRD JUDICIAL DISTRICT    )

Dr. Ron Nagel, D.D.S., M.P.H., being first duly sworn, states and affirms that:

1. I am the Director of the Dental Clinical and Preventative Support Center at the Alaska Native Tribal Health Consortium in Anchorage, Alaska. The Center provides technical support for the Community Health Aide Program Certification Board and the CHAP dental health initiative, including research on current dental practice standards, arrange training for dental health aides and dental health aide therapists, seek funding and manage grants for the program, community outreach concerning the dental health aide therapists, and other support for Alaska Native dental health programs. The Indian Health Service funds the CHAP Certification Board and has made nearly $2 million in grants to operate the Support Center to develop the dental health aide therapist program.

2. I am a federal employee, in the Commissioned Corps of the United States Public Health Service, assigned to work at ANTHC.

3. I am very familiar with the dental health problems in rural Alaska. They are appalling. Rural Alaska and, in particular, Alaska Natives have extremely high rates of dental disease and extremely poor access to dental care.

4. There is an acute shortage of public sector dentists, especially in rural areas of the Alaska. The Public Health Service, the Indian Health Service and Tribal health organizations do not offer salaries and benefits competitive with the private market. There are also lifestyle issues. Private dentists in urban Alaska earn high incomes and enjoy the amenities of city life. Public dentists in rural areas do not.

5. There are only a handful of private dentists practicing in the regional centers of rural Alaska and very few, if any, to my knowledge, have established private practices in predominantly Alaska Native villages. The small size of rural Alaska towns and villages makes it economically infeasible to have a dentist in every location. More than half of Alaska's private dentists refuse to treat Medicaid patients, effectively denying private dental care to the vast majority of rural Alaska Natives, who do not have private insurance, have low cash incomes, and must rely on Medicaid if they seek dental care outside the Indian Health Service and Tribal health system.

AFFIDAVIT OF DR. RON NAGEL, DDS                                           Page 2 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/DHA Litigation/Affidavit of R Nagel

Exhibit F page 2 of 4 pages

6. There are a few dentists who have volunteered, from time to time, to travel to rural Alaska and assist the Indian Health Service and Tribal health organizations' dental clinics. These dentists generally visit for a week or two and then leave. While their individual efforts are welcome and certainly help the individual patients they see, the "volunteer dentists" overall contribution to solving the dental health problem in rural Alaska is insignificant.

7. What is needed in rural Alaska is consistent, basic dental care, both restorative and preventative. There are simply not enough State-licensed dentists who are willing to work in rural Alaska to provide this care. Dental care is needed in the villages, by trained individuals who are able to communicate effectively with the villagers and who can provide continuity of care: seeing the patients again and again; identifying and tracking problems; working with the patients to inculcate good dental health habits. Visiting dentists and dentists in the regional centers cannot provide this type or quality of care.

8. In 2000, in response to these problems, the Community Health Aide Program Certification Board, ANTHC and the other Tribal health providers began to explore other alternatives for providing dental health care in rural Alaska. I participated in this process. Among the models we examined was the "dental health therapist" or "dental nurse" model used successfully in northern Canada, Great Britain, New Zealand, Australia, the Western Pacific and more than 35 other countries around the globe.

9. Over the next two years, the Board and other participants exhaustively examined this model. In 2002, the Board adopted an exhaustive set of *Standards and Procedures*, including certification criteria for four new classes of community health aides: primary dental health aides, expanded function dental health aides, dental health aide hygienists and dental health aide therapists. Before adopting the *Standards and Procedures*, the Board engaged in lengthy consultation with dental health experts, the Indian Health Service, the State of Alaska, and practicing public and private dentists.

//
//
//
//
//
//

AFFIDAVIT OF DR. RON NAGEL, DDS
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/DHA Litigation/Affidavit of R Nagel

Page 3 of 4

Exhibit F page 3 of 4 pages

Dated this 27th day of April, 2006.

*Ron Nagel 005*
Dr. Ron Nagel, DDS

SUBSCRIBED AND SWORN to before me the undersigned notary this 27th day of April, 2006.

Notary Public in and for Alaska
My Commission Expires _MY COMMISSION EXPIRES_

I hereby certify that on the 28th day of April, 2006, a copy of the foregoing Affidavit of Dr. Ron Nagel, DDS, was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

/s/ Richard D. Monkman
_____
Richard D. Monkman

AFFIDAVIT OF DR. RON NAGEL, DDS                                           Page 4 of 4
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/DHA Litigation/Affidavit of R Nagel

Exhibit F page 4 of 4 pages