SONOSKY, CHAMBERS, SACHSE
  MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br>Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**AFFIDAVIT OF VICTORIE HEART**

AFFIDAVIT OF VICTORIE HEART                                                                                      Page 1 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/affidavit of V Heart

Exhibit _G_ page _1_ of _3_ pages

STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )

Victorie Heart, R.N., M.S., being first duly sworn, states and affirms that:

1. I am the Director of the Community Health Aide Program/Rural Health office of the Alaska Native Tribal Health Consortium. I am an Indian Health Service employee, assigned to work at ANTHC.

2. My office provides administrative support to the Community Health Aide Program Certification Board. Our office prepares the Board's meeting packets; staffs the Board's meetings; keeps the Board's records and databases; prepares application files for the Board's review at its meetings; maintains records of current certificates; notifies individuals with certificates about deadlines for renewal and continuing education; and performs other administrative tasks for the Board. At their meetings, the Board members carefully review the application files before approving certifications.

2. The CHAP Certification Board itself does not train dental health aides and dental health aide therapists nor does it employ them. Its roles with regard to dental health aides and dental health aide therapists are to (1) approve training, curriculum and continuing education; (2) examine the credentials of applicants for certification; (3) measure those credentials against the *Community Health Aide Program Certification Board Standards and Procedures*; (4) issue the appropriate certification to qualified applicants; (5) initiate disciplinary actions against certificate holders when warranted, including revocation of the certificates; and update the *Standards* as the Board deems appropriate. The *Standards* provide an administrative hearing process before the Board takes disciplinary action.

3. Dental health aide and dental health aide therapist certificates are valid when signed by the Indian Health Service's Alaska Area Native Health Service Director, currently Christopher Mandregan. The Board's dental health aide and dental health aide therapist certificates are valid only while the individual is employed by the federal government or by a Tribal health organization providing health care to Alaska Natives and American Indians under contract with the federal government.

AFFIDAVIT OF VICTORIE HEART                                          Page 2 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/affidavit of V Heart

Exhibit G page 2 of 3 pages

Dated this 26 day of April, 2006.

_____
Victorie Heart

SUBSCRIBED AND SWORN to before me the undersigned notary this 26 day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires 7-4-2008

I hereby certify that on the 28th day of April, 2006, a copy of the foregoing Affidavit of Victorie Heart, was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com


/s/ Richard D. Monkman

_____
Richard D. Monkman

AFFIDAVIT OF VICTORIE HEART                                                    Page 3 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/affidavit of V Heart

Exhibit G page 3 of 3 pages