SONOSKY, CHAMBERS, SACHSE
  MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
318 Fourth Street
Juneau, Alaska 99801
Tel:  907-586-5880
Fax:  907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>          Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-CV-0039 (TMB)<br>)  Filed Electronically<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DR. ALLGAIR, DDS

AFFIDAVIT OF DR. ALLGAIR
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/Affidvit of Dr. Allgair d03 04-27-06

Page 1 of 5

Exhibit _H_ page _1_ of _5_ pages

STATE OF ALASKA                )
                               ) ss.
FOURTH JUDICIAL DISTRICT       )

Dr. Edwin Allgair, D.D.S., being first duly sworn, states and affirms that:

1.    I am a dentist employed by the Yukon Kuskokwim Health Corporation
      (YKHC) in Bethel, Alaska.

2.    YKHC currently employs eight full-time dentists and has six vacant dentist
      positions at present.  There are approximately 26,000 to 28,000 people in the
      YKHC service area.  I estimate that each of these people needs
      approximately 10 hours of dental health care, due to the poor dental health
      found in the villages.

3.    Our dentists are based in Bethel.  They provide care at our Bethel dental
      clinic and also travel to the villages in the region to provide dental care.
      Generally, a dentist visits each village once per year.  We assess and screen
      our patients during each village visit, listing out the necessary treatment
      plans and follow-ups.  By the end of the village visit, there may still be up to
      two more weeks worth of work remaining to be done.  Those clients with
      unmet needs must travel to Bethel in order to complete the treatment.
      Traveling to Bethel is more than merely inconvenient.  It can be expensive
      and a drain on the family.  A trip for basic care can cost $800 for a child and
      an escort, just in travel, before ever arriving at dentist office.   And in the
      meantime, there is at least one less person at the home to help with children
      or subsistence activities.  Most patients elect instead to wait until the next
      village visit, with their dental needs unmet.

4.    Recruitment for dentists is difficult, expensive and unsuccessful.   On
      average, dentists that at YKHC stay for about two or three years.  There is a
      30% departure rate each year- i.e., 1/3 of the dentists leave in any given
      year.  To hold even, YKHC has to hire 3 to 4 new dentists every year.
      Despite a heavy emphasis on recruitment and a significant compensation
      package to potential recruits, YKHC has had as many as six vacant positions
      during recent years.  YKHC has tried the following recruitment tools:  a
      professional recruiter, staff dentist specifically assigned to recruiting
      additional dentists, programs to develop relationships with dental students
      (an externship program), and coordinated efforts with the IHS and three
      different dental schools. Today, the total compensation to a new dentist just
      graduated from dental school is $177,000 (including loan repayment) plus

AFFIDAVIT OF DR. ALLGAIR                                                    Page 2 of 5
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/Affidvit of Dr. Allgair d03 04-27-06

Exhibit _H_ page _2_ of _5_ pages

benefits. Yet three new dentists have already turned down this offer this year. To date, in 2006, only one new dentist has signed to come on board.

5.    The hope of alleviating the dental need in the area with volunteer dentists has never materialized. Most candidates are interested in offering services for two or three weeks. Unfortunately, just providing orientation and accommodations for these dentists usually costs more than what we get from their visit. It is not so simple as simply sending a person on a plane for a two week visit to a village. JCAHO and ICWA have mandatory orientation requirements. Volunteers have to first pass the background check required by ICWA. Then there are the additional orientation subjects that are necessary to preserve and maintain relationships with the villages and clients, such as Yup'ik cultural norms and practices, small airplane travel, village culture, rural equipment and gear. Past efforts to curtail or reduce this orientation have resulted in damaged field equipment and damaged relationships with clients, schools, villages, health practitioners, and local airlines.

6.    The bottom line is that we cannot rely on dentists to improve the dental health in the YK Region. We need people in the villages. We need dental practitioners who are part of the community – people that have the trust of the community and that understand the cultural norms of that community. This takes time – contact time with a patient and with the patient's parents and family. The Dental Health Aides and Therapist program addresses the dental needs of the YK Region: building community trust, cultural familiarity, and the prevention of and intervention in the transmission of an infectious disease. The scope of procedures is very limited. But it is the cornerstone to the prevention and intervention.

7.    This program also addresses the reality of the geo-social circumstances in the YK Region. Yet, YKHC is under an ethical and federal mandate to provide high quality dental care. From a realistic standpoint, there aren't enough people in any one village to support a full-time dentist and constant travel to Bethel for dental care is unaffordable. Dental care has to be delivered in the villages in a way that is economically feasible and economically sustainable. Unlike private practitioners, YKHC cannot supplement its resources with increased rates. YKHC gets a federal allotment, and must budget this federal allotment to cover the entirety of the federal government's obligation to Alaska Natives in the region. In addition to the finite amounts of resources, the costs of delivering care in the YK region are extraordinarily high. It is remote. It has a unique cultural norms. There are small populations. Equipment has to be barged in. Water and electricity are expensive.

AFFIDAVIT OF DR. ALLGAIR
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/Affidvit of Dr. Allgair d03 04-27-06

Page 3 of 5

Exhibit _H_ page _3_ of _5_ pages

8. I believe that the CHAP Certification Board's dental health aide program is the best solution that has been developed. First, dental health aides and dental health aide therapists can undertake the most needed prevention activities and treatment procedures for our patients in the villages. This program provides the most fundamental need for improving oral health and dental hygiene behavior in the YK region: persistent presence in the villages. Second, their training and ability bestows credence to their oral hygiene recommendations. If a dental health aide therapist can't help a patient with the problems they have (for example, a toothache), it is unlikely the patient will listen to what the dental health aide therapist says about prevention. It is imperative that the person giving prevention information is also able to address the needs that the patients recognize themselves having.

9. Dental health aide therapists are trained thoroughly on the limited range of procedures the CHAP Certification Board allows them to perform - in some cases more than dental students. They provide the basic services that patients recognize they need. They are also trained to make referrals and are under the supervision of dentists. While one dentist could oversee ten health aides that are well-established and trusted in ten villages, that dentist can't be in ten villages at once.

Dated this **27** day of April, 2006.

Dr. Edwin Allgair

SUBSCRIBED AND SWORN to before me the undersigned notary this 27th day of April, 2006.

Leah Woolard
Notary Public in and for Alaska
My Commission Expires 3/9/10

//
//
//
//
//
//
//
//
//

AFFIDAVIT OF DR. ALLGAIR
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/Affidvit of Dr. Allgair d03 04-27-06

Page 4 of 5

Exhibit _H_ page _4_ of _5_ pages

I hereby certify that on the 28th day of April, 2006, a copy of the foregoing Affidavit of Dr. Allgair was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

*Richard D. Monkman*

_____
Richard D. Monkman

AFFIDAVIT OF DR. ALLGAIR                                                      Page 5 of 5
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/Affidvit of Dr. Allgair d03 04-27-06

Exhibit H page 5 of 5 pages