# 2005 - 2006
## Membership Directory & Resource Guide

The Alaska Dental Society is a non-profit professional organization open to Alaskan dentists and others in the oral health professions who are committed to the mission of the Alaska Dental Society.

> **The Alaska Dental Society**
> *Pursuing policies that enhance the dental profession and the well being of Alaskans.*

The Alaska Dental Society is a constituent of the American Dental Association. It is comprised of seven component societies representing the geographical diversity of the nation's geographically largest state. Membership is open to dentists, all dental staff members and auxiliary support personnel.

The Alaska Dental Society is governed by an 18-member executive council composed of component society representatives, elected officers and committee chairmen appointed by the president of the society. Executive council meetings are held three times yearly with one additional annual session/general membership meeting. This organization recognizes and adheres to the American Dental Association's **Principles of Ethics and Code of Professional Conduct.**

E-mail: akdental@alaska.net

**Distribution:** Each ADS member dentist receives **TWO** complimentary copies. Retired, student and allied members receive one copy.

Additional copies are available to non-members and the public at $75 per book.

EXHIBIT 3, PAGE 1 OF 1