```
Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel:  (907)  272-9272
Fax:  (907)  272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS AND DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**NO:3:06-CV-00039-TMB**<br>) |

### NOTICE OF FILING NOTARIZED AFFIDAVIT

COME NOW Plaintiffs, by and through counsel, and hereby notify the court and parties that they are filing the notarized Affidavit of Dr. Michale Boothe. The unnotarized affidavit was attached as Exhibit A to Plaintiffs Opposition to Motion to Dismiss which was electronically filed on May 1, 2006.

Notice of Filing Notarized Affidavit
*American Dental Association v. ANTHC*, Case No. 3:06 CV-00039 TMB
Page 1 of 2

DATED at Anchorage, Alaska, this 5th day of May, 2006.

s/  Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiffs
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel:  (907)  272-9272
Fax:  (907)  272-9586
(907)  272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

Certificate of Service

I hereby certify that on May 5, 2006, a copy of the foregoing document was served electronically on Richard D. Monkman, Myra M. Munson, Douglas Serdahely, and Aaron M. Schutt.

s/ Barbara M. Pauli

Certificate of Service

I hereby certify that on May 3, 2006, a copy of the foregoing document was served electronically on Douglas Serdahely, Richard D. Monkman, Myra M. Munson, and Aaron M. Schutt.

**Douglas Serdahely**           **Aaron M. Schutt**
dserdahely@pattonboggs.com       aaron@sonosky.net
**Myra M. Munson**              **Richard D. Monkman**
myra@sonoskyjuneau.com           dick@sonoskyjuneau.com

s/ Barbara Pauli

Notice of Filing Notarized Affidavit
*American Dental Association v. ANTHC*, Case No. 3:06 CV-00039 TMB
Page 2 of 2