SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 902-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br> Plaintiffs, <br><br> v. <br><br> THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, <br><br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:06-CV-0039 (TMB)
Filed Electronically

**NOTICE OF FILING NOTARIZED AFFIDAVIT
OF DOROTHY HIGHT
(Ex. D to Defendant's Opposition to Motion to Remand, Dkt. 42)**

NOTICE OF FILING NOTARIZED AFFIDAVIT OF DOROTHY HIGHT          Page 1 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/notice of filing notarized affidavit of D. Hight

Notice is hereby given of the filing of the notarized Affidavit of Dorothy Hight.  The

Affidavit was attached as Ex. D to Defendant's Opposition to Motion to Remand, filed April 28,

2006, at Dkt. 42.

Dated this 9th day of May 2006.

Respectfully submitted,

/s/ *Richard D. Monkman*

By: _____

Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

I hereby certify that on the 9th day of May, 2006, a copy of the foregoing Notice of Filing
Notarized Affidavit of Dorothy Hight was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

/s/ *Richard D. Monkman*

_____

Richard D. Monkman

NOTICE OF FILING NOTARIZED AFFIDAVIT OF DOROTHY HIGHT                    Page 2 of  2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/notice of filing notarized affidavit of D. Hight