SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
318 Fourth Street
Juneau, Alaska 99801
Tel:  907-586-5880
Fax:  907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>            Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>            Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**OPPOSITION TO MOTION TO REMAND (DOCKET NO. 42)**
**Local Rule 7.1(h)(2)**

Defendant Alaska Native Tribal Health Consortium notes as supplemental authority to its *Opposition to Motion to Remand*, Dkt. 42, at 33, n. 18, plaintiff American Dental Association's assertion in its *Opposition to Motion to Dismiss (Standing)*, Dkt. 39, at 13 – 16,

Notice of Supplemental Authority (Local Rule 77.1(h)(2))                                                                                        - 1 -
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)

that it seeks tort remedies in this action. *See*, 25 U.S.C. § 450f(d) and Pub. L. No. 101-512, § 314 (in tort actions, "an Indian tribe, a tribal organization or Indian contractor carrying out a contract, grant agreement, or cooperative agreement under section 450f or 450h of this title <u>is deemed to be part of the Public Health Service</u> in the Department of Health and Human Services while carrying out any such contract or agreement <u>and its employees … are deemed employees of the Service</u> while acting within the scope of their employment in carrying out the contract or agreement") (emphasis added).

DATED May 10, 2006.

        SONOSKY, CHAMBERS, SACHSE,
        MILLER & MUNSON, LLP

        */S/ Richard D. Monkman*
        _____
        Myra M. Munson
        Alaska Bar No. 8011103
        Richard D. Monkman
        dick@sonoskyjuneau.com
        Alaska Bar No. 8011101
        Aaron M. Schutt
        Alaska Bar No. 0011084

        SONOSKY, CHAMBERS, SACHSE,
         MILLER & MUNSON LLP
        318 Fourth Street
        Juneau, Alaska 99801
        Tel: 907-586-5880
        Fax: 907-586-5883
        Counsel for Defendant
        Alaska Native Tribal Health Consortium

Notice of Supplemental Authority (Local Rule 77.1(h)(2))   - 2 -
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)

Certificate of Service

I hereby certify that on May 10, 2006, a copy of the foregoing Notice of Supplemental Authority was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

*Richard D. Monkman*
_____
Richard D. Monkman

Notice of Supplemental Authority (Local Rule 77.1(h)(2))    - 3 -
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (TMB)