SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

**NOTICE OF FILING NOTARIZED DECLARATION
OF DR. MARK KELSO, DDS
(Ex. E to Defendant's Opposition to Motion to Remand, Dkt. 42)**

NOTICE OF FILING NOTARIZED DECLARATION OF DR. MARK KELSO, DDS　　　　Page 1 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/notice of filing notarized declaration of Dr. Mark Kelso, DDS

Notice is hereby given of the filing of the notarized Declaration of Dr. Mark Kelso, DDS. The Declaration was attached as Ex. E to Defendant's Opposition to Motion to Remand, filed April 28, 2006, at Dkt. 42.

Dated this 11th day of May 2006.

Respectfully submitted,

/s/ *Richard D. Monkman*
By: _____
    Myra M. Munson
    Alaska Bar No. 8011103
    Richard D. Monkman
    dick@sonoskyjuneau.com
    Alaska Bar No. 8011101
    Aaron M. Schutt
    Alaska Bar No. 0011084

I hereby certify that on the 11th day of May, 2006, a copy of the foregoing Notice of Filing Notarized Declaration of Dr. Mark Kelso, DDS was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

/s/ *Richard D. Monkman*
_____
Richard D. Monkman

NOTICE OF FILING NOTARIZED DECLARATION OF DR. MARK KELSO, DDS    Page 2 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litigation/notice of filing notarized declaration of Dr. Mark Kelso, DDS