Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel: (907) 272-9272
Fax: (907) 272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHAEL BOOTHE, DR. PETE HIGGINS AND DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>**CASE NO:3:06-CV-00039-TMB**<br>Filed Electronically |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiffs, The Alaska Dental Society, The American Dental Association, Dr. Jones, Dr. Boothe, Dr. Higgins and Dr. Shaffer (collectively "Plaintiffs"), through counsel, and Defendant, The Alaska Native Tribal Health Consortium ("ANTHC"), through counsel, hereby stipulate and agree to extend the deadline for Plaintiffs' to file their Reply to

STIPULATION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.*, Case No. 3:06-cv-00039-TMB
Page 1 of 4

ANTHC's Opposition to the Plaintiffs' Motion for Remand from May 12, 2006 to May 16, 2006.

Dated this 12th day of May 2006.

                          SONOSKY, CHAMBERS, SACHSE,
                            MILLER & MUNSON LLP

                            /s/ *Richard D. Monkman*

        By: _____
                            Myra M. Munson
                            Alaska Bar No. 8011103
                            Richard D. Monkman
                            dick@sonoskyjuneau.com
                            Alaska Bar No. 8011101
                            Aaron M. Schutt
                            Alaska Bar No. 0011084

Dated this 12th day of May 2006.

                          CLAPP, PETERSON, VAN FLEIN,
                            TIEMESSEN & THORSNESS, LLC

                            /s/ *Thomas V. Van Flein*

        By: _____
                            Thomas V. Van Flein
                            Alaska Bar No. 9011119
                            tvf@cplawak.com
                            711 H St., Suite 620
                            Anchorage, Alaska 99501
                            Attorney(s) for Plaintiffs
                            The Alaska Dental Society, Dr.
                            Michale Boothe, Dr. Pete Higgins,
                            and Dr. George Shaffer

Dated this 12th day of May 2006.

PATTON BOGGS, LLP

/s/ Douglas J. Serdahely

By: _____
Douglas J. Serdahely
Alaska Bar No. 7210072
dserdahely@pattonboggs.com
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Attorney(s) for Plaintiffs
The American Dental Association and
Dr. T. Howard Jones

### ORDER

IT IS SO ORDERED.

Plaintiffs' Reply to ANTHC's Opposition to the Plaintiffs' Motion for Remand shall be due May 16, 2006.

DATED:_____    _____
Timothy M. Burgess
United States District Judge

<u>Certificate of Service</u>

I hereby certify that on May 12, 2006, a copy of the foregoing document was served electronically on Richard D. Monkman, Myra M. Munson, Aaron M. Schutt, and Douglas J. Serdahely.

s/ Thomas V. Van Flein

STIPULATION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.*, Case No. 3:06-cv-00039-TMB
Page 4 of 4