DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paul R. Lyle
Michael G. Hotchkin
Sr. Assistant Attorneys General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5234
Fax: (907) 279-2834
Paul_Lyle@law.state.ak.us
Michael_Hotchkin@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, Plaintiffs<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, Defendants<br><br>STATE OF ALASKA, Applicant for Intervention | )<br>)<br>)<br>)<br>)<br>)<br>)  *Motion to intervene as*<br>)  *a defendant*<br>)<br>)<br>)<br>)<br>) |

Case No. 3:06-CV-0039 (TMB)

The State of Alaska ("State") moves for leave to intervene as a defendant in this action, in order to assert the claims set forth in its proposed answer. The State also wishes to be heard on the question of whether the plaintiffs have standing to bring this action. Copies of the State's proposed Answer and its proposed Motion to Deny Plaintiffs' Standing Based on an Implied State Law Private Right of Action to Enforce the Alaska Dentistry Act (AS 08.36) are attached. The State moves to intervene as of

Motion to Intervene or Participate as Amicus Curiae                    Page 1 of 3
*Alaska Dental Society, American Dental Association & Dr. Jones, Dr. Boothe*
*Dr. Higgins & Dr. Shaffer v. The Alaska Native Health Consortium*
*& Does 1 thru 8,* 3:06-CV-0039 (TMB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

right under FRCP 24(a)(2). In the alternative, the State moves to be allowed to intervene permissively under FRCP 24(b)(2).

Should the Court deny the State's request to intervene as a party, the State requests to participate in this matter as an *amicus curiae*.

This motion is accompanied by a supporting memorandum of law and proposed order.

DATED this 12th day of May in Anchorage, Alaska.

Respectfully submitted,

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Paul R. Lyle
Sr. Assistant Attorney General
Attorney General's Office
1031 W. Fourth Avenue, Suite 200
Anchorage, AK 99501
(907) 451-2811 (Phone)
(907) 451-2846 (Fax)
OPE_ECF@law.state.ak.us
Alaska Bar No. 8408072

By:
/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney General's Office
1031 W. Fourth Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5234 (Phone)
(907) 279-2834 (Fax)
OPE_ECF@law.state.ak.us
Alaska Bar No. 8408072

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**CERTIFICATE OF SERVICE**

This is to certify that on May 12, 2006, a true and correct copy of the **MOTION TO INTERVENE AS A DEFENDANT** in this proceeding was served electronically on the following:

-Thomas V. Van Flein, usdc-anch-ntc@cplawak.com
-Aaron M. Schutt, aaron@sonosky.net
-Myra M. Munson, myra@sonoskyjuneau.net
-Richard D. Monkman, dick@sonoskyjuneau.net


/s/ Paul R. Lyle
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention

/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention