SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>    Defendants. | Case No. 3:06-CV-0039 (TMB)<br>Filed Electronically |

### DECLARATION OF DR. MARK KELSO, DDS

DECLARATION OF DR. MARK KELSO, DDS                                                                Page 1 of 5
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/declaration of M Kelso, DDS

Exhibit E page 1 of 5 pages

STATE OF ALASKA         )
                        )ss.
SECOND JUDICIAL DISTRICT )

Dr. Mark Kelso, DDS, declares and affirms that:

1. I am the Dental Director at Norton Sound Health Corporation ("NSHC"), in Nome, Alaska. I have been at NSHC for almost twenty years, first as an Indian Health Service Commissioned Corps officer and then as a NSHC employee. I am a member of both the American Dental Association and the Alaska Dental Society.

2. NSHC is an exception among the Tribal health organizations in that our dental clinic is usually fully staffed. Our dentists work in our main clinic in Nome and have an extensive travel schedule to the villages in our region. The village trips are usually a week or two at a time. Over fifty weeks are spent working in the NSHC regional villages. In Nome, the working hours are usual working hours. When in the villages, our dentists work all day and into the evening – typically, 8:00 a.m. to 8:00 p.m. or later, plus additional time to work up charts. During their visits, the dentists are entirely occupied with the work at hand and do not have the opportunity to adequately educate all patients and parents on good dental care.

3. Even though we are generally fully staffed, we are only able to meet the most basic dental health care needs in the villages. There is not enough time to do much one-on-one preventative care. The dentists are busy all day long seeing patients and addressing critical; patient needs. Higher levels of care such as the completion of root canals, permanent crowns or bridges, orthodontics, and the fabrication of dentures are rarely available.

4. There is a high recurrent rate of dental disease in the villages. There is a lack of appreciation for dental health, prevention and hygiene. Missing teeth and high decay rates are seen as normal. There is little stigma attached to poor dental health. Brushing teeth and flossing teeth is not routine for most patients.

5. I have heard it said that before World War II Alaskans had the best teeth of any state or territory of the nation, and that since then, with the establishment of the supply line of modern junk foods and soda pop, rural Alaskans have some of the worst. The aisles in some of the village stores are filled with all sorts and types of candy and sugared pop. The smaller children and teenagers in particular suffer because of high consumption of soda pop, juice, other sweet drinks and foods. Pop is often

DECLARATION OF DR. MARK KELSO, DDS                                   Page 2 of 5
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/declaration of M Kelso, DDS

Exhibit _E_ page _2_ of _5_ pages

consumed as a substitution for water, which costs more than pop or is of questionable potability from the municipal source. Most villages do not have fluoridated water. But that is a mute point if the municipal water.

6. We have an overall 50% baby bottle tooth decay rate in village children. The typical encounter with a dentist by a village child is at age 2 or 3. By then the majority of these young children are afflicted with multiple decayed teeth. Ten or more decayed teeth (many advanced) is not uncommon. Many children are referred to Anchorage for restorations in the operating room under general anesthesia because the teeth are so bad that they are best treated in this manner.

7. The medical-oriented community health aides are reluctant to provide dental prevention interventions beyond fluoride rinses. In most larger communities, fluoride rinses are seldom administered in a consistent fashion to be of benefit.

8. I believe that the great value of dental health aides and dental health aide therapists will be the continuity of care. The aides and therapists will live in the villages and will not have to be production-driven as a visiting dentist with a limited amount of time. The dental health aides will serve as role models, and will have more of an impact over time than any itinerant dentist.

9. I believe that the dental health aides and therapists, by living in the villages and providing continuity of care and dental health education, will improve the basic level of dental care in the villages. The dental health aide therapists will gain the respect of their community by becoming known as the primary dental provider for that village. Their influence in helping change dental attitudes within the community will be powerful. Gradually, as dental health improves, our visiting dentists will be able to focus on higher level dental services, elevating community dental expectations.

10. Our experience in Nome has been that exposure to a full-time dental presence has a beneficial effect on the community's underlying dental health. Our dentists have constant interaction with patients, both in the clinic and around town. Many dental questions are answered at the grocery store, post office, etc. The patients have year-round access to dentist care. The rural villages do not have a fulltime dental health presence. As the basic dental need in Nome was addressed, services expanded to include crown and bridge and orthodontics. Patient expectations rose. The cycle of rampant recurrent decay slowly faded away. Patient attitudes regarding the value of a healthy dentition increased. This transformation is what we intend to export to the villages.

DECLARATION OF DR. MARK KELSO, DDS                                                                      Page 3 of 5
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/declaration of M Kelso, DDS

Exhibit _E_ page _3_ of _5_ pages

11. Dental health aides and therapists will provide a full-time, year round presence in the villages. Over time – and it will take time – I firmly believe that the dental health in rural communities will improve. The role model offered by dental health aides and therapists will be critical. They will focus on basic dental hygiene matters – plaque, cleaning, fluoride and sealing – and showing the parents and children that dental health can be maintained and how it can be maintained on a daily basis. The therapists will also be able to treat existing dental maladies.

12. There are two private dentists in Nome. One sees Medicaid patients and the other refuses to do so. Neither of these dentists goes out to the villages. We have several volunteer dentists who visit Nome and work in our clinic and in the villages. There is a learning curve that volunteer and newly hired dentists need to go through. Most private dentists, even ones with years of experience, are not used to treating the needs of our patient population. There is a huge difference in treating an average suburban child with a few small cavities and a village child with massive decay in multiple teeth, especially if the child is reluctant to cooperate.

13. When the dental health aide therapists returned from training in New Zealand, in my opinion they had a very good basic understanding of dentistry. After returning to Alaska, and before becoming certified, the therapists went through an intense 400 hour preceptorship (or training period) under the direct supervision of a dentist. Their work was under close scrutiny during this period and afterwards, and will be until they are fully certified by the CHAP Certification Board. The dental health aide therapists I have observed have demonstrated a high level of competency. Once certified, they will be able to practice independently. However, they will have constant access to dentists for consultation directly or via telemedicine and telephone.

14. There are differences between the training a dentist receives in dental school and the training a dental health aide therapist receives. The first two years of dental school are mostly didactic training rather than hands-on practicing with patients, with a great deal of study relating to advanced procedures. Dental students usually do not see patients until their third year of study. The dental therapists focus on the study of basic dentistry and hands-on treatment of patients from the outset. At the end of their training, the dental health aide therapists have a good basic understanding of the type of dentistry they will practice in the villages.

15. Dental health therapists perform a limited range of relatively simple but very important dental procedures. They are able to remove decay from teeth, treat

DECLARATION OF DR. MARK KELSO, DDS                                                                Page 4 of 5
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/declaration of M Kelso, DDS

Exhibit _E_ page _4_ of _5_ pages

diseased nerves of primary teeth, and extract hopeless teeth. My observation, based upon my direct observation of their performance of hundreds of procedures, is that the dental health aide therapists are able to perform these procedures as safely and as competently as licensed dentists.

Dated this 10th day of May, 2006.

_/s/ Mark Kelso, DDS_
Dr. Mark Kelso, DDS

SUBSCRIBED AND SWORN to before me the undersigned notary on this 10th day of May, 2006.

_/s/ Donna Adams_
Notary Public in and for Alaska
My Commission Expires: 05/21/08

I hereby certify that on the 11th day of May, 2006, a copy of the foregoing Declaration of Dr. Mark Kelso, DDS, was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

/s/ Richard D. Monkman
_____
Richard D. Monkman

DECLARATION OF DR. MARK KELSO, DDS                                                Page 5 of 5
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/declaration of M Kelso, DDS

Exhibit E page 5 of 5 pages