Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel:  (907)  272-9272
Fax:  (907)  272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHAEL BOOTHE, DR. PETE HIGGINS AND DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CASE NO:3:06-CV-00039-TMB**<br>) Filed Electronically |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiffs, The Alaska Dental Society, The American Dental Association, Dr. Jones, Dr. Boothe, Dr. Higgins and Dr. Shaffer (collectively "Plaintiffs"), through counsel, and Defendant, The Alaska Native Tribal Health Consortium ("ANTHC"), through counsel, hereby stipulate and agree to extend the deadline for Plaintiffs' to file their Reply to

STIPULATION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.*, Case No. 3:06-cv-00039-TMB
Page 1 of 3

ANTHC's Opposition to the Plaintiffs' Motion for Remand from May 12, 2006 to May 16, 2006.

Dated this 12th day of May 2006.

                SONOSKY, CHAMBERS, SACHSE,
                  MILLER & MUNSON LLP

                  /s/ *Richard D. Monkman*

By: _____
    Myra M. Munson
    Alaska Bar No. 8011103
    Richard D. Monkman
    dick@sonoskyjuneau.com
    Alaska Bar No. 8011101
    Aaron M. Schutt
    Alaska Bar No. 0011084

Dated this 12th day of May 2006.

                CLAPP, PETERSON, VAN FLEIN,
                  TIEMESSEN & THORSNESS, LLC

                  /s/ *Thomas V. Van Flein*

By: _____
    Thomas V. Van Flein
    Alaska Bar No. 9011119
    tvf@cplawak.com
    711 H St., Suite 620
    Anchorage, Alaska 99501
    Attorney(s) for Plaintiffs
    The Alaska Dental Society, Dr.
    Michale Boothe, Dr. Pete Higgins,
    and Dr. George Shaffer

1   Dated this 12th day of May 2006.

PATTON BOGGS, LLP

/s/ *Douglas J. Serdahely*

By: _____
Douglas J. Serdahely
Alaska Bar No. 7210072
dserdahely@pattonboggs.com
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Attorney(s) for Plaintiffs
The American Dental Association and
Dr. T. Howard Jones

## Certificate of Service

I hereby certify that on May 12, 2006, a copy of the foregoing document was served electronically on Richard D. Monkman, Myra M. Munson, Aaron M. Schutt, and Douglas J. Serdahely.

s/ Thomas V. Van Flein

STIPULATION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.*, Case No. 3:06-cv-00039-TMB
Page 3 of 3