```
Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel:  (907)  272-9272
Fax:  (907)  272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHAEL BOOTHE, DR. PETE HIGGINS AND DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | **CASE NO:3:06-CV-00039-TMB**<br>Filed Electronically |

### ORDER GRANTING
### STIPULATION FOR EXTENSION OF TIME

A stipulation having been entered into by the parties,

IT IS HEREBY ORDERED the Plaintiffs' Reply to ANTHC's Opposition to the Plaintiffs' Motion for Remand shall be due May 16, 2006.


DATED:_____    _____
                                   Timothy M. Burgess
                                   United States District Judge


STIPULATION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.*, Case No. 3:06-cv-00039-TMB
Page 1 of 2

EXHIBIT __A__
PAGE __1__ OF __2__

## Certificate of Service

I hereby certify that on May 12, 2006, a copy of the foregoing document was served electronically on Richard D. Monkman, Myra M. Munson, Aaron M. Schutt, and Douglas J. Serdahely.

s/ Thomas V. Van Flein

EXHIBIT A
PAGE 2 OF 2

STIPULATION FOR EXTENSION OF TIME
*The Alaska Dental Society et al v. The Alaska Native Tribal Health Consortium, et al.*, Case No. 3:06-cv-00039-TMB
Page 2 of 2