DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Michael G. Hotchkin
Sr. Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5234
Fax: (907) 279-2834
Mike_Hotchkin@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, Plaintiffs<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, Defendants<br><br>STATE OF ALASKA, Applicant for Intervention | )<br>)<br>)<br>)<br>)<br>)<br>) *Entry of Appearance*<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-0039 (TMB) |

Please take notice that Michael G. Hotchkin, Senior Assistant Attorney General, Department of Law, Office of the Attorney General, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone number (907) 269-5234, email mike_hotchkin@law.state.ak.us hereby enters his appearance as counsel of record in the above-captioned matter on behalf of the State of Alaska, Applicant for Intervention. The State of Alaska continues to be represented by Senior Assistant Attorney General

Paul Lyle.  Both Mr. Hotchkin and Mr. Lyle should be designated *LEAD ATTORNEY; ATTORNEY TO BE NOTICED*.

DATED this 15th day of May in Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney General's Office
1031 W. Fourth Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5234 (Phone)
(907) 279-2834 (Fax)
Mike_Hotchkin@law.state.ak.us
Alaska Bar No. 8408072

**CERTIFICATE OF SERVICE**

This is to certify that on May 15, 2006, a true and correct copy of the **ENTRY OF APPEARANCE** in this proceeding was served electronically on the following:

-Thomas V. Van Flein, usdc-anch-ntc@cplawak.com
-Aaron M. Schutt, aaron@sonosky.net
-Myra M. Munson, myra@sonoskyjuneau.net
-Richard D. Monkman, dick@sonoskyjuneau.net
-Douglas J. Serdahely, dserdahely@pattonboggs.com

/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention