DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paul R. Lyle
Michael G. Hotchkin
Sr. Assistant Attorneys General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5234
Fax: (907) 279-2834
Paul_Lyle@law.state.ak.us
Mike_Hotchkin@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, Plaintiffs<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, Defendants<br><br>STATE OF ALASKA, Applicant for Intervention | *Amended Certificate of Service*<br><br><br><br>Case No. 3:06-CV-0039 (TMB) |

This is to certify that on May 12, 2006, a true and correct copy of the **MOTION TO INTERVENE AS A DEFENDANT, MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE, INTERVENER'S ANSWER,** and **STATE'S MOTION TO DENY PLAINTIFFS' STANDING BASED ON AN IMPLIED**

**STATE LAW PRIVATE RIGHT OF ACTION TO ENFORCE THE ALASKA DENTISTRY ACT (AS 08.36)** were served electronically on Douglas J. Serdahely.

The original Certificate of Service on the earlier mentioned pleadings erroneously left Douglas J. Serdahely off the service list.

DATED this 15th day of May in Anchorage, Alaska.

                               DAVID W. MÁRQUEZ
                               ATTORNEY GENERAL

By:
        /s/ Paul R. Lyle
        Sr. Assistant Attorney General
        Attorney General's Office
        1031 W. Fourth Avenue, Suite 200
        Anchorage, AK  99501
        (907) 451-2811 (Phone)
        (907) 451-2846 (Fax)
        Paul_Lyle@law.state.ak.us
        Alaska Bar No.  8408072

By:
        /s/ Michael G. Hotchkin
        Sr. Assistant Attorney General
        Attorney General's Office
        1031 W. Fourth Avenue, Suite 200
        Anchorage, AK  99501
        (907) 269-5234 (Phone)
        (907) 279-2834 (Fax)
        Mike_Hotchkin@law.state.ak.us
        Alaska Bar No. 8408072

**CERTIFICATE OF SERVICE**

This is to certify that on May 15, 2006, a true and correct copy of the **AMENDED CERTIFICATE OF SERVICE** in this proceeding was served electronically on the following:

-Thomas V. Van Flein, usdc-anch-ntc@cplawak.com
-Aaron M. Schutt, aaron@sonosky.net
-Myra M. Munson, myra@sonoskyjuneau.net
-Richard D. Monkman, dick@sonoskyjuneau.net
-Douglas J. Serdahely, dserdahely@pattonboggs.com


/s/ Paul R. Lyle
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention

/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention