SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>            Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>            Defendants. | Case No. 3:06-CV-0039 (TMB)<br><br>Filed Electronically |

**REQUEST FOR ORAL ARGUMENT
ANTHC'S REPLY IN SUPPORT OF MOTION TO DISMISS (STANDING)
[Docket no. 42]**

Per Local Rule 7.2, defendant Alaska Native Tribal Health Consortium (ANTHC) requests oral argument on its Motion to Dismiss (Standing), Dkt. 42.

Dated May 15, 2006, at Juneau, Alaska.

Respectfully submitted,

By: */s/ Richard D. Monkman*
Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

I hereby certify that on the 15th day of May, 2006, a copy of the foregoing Memorandum in Support of Defendant's Motion to Dismiss was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

Sr. Assistant Attorney General Paul Lyle
paul_lyle@law.state.ak.us

Sr. Assistant Attorney General Michael G. Hotchkin
mike_hotchkin@law.state.ak.us

*/s/ Richard D. Monkman*
_____
Richard D. Monkman