SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>    Defendants. | Case No. 3:06-CV-0039 (TMB)<br><br>Filed Electronically |

**DEFENDANT ANTHC'S REQUEST FOR ORAL ARGUMENT
ON ITS MOTION TO DISMISS (STANDING)
[Docket No. 12]**

Per Local Rule 7.2, defendant Alaska Native Tribal Health Consortium (ANTHC) requests oral argument on its Motion to Dismiss (Standing), Dkt.12.

Dated May 15, 2006, at Juneau, Alaska.

Respectfully submitted,

/s/ Richard D. Monkman

By: _____
Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

I hereby certify that on the 15th day of May, 2006, a copy of the foregoing Defendant's Request for Oral Argument on its Motion to Dismiss (Standing) Docket No. 12 was served electronically addressed to:

Thomas V. Van Flein.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

Sr. Assistant Attorney General Paul Lyle
paul_lyle@law.state.ak.us

Sr. Assistant Attorney General Michael G. Hotchkin
mike_hotchkin@law.state.ak.us

/s/ Richard D. Monkman
_____
Richard D. Monkman