




## MISSION:
Providing the highest quality health services in partnership with our people and the Alaska Tribal Health System.

Partnerships ........................................................ 2
Alaska Native Medical Center ....................... 4
Environmental Health and Engineering ......... 6
Community Health Services ........................... 8
Human Resources ........................................... 10
Information/Technology ................................ 12
Board of Directors ......................................... 14
Financial Summary ......................................... 16
Administration ................................................ 16
Future Directions ........................................... 17

## VALUES:

*Front of the new Consortium office building in Anchorage, which opened in November 2004.*

Pictured on the cover of this annual report is Roberta Webb, an Office Specialist in the In-patient Pediatrics department at Alaska Native Medical Center in Anchorage. A Yup'ik Eskimo, Webb is from Aleknagik, a village in the Bristol Bay region. She is taking part in a new program the Alaska Native Tribal Health Consortium (ANTHC) created to develop staff for leadership excellence. Webb says she applied for the program because of the opportunity for "personal and career growth and development to help my fellow Alaska Native people."

Webb's aspirations are just one example of the ways ANTHC employees work to achieve our MISSION through close adherence to our VALUES, and ultimately the realization of our VISION – Alaska Natives are the healthiest people in the world.

This annual report provides other examples and information about ANTHC accomplishments during Fiscal Year 2005 (October 1, 2004–September 30, 2005, or FY05).

ANTHC 2005 Annual Report 1

EXHIBIT # ___A___
Page # __2__ of __11__

# PARTNERSHIPS



The Alaska Native Tribal Health Consortium is part of the Alaska Tribal Health System, in which tribes and tribal organizations are working together to achieve excellence and promote Native self-determination, health, and wellness. Our participation reflects our mission: Providing the highest quality health services in partnership with our people and the Alaska Tribal Health System.

In 2004, tribes and tribal health organizations signed a Memorandum of Understanding to define and enhance the ways we can cooperate and coordinate health services for Alaska Natives. The goal is to ensure that all Alaska Natives have access to a comprehensive, integrated, tribally managed health care delivery system for the improvement of the health and well-being of Alaska Native people.

In partnership with the Alaska Native Health Board, tribes and tribal health organizations have formed statewide committees and task forces to assure continued coordination among tribal health programs. New programs and delivery systems continue to be developed on a program-by-program and statewide basis.

Signatories to the Alaska Tribal Health System Memorandum of Understanding, Back row (left to right): Maria Coleman, Native Village of Ekluma; Alvenia Coatingham, Hoonah Indian Association; H. Sally Smith, Bristol Bay Area Health Corporation; Ken Brewer, SouthEast Alaska Regional Health Consortium; Emily Hughes, Norton Sound Health Corporation; Andrew Jimmie, Tanana Chiefs Conference; Boris Merculief, Aleutian/Pribilof Islands Association. Middle Row (left to right): Victor Wellington, Sr., Metlakatla Indian Community; Eileen Ewan, Copper River Native Association; Stephanie Rainwater-Sande, Ketchikan Indian Corporation; Gene Peltola, Yukon-Kuskokwim Health Corporation; Ivan Encelewski, Ninilchik Traditional Council; Lany Evanoff, Chugachmiut; John Boone, Valdez Native Tribe. Front row (left to right): Rosie Choquette, Knik Tribal Council; Beverly McCord, Native Village of Tyonek; Beverly Bremner, Yakutat Tlingit Tribe; Georgia Kashevarof, St. George Traditional Council; Don Kashevaroff, Alaska Native Tribal Health Consortium and Seldovia Village Tribe; Christina Westlake, Maniilaq Association; Agas Huntington-Kriska, Council of Athabascan Tribal Governments; Jana Turvey, Kodiak Area Native Association; Della Trumble, Eastern Aleutian Tribe, Inc. (Not pictured, Fred Christiansen, Kodiak Area Native Association).