# HEALTH AND WELLNESS

## Alaska Native Medical Center



*Dr. Bryan Wachter reviewing a telemedicine case that was referred to him from Dr. Thorne in Kodiak.*

In FY05 Alaska Native Medical Center provided:
- 379,778 clinic visits
- 5,518 inpatient admissions
- 1,315 infant deliveries
- 11,006 surgical procedures

*Alaska Native Medical Center*

"ANMC offers me the opportunity to deliver superior care in a program one-of-its-kind Native facility. It's rewarding to learn about Alaska Native cultures through my patients and to work with a professional medical staff whose utmost highest priority is patient care."

—Bryan Wachter, MD

Dr. Bryan Wachter joined the staff at the Alaska Native Medical Center (ANMC) in 2002 after completing his residency training in Ear, Nose, and Throat (ENT) Surgery at Loyola University Medical Center in Chicago, Illinois. While in residency training, Wachter had the opportunity to learn about the Alaska Tribal Health System, and meet ENT staff when he worked for several months at ANMC.

ANMC is one of the world's leading providers of telemedicine services. Each year in just the ENT department, ANMC provides telemedicine consultations to nearly 1,500 rural patients. This amounts to a 10% increase in patients served by the ENT department, without an increase in staffing or overhead costs.

"With telemedicine, patients have better access to care," says Wachter, an ENT Board Certified Specialist. "It has greatly improved the delivery of ear, nose, and throat care for our patients in remote regions of Alaska. Through telemedicine, I responded to a consult of a patient with a perforated ear drum and was able to expedite her evaluation so that she was scheduled for reconstructive surgery within a week. Without telemedicine, that patient may have faced the challenges of travel in rural Alaska and waited months before a formal ENT evaluation and consideration of surgery."

Telehealth activity that began within the ENT department has now expanded to include 17 departments within ANMC. In fact, mid-level providers and physicians at more than 200 locations throughout Alaska consult with ANMC specialists. This innovative service brings huge benefits to Alaska Native and American Indian patients throughout Alaska.

The Alaska Native Tribal Health Consortium and Southcentral Foundation jointly own and manage the Alaska Native Medical Center under the terms of Public Law 105-83. These parent organizations have established a Joint Operating Board to ensure unified operation of health services provided by the Medical Center.

# ENVIRONMENT

## Division of Environmental Health and Engineering

Virginia Washington, a Norton Sound Health Corporation executive committee member, knows how important it is to have safe drinking water. She's from St. Michael, a village on the Norton Sound in northwest Alaska. The village was hit with an outbreak of hepatitis in the mid-1980s, an epidemic that has been linked to inadequate sanitation services. A number of people became ill.

ANTHC responded by plumbing the City facilities to provide safe drinking water and completing the washeteria. ANTHC also worked cooperatively with the Denali Commission and the Norton Sound Health Corporation to manage the construction of a much-needed new clinic, including a trauma room and dental facilities. Washington wants others to know that ANTHC provides quality work and that she is "honored to have worked with them for my family, community, and region."

ANTHC is committed to responding directly to the environmental health needs of Alaska Native communities and their health facilities. These services range from supplying safe drinking water for village residents to providing modern health facilities and equipment, as well as teaching children the importance of lifejacket use on rural Alaskan rivers.

"ANTHC is a tribally driven organization stretching from my own home to the national level," says Washington. She values having the access to bring sanitation concerns to a broader audience.

ANTHC has made great progress in providing lasting solutions to promote healthy communities in rural Alaska but there are still many sanitation needs to be met. With the support of local leaders such as Virginia Washington, and other tribal health organizations, ANTHC will continue to support healthy Alaska Native communities.

> "A healthier, and cleaner life makes people feel better and when you feel better you are happier."
> – Virginia Washington

Through Division of Environmental Health and Engineering efforts:

- Eight hundred and five homes in 33 communities received improved water and sewer services.
- Construction was completed on 16 health facility projects with ANTHC management of local construction crews in 59 communities.
- The Statewide Utility Association increased its community utility customers by 32 to a total of 209 and has 12 communities participating in the billing program.
- An assessment tool was developed to determine how tribal health pharmacies can best prevent occupational exposure to hazardous drugs was developed.

# COMMUNITY

## Division of Community Health Services



Community Health Aides Chrystal Moon and Priscilla Miller

**Division of Community Health Services:**
- Provided nine Basic Health Aide Training sessions for 50 students
- Supported three meetings of the CHAP Certification Board
- Processed 291 applications for 46 initial CHAP certifications (including four Dental Health Aide Therapists), 70 upgrades, and 175 renewal applications
- Developed standards for Level One Behavioral Health Aides
- Increased enrollment in the Education and Research Towards Health (EARTH) study to 2,568

Community Health Aides Chrystal Moon and Priscilla Miller recently completed training at the Consortium's Community Health Aide/Practitioner (CHAP) training center. Chrystal Moon, Athabascan, of Tyonek, says "The Community Health Services program and working for the Native Village of Tyonek, give me the means to fulfill most of my goals in my career life – giving back to my community, helping others, working hands-on with people – and the ability to do something I really enjoy and call it a job. DCHS provided the training and the village hired me."

Priscilla Miller, Aleut, of King Cove, said "I think my community will greatly benefit from this training because of all of the information I have learned and can pass on to patients and their families and loved ones about how prevention, early detection, and a healthy lifestyle can improve and prevent a lot of problems we see in small communities."

"It set a great foundation for being a health care provider in King Cove," said Miller, "which plays a big role in being the first health care provider in a patient's chain of health care; whether the patient's problem will resolve with you or they will have to go on to Anchorage to see a doctor or specialist."

Diabetes, hepatitis, Native health research, immunization, traditional foods monitoring, and HIV/AIDS are just a few of the programs of the Division of Community Health Services (DCHS), which monitors and improves the health of Alaska Natives by conducting research on important health issues, and by providing education for prevention. DCHS staff monitors trends in deaths and illness, and develops comprehensive regional and community-based solutions for priority health problems. DCHS provides technical assistance to communities and tribal health programs, and develops partnerships with other agencies for these purposes.

EXHIBIT # ___A___
Page # __6__ of __11__