# TECHNOLOGY

## Division of Information Technology

*Using telemedicine to quickly treat the sicker patients is a godsend. This technology helps me do my job really well. I can diagnose rashes and other hard-to-reach problems literally within a few minutes. We can even help people with hearing problems.*

Alan R. Thorne, KANA Clinical Director, is a Doctor of Osteopathy, Board Certified in Family Practice, with 23 years experience in primary care. During his years of work in West Virginia, Montana, Texas, and Alaska, he's seen many improvements in medicine. These include the use of specially designed computer software and carts, and satellites for telemedicine. "This not only helps cut down on travel from the villages to Kodiak, but also travel into Anchorage when a patient is referred to see a specialist," says Thorne. "Besides all that, it saves literally days when getting back to the patient with a diagnosis and treatment plan."

*To consult with a specialist at Alaska Native Medical Center in Anchorage, Dr. Alan Thorne transmits an image of Dylan Capjohn's ear via telemedicine while Madelyn Brown looks on.*

In one year DIT supports more than
- 10,000 store and forward telemedicine encounters
- 20,000 telepharmacy encounters
- 40,000 teleradiology encounters
- 1,000,000 patient care encounters

To make all of this work, Kodiak Area Native Association is supported by ANTHC's Division of Information Technology (DIT), which provides a wide range of state-wide services in healthcare information and healthcare technology support. DIT services include telehealth, teleradiology, telepharmacy, electronic health records, multi-facility integration (in which the records of a patient seen in one site are transmitted to and available at another hospital), videoconferencing, and data analysis. In addition, the Wide Area Network typically saves rural health facilities more than $4,000 a month in phone charges, as the computer network re-routes voice traffic over the same network that carries data.

# CAREERS



*"Alaska Native Tribal Health Consortium has given me a gift that will last a lifetime – that financial assistance is the only reason why I'm in school right now."*

— Aaron Peters

## Division of Human Resources

Aaron Peters, Koyukon Athabascan, of the village of Ruby in Interior Alaska, is a recipient of ANTHC undergraduate scholarships. Aaron is in his junior year at University of Alaska Anchorage, where he has double majors in Nursing and Psychology. He plans to later pursue a Masters degree in Public Health.

ANTHC has recognized the need for more positive Alaska Native role models like Aaron Peters and continues to create and support Native development programs. Alaska has few professional development opportunities. Scholarships and other financial assistance are difficult to obtain. The ANTHC Human Resources (HR) Division provides oversight of scholarship, internship and other educational programs in support of Native development, recruitment and retention strategies.

HR has also developed Leadership, Excellence, through Advancement and Determination (LEAD), a two-year program to build capacity for Native health professional development for employment within the Alaska Tribal Health System. This year, ANTHC selected the first 15 employees to take part in LEAD.

- In FY05 ANTHC employed about 1,800 people, 43% of them Alaska Native or American Indian.
- ANTHC awarded internships to 14 Alaska Natives.
- ANTHC awarded $65,000 in scholarships to 13 Alaska Natives and American Indians pursuing health careers.

# BOARD OF DIRECTORS




*The Tlingit and Haida Dancers of Anchorage perform at the grand opening of the new Consortium office building. Board Chairman and President Don Kashevaroff addresses the audience.*

In FY05 the Board of Directors undertook the challenge of developing a new five-year strategic plan for the organization, updating the vision, mission, and values, and identifying key objectives to achieve by the year 2010. Board members held their annual off-site meeting in the village of Minto in interior Alaska in June 2005. Board accomplishments included a major updating of the Consortium's human resource policies, identifying and supporting federal legislative priorities, and setting a goal for a tobacco-free Alaska Native Health Campus by mid-2006.

The Board also created an Alaska Native Elders Health Advisory Committee to address the needs of the growing number of Native elders, and to oversee the development of a long-term care needs assessment. Other committees of the Board continued to address priorities in the areas of sanitation facilities and health facilities, reviewing health research activities and publications, and leadership development initiatives.

Board members participate in annual continuing education programs to stay current in health legislation, policy, and program operations. ANTHC Board members are active in both statewide and national health initiatives, with representation on the Alaska Native Health Board, the National Indian Health Board, and the Indian Health Service Tribal Self-Governance Advisory Committee.



**Don Kashevaroff** (Chairman and President)
*Unaffiliated Tribes*

**H. Sally Smith** (Vice Chairman)
*Bristol Bay Area Health Corporation*

**Emily Hughes** (Secretary)
*Norton Sound Health Corporation*

**Rita Stevens** (Treasurer)
*Kodiak Area Native Association*

**Linda Clement**
*Metlakatla Indian Community*

**Ray Alstrom**
*Yukon-Kuskokwim Health Corporation*

**Mike Zacharof**
*Aleutian/Pribilof Islands Association*

**Robert Henrichs**
*Chugachmiut*

**Veronica Nicholas**
*Copper River Native Association*

**Evelyn Beeter**
*Unaffiliated Tribes*

**Katherine Gottlieb**
*Southcentral Foundation*

**Christina Westlake**
*Maniilaq Association*

**Herman Kignak**
*Arctic Slope Native Association*

**Andrew Jimmie**
*Tanana Chiefs Conference*

**Lincoln A. Bean, Sr.**
*SouthEast Alaska Regional Health Consortium*

*ANTHC 2005 Annual Report 13*


EXHIBIT # __A__
Page # _9_ of _11_