## Financial Summary

**2005 Revenue (in millions)**

1. Indian Health Service (IHS) Compact — 115.3
2. Medicare, Medicaid, Insurance — 91.4
3. Sanitation Construction Projects — 61.3
4. Grants Activity — 19.1
5. Reimbursements — 18.4
6. Other — 7.3
7. Interest — 2.6
8. Facility Maintenance and Improvement — 0.9

Total — 316.3

This Financial Summary is preliminary as of 11/8/05 and is subject to a formal audit for FY 2005

**2005 Expenditures (in millions)**

1. Alaska Native Medical Center — 170.6
2. Sanitation Projects — 61.3
3. Other* — 20.8
4. Community Health — 17.3
5. Environmental Health & Engineering — 16.2
6. Administration — 12.6
7. Information Technology — 7.5
8. Pass-through Awards — 6.8

Total — 313.1

*Regional Supply Service Center-$19M

**Five year comparison (in millions)**

Revenue

| Year | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| | 232 | 248 | 270 | 311 | 316 |

Expenditures

| Year | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| | 219 | 239 | 265 | 309 | 313 |

The Alaska Native Tribal Health Consortium was formed in December 1997 to manage statewide health services for Alaska Natives. All Alaska Natives, through their tribal governments and through their regional nonprofit organizations, own the Consortium. It is one of 22 co-signers of the Alaska Tribal Health Compact, a self-governance agreement with the Indian Health Service.

The Consortium employs approximately 1,800 people and had an operating budget of $325 million in fiscal year 2005 (October 1, 2004, to September 30, 2005). It is based on the Alaska Native Health Campus on Tudor Road in Anchorage.



ChilKat Spirit Helper Mask by Tlingit artist Preston Singletary is located in the south lobby and is part of ANTHC's growing Alaska Native art collection.

## Administration

ANTHC administrative staff are responsible for overall management of the organization, including providing administrative support for the Board of Directors, strategic planning, legal and risk management services, financial management support, procurement and contracting, networking within the Alaska Tribal Health System, public communications, grants development, and facilities planning and management.

In FY2005 the ANTHC administration completed and moved into the new five-story Consortium Office Building on the Alaska Native Health Campus, along with Community Health Services, Information Technology, Human Resources, and the Alaska Native Medical Center Business Office.

Administration staff supported the Board's development of the 2006-2010 Strategic Plan, developing a set of key performance measurement indicators for executive and Board review.

Significant progress was made in developing a statewide Alaska Native health services and facilities master plan, identifying all of the facilities that need to be developed between 2006 and 2015 in support of Native health services programs.

Administrative staff coordinated the transfer of several health promotion/prevention programs from the Alaska Native Health Board to ANTHC management in 2005.

## Future Directions

With federal health services funding becoming more restricted, ANTHC will endeavor to maintain its health service programs at current levels in the coming years through greater efficiencies and improving partnerships.

ANTHC will strive to address the key objectives of our new strategic plan, including completion of the statewide Alaska Native health facilities plan, updating of the Alaska Native Health Campus development plan, development of electronic health records systems, community emergency preparedness planning, improving revenue management capacity, enhancing Alaska Native health provider training, and expanding health research.

Through a comprehensive array of health services, including quality medical care services, support for regional and tribal community health initiatives, and building critically needed health and sanitation facilities, ANTHC believes that Alaska Natives will realize our vision of being the healthiest people in the world.

Photography: Kurg Haver, Jeff Schultz (AlaskaStock), Jan Farmington, Michael Dinneen and David Freeman.



EXHIBIT # __A__
Page # _11_ of _11_