Douglas J. Serdahely (Alaska Bar No. 7210072)
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental
Association and Dr. T. Howard Jones*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>             Plaintiffs,<br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>             Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**PLAINTIFFS THE AMERICAN DENTAL ASSOCIATION'S AND DR. T. HOWARD JONES' REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR REMAND** |

Pursuant to Local Rule 7.2, Plaintiffs The American Dental Association and Dr. T. Howard Jones, by and through their undersigned counsel, hereby request oral argument in the above-captioned matter on Plaintiffs' Motion for Remand.  [Docket No. 14].

Plaintiffs' Motion for Remand is fully briefed, and ripe for adjudication now.  Plaintiffs have previously moved to stay or defer [Docket No. 20 and Docket No. 30.1] Defendant's Motion to Dismiss [Docket No. 12-1] and other matters herein until after the Court first considered and decided the threshold jurisdictional issues presented by Plaintiffs' Motion for

48834v1

Remand. Plaintiffs continue to urge the Court to hold argument on the Motion for Remand first, and then determine what, if any, additional proceedings are necessary in this action.[1]

The parties have been unable to resolve the motion and Plaintiffs believe that oral argument is necessary and would be helpful to the Court in resolving the aforementioned motion.

DATED at Anchorage, Alaska this 16th day of May, 2006.

          s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

Attorneys for Plaintiffs The American Dental Association and Dr. T. Howard Jones

---

[1] On May 12, 2006, the State of Alaska moved to intervene in this case, [Docket No. 54] and, if allowed to intervene, will further file a motion to deny Plaintiffs standing to assert a private cause of action [Docket No. 58]. If the State is allowed to intervene and file its motion to deny standing, the briefing on the latter motion, which raises issues also raised by Defendant's Motion to Dismiss, will not be ripe for adjudication for at least another 40 days. By contrast, Plaintiffs' Motion for Remand is ripe now for adjudication. Plaintiffs urge the Court to schedule argument on the Motion for Remand only, at the Court's earliest opportunity.

48834v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, a copy of Plaintiffs The American Dental Association's And Dr. T. Howard Jones' Request For Oral Argument On Plaintiffs' Motion For Remand was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein** | **Aaron M. Schutt** |
| Usdc-anch-ntc@cplawak.com | aaron@sonosky.net |
| | |
| **Myra M. Munson** | **Richard D. Monkman** |
| myra@sonoskyjuneau.com | dick@sonoskyjuneau.com |
| | |
| **Michael G. Hotchkin** | **Paul R. Lyle** |
| mike_hotchkin@law.state.ak.us | paul_lyle@law.state.ak.us |

By:    s/Nina E. Bingham
       Nina E. Bingham, Legal Secretary
       PATTON BOGGS LLP

48834v1

PLAINTIFFS THE AMERICAN DENTAL ASSOCIATION'S AND
DR. T. HOWARD JONES' REQUEST FOR ORAL ARGUMENT
ON PLAINTIFFS' MOTION FOR REMAND
CASE NO. 3:06-cv-00039 (TMB)
PAGE 3