## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>        Plaintiffs,<br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>        Defendants. | )<br>)<br>)<br>)  Case No. 3:06-cv-00039 (TMB)<br>)<br>)  **[PROPOSED] ORDER GRANTING**<br>)  **REQUEST FOR ORAL**<br>)  **ARGUMENT ON PLAINTIFFS'**<br>)  **MOTION FOR REMAND**<br>)<br>)<br>) |

The Court, having considered Plaintiffs The American Dental Society's and Dr. T. Howard Jones' Request for Oral Argument on their Motion for Remand, and being fully advised in the premises;

**HEREBY ORDERS THAT:**

1. Plaintiffs The American Dental Society's and Dr. T. Howard Jones' request is **GRANTED**.

2. Oral argument on Plaintiffs' Motion for Remand will be heard on the _____ day of _____, 2006, at _____ ____.m., at in Courtroom _____ at the federal courthouse at _____, Alaska.

3. Each side will be allowed _____ minutes to present oral argument on said Motion.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Judge

48835v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, a copy of [Proposed] Order Granting Request For Oral Argument On Plaintiffs' Motion For Remand was served electronically on:

**Thomas V. Van Flein**
Usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

**Michael G. Hotchkin**
mike_hotchkin@law.state.ak.us

**Paul R. Lyle**
paul_lyle@law.state.ak.us

By:    s/Nina E. Bingham
       Nina E. Bingham, Legal Secretary
       PATTON BOGGS LLP

48835v1

[PROPOSED] ORDER GRANTING REQUEST FOR ORAL
ARGUMENT ON PLAINTIFFS' MOTION FOR REMAND
CASE NO. 3:06-cv-00039 (TMB)
PAGE 2