Douglas J. Serdahely (Alaska Bar No. 7210072)
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental
Association and Dr. T. Howard Jones*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　Defendants. | Case No. 3:06-cv-00039 (TMB)<br><br>**PLAINTIFFS THE AMERICAN DENTAL ASSOCIATION'S AND DR. T. HOWARD JONES' CONDITIONAL REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS** |

　　　　Pursuant to Local Rule 7.2, Plaintiffs The American Dental Association and Dr. T. Howard Jones, by and through their undersigned counsel, hereby conditionally request oral argument in the above-captioned matter on Defendants' Motion to Dismiss.  [Docket No. 12-1].

　　　　The above-mentioned Plaintiffs' request oral argument on such motion if, and only if, the Court denies Plaintiffs' Motion for Remand.  [Docket No. 14].  As the Court is undoubtedly aware, Plaintiffs have previously filed a Motion to Stay [Docket No. 20 and No. 30-1], wherein Plaintiffs requested that the Court stay or defer consideration and adjudication of Defendants' Motion to Dismiss and other matters until after the Court had first considered and decided he

48837v1

threshold jurisdictional issues presented by Plaintiffs' Motion for Remand. [Docket No. 14]. Plaintiffs continue to urge the Court to follow this sensible approach, and to hold argument on Plaintiffs' Motion for Remand first. In the event that the Court determines it has the jurisdiction to adjudicate this action, and further decides not to abstain from exercising such jurisdiction, then and only then should the Court schedule a separate hearing at a later date for oral argument on Defendants' Motion to Dismiss.[1]

The parties have been unable to resolve the motion and the above-mentioned Plaintiffs believe that oral argument is necessary and would be helpful to the Court in resolving the aforementioned motion.

DATED at Anchorage, Alaska this 16th day of May, 2006.

                          s/Douglas J. Serdahely
                          Douglas J. Serdahely
                          PATTON BOGGS LLP
                          601 West Fifth Avenue, Suite 700
                          Anchorage, Alaska 99501
                          Phone: (907) 263-6310
                          Fax: (907) 263-6345
                          Email: dserdahely@pattonboggs.com
                          Alaska Bar No. 7210072

Attorneys for Plaintiffs The American Dental Association and Dr. T. Howard Jones

---

[1] On May 12, 2006, the State of Alaska moved to intervene in this case, [Docket No. 54] and, if allowed to intervene, will further file a motion to deny Plaintiffs standing to assert a private cause of action [Docket No. 58]. If the State is allowed to intervene and file its motion to deny standing, the briefing on the latter motion, which raises issues also raised by Defendant's Motion to Dismiss, will not be ripe for adjudication for at least another 40 days. By contrast, Plaintiffs' Motion for Remand is ripe now for adjudication. Plaintiffs urge the Court to schedule argument on the Motion for Remand only, at the Court's earliest opportunity.

48837v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2006, a copy of Plaintiffs The American Dental Association's And Dr. T. Howard Jones' Conditional Request For Oral Argument On Defendants' Motion To Dismiss was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein** <br> Usdc-anch-ntc@cplawak.com | **Aaron M. Schutt** <br> aaron@sonosky.net |
| **Myra M. Munson** <br> myra@sonoskyjuneau.com | **Richard D. Monkman** <br> dick@sonoskyjuneau.com |
| **Michael G. Hotchkin** <br> mike_hotchkin@law.state.ak.us | **Paul R. Lyle** <br> paul_lyle@law.state.ak.us |

By:  s/Nina E. Bingham
     Nina E. Bingham, Legal Secretary
     PATTON BOGGS LLP

48837v1

PLAINTIFFS THE AMERICAN DENTAL ASSOCIATION'S AND
DR. T. HOWARD JONES' CONDITIONAL REQUEST FOR ORAL
ARGUMENT ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:06-cv-00039 (TMB)
PAGE 3