# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　Plaintiffs,<br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　Defendants. | )<br>)<br>)<br>) Case No. 3:06-cv-00039 (TMB)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **REQUEST FOR ORAL**<br>) **ARGUMENT ON PLAINTIFFS'**<br>) <u>**MOTION TO DISMISS**</u><br>)<br>)<br>) |

The Court, having considered Plaintiffs The American Dental Society's and Dr. T. Howard Jones' Conditional Request for Oral Argument on Defendants' Motion to Dismiss, and being fully advised in the premises;

**HEREBY ORDERS THAT:**

1. Plaintiffs The American Dental Society's and Dr. T. Howard Jones' request is **GRANTED**.

2. Oral argument on Defendant's Motion to Dismiss will be heard on the _____ day of _____, 2006, at _____ _____.m., at in Courtroom _____ at the federal courthouse at _____, Alaska.

3. Each side will be allowed _____ minutes to present oral argument on said Motion.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Judge

48865v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, a copy of [Proposed] Order Granting Request For Oral Argument On Plaintiffs' Motion To Dismiss was served electronically on:

**Thomas V. Van Flein**
Usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

**Michael G. Hotchkin**
mike_hotchkin@law.state.ak.us

**Paul R. Lyle**
paul_lyle@law.state.ak.us

By:     s/Nina E. Bingham
        Nina E. Bingham, Legal Secretary
        PATTON BOGGS LLP

48865v1

[PROPOSED] ORDER GRANTING REQUEST FOR ORAL
ARGUMENT ON PLAINTIFFS' MOTION TO DISMISS
CASE NO. 3:06-cv-00039 (TMB)
PAGE 2