**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| THE ALASKA DENTAL SOCIETY, et al. | v. | THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al. |
|---|---|---|

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                                    CASE NO.   3:06-cv-00039-TMB

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: May 17, 2006

      Judge Burgess hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 3:06-cv-00039-JWS.

[306cv0039TMB recusal]{IQ2.WPD*Rev.12/96}