MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*THE ALASKA DENTAL SOCIETY, et al.*  v.  *THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cv-00036  (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  May 18, 2006

    The assigned judge hereby advises the parties that his brother, with whom he has frequent contact, is a dentist and a member of the Alaska Dental Society. Dr. Sedwick has been practicing dentistry in Anchorage, Alaska, for about thirty years. The assigned judge has not discussed any issue that might be relevant to this case with his brother, and so far as the assigned judge knows, Dr. Sedwick has taken no public position on any issue relevant to the case at bar, but presumably holds opinions about some of the issues.

    The assigned judge solicits the views of the parties as to whether or not he should recuse. If any party believes recusal is appropriate, the assigned judge will recuse.

    The parties will please file a notice responding to this order on or before **May 26, 2006**.