Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel:  (907) 272-9272
Fax:  (907) 272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS AND DR. GEORGE SHAFFER,<br><br>    Plaintiffs,<br><br>Vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO:3:06-CV-00039-JWS<br>) |

### NOTICE OF NON-OBJECTION TO ASSIGNMENT OF JUDGE SEDWICK

Plaintiffs, The Alaska Dental Society, Dr. Boothe, Dr. Higgins and Dr. Shaffer, by and through counsel, give notice, in response to the Court Order dated May 18, 2006 (Docket 73), that they do not object to Judge Sedwick.

Notice of Non-Objection to Judge
*American Dental Association v. ANTHC*, Case No. 3:06 CV-00039 JWS
Page 1 of 2

DATED at Anchorage, Alaska, this 19th day of May, 2006.

s/ Thomas V. Van Flein
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiffs
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel:  (907)  272-9272
Fax:  (907)  272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

Certificate of Service

I hereby certify that on May 19, 2006, a copy of the foregoing document was served electronically on Douglas Serdahely, Richard D. Monkman, Myra M. Munson, and Aaron M. Schutt.

| | |
|---|---|
| **Douglas Serdahely**<br>dserdahely@pattonboggs.com | **Aaron M. Schutt**<br>aaron@sonosky.net |
| **Myra M. Munson**<br>myra@sonoskyjuneau.com | **Richard D. Monkman**<br>dick@sonoskyjuneau.com |
| **Michael G. Hotchkin**<br>mike_hotchkin@law.state.ak.us | **Paul R. Lyle**<br>paul_lyle@law.state.ak.us |

s/ Barbara Pauli