Douglas J. Serdahely (Alaska Bar No. 7210072)
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental
Association and Dr. T. Howard Jones*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>      Defendants. | Case No. 3:06-cv-00039 (JWS)<br><br>**RESPONSE OF PLAINTIFFS THE AMERICAN DENTAL ASSOCIATION AND DR. T. HOWARD JONES TO ORDER FROM CHAMBERS** |

Pursuant to the Court's Order from Chambers dated 5/18/2006 [Docket No. 73], Plaintiffs The American Dental Association and Dr. T. Howard Jones, by and through their undersigned counsel, hereby notify the Court that they have no objection to Judge Sedwick continuing to preside over this action and do not request Judge Sedwick to recuse himself from this case.

DATED at Anchorage, Alaska this 19th day of May, 2006.

                                            s/Douglas J. Serdahely
                                 Douglas J. Serdahely
                                 PATTON BOGGS LLP
                                 601 West Fifth Avenue, Suite 700
                                 Anchorage, Alaska  99501
                                 Phone: (907) 263-6310
                                 Fax:  (907) 263-6345
                                 Email:  dserdahely@pattonboggs.com
                                 Alaska Bar No. 7210072

48975v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2006, a copy of the Response Of Plaintiffs The American Dental Association And Dr. T. Howard Jones To Order From Chambers was served electronically on:

**Thomas V. Van Flein**
Usdc-anch-ntc@cplawak.com

**Aaron M. Schutt**
aaron@sonosky.net

**Myra M. Munson**
myra@sonoskyjuneau.com

**Richard D. Monkman**
dick@sonoskyjuneau.com

**Michael G. Hotchkin**
mike_hotchkin@law.state.ak.us

**Paul R. Lyle**
paul_lyle@law.state.ak.us


By:   s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP

48975v1

RESPONSE OF PLAINTIFFS THE AMERICAN DENTAL ASSOCIATION
AND DR. T. HOWARD JONES TO ORDER FROM CHAMBERS
CASE NO. 3:06-cv-00039 (JWS)
PAGE 2