DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paul R. Lyle
Michael G. Hotchkin
Sr. Assistant Attorneys General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone:  (907) 269-5234
Fax:  (907) 279-2834
Paul_Lyle@law.state.ak.us
Mike_Hotchkin@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, Plaintiffs<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, Defendants<br><br>STATE OF ALASKA, Applicant for Intervention | )<br>)<br>)<br>)<br>)<br>)<br>) *State's Response to May 18, 2006*<br>) *Order from Chambers*<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-0039 (JWS) |

The state has no objection to Judge Sedwick remaining on this case.

/
/
/
/
/
/
/
/

State's Response to Order from Chambers                                                                 Page 1 of 3
*Alaska Dental Society, American Dental Association & Dr. Jones, Dr. Boothe*
*Dr. Higgins & Dr. Shaffer v. The Alaska Native Health Consortium*
*& Does 1 thru 8,* 3:06-CV-0039 (JWS)

DATED this 22nd day of May in Anchorage, Alaska.

                    DAVID W. MÁRQUEZ
                    ATTORNEY GENERAL

By:
    /s/ Paul R. Lyle
    Sr. Assistant Attorney General
    Attorney General's Office
    1031 W. Fourth Avenue, Suite 200
    Anchorage, AK  99501
    (907) 451-2811 (Phone)
    (907) 451-2846 (Fax)
    Paul_Lyle@law.state.ak.us
    Alaska Bar No.  8408072

By:
    /s/ Michael G. Hotchkin
    Sr. Assistant Attorney General
    Attorney General's Office
    1031 W. Fourth Avenue, Suite 200
    Anchorage, AK  99501
    (907) 269-5234 (Phone)
    (907) 279-2834 (Fax)
    Mike_Hotchkin@law.state.ak.us
    Alaska Bar No. 8408072

**CERTIFICATE OF SERVICE**

This is to certify that on May 22, 2006, a true and correct copy of the **STATE'S RESPONSE TO MAY 18, 2006 ORDER FROM CHAMBERS** in this proceeding was served electronically on the following:

-Thomas V. Van Flein, usdc-anch-ntc@cplawak.com
-Aaron M. Schutt, aaron@sonosky.net
-Myra M. Munson, myra@sonoskyjuneau.net
-Richard D. Monkman, dick@sonoskyjuneau.net
-Douglas J. Serdahely, dserdahely@pattonboggs.com

/s/ Paul R. Lyle
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention

/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention