SONOSKY, CHAMBERS, SACHSE
  MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
318 Fourth Street
Juneau, Alaska 99801
Tel:  907-586-5880
Fax:  907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, | ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:06-CV-0039 (JWS) ) Filed Electronically |
| v. | ) ) |
| THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT ANTHC'S RESPONSE TO MINUTE ORDER RE JUDGE SEDWICK
### [Dkt. No. 73]

Defendant, the Alaska Native Tribal Health Consortium, has no objection to Judge

Sedwick being assigned to this matter, and does not request Judge Sedwick's recusal.

DATED May 22, 2006, at Juneau, Alaska.

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MUNSON, LLP

*/S/ Richard D. Monkman*
_____

Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MUNSON LLP
318 Fourth Street
Juneau, Alaska 99801
Tel:  907-586-5880
Fax:  907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

Certificate of Service

I hereby certify that on the 22nd day of May, 2006, a copy of the ANTHC'S Response to Minute Order re Judge
Sedwick [Dkt. 73] was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

Sr. Assistant Attorney General Paul R. Lyle
paul_lyle@law.state.ak.us

Sr. Assistant Attorney General Michael G. Hotchkin
mike_hotchkin@law.state.ak.us

*Richard D. Monkman*
_____
Richard D. Monkman

ANTHC'S RESPONSE TO MINUTE ORDER RE JUDGE SEDWICK [Dkt. 73]          Page 2 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (JWS)