Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiff The American Dental Association*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-cv-00039 (JWS)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

  Plaintiffs in the above-captioned action, by and through the undersigned counsel, hereby bring this unopposed motion for a two-day extension of time for Plaintiffs' responses to the State of Alaska's Motion to Intervene in this action [Docket #54].  Currently, such responses are due on **May 30, 2006**.

  The requested extension of time is necessitated by the intervening Memorial Day holidays, counsel's travel related to such holidays, and the need for a limited additional amount of time within which counsel can review such responses with their clients.

  The undersigned counsel has conferred with counsel for the State of Alaska and the State agrees to an extension of the current filing the deadline for such responses to **June 1, 2006**.

48249v1

Plaintiffs respectfully request the Court to grant the relief requested herein.  For the Court's convenience, a proposed order setting forth such relief is lodged herewith.

DATED at Anchorage, Alaska this 30th day of May, 2006.

        s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

        s/Thomas V. Van Flein (consent)
Thomas V. Van Flein, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
Phone: (907) 272-9228
Fax:  (907) 272-9586
Email:  usdc-anch-ntc@cplawak.com
Alaska Bar No. 9011119

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2006, a copy of the Unopposed Motion For Extension of Time was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein**<br>Usdc-anch-ntc@cplawak.com | **Aaron M. Schutt**<br>aaron@sonosky.net |
| **Myra M. Munson**<br>myra@sonoskyjuneau.com | **Richard D. Monkman**<br>dick@sonoskyjuneau.com |
| **Michael G. Hotchkin**<br>mike_hotchkin@law.state.ak.us | **Paul R. Lyle**<br>paul_lyle@law.state.ak.us |

By:    s/Nina E. Bingham
       Nina E. Bingham, Legal Secretary
       PATTON BOGGS LLP