**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

|  |  |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>        Defendants. | Case No. 3:06-cv-00039 (JWS)<br><br>**[PROPOSED] ORDER** |

Having considered Plaintiffs' Unopposed Motion for Extension of Time, this Court

**Hereby Orders That:**

1)  Plaintiffs' Unopposed Motion for Extension of time is **GRANTED**.

2)  Plaintiffs' Responses to the State of Alaska's Motion to Intervene shall be due on **June 1, 2006**;

    **IT IS SO ORDERED**.

    DATED at Anchorage, Alaska this _____ day of _____, 2006.


                                                                          Honorable John W. Sedwick
                                                                         United States District Judge

48251v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, a copy of the [Proposed] Order for the Unopposed Motion For Extension of Time was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein** | **Aaron M. Schutt** |
| Usdc-anch-ntc@cplawak.com | aaron@sonosky.net |
| | |
| **Myra M. Munson** | **Richard D. Monkman** |
| myra@sonoskyjuneau.com | dick@sonoskyjuneau.com |
| | |
| **Michael G. Hotchkin** | **Paul R. Lyle** |
| mike_hotchkin@law.state.ak.us | paul_lyle@law.state.ak.us |

By:    s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP