SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>        Defendants. | Case No. 3:06-CV-0039 (JWS)<br>Filed Electronically |

**DEFENDANT ANTHC'S NON-OPPOSITION TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME (Dkt. 79)**

DEFENDANT ANTHC'S NON-OPPOSITION TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME                                              Page 1 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/ANTHC's non-opposition to plaintiffs' motion for extension of time

The Alaska Native Tribal Health Consortium does not oppose plaintiffs' *Motion for an Extension of Time* (Dkt. 79) until June 1, 2006, to respond to the State of Alaska's *Motion to Intervene* (Dkt. 54) and to the State's *Motion to Deny Standing* (Dkt. 58).

Dated this 30th day of May, 2006.

Respectfully submitted,

/s/ *Richard D. Monkman*
By: _____
    Myra M. Munson
    Alaska Bar No. 8011103
    Richard D. Monkman
    dick@sonoskyjuneau.com
    Alaska Bar No. 8011101
    Aaron M. Schutt
    Alaska Bar No. 0011084

I hereby certify that on the 30th day of May, 2006, a copy of the foregoing Defendant ANTHC's Non-Opposition to Plaintiffs' Motion for Extension of Time (Kdt. 79) was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

Sr. Assistant Attorney General Paul R. Lyle
paul_lyle@law.state.ak.us

Sr. Assistant Attorney General Michael G. Hotchkin
mike_hotchkin@law.state.ak.us

/s/ *Richard D. Monkman*
_____
Richard D. Monkman

DEFENDANT ANTHC'S NON-OPPOSITION TO PLAINTIFFS'
MOTION FOR EXTENSION OF TIME                                                                                      Page 2 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/ANTHC's non-opposition to plaintiffs' motion for extension of time