IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　　　Defendants. | Case No. 3:06-cv-00039 (JWS)<br><br>**ORDER** |

Having considered Plaintiffs' Unopposed Motion for Extension of Time, this Court

**Hereby Orders That:**

　　1)　　Plaintiffs' Unopposed Motion for Extension of time is **GRANTED**.

　　2)　　Plaintiffs' Responses to the State of Alaska's Motion to Intervene shall be due on

**June 1, 2006**;

　　**IT IS SO ORDERED**.

　　DATED at Anchorage, Alaska this 2nd day of June, 2006.


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Honorable John W. Sedwick
　　　　　　　　　　　　　　　　　　United States District Court Judge

48251v1