Thomas V. Van Flein, Esq.
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
Tel:  (907)  272-9272
Fax:  (907)  272-9586
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS AND DR. GEORGE SHAFFER,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>    Defendants. | **AMENDED CERTIFICATE OF SERVICE**<br><br>**CASE NO:3:06-CV-00039-TMB**<br>Filed Electronically |

Plaintiffs, The Alaska Dental Society, Dr. Boothe, Dr. Higgins and Dr. Shaffer (collectively Plaintiffs), through Counsel, hereby amend the Certificate of Service for their Conditional Opposition to the State of Alaska's Motion to Intervene (Document 83) filed with the Court electronically

*The Alaska Dental Society et al. v. The Alaska Native Tribal Health Consortium, et al.,* Case No. 3:06-cv-00039-TMB
Page 1 of 2

on June 1, 2006, to include electronic service of said document on Michael G. Hotchkin and Paul R. Lyle.

DATED at Anchorage, Alaska, this 6th day of June, 2006.

```
                        s/   Thomas V. Van Flein
                        CLAPP, PETERSON, VAN FLEIN
                        TIEMESSEN & THORSNESS, LLC
                        Attorneys for Plaintiffs
                        711 H Street, Suite 620
                        Anchorage, Alaska 99501-3454
                        Tel:  (907)  272-9272
                        Fax:  (907)  272-9586
                        (907) 272-9272
                        usdc-anch-ntc@cplawak.com
                        Attorneys for Plaintiffs
```

### Certificate of Service

I hereby certify that on June 6th, 2006 a copy of the foregoing document was served electronically on Michael G. Hotchkin, Paul R. Lyle, Richard D. Monkman, Myra M. Munson, Douglas Serdahely, and Aaron M. Schutt.

s/   Thomas Van Flein

*The Alaska Dental Society et al. v. The Alaska Native Tribal Health Consortium, et al.,* Case No. 3:06-cv-00039-TMB
Page 2 of 2