Douglas J. Serdahely (Alaska Bar No. 7210072)
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental
Association and Dr. T. Howard Jones*

Thomas V. Van Flein (9011119)
CLAPP PETERSON VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK 99501
(907) 272-9272; (907) 272-9586 (fax)
usdc-anch-ntc@cplawak.com

*Attorneys for Plaintiffs The Alaska Dental
Society, Dr. Michael Boothe, Dr. Pete Higgins
and Dr. George Shaffer*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>Defendants. | Case No. 3:06-cv-00039 (JWS)<br><br>**PLAINTIFFS' RULE 56(f) CONDITIONAL MOTION FOR CONTINUANCE OF <u>MOTION TO DISMISS</u>** |

Plaintiffs in the above-mentioned action, by and through their undersigned counsel,

hereby move this Court, pursuant to Alaska R. Civ. P. 56(f), for a continuance of its decision on

49277v1

Defendants' Motion to Dismiss [Docket No.12] ("Motion"), to enable Plaintiffs to conduct discovery regarding the evidence and fact issues raised by Defendants in connection with such Motion.[1]

As is detailed in the accompanying memorandum and affidavit of counsel, Defendants have converted their Rule 12(b) Motion to Dismiss into a Rule 56 Motion for Summary Judgment, as a result of filing numerous affidavits in support of such Motion.  Plaintiffs should be given an opportunity to conduct discovery of Defendants' evidence and affiants in order to provide the Court with a complete evidentiary record on which Defendants' summary judgment motion can be decided.

DATED at Anchorage, Alaska this 8th day of June, 2006.

>                s/Douglas J. Serdahely
> Douglas J. Serdahely
> PATTON BOGGS LLP
> 601 West Fifth Avenue, Suite 700
> Anchorage, Alaska  99501
> Phone: (907) 263-6310
> Fax:  (907) 263-6345
> Email:  dserdahely@pattonboggs.com
> Alaska Bar No. 7210072

---

[1] Plaintiffs' Motion for Continuance is made on the condition that the Court does not first decide Plaintiffs' Motion for Remand [Docket No. 14] or Plaintiffs' Motion to Stay [Docket No. 20] before deciding Defendants' Motion to Dismiss.  Should, as Plaintiffs have urged, the Court adjudicate and grant Plaintiffs' Motion for Remand, it will not need to reach Plaintiffs' Motion for Continuance.

PLAINTIFFS' RULE 56(f) CONDITIONAL MOTION FOR CONTINUANCE OF MOTION TO DISMISS
*The American Dental Association, et al., v. The Alaska Native Health Consortium,* Case No. 3:06-cv-00039 (TMB)
Page 2
49277v1

                    s/ Thomas V. Van Flein
Thomas V. Van Flein
CLAPP PETERSON VAN FLEIN
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK 99501
Phone: (907) 272-9272
Fax: (907) 272-9586
Email: usdc-anch-ntc@cplawak.com
Alaska Bar No. 9011119

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2006, a copy of PLAINTIFFS' RULE 56(f) CONDITIONAL MOTION FOR CONTINUANCE OF MOTION TO DISMISS was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein**<br>Usdc-anch-ntc@cplawak.com | **Aaron M. Schutt**<br>aaron@sonosky.net |
| **Myra M. Munson**<br>myra@sonoskyjuneau.com | **Richard D. Monkman**<br>dick@sonoskyjuneau.com |
| **Michael G. Hotchkin**<br>mike_hotchkin@law.state.ak.us | **Paul R. Lyle**<br>Paul_lyle@law.state.ak.us |

By:    s/Maribel Webber
       Maribel Webber, Legal Secretary
       PATTON BOGGS LLP