# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>    Defendants. | Case No. 3:06-cv-00039 (JWS)<br><br>**[PROPOSED] ORDER** |

This Court, having considered Plaintiffs' Rule 56(f) Conditional Motion for Continuance of Defendants' Motion to Dismiss, and any response thereto, and being duly advised in the premises,

**HEREBY ORDERS THAT:**

1.  Plaintiffs' Motion is **GRANTED**;

2.  By offering affidavits in support of their Motion to Dismiss, Defendants have converted such Motion into a Rule 56 Motion for Summary Judgment;

3.  Consideration of Defendants' Motion to Dismiss will be continued until further order of the Court to allow Plaintiffs an opportunity to conduct discovery relating to the affidavits and evidence offered by Defendants in support of their Motion to Dismiss.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

/s/_____
Honorable John W. Sedwick
United States District Judge

49279v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, a copy of [PROPOSED] ORDER was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein** | **Aaron M. Schutt** |
| Usdc-anch-ntc@cplawak.com | aaron@sonosky.net |
| | |
| **Myra M. Munson** | **Richard D. Monkman** |
| myra@sonoskyjuneau.com | dick@sonoskyjuneau.com |
| | |
| **Michael G. Hotchkin** | **Paul R. Lyle** |
| mike_hotchkin@law.state.ak.us | Paul_lyle@law.state.ak.us |

By:   s/Maribel Webber
        Maribel Webber, Legal Secretary
        PATTON BOGGS LLP