Douglas J. Serdahely (Alaska Bar No. 7210072)
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Plaintiffs The American Dental
Association and Dr. T. Howard Jones*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>  Defendants. | Case No. 3:06-cv-00039 (JWS)<br><br>**AFFIDAVIT OF DOUGLAS J. SERDAHELY IN SUPPORT OF PLAINTIFFS' RULE 56(f) CONDITIONAL MOTION FOR CONTINUANCE OF <u>MOTION TO DISMISS</u>** |

STATE OF ALASKA           )
                          ) ss
THIRD JUDICIAL DISTRICT   )

I, Douglas J. Serdahely, being first duly sworn, upon oath depose and state as follows:

1.  I am an attorney and partner at the law firm of Patton Boggs, LLP.  This firm represents Plaintiffs The American Dental Association and Dr. T. Howard Jones in the above-captioned matter.  I make these statements upon personal knowledge and in support of Plaintiffs' Rule 56(f) Conditional Motion for Continuance of Motion to Dismiss.

49282v1

2. As is detailed in the accompanying memorandum, Defendants submitted, for the first time with their Reply brief, numerous affidavits and evidence which were offered in support of their Motion to Dismiss ("Motion"). In so doing, Defendants effectively converted such Motion from a Rule 12(b) Motion into a Rule 56 Motion for Summary Judgment.

3. Discovery has not yet commenced in this action.

4. Plaintiffs have thus not had the opportunity to conduct discovery of any of the evidence contained in Defendants' affidavits or supporting materials submitted with their Reply brief. Without such discovery, Plaintiffs cannot respond to or challenge such evidence and affidavits, or the credibility of the affiants.

5. In order for Plaintiffs to be able to respond to and challenge the facts, affidavits and evidence contained in the affidavits Defendants submitted with their Reply brief, and to fully respond to Defendants' Motion to Dismiss, Plaintiffs will have to conduct discovery of such facts, affidavits and evidence, and will have to depose of the affiants who authored such affidavits.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Douglas J. Serdahely

SUBSCRIBED AND SWORN TO before me this 8th day of June 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11·17·09

AFFIDAVIT OF DOUGLAS J. SERDAHELY IN SUPPORT OF PLAINTIFFS' RULE 56(f) CONDITIONAL
MOTION FOR CONTINUANCE OF MOTION TO DISMISS
*The American Dental Association, et al., v. The Alaska Native Health Consortium*, Case No. 3:06-cv-00039 (TMB)
Page 2
49282v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, a copy of AFFIDAVIT OF DOUGLAS J. SERDAHELY IN SUPPORT OF PLAINTIFFS' RULE 56(f) CONDITIONAL MOTION FOR CONTINUANCE OF MOTION TO DISMISS was served electronically on:

| | |
|---|---|
| **Thomas V. Van Flein** <br> Usdc-anch-ntc@cplawak.com | **Aaron M. Schutt** <br> aaron@sonosky.net |
| **Myra M. Munson** <br> myra@sonoskyjuneau.com | **Richard D. Monkman** <br> dick@sonoskyjuneau.com |
| **Michael G. Hotchkin** <br> mike_hotchkin@law.state.ak.us | **Paul R. Lyle** <br> Paul_lyle@law.state.ak.us |

By:    s/Maribel Webber
      Maribel Webber, Legal Secretary
      PATTON BOGGS LLP