DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paul R. Lyle
Michael G. Hotchkin
Sr. Assistant Attorneys General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone:  (907) 269-5234
Fax:  (907) 279-2834
Paul_Lyle@law.state.ak.us
Michael_Hotchkin@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, Plaintiffs<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, Defendants<br><br>STATE OF ALASKA, Applicant for Intervention | )<br>)<br>)<br>)<br>)<br>)<br>) *Unopposed motion to extend time*<br>) *to reply to responses to*<br>) *State's motion to intervene*<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00039 (JWS) |

The State of Alaska, Applicant for Intervention, requests a two-week extension of time, until **June 23, 2006,** in which to file its Reply to the American Dental Association's and Dr. Jones's Response to the the State's Motion to Intervene as a Defendant [Docket #82], and to the Alaska Dental Society's and Drs. Boothe, Higgins, and Shaffer's Conditional Opposition to Motion to Intervene [Docket #83].  The State's reply is currently due to be filed by **June 8, 2006**.

The requested extension of time is necessary because of counsel's absence from the state from May 28 through June 11, and by counsel's prior commitments requiring immediate attention in other cases.

Undersigned counsel has conferred with Douglas Serdahely and Thomas Van Flein, attorneys for the plaintiffs, and with Richard Monkman, attorney for defendant The Alaska Native Tribal Health Consortium, all of whom agree to a two-week extension of the State's filing deadline, until June 23, 2006.

This request is not being made for purposes of improper delay, and to the State's knowledge no party will be prejudiced if this request is granted.

Pursuant to LR 7.4(b), a proposed order is lodged with this motion.

DATED this 8th day of June in Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:
    /s/ Michael G. Hotchkin
    Sr. Assistant Attorney General
    Attorney General's Office
    1031 W. Fourth Avenue, Suite 200
    Anchorage, AK  99501
    (907) 269-5234 (Phone)
    (907) 279-2834 (Fax)
    OPE_ECF@law.state.ak.us
    Alaska Bar No. 8408072

**CERTIFICATE OF SERVICE**

This is to certify that on June 8th, 2006, a true and correct copy of the State's **UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO RESPONSES TO STATE'S MOTION TO INTERVENE** and the accompanying **PROPOSED ORDER** in this proceeding were served electronically on the following:

-Thomas V. Van Flein, usdc-anch-ntc@cplawak.com
-Aaron M. Schutt, aaron@sonosky.net
-Myra M. Munson, myra@sonoskyjuneau.net
-Richard D. Monkman, dick@sonoskyjuneau.net
-Douglas J. Serdahely, dserdahely@pattonboggs.com


/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention