DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paul R. Lyle
Michael G. Hotchkin
Sr. Assistant Attorneys General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone:  (907) 269-5234
Fax:  (907) 279-2834
Paul_Lyle@law.state.ak.us
Mike_Hotchkin@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, Plaintiffs<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, Defendants<br><br>STATE OF ALASKA, Applicant for Intervention | )<br>)<br>)<br>)<br>)<br>)<br>) *Errata*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00039 (JWS) |

Please take notice that the State of Alaska's Unopposed Motion To Extend Time To Reply To Responses To State's Motion To Intervene that was filed electronically on June 8, 2006 failed to contain the attached proposed order.  The proposed order is attached to this Errata.

DATED this 8th day of June in Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney General's Office
1031 W. Fourth Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5234 (Phone)
(907) 279-2834 (Fax)
Mike_Hotchkin@law.state.ak.us
Alaska Bar No. 8408072

**CERTIFICATE OF SERVICE**

This is to certify that on June 8, 2006, a true and correct copy of the **ERRATA,** and **PROPOSED ORDER** in this proceeding was served electronically on the following:

-Thomas V. Van Flein, usdc-anch-ntc@cplawak.com
-Aaron M. Schutt, aaron@sonosky.net
-Myra M. Munson, myra@sonoskyjuneau.net
-Richard D. Monkman, dick@sonoskyjuneau.net
-Douglas J. Serdahely, dserdahely@pattonboggs.com


/s/ Michael G. Hotchkin
Sr. Assistant Attorney General
Attorney for the State of Alaska
Applicant for Intervention