IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, Plaintiffs<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, Defendants<br><br>STATE OF ALASKA, Applicant for Intervention | Case No. 3:06-CV-00039 (JWS)<br><br>**PROPOSED ORDER** |

Having considered Plaintiffs' Unopposed Motion for Extension of Time, this Court **Hereby Orders That:**

1) The State of Alaska's Unopposed Motion for Extension of time is **GRANTED**.

2) The State of Alaska's Reply to the Plaintiffs' responses to the State's Motion to Intervene shall be due on or before **June 23, 2006**;

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska this ____ day of June, 2006.


Honorable John W. Sedwick
United States District Court Judge