SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br>          Plaintiffs, <br><br>v. <br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, <br><br>          Defendants. | Case No. 3:06-CV-0039 (JWS) <br> Filed Electronically |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Alaska Native Tribal Health Consortium brings this unopposed motion for a one week extension of time to respond to plaintiffs' joint "*Rule 56(f) Conditional Motion for Continuance of Motion to Dismiss*," Dkt. No. 86, filed June 8, 2006. Currently, the response

UNOPPOSED MOTION FOR EXTENSION OF TIME          Page 1 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (JWS)
s/dha litigation/unopposed motion for extension of time

is due June 23, 2006. With the requested extension, defendant's response will be due June 30, 2006.

The requested extension is necessary because undersigned counsel will unexpectedly be traveling on other business during the remainder of the response period. The undersigned counsel has conferred by electronic mail with opposing counsel and none have objected to the requested extension.

DATED June 16, 2006, at Juneau, Alaska.

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MUNSON, LLP

*/S/ Richard D. Monkman*
_____
Myra M. Munson
Alaska Bar No. 8011103
Richard D. Monkman
dick@sonoskyjuneau.com
Alaska Bar No. 8011101
Aaron M. Schutt
Alaska Bar No. 0011084

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MUNSON LLP
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

//
//
//
//
//
//
//

UNOPPOSED MOTION FOR EXTENSION OF TIME                                              Page 2 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (JWS)
s/dha litigation/unopposed motion for extension of time

Certificate of Service

I hereby certify that on the 16th day of June, 2006, a copy of the foregoing Unopposed Motion for Extension of Time was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

Sr. Assistant Attorney General Paul R. Lyle
paul_lyle@law.state.ak.us

Sr. Assistant Attorney General Michael G. Hotchkin
mike_hotchkin@law.state.ak.us

*Richard D. Monkman*

_____
Richard D. Monkman

UNOPPOSED MOTION FOR EXTENSION OF TIME                                Page 3 of 3
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (JWS)
s/dha litigation/unopposed motion for extension of time