SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
Aaron M. Schutt
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>      Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>      Defendants. | Case No. 3:06-CV-0039 (JWS)<br>Filed Electronically |

**PROPOSED ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME**

PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME   Page 1 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/proposed order granting unopposed motion for extension of time

Having considered defendants' unopposed motion for a one week extension of time to respond to plaintiffs' joint "*Rule 56(f) Conditional Motion for Continuance of Motion to Dismiss*," Dkt. No. 86, the Court Orders:

1. Defendant's response will be due June 30, 2006.

IT IS SO ORDERED.

                                                                                                                              _____
                                                                                                                      John W. Sedwick, Judge
                                                                                                                      United States District Court

I hereby certify that on the 16th day of June, 2006, a copy of the foregoing Proposed Order Granting Unopposed Motion for Extension of Time was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

Sr. Assistant Attorney General Paul R. Lyle
paul_lyle@law.state.ak.us

Sr. Assistant Attorney General Michael G. Hotchkin
mike_hotchkin@law.state.ak.us

/s/ *Richard D. Monkman*
_____
Richard D. Monkman

PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME    Page 2 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al.*;
Case No. 3:06-CV-0039 (TMB)
s/dha litgiation/proposed order granting unopposed motion for extension of time