IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8,<br><br>　　　　Defendants.<br>_____ | Case No. 3:06-CV-00039 (JWS) |

**ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having considered defendants' unopposed motion for a one week extension of time to respond to plaintiffs' joint "*Rule 56(f) Conditional Motion for Continuance of Motion to Dismiss*," Dkt. No. 86, the Court Orders:

1. Defendant's response will be due June 30, 2006.

IT IS SO ORDERED this 19th day of June 2006.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　John W. Sedwick, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court