SONOSKY, CHAMBERS, SACHSE
 MILLER & MUNSON LLP
Myra M. Munson
Richard D. Monkman
dick@sonoskyjuneau.com
318 Fourth Street
Juneau, Alaska 99801
Tel:  907-586-5880
Fax:  907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA DENTAL SOCIETY, THE AMERICAN DENTAL ASSOCIATION, DR. T. HOWARD JONES, DR. MICHALE BOOTHE, DR. PETE HIGGINS and DR. GEORGE SHAFFER, <br><br>  Plaintiffs, <br><br> v. <br><br> THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and DOES 1 through 8, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 3:06-CV-0039 (JWS) <br> Filed Electronically |

**ANTHC'S RESPONSE TO PLAINTIFFS' CONDITIONAL 56(f) MOTION**

The Alaska Native Tribal Health Consortium has confirmed with plaintiffs' counsel that plaintiffs' Conditional Motion for Continuance (Rule 56(f)), 06/08/06, Dkt. 86, is moot, as the Court has remanded this matter to Superior Court. Id., at 2 n. 1 ("Should, as Plaintiffs have urged, the Court adjudicate and grant Plaintiffs' Motion for Remand, it will not need to reach Plaintiffs' Motion for Continuance.").

ANTHC's RESPONSE TO PLAINTIFFS' CONDITIONAL 56(f) MOTION                    Page 1 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (JWS)
dha litigation/ANTHC's response to plaintiffs' conditional 56(f) motion

If the parties are mistaken and for any reason the motion at Dkt. 86 is to be adjudicated, whether in this Court or in Superior Court, ANTHC will oppose and respectfully requests an opportunity to file an opposition.

DATED June 29, 2006, at Juneau, Alaska.

        SONOSKY, CHAMBERS, SACHSE,
         MILLER & MUNSON, LLP

*/S/ Richard D. Monkman*
_____
    Myra M. Munson
    Alaska Bar No. 8011103
    Richard D. Monkman
    dick@sonoskyjuneau.com
    Alaska Bar No. 8011101

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MUNSON LLP
318 Fourth Street
Juneau, Alaska 99801
Tel: 907-586-5880
Fax: 907-586-5883
Counsel for Defendant
Alaska Native Tribal Health Consortium

Certificate of Service

I hereby certify that on June 29, 2006, a copy of the foregoing RESPONSE TO PLAINTIFFS' CONDITIONAL 56(f) MOTION was served electronically addressed to:

Thomas V. Van Flein, Esq.
tvf@cplawak.com

Douglas J. Serdahely, Esq.
dserdahely@pattonboggs.com

Sr. Assistant Attorney General Paul R. Lyle
paul_lyle@law.state.ak.us

Sr. Assistant Attorney General Michael G. Hotchkin
mike_hotchkin@law.state.ak.us

*/s/ Richard D. Monkman*
_____
Richard D. Monkman

ANTHC's RESPONSE TO PLAINTIFFS' CONDITIONAL 56(f) MOTION    Page 2 of 2
*The Alaska Dental Society, et al. v. The Alaska Native Tribal Health Consortium, et al*;
Case No. 3:06-CV-0039 (JWS)
dha litigation/ANTHC's response to plaintiffs' conditional 56(f) motion